

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE

MAR 27 2000

LUTHER D. THOMAS, Clerk

| | |
|---|---|
| BOBBY WALKER, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-0367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., ) and TURNER BROADCASTING SYSTEM, INC., ) | |
| Defendants. ) | |

### DEFENDANTS WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER BROADCASTING SYSTEM, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants World Championship Wrestling, Inc. ("WCW") and Turner Broadcasting System, Inc. ("TBS") hereby move for an order that dismisses all claims asserted in Plaintiff's Complaint. As grounds for this Motion, Defendants demonstrate that the Complaint fails to state a claim on which relief can be granted. In support of this Motion, Defendants WCW and TBS submit the accompanying Brief In Support Of Their Motion To Dismiss Plaintiff's Complaint.

0544421 01

5

This 27th day of March, 2000.

TROUTMAN SANDERS LLP

*[signature]*

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants
World Championship Wrestling, Inc.
and Turner Broadcasting System,
Inc.

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000

0544421 01

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WORLD CHAMPIONSHIP WRESTLING, INC., )<br>and TURNER BROADCASTING SYSTEM, INC. )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION FILE<br><br>NO. 1:00-CV-0368-WBH |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the DEFENDANTS WORLD CHAMPIONSHIP WRESTLING, INC. AND TURNER BROADCASTING SYSTEM, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT upon the interested parties by placing a copy thereof in the United States mail with adequate postage thereon and addressed as follows:

    Cary Ichter, Esq.
    Kelly Jean Beard, Esq.
    Merrick D. Bernstein, Esq.
    Meadows, Ichter & Trigg, P.C.
    Eight Piedmont Center, Suite 300
    3525 Piedmont Road
    Atlanta, GA  30305

0544421 01

This 27th day of March, 2000.

_____
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000

0544421 01