**ORIGINAL**

OCT 17 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) 1:00-CV-0367-CC |
| | ) |
| WORLD CHAMPIONSHIP | ) |
| WRESTLING, INC., TURNER SPORTS, INC. | ) |
| and TURNER BROADCASTING SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION EXTENDING TIME

The parties in the above captioned matter hereby stipulate that the time in which Plaintiff Bobby Walker may file his Response to Defendants World Championship Wrestling, Inc. and Turner Broadcasting Systems, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint is extended through and including October 25, 2000.

Respectfully submitted this 17th day of October, 2000.

_____    _____
James A. Lamberth                   Cary Ichter
Georgia Bar No. 431851              Georgia Bar No. 382515
John A. Dalton                      Merrick D. Bernstein
Georgia Bar No. 203700              Georgia Bar No. 054971
Evan H. Pontz                       **MEADOWS, ICHTER & TRIGG, PC**
Georgia Bar No. 583577              Eight Piedmont Center
**TROUTMAN SANDERS, LLP**           3525 Piedmont Road, N.E.
Suite 5200, Bank of America Plaza   Suite 300
600 Peachtree Street, N.E.          Atlanta, Georgia 30305
Atlanta, Georgia 30308-22165        (404) 261-6020
(404) 885-3000

*Attorneys for Defendant*            *Attorneys for Plaintiff*