*civil*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 21 2000

N O T I C E

BOBBY WALKER, ET AL

vs.

WORLD CHAMPIONSHIP
WRESTLING, INC., and TURNER
SPORTS, INC., ET AL

CASE NUMBERS:

1:00-CV-368-CC
1:00-CV-369-CC
1:00-CV-1715-CC
1:00-CV-1716-CC
1:00-CV-1717-CC
1:00-CV-1718-CC
1:00-CV-1719-CC
1:00-CV-1720-CC
1:00-CV-1721-CC

TYPE OF CASE: CIVIL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW BEFORE **JUDGE CLARENCE COOPER**.

U. S. DISTRICT COURT           COURTROOM: **1705**
75 SPRING STREET, S.W.         TIME: **8:30 AM**
ATLANTA, GEORGIA  30303-3361   DATE: **FEBRUARY 6, 2001**

TYPE OF PROCEEDINGS: **HEARING ON MOTIONS TO DISMISS FILED BY DEFENDANTS.**

**Note: Court has set aside two hours total.**

LUTHER D. THOMAS, CLERK

BY: *Patsy L. Springs*
    COURTROOM DEPUTY

DATE: December 20, 2000

TO: Counsel of record

23