Case 1:00-cv-00367-CC    Document 24    Filed 12/22/00    Page 1 of 2

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C - Atlanta

DEC 22 2000

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BOBBY WALKER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| vs. | : | 1:00-CV-367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., and TURNER SPORTS, INC., | : | |
| Defendants. | : | |

## ORDER

Pending before the court in the referenced matter is Defendant World Championship Wrestling, Inc. ("WCW") and Turner Broadcasting Systems, Inc's ("TBS") Motion To Dismiss Plaintiff's Complaint [Doc. No. 5-1]. After WCW and TBS filed the instant motion, Plaintiff Bobby Walker ("Plaintiff") filed a First Amended Complaint adding Turner Sports, Inc. as a Defendant and withdrawing his claims under Titles I and IV of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et. seq. (Count V of the original complaint). Thereafter, WCW and TBS filed a Motion To Dismiss Plaintiff Bobby Walker's First Amended Complaint [Doc. No 13-1].

Accordingly, the court deems WCW and TBS's original motion to dismiss [Doc. No. 5-1] **MOOT** and hereby **DENIES** it on that basis. The court acknowledges that when these Defendants filed their Motion To Dismiss The First Amended Complaint, that they incorporated by reference their memorandum filed in support of their original Motion To Dismiss. The court will consider that original brief when it decides the merits of the surviving motion to dismiss

[Doc. No. 13-1].[1]  At this time, however, the court enters the following order for docket clarification purposes only.  Additionally, as this court has approved Plaintiff's notice voluntarily dismissing TBS from this action, the Motion To Dismiss the Plaintiff's First Amended Complaint [Doc. No. 13-1] is now **MOOT** as it relates to TBS

The court further finds that the instant action is substantially related to several other actions pending before this court. Generally, these cases involve the same defendants, facts and circumstances.  Thus, pursuant to Fed. R. Civ. P. 42(a), the court hereby consolidates the instant action for purposes of discovery with the following related cases: Civil Action Nos 00-CV-368 (Onoo), 00-CV-369 (Norris), 00-CV-1715 (Easterling), 00-CV-1716 (Davis), 00-CV-1717 (Worthen), 00-CV-1718 (Speight), 00-CV-1719 (Saengsiphan), 00-CV-1720 (Reeves), and 00-CV-1721 (Carr).

SO ORDERED this 22nd day of December, 2000.

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

---

[1] Also pending before the court is Defendant Turner Sports, Inc.'s Motion To Dismiss Plaintiff Bobby Walker's First Amended Complaint [Doc. No. 17-1].

AO 72A
(Rev 8/82)