RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 16 2001
LUTHER THOMAS, Clerk
By: [signature] Deputy Clerk

ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
APR 20 2001
LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION ) ) NO. 1:00-CV-0367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., and TURNER SPORTS, INC., | ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER

It appearing to the Court that Plaintiff Bobby Walker and Defendants World Championship Wrestling, Inc. and Turner Sports, Inc. consent hereto, and that the time within which Defendants must respond to the Amended Complaint has not expired, IT IS HEREBY ORDERED that the time within which Defendant World Championship Wrestling, Inc. may answer, move and otherwise respond to the currently pending Amended Complaint is extended through and including April 23, 2001, and further, that Defendant Turner Sports, Inc. may answer, move or otherwise respond to any new Amended Complaint against Turner Sports, Inc. filed by Plaintiff in compliance with the Court's April 3, 2001 Order in accordance with the Federal Rules of Civil Procedure.

This 20th day of April, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CONSENTED TO:

MEADOWS, ICHTER & TRIGG, P.C.

Michelle M. Rothenberg (w/ express permission CHI)
_____
CARY ICHTER
Georgia Bar No. 382515
KELLY JEAN BEARD
Georgia Bar No. 044380
MICHELLE M. ROTHENBERG
Georgia Bar No. 615680

Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA  30305
(404) 261-6020

Attorneys for Plaintiff
Bobby Walker

TROUTMAN SANDERS LLP

Evan H. Pontz
_____
JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
EVAN H. PONTZ
Georgia Bar No. 583577

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-22165
(404) 885-3000

Attorneys for Defendants
World Championship Wrestling, Inc. and
Turner Sports, Inc.

0712375 03                        2