ORIGINALS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 17 2002

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

BOBBY WALKER,                              )
                                           )
              Plaintiff,                   )
                                           )    CIVIL ACTION
v.                                         )
                                           )    NO. 1:00-CV-0367-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,        )
TURNER SPORTS, INC., and                   )
TURNER BROADCASTING SYSTEM, INC.,          )
                                           )
              Defendants.                  )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

102

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-0367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., ) | |
| TURNER SPORTS, INC., and ) | |
| TURNER BROADCASTING SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WALKER,                                )
                                             )
                    Plaintiff,               )
                                             )    CIVIL ACTION FILE
v.                                           )
                                             )    NO. 1:00-CV-0367-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and                     )
TURNER BROADCASTING SYSTEM, INC.,  )
                                             )
                    Defendants.              )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BOBBY WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:00-CV-0367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., | ) | |
| TURNER SPORTS, INC., and | ) | |
| TURNER BROADCASTING SYSTEM, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WALKER,                                )
                                             )
                 Plaintiff,                  )
                                             )   CIVIL ACTION FILE
v.                                           )
                                             )   NO. 1:00-CV-0367-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and                     )
TURNER BROADCASTING SYSTEM, INC.,            )
                                             )
                 Defendants.                 )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-0367-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., ) | |
| TURNER SPORTS, INC., and ) | |
| TURNER BROADCASTING SYSTEM, INC., ) | |
| ) | |
| Defendants. ) | |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WALKER,                            )
                                         )
            Plaintiff,                   )
                                         )    CIVIL ACTION FILE
v.                                       )
                                         )    NO. 1:00-CV-0367-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,      )
TURNER SPORTS, INC., and                 )
TURNER BROADCASTING SYSTEM, INC.,        )
                                         )
            Defendants.                  )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER,<br><br>                Plaintiff,<br><br>v.<br><br>WORLD CHAMPIONSHIP WRESTLING, INC.,<br>TURNER SPORTS, INC., and<br>TURNER BROADCASTING SYSTEM, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    CIVIL ACTION FILE<br><br>    NO. 1:00-CV-0367-CC |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WALKER,                          )
                                       )
                Plaintiff,             )
                                       )    CIVIL ACTION FILE
v.                                     )
                                       )    NO. 1:00-CV-0367-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,    )
TURNER SPORTS, INC., and               )
TURNER BROADCASTING SYSTEM, INC.,      )
                                       )
                Defendants.            )

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WORLD CHAMPIONSHIP WRESTLING, INC.,) <br> TURNER SPORTS, INC., and ) <br> TURNER BROADCASTING SYSTEM, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE <br><br> NO. 1:00-CV-0367-CC |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WORLD CHAMPIONSHIP WRESTLING, INC.,)<br>TURNER SPORTS, INC., and  )<br>TURNER BROADCASTING SYSTEMS, INC., )<br>  )<br>        Defendants.  ) | CIVIL ACTION FILE<br><br>NO. 1:01-CV-0916-CC |

**APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS**

1090490_1.DOC

## INDEX

1. Deposition of Eric A. Bischoff

2. Deposition of Jimmy R. Hart

3. Deposition of Martin A. Lunde

4. Deposition of Paul Orndorff

5. Deposition of Paul Worden Taylor, III

6. Deposition of Bobby L. Walker, Jr.

1090490_1.DOC