```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION
 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO.  1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC. and TURNER ENTERTAINMENT GROUP, INC.,
13   CIV. FILE NO. 1:01-CV-1152-CC;                CONFIDENTIAL
14   _____
                  DEPOSITION OF ERIC A. BISCHOFF
15                       JUNE 12, 2002
                          10:10 A.M.
16       TRANSCRIPT MAY CONTAIN CONFIDENTIAL INFORMATION
     _____
17
18
19                      Premier Reporting                 COPY
20
21
22
23
24
25                  CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
                          404-237-1990
                          800-317-5773
```

1    Q    I'm sure many of the people who watch this
2 video is going to realize that at some point during
3 the period of time from which you became vice
4 president until the time that you ended your
5 employment with WCW you also took on on-screen role?
6    A    No.  Most of the people who will be
7 watching this videotape will probably recognize that
8 I've maintained my on-screen role from the time I
9 started in '91 until the time that I left in '99.
10   Q    Okay.  You became involved in some
11 wrestling events, though, did you not?
12   A    Yes.
13   Q    Okay.  And that was new as of when?  When
14 was the first time that you actually got in the ring
15 and got in a ruckus with somebody?
16   A    I don't really remember the date.  It
17 would have been -- I don't know -- '97 perhaps.  '98.
18   Q    And during the period of time from the
19 time that you became executive vice president in
20 about -- in or about 1996, I guess, who was
21 responsible for hiring bookers at the WCW?
22   A    That would be me.
23   Q    Was that a new responsibility that fell to
24 you upon becoming executive vice president or were you
25 responsible for hiring bookers when you were vice

Page 47

1   president as well?

2         A    You know, I don't really recall. The job

3   description didn't define hiring of bookers. It was

4   part of a regular process that involved creating

5   television of which people that refer to themselves as

6   bookers were a part of.

7              I had inherited some staff that fell into

8   that category, and from time to time I brought in

9   people who I felt could help support the creative

10  team. So to answer your question specifically, some I

11  inherited and some I have -- and some I had hired.

12        Q    Was there -- and just so the viewers of

13  this particular tape understand, what is a booker?

14        A    Means different things to different

15  people. It's really an inappropriate job title. It

16  doesn't really exist in the context that the title

17  should be defined.

18             Years ago a booker was exactly that. They

19  would book matches at arenas and live events. As the

20  business changed and it became more of a television

21  property, what bookers used to do in the fifties and

22  sixties was also book those matches for television

23  shows. As the business changed, bookers are really

24  writers.

25        Q    So the bookers are the folks who engaged

1    in writing the story lines?

2        A    To a certain extent or to come up with
3    ideas or make suggestions.

4        Q    And who at WCW when you were from vice
5    president on, what was the name of the title of the
6    person who made the decision about which way the story
7    line went? Who had the final say?

8        A    Generally that was me with regard to the
9    oh, top two or three featured matches and then would
10   be handled by others.

11       Q    Was there someone who was always regarded
12   as being the head booker?

13       A    Uh-uh.

14       Q    Then --

15       A    I kind of considered myself the head
16   booker.

17       Q    Was there a position beneath you that --
18   in which authority resided for someone who was to make
19   decisions about how the story lines would go with
20   respect to sort of the subordinate matches?

21       A    There was not that kind of structure, no.

22       Q    Okay. How would the company then go about
23   deciding how those lesser matches would turn out?

24       A    Ideas would be thrown around a room and
25   decisions made more or less on a collective basis.

Page 49

```
 1      Q      What were the job qualifications that you
 2   looked for in a person to occupy the position of
 3   booker?
 4      A      Experience.
 5      Q      In the ring or experience as a booker?
 6      A      Both possibly.  Ideally both.
 7      Q      Did you ever hire a booker who had no
 8   previous experience as a booker?
 9      A      Again, you're using the term "booker," and
10   I never use -- I don't like to use the term "booker"
11   because I think it's inappropriate.
12             If the question were to be -- if I may put
13   one in your mouth -- did you ever hire people who
14   support the creative efforts at WCW who didn't have
15   experience, I tried a couple of times, yes.
16      Q      So we're talking about, to abbreviate it
17   somewhat, members of creative team?
18      A      Yes.
19      Q      Okay.  Who did you hire as members of the
20   creative deem who had no previous experience in that
21   position?
22      A      I hired two writers from Los Angeles
23   sometime in 1994.  Angelo Grillo was one, and I don't
24   remember the other gentleman's name.
25      Q      Anyone else?
```