Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
           TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13         CIV. FILE NO. 1:00-CV-1152-CC;

14

15

16   _____

17              VIDEO DEPOSITION OF JIMMY R. HART
                        MARCH 12, 2002
18                       10:30 A.M.

19   _____

20

21                      Premier Reporting

22

23

24

25              CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                        404-237-1990
                        800-317-5773
```

Page 74

1      Q      Thunderbolt Patterson?

2      A      -- Thunderbolt Patterson.  And I guess when
3   Bobby came over, he worked in the school over there, you
4   know, doing stuff.  But my first concept of Bobby is Jody
5   Hamilton told me, he goes, "You know, Bobby Walker can draw
6   pretty good."

7             And I went, "Oh, my God.  I love that."  I
8   said, "Let's put him in the audience at our little TV
9   tapings to kind of work a little deal out."  What I wanted
10  to do was work where he would be sketching pictures.  And
11  down the line, that would work him into a little program
12  without just jumping into something, because I know he was
13  at the school training.

14            So then we didn't have the Saturday night.
15  Well, then, finally, when I was able to take the Saturday
16  night over, I -- Bobby was still at the school working.  So
17  if he had any lawsuit, I don't know what he'd be working
18  down there for, you know, at that particular time.

19            And so I wanted to use Bobby, because I felt
20  like, you know, Bobby being youthful and young, and not
21  because of his color or anything else.  Because I wanted
22  talent for our Saturday night show, you know.  You can't be
23  blinded by color, names or anything.  You got to look at
24  trying to draw money on there.  Because if you don't, then
25  it makes Jimmy Hart look bad.  I'm just talking about

Page 75

1  myself personally.

2              So I got with Bobby, got him on my TV shows. And I think I've got a record of him winning, like, seven weeks in a row and doing stuff. And you ask Bobby, I don't know what he's told you, but you go to Bobby, and I'd always tell him, "Look" -- because I know Kevin was concerned about him on TV selling-wise, if he falls off the ropes, "Jesus Christ, tell him don't do it anymore."

9              Well, my whole thing was do it, and if you fall off, because we're editing our shows, I can splice it where it looks good. Because if you don't, you'll never be able to do something. And in this day, you need to do stuff that's different that will be something really clever.

15             And so --

16   Q    And you're talking about --

17   A    Bobby.

18   Q    -- Mr. Walker --

19   A    Yeah. Right. Bobby.

20   Q    -- walking the ropes?

21   A    Bobby, yeah.

22   Q    Yeah.

23   A    So I wanted to -- I told him, "Look, man, shit, if you can do it, do it. If you fall off, we'll splice it in and do it." So you know, but that was my