IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC., CIV. FILE NO. 1:01-CV-1152-CC;

VIDEOTAPED DEPOSITION OF MARTIN A. LUNDE

(Taken by Plaintiffs)

Matthews, North Carolina

Thursday, May 9, 2002

Reported in Stenotype by
Marne L. Hamilton, Notary Public
Transcript produced by computer-aided transcription

1   the walking the ropes?
2       A.  Never mastered it.
3       Q.  Or maybe I should ask it this way, do you
4   remember a time in which he was able to do it without
5   falling?
6       A.  About half the time, which isn't very good
7   averages.
8       Q.  Do you remember what time period it was that
9   you're saying that he fell half the time?
10      A.  Not really, but it was just when we were
11  doing the Saturday night tapings.  Jimmy Hart was in
12  charge of it.  I was helping him do that.
13      Q.  And when you say Saturday night tapings,
14  this was in front of a live audience?
15      A.  Yes, sir.
16      Q.  But it was not actually a live televised
17  event?
18      A.  Live to tape.
19      Q.  And can you explain that?
20      A.  It was taped exactly live, but it was shown
21  for broadcast tape-delayed later.  We would tape it on
22  Tuesday or Wednesday, and then it would be shown back
23  as live on Saturday night.
24      Q.  And you could edit out portions of the tape?
25      A.  There were some things you could pull out.

1    Q.    I mean if Bobby fell, you could edit that
2    part out and just pick up at that point?
3    A.    Well, it would depend on what part of the
4    match it was in.  If it was in a crucial part of the
5    match and you pulled that out, it certainly wouldn't
6    look right.  When you looked at the overall match, the
7    picture, you would be able to see that something was
8    missing there pretty easily.
9    Q.    Did he ever wrestle in front of a live
10   audience that you can remember?
11   A.    Bobby?
12   Q.    Yeah, I mean live televised audience I
13   should say.
14   A.    Yeah, the Saturday night tapings all the
15   time.
16   Q.    I'm sorry.  Where it was -- Was there ever a
17   time in which wrestlers would wrestle and it was being
18   televised immediately without the prior editing?
19   A.    Sure, Nitro was completely live, as was
20   Thunder.
21   Q.    Okay.  That's what I'm getting at.  Do you
22   ever remember Bobby wrestling for --
23   A.    I don't think -- I don't think he ever made
24   Nitro or Thunder.
25   Q.    Do you remember a wrestler named Tank

1  Abbott?

2       A.   Uh-huh.

3       Q.   You have to say yes.

4       A.   I'm sorry.  Yes, sir, I do.

5       Q.   How would you rate Bobby Walker compared to
6  Tank Abbott?  And again, we're focusing on you as
7  evaluation of wrestling talent.  How would you compare
8  the two?

9       A.   I thought Tank was one of those characters
10 that comes along just every now and then that actually
11 looked like a cartoon character, he looked like the
12 neighborhood bully, it was something that translated
13 well to TV, also had a very good ring presence.  And
14 for what he was used for, which was exclusively a quick
15 knock-out punch, which coming from the background that
16 he did, which was a UFC, which was sheep fighting, he
17 also brought a big following with him, which
18 transferred to our audience.  So he had carryover
19 appeal, so Tank was a big plus for us I think.

20      Q.   How would you rate Bobby Walker compared to
21 Tank Abbott?

22      A.   As far as TV personality?

23      Q.   How about wrestling ability.

24      A.   As a wrestler he was -- Tank wasn't a great
25 wrestler.  He just was a commodity.  Bobby wasn't a

1   great wrestler either.  Tank brought more
2   personality --
3       Q.  Okay.
4       A.  -- than Bobby would.
5       Q.  Here we go, I've started now.  How about
6   just pure wrestling, Bobby Walker versus Tank Abbott?
7       A.  Neither one of them were very good.
8       Q.  Who would you say was better, pure wrestling
9   ability?
10      A.  They were both horrible.
11      Q.  Okay.  How about between Bobby Walker and
12  Disco Inferno?
13      A.  Better wrestler?
14      Q.  Better wrestler.
15      A.  Disco Inferno.
16      Q.  Okay.  How about better entertainer?
17      A.  Disco Inferno.
18      Q.  And why do you say that?
19      A.  Just because of the gimmick he had, the
20  dancing, and the whole disco deal that we thought was a
21  nice, refreshing breath in the show.
22      Q.  Okay.  Why do you say Disco Inferno has
23  better pure wrestling talent than Bobby Walker?
24      A.  He's a better wrestler.
25      Q.  Can you --

1       A.   His psychology is better.  His ability to
2  lay a match out and have it make sense is better.  His
3  ability to remember is better.  His ability to be
4  coached is better.  He takes direction well.
5       Q.   And you say his ability to lay out the
6  match, are you suggesting that Disco Inferno scripted
7  his own matches?
8       A.   Not the result, but the content of the
9  match, every wrestler does that.  All we give the
10 wrestlers is the outcome and a way to possibly get
11 there.  It's a wrestler's job to lay his match out.
12 Everything from a content point of view is done by the
13 wrestlers.
14      Q.   Okay.  And -- but don't the bookers or the
15 creative persons, including yourself, discuss what's
16 going to happen with the wrestlers?
17      A.   Just the outcome.
18      Q.   How about Bobby Walker and Billy Kidman?
19      A.   No comparison, Billy Kidman is ten times the
20 wrestler Bobby Walker is.
21      Q.   Okay.  What about as far as an entertainer?
22      A.   Billy lacks a lot on the microphone.
23      Q.   He lacks a lot?
24      A.   Lacks, yes.
25      Q.   Okay.  Well, then how would you compare


```
                                                    52
```

1   Bobby Walker and Billy Kidman?

2        A.   I never heard Bobby Walker cut an interview.

3   I can't assess that.

4        Q.   How about Glacier, how would you compare

5   Bobby Walker with Glacier?

6        A.   Glacier is terrible.

7        Q.   How would you compare those two?

8        A.   Again, neither one very good.

9        Q.   If you had to pick one, pure wrestling

10  ability, which one would you pick?

11       A.   I would say probably Glacier by a small

12  margin, very small.

13       Q.   Okay.  And why would that be?

14       A.   Just a better grasp of what he was trying to

15  do I would think.

16       Q.   Can you be a little more specific?

17       A.   Yeah.  You could -- as I go back to being

18  coachable, I could go to Glacier, basically tell him

19  what the office had sent, what they wanted, and you

20  would get a truer picture of what you had given him.

21  Like I said, I told Bobby every single show don't go up

22  top; every single show he went up top; and half the

23  time the end result was he was falling off the top.  If

24  I would have told Glacier please don't do this or that

25  or this or that, he wouldn't have done it.

Case 1:00-cv-00367-CC   Document 102-4   Filed 12/17/02   Page 8 of 9

53

1      Q.   Did you ever tell Bobby Walker that he would
2 get an opportunity or would do better in the long run
3 if he didn't walk the ropes?
4      A.   My comment to Bobby was let's get the top
5 rope walking down at the Power Plant.  When you have
6 got it down to 100 percent, then we'll start going up
7 top on television.  Television is not the place to be
8 falling off because the fans are very unforgiving, and
9 when something clumsy like that happens, you might as
10 well just go ahead and end the match because it's over
11 anyway.  The fans will turn on you just like that.
12      Q.   So you weren't telling him to stop walking
13 the ropes all together, you were saying master it?
14      A.   Master it at the Power Plant during the
15 week.  When we get to TV, when you're confident that
16 you can do this 100 percent of the time, then we'll
17 start doing it.
18      Q.   And can you tell me how far up in time you
19 remember talking with Bobby about these events?
20      A.   Every time I saw him.
21      Q.   And do you remember the last time you worked
22 with Bobby?
23      A.   I don't remember the dates, no, sir.
24           MR. PONTZ:  Charles, is this a good time for
25 a break?  We've been going about an hour.

1          MR. GERNAZIAN: That's fine.

2          MR. PONTZ: Is that okay?

3          MR. GERNAZIAN: Yeah. I can hopefully be
4 through in about thirty minutes.

5          MR. PONTZ: Okay. Great.

6          THE WITNESS: I'm okay. I'd just like to
7 get a water.

8          MR. PONTZ: Yeah, that's what I was going to
9 say.

10         THE WITNESS: But I'm okay to keep going
11 if --

12         MR. PONTZ: Why don't we go ahead and take a
13 five-minute break.

14         MR. GERNAZIAN: We have water here.

15         MR. PONTZ: It's running out. I was going
16 to get some more. Why don't we take a five-minute
17 break.

18         THE WITNESS: I'll run to the little boys
19 room if that's okay.

20         VIDEOGRAPHER: We're going off the record at
21 2:25 p.m.

22         (Break taken.)

23         VIDEOGRAPHER: We're going back on the
24 record at 2:36 p.m.

25     Q.  Do you remember a wrestler named Marshall