Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3   Davis v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
 4   Saengsiphan v. World Championship Wrestling, Inc. and
         Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
 5   Speight v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
 6   Worthen v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
 7   Reeves v. World Championship Wrestling, Inc. and Turner
         Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
 8   Easterling v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
 9   Onoo v. World Championship Wrestling, Inc., and Turner
         Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
10   Norris v. World Championship Wrestling, Inc., and Turner
         Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
11   Walker v. World Championship Wrestling, Inc., and Turner
         Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
12   Patterson v. World Championship Wrestling, Inc., Turner
         Sports, Inc. and Turner Entertainment Group, Inc.,
13       Civ. File No. 1:01-CV-1152-CC

14

15

16   _____

17               DEPOSITION OF PAUL ORNDORFF
                      MAY 7, 2002
18                    10:00 A.M.

19   _____

20

21              Premier Reporting

22

23

24

25              CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                          404-237-1990
                          800-317-5773
```

Page 72

```
 1   they said to do that, you know, I called them.  But to
 2   actually remember a time and date, no, I can't tell
 3   you exactly.
 4        Q    Now, did you observe anything that was
 5   wrong with Bobby Walker's performance?
 6        A    All that Bobby, I thought, needed was --
 7   Bobby was real quiet.  Bobby didn't say a lot.  I
 8   liked Bobby.  I thought he was a hell of an athlete.
 9   Some people got charisma and some people don't.
10   Charisma is not something that you can inject into a
11   person.  They either have it or they don't.
12             And I think Bobby had potential.  I think
13   he had potential.  But when you are in a war, you know,
14   you ain't got time enough to -- you know, you shoot
15   live bullets now, they are shooting them back at you.
16   So you are going to go with your tested and proven --
17   you know, the guys that have already had that
18   experience and stuff on TV and however the bookers --
19   whatever they want to do with this person.  But I
20   thought Bobby had potential.
21        Q    Okay.  So if you had to pick one aspect of
22   Bobby's that needed improvement, what would it be?
23        A    Well, it wasn't nothing flashy.  Bobby
24   was kind of like I was.  I wasn't a real flashy guy,
25   but I did that by aggressiveness and stuff like that.
```

Page 73

1   Bobby had -- Bobby just needed time, experience.
2   That's basically what Bobby needed.  He had the
3   training pretty much already.  So just because you are
4   trained doesn't make you ready for TV.
5         Q     Right.
6         A     You got to go and work different places.
7   You got to get that time in.
8         Q     He needed some opportunities?
9         A     Let me go into it.  Can I go into this
10  this way, what I want to explain to them about
11  opportunity?  To get an opportunity, it's not just to
12  be on TV, because you don't want to get on TV until
13  you are really ready, because now they are watching
14  you.  Now you are being dissected.
15              And what Bobby needed and all the kids,
16  not just Bobby, all of them needed to be working every
17  night in these small towns.  I begged them and asked
18  them could we do that, and it just never happened,
19  because you can't take a kid, train him at the Power
20  Plant and then put him on a show and expect for him to
21  be -- it just ain't going to work.  It never will till
22  this day.
23              Now what Vince is doing is he sent them
24  out to these little bitty outlaw groups, some of those
25  kids that he has like a little territory in Texas and

1   there, he sends them there.  They work there for about
2   a year in these little small towns.  Then he'll take
3   them and bring them when he thinks they are ready to
4   his WWF, to their show.
5        Q     Okay.
6        A     We didn't really have that luxury, to be
7   quite frank with you, and that's why all these kids --
8   I mean, anybody that walks through a door has
9   potential, most of them.  You know what I'm saying.
10  It could be anybody, but not everybody's got charisma.
11  And they didn't really get a chance, and I say chance
12  because there was nowhere else to go to hone their
13  skills.  There just wasn't.  And you have to do that.
14              I didn't really start making any money
15  until after six years in the business.  It takes that
16  long to understand the psychology and the rights and
17  the wrongs in a match.  And it's sad, but that's the
18  truth.  That's it.
19       Q     Okay.  How about Harrison Norris, do you
20  remember him?
21       A     Yeah, Harrison, he was down -- he's been
22  down there with Jody for like over four years.  And
23  they used him on TV just to, you know, to maybe put
24  somebody over, you know, something like that.  And
25  they never really did anything with Harrison.