Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
     SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and
     TURNER SPORTS, INC., and TURNER ENTERTAINMENT GROUP,
13   INC., CIV. FILE NO. 1:00-CV-1152-CC;

14

15            DEPOSITION OF PAUL WORDEN TAYLOR, III
                      FEBRUARY 27, 2002
16                       10:00 A.M.
```

COPY

Premier Reporting

CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
404-237-1990
800-317-5773

1        Q      What claims were made against you in that
2   case?
3        A      He claimed that because of his race, I
4   harmed his career by the way I used him on television
5   or my lack of using him.
6        Q      Did you deny those allegations?
7        A      I was never charged.
8        Q      If asked, would you have denied those
9   allegations?
10       A      Yes.
11       Q      Were you involved in any negotiations to
12  settle the claim that Mr. Walker made against you?
13       A      No, sir.
14       Q      But that case was settled, was it not?
15       A      Yes.
16       Q      And Mr. Walker came back to work for WCW;
17  correct?
18       A      Yes.
19       Q      Was Mr. Walker used at all after he
20  returned?
21       A      Yes.
22       Q      As a wrestler?
23       A      Yes.
24       Q      Do you know how many times?
25       A      No.

1    Q    Were you involved in any decisions with
2 respect to booking Bobby Walker after he returned?
3    A    Yes.
4    Q    Who else was involved in those decisions?
5    A    It varied depending on the time.
6    Q    Do you recall any discussions that any of
7 the bookers had concerning Mr. Walker or -- well,
8 concerning him and using him as a wrestler after he
9 settled the first case and then came back to work for
10 WCW?
11    MR. PONTZ: Object to form.
12    Go ahead and answer.
13    THE WITNESS: Specifically, no.
14 Generally, we just tried to figure out what we were
15 going to do with him. We always tried to make the
16 characters mean something, have people care about them.
17 We were trying to repackage Bobby.
18    Q    (By Mr. Ichter) What ideas did you all
19 come up with for repackaging Mr. Walker?
20    A    My idea was to call him Bobby Bench Press
21 Walker, which is where he could bench press his
22 opponents off of him if they covered him a certain way,
23 which is chest to chest. He could push them off
24 because he could legitimately bench press 600 pounds.
25 He was one of the strongest guys in the world. We were

1   going to capitalize on that.

2   Q   What happened to that idea?

3   A   He didn't want to do it.

4   Q   Did he say why?

5   A.  He would rather -- he wanted to walk the
6   top rope and do higher risk moves.

7   Q   Was there any reason why both of those
8   things could not exist at the same time, that is that
9   he bench press opponents and walk the top rope?

10  A   There's no reason if the person was
11  willing, no.

12  Q   Were there any other ideas that were
13  developed for Mr. Walker to work him into storylines?

14  A   Yes.

15  Q   What were those?

16  A   We were going to change his whole
17  character.

18  Q   To what?

19  A   I asked him to come up with something he
20  was comfortable being.  I wanted him to turn heel,
21  which means be a bad guy, change his look, his
22  character, everything about himself, reinvent himself
23  as a completely fresh character.  I wanted to talk to
24  him to find out something in his personality that we
25  could make larger than life and then define it, package

Page 13

```
 1   it and market it.
 2        Q    And did you find anything that you could
 3   make larger than life in Mr. Walker?
 4        A    Before we had a chance to start, he sued
 5   the company.  Once I gave him that idea, I think one
 6   week later he filed suit.
 7        Q    Did you think that the idea of Mr. Walker
 8   walking on the top rope was a bad idea?
 9        A    Yes, sir.
10        Q    Why is that?
11        A    Because he fell off.
12        Q    How often?
13        A    On TV, probably 80 percent of the time,
14   more often than not.
15        Q    Do you know how many times he appeared on
16   TV?
17        A    No, sir.
18        Q    When I asked you about anything about this
19   lawsuit, you asked, "This suit?"  Are you aware of
20   other suits other than the one that Mr. Walker brought
21   previously and this lawsuit with the various plaintiffs
22   in it?  Are you aware of other discrimination claims
23   that have been made against WCW?
24        A    No, sir.  Can I clarify?
25        Q    Sure.
```