1           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA

2                ATLANTA DIVISION

3  DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;

4  SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
       TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;

5  SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;

6  WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;

7  REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;

8  EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;

9  ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;

10 NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;

11 WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;

12 PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
       SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,

13        CIV. FILE NO. 1:00-CV-1152-CC;

14

15     THIS DEPOSITION CONTAINS INFORMATION DESIGNATED
      CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

16

17 _____

18       DEPOSITION OF BOBBY L. WALKER, JR.
           FEBRUARY 22, 2002

19             10:00 A.M.

20 _____

21

22

23

24

25        CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 23

1   talking with you about your history with WCW and try to

2   take you through that.  We'll use some documents and some

3   other things.  Okay?

4       A    Okay.

5       Q    Now, I'm correct that you first came to WCW

6   in the summer of 1993?  Is that correct?

7       A    In '94.

8       Q    '94?  Are you sure about that?  Let me go

9   ahead and see if this will help.

10                      (Whereupon, the court reporter

11                       marked Defendant's Exhibit 1

12                       for identification.)

13  BY MR. PONTZ:

14      Q    Mr. Walker, I've handed you what's been

15  marked Defendant's Exhibit 1.  And it purports to be a

16  training agreement and release between you and WCW dated

17  July 1993.

18              And on the second page, there's a

19  signature.  Is that your signature of Bobby L. Walker?

20      A    Yes.

21      Q    Does it appear to you based on this

22  deposition (sic) that you started with WCW in the summer of

23  1993?

24      A    Yes.

25      Q    All right.  And it looks like you signed on

Page 24

1    to be a trainee at the Jonesboro, Georgia training

2    facility.  Do you remember training in Jonesboro?

3         A    Yes.

4         Q    At a facility called Power Plant?

5         A    Yes.

6         Q    Was this your first experience with

7    professional wrestling of any kind?

8         A    Yes.

9         Q    You could, if you want, put that down for a

10   second.  How did you get involved in professional

11   wrestling?

12        A    I had always watched it as a kid.  And I was

13   approached by Thunderbolt Patterson at a gym.  And he was

14   impressed with the amount of weight I could bench press,

15   and he got me involved from there.

16        Q    You were working out at a gym just to keep

17   in shape or were you playing sports or --

18        A    Just to keep in shape.

19        Q    Were you active in any kind of participatory

20   sports at the time other than, you know, recreational

21   stuff?  Did you do anything seriously, play on serious

22   teams or compete or anything like that?

23        A    No.

24        Q    So you were just lifting weights to work out

25   and keep in shape?

Page 25

1       A       Yes.

2       Q       And how did you know Mr. Patterson?

3       A       I have seen him in the past on the TV as a

4   wrestler.  And we became friends at the gym we was training

5   at.

6       Q       Where was the gym?

7       A       Riverdale Work-out America.

8       Q       And he just approached you and said, what

9   did he say?  Do you recall?

10      A       He wanted to know if I was interested in

11  wrestling.  He thought there might be an opportunity at

12  that time.

13      Q       How did you get from that to signing a

14  contract with WCW?

15      A       I was invited to go down to the training

16  facility.  From that time, Ole Anderson was also involved.

17  And the agreement between Ole Anderson and Thunderbolt was

18  to bring me in as his son, as well as Ole's son, which was

19  Brian Anderson, and we was going to tag team.

20      Q       So let me make sure I understand.  Ole

21  Anderson, who was with WCW, and Thunderbolt Patterson

22  talked about creating two new wrestling characters, Bobby

23  Walker, who would be billed out as Thunderbolt Patterson's

24  son?

25      A       Yes.

1        Q       And then Brian Anderson who would be billed

2    as Ole Anderson's son?

3        A       Yes.

4        Q       You wouldn't actually be Mr. Patterson's

5    son, that would be the character; right?

6        A       Yes.

7        Q       So did Mr. Patterson bring you to the Power

8    Plant to meet folks there?

9        A       Yes.

10        Q       Now, do you understand that a lot of the

11    folks who trained at the Power Plant had to pay to train at

12    the Power Plant?

13        A       After, yes.

14        Q       And some of them paid, are you aware,

15    $3,000 --

16        A       Yes.

17        Q       -- to train there?

18                But you didn't have to pay to train there;

19    right?

20        A       No.

21        Q       They actually signed you to this contract

22    which paid you to train there; right?

23        A       After a time, yes.

24        Q       Well, this contract indicates that you were

25    going to get paid up to $400 a week, $80 a day or $400 a

Page 27

1  week.  Is that your recollection of things?

2      A    Yes.

3      Q    All right.  And you understood from the

4  beginning with your contact with WCW that the wrestlers

5  with WCW, including yourself, are independent contractors;

6  right?

7      A    Yes.

8      Q    Do you know who at WCW made the decision to

9  sign you to this agreement?

10      A    Ole Anderson.

11      Q    You think it was Ole Anderson?

12      A    Yes.

13      Q    Did he tell you that it was his decision to

14  sign you or is that just what you inferred from the

15  situation?

16      A    Just inferred it from the situation.

17      Q    Great.  Now, this agreement says that it

18  will end October 17, 1993, right, but did you continue

19  beyond October of '93 training with WCW?

20      A    Yes.

21      Q    So they extended, I guess, the arrangement,

22  just kept you going in the same arrangement for at least a

23  little while longer?

24      A    Yes.

25      Q    And were there some other wrestlers at the

Page 28

1    same time, some white wrestlers as well who were kind of

2    treated the same way, you guys all came in and continued

3    training?  Are you aware of that or not?  Do you know?

4          A      There was a few.

5          Q      Do you remember a guy named Craig Pittman?

6          A      Yes.

7          Q      And he was down there training?

8          A      He came after, a year or so after me.

9          Q      You think so?

10         A      Yes.

11                       (Whereupon, the court reporter

12                        marked Defendant's Exhibit 2

13                        for identification.)

14   BY MR. PONTZ:

15         Q      Let me show you Defendant's Exhibit 2.  This

16   is a document, you may not have seen, but I want to ask you

17   about it.  This document indicates that your contract, the

18   document Defendant's 1 we were just looking for, what they

19   agreed, WCW agreed to extend it.  And they did that for

20   yourself and a gentleman named Jeff Gann.

21                Do you remember Mr. Gann?

22         A      Yes.

23         Q      And Bryant Rogowski and Craig Pittman.  Do

24   you remember those gentlemen as well?

25         A      Yes.

Page 29

| | | |
|---|---|---|
| 1 | Q | Were they white wrestlers? |
| 2 | A | Jeff Gann and Bryant. |
| 3 | Q | Were white wrestlers? |
| 4 | A | Yes. |
| 5 | Q | And then Craig Pittman was? |
| 6 | A | Black. |

7  Q  So there were four wrestlers all kind of

8  training down there, and they kept, according to this at

9  least, they kept them on training under whatever contract

10  they had previously had with WCW; right?

| | | |
|---|---|---|
| 11 | A | No. |
| 12 | Q | You don't think so? |
| 13 | A | No. |
| 14 | Q | How do you know that? |
| 15 | A | There was a lot more wrestlers than this. |
| 16 | Q | But at least these four -- |
| 17 | A | Yes. |

18  Q  -- were among the people who were being kept

19  on to train with WCW?

20  A  Yes.

21  Q  Great.  And do you remember then about April

22  of the next year, April of 1994, signing an independent

23  contractor agreement with WCW?  If you're not sure whether

24  you remember or not, that's okay.

25  A  Not sure.

Page 30

1               (Whereupon, the court reporter

2               marked Defendant's Exhibit 3

3               for identification.)

4   BY MR. PONTZ:

5         Q     Let me give you a copy of a document, what's

6   been marked Defendant's Exhibit 3.  This is a copy of an

7   independent contractor agreement.  And if you look on the

8   last page, well, let's go to the second-to-last page, the

9   page marked Page 10, if you go one page earlier than that.

10        A     Okay.

11        Q     Is that your signature there?

12        A     Wrong page.  Yes.

13        Q     And on Page 10, it lists an address of a PO

14  Box in Riverdale?

15        A     Yes.

16        Q     And then on Page 11, you signed it again?

17        A     Yes.

18        Q     And this is an agreement to pay you $800 a

19  week as a wrestler; right?

20        A     Yes.

21        Q     And it's a one-year agreement, it looks

22  like, it'll last to the next April, April '95; right?

23        A     Yes.

24        Q     So at this point, you were wrestling and

25  training and working with WCW, right, as an independent

Page 31

1   contractor wrestler?

2         MR. GERNAZIAN:  Objection to the extent you're

3   using independent contractor as a legal basis.  You can ask

4   him whether or not he understood what the agreement

5   represented.

6   BY MR. PONTZ:

7         Q     Did you understand, Mr. Walker, that you

8   were working as an independent contractor when you were a

9   wrestler with WCW pretty much throughout your time with

10  WCW?

11        MR. GERNAZIAN:  And I'm going to just continue for

12  all these questions to the extent it's asking for a legal

13  conclusion.

14        MR. PONTZ:  Understood.

15  BY MR. PONTZ:

16        Q     Mr. Walker, would you go ahead and answer

17  the question?  Was it your understanding you were working

18  as an independent contractor of WCW when you were a

19  wrestler with WCW?

20        A     Yes.

21        Q     And that's what this agreement says, in

22  fact; right?  It has, if you'll look on Page 3 for me, it

23  has a whole section called independent contractor; right?

24        A     Yes.

25        Q     Great.  All right.  And so you were

Page 32

1    wrestling with WCW back in 1994, you were training at the

2    Power Plant; is that right?

3         A    Training, yes.

4         Q    Did you have opportunities to practice

5    wrestling?

6         A    I don't understand.

7         Q    Well, in addition to lifting weights and

8    things like that, you were learning how to be a wrestler at

9    the Power Plant; right?

10        A    Yes.

11        Q    So you were wrestling with other trainees?

12        A    Yes.

13        Q    Wrestling in matches?

14        A    At the facility, yes.

15        Q    Did you have opportunities to wrestle

16   outside the facility?

17        A    Only after Bryant came down.

18        Q    Bryant Rogowski?

19        A    Yes.

20        Q    Why was that?

21        A    Ole wouldn't put me on payroll until his son

22   came from college.  He refused to.

23        Q    Was Mr. Rogowski Mr. Anderson's real son?

24        A    I'm not sure.

25        Q    But it was your understanding, well, you

Page 33

1    were on the payroll on this contract; right?

2          A     Yes.

3          Q     Because you were getting paid?

4          A     Yes.

5          Q     So I'm not sure I understand what you mean

6    by he wouldn't put you on payroll.

7          A     Before I signed this agreement, I was

8    already at the facility.  We didn't sign, I didn't sign

9    this until actually Bryant was there.  So I had to wait.  I

10   had to continue to work my other job and to come down to

11   the training facility until Bryant got there before I was

12   put on this contract.

13         Q     Do you know why that was done?

14         A     No.

15         Q     What other job did you work back in '94?

16         A     Warehouseman.

17         Q     Where did you work as a warehouseman?

18         A     Fairburn, Georgia.

19         Q     And what was the company?

20         A     Owens Corning.

21         Q     How much did you make in that job?  Were you

22   paid by the hour?

23         A     Yes.

24         Q     And what were you paid by the hour roughly?

25         A     14 and some change.

1       Q       14 dollars an hour?

2       A       Yes.

3       Q       Were you working pretty much full-time?

4       A       Yes.

5       Q       And when did you go to the Power Plant,

6   then, to train?  Did you work a day shift at the warehouse

7   or a night shift at the warehouse?

8       A       Night shift.

9       Q       So you went to the Power Plant in the day?

10      A       Yes.

11      Q       And you were being paid for training at the

12   Power Plant under these contracts at the same time, and you

13   were working at the warehouse as well to earn additional

14   money; right?

15      A       No.

16      Q       I don't understand, then.

17      A       Once I got on payroll here, I quit at Owens

18   Corning.

19      Q       So when you signed this agreement in '94,

20   you stopped working at the warehouse?

21      A       Yes.

22      Q       Thanks for clearing that up for me.  Do you

23   know who made the decision to sign you to this contract in

24   1994?

25      A       I'm not sure.

Page 35

1      Q      That's fine.  And when you signed as a

2    wrestler, no one promised you you'd be a star; right?  They

3    just promised you, hey, we'll sign you to a contract and

4    you'll learn how to wrestle?

5      A      No.

6      Q      What is the "no" to my question?  Did

7    someone promise you you'd be a star?

8      A      No.  It goes deeper than that.  When I was

9    brought in, I was told I wouldn't -- at that time, they was

10   looking for athletes.  They just didn't want bodies in the

11   ring.  And that was my understanding, that I would work

12   toward a promising career as a pro wrestler.  So I wasn't

13   just a guy they just pulled off the street.

14     Q      Right.  They thought you had some potential?

15     A      Yes.

16     Q      And you understand that being a professional

17   wrestler is more than just the physical wrestling skills;

18   right?

19     A      Yes.

20     Q      And it's more than just how big you are or

21   how quick you are?

22     A      Yes.

23     Q      It also includes your character and persona;

24   right?

25     A      Yes.

1   Q   And your ability to communicate with an

2   audience; right?

3   A   Yes.

4   Q   Whether it's by words or by actions; right?

5   A   Yes.

6   Q   You've got to be an entertainer?

7   A   Yes.

8   Q   It's an athlete and an actor all together?

9   A   Yes.

10   Q   Wrapped up in one package; right?

11   A   Yes.

12   Q   So it's a pretty unique skill?

13   A   Yes.

14   Q   Not everybody can do it by any stretch of

15   the imagination; right?

16   A   No.

17   Q   Would you agree with me that sometimes there

18   are some people that you might not expect would be good at

19   it, but for some reason, they click with a crowd or they

20   make people laugh or entertained?  Or there's some people

21   that you'd look at and say, I don't think that guy will

22   make it, and lo and behold, people seem to like him?

23   A   No.

24   Q   You don't think so?

25   A   No.

Page 37

1      Q      Are there people sometimes who you were sure

2  would make it, you looked at them and said, God, I'm sure

3  the crowd will love that guy, and then it turned out the

4  crowd didn't?

5      A      No.

6      Q      So you were always 100 percent right on

7  everybody you pegged?

8      A      No.

9      Q      Well, then, I don't understand how you're

10  answering my questions.  People have differences of

11  opinion.  I imagine somebody comes walking in the Power

12  Plant, and the other wrestlers there might have differences

13  of opinion over whether they think that guy is going to be

14  any good or not; right?

15      A      Yes.

16      Q      And somebody might look at him and say, he's

17  too small, and lo and behold, he works out anyway; right?

18      A      Yes.

19      Q      Or somebody might look at him and say, that

20  guy's slow or that guy's boring, and yet he works out okay;

21  right?

22      A      Yes.

23      Q      And somebody might look at him and say, I

24  don't find that guy funny when other people think he's

25  hysterical?

Page 38

1          A      Yes.

2          Q      So that opinions certainly vary, and there's

3   no, it's not like a mathematician where there's a right

4   answer to the math problem and there's a wrong answer to

5   the math problem, it's much more judgment call, right, as

6   to who's going to make it and who's going to be good, and

7   everybody has their opinion; right?

8          A      Everybody has their opinion, yes.

9          Q      Great.  Now, while you were down at the

10  Power Plant in this kind of era of 1994, so under this

11  contract, how often did you go to the Power Plant?

12         A      Five days a week.

13         Q      And what time did you get there?

14         A      From between 10:00 and 10:30 a.m. until 4:00

15  or 5:00 p.m.

16         Q      Was that pretty much most days?

17         A      Yes.

18         Q      And you were, I assume, working with

19  weights; right?

20         A      Yes.

21         Q      And taking some instruction on wrestling?

22         A      Yes.

23         Q      And practicing?

24         A      Yes.

25         Q      Now, if you didn't come on a particular day

Page 39

1   because you were sick or didn't feel well or had something

2   personal to take care of, you just didn't come; right?  I

3   mean, you were allowed to not come; right?

4          A       No.

5          Q       What would happen to you if you didn't come?

6          A       It would jeopardize my contract.

7          Q       Well, it would slow your progress in

8   training; right?

9          A       It would jeopardize my contract altogether.

10  Because I signed the agreement to be there, so I had to be

11  there.

12         Q       Under the contract?

13         A       Yes.

14         Q       That's fine.  Now, let me hand you another

15  document.

16                         (Whereupon, the court reporter

17                         marked Defendant's Exhibit 4

18                         for identification.)

19  BY MR. PONTZ:

20         Q       This is Defendant's Exhibit 4.  And this is

21  another independent contractor agreement that's dated April

22  of 1995, a year after the one we looked at before.  Okay?

23         A       Okay.

24         Q       And will you look at the second-to-last page

25  for me, Page 10.  Is that your signature?

Page 40

```
 1          A      Yes.

 2          Q      And then on Page 11, that's your signature

 3  again?

 4          A      Yes.

 5          Q      Now, this was another agreement for you to

 6  remain as a wrestler working with WCW for $800 per week;

 7  right?

 8          A      Yes.

 9          Q      Now, was that the same amount as the

10  contract in 1994, $800 a week?  Do you recall?  We can look

11  at the document.  It says what it says.  But do you

12  remember it being about the same amount of money --

13          A      Yes.

14          Q      -- in '94 and '95?

15          A      Yes.

16          Q      And again, it was your understanding you

17  were an independent contractor wrestler with WCW under that

18  contract?

19          A      Yes.

20          Q      All right.  Great.  You don't know who made

21  the decision to sign you to that 1995 contract, do you?

22          A      No.

23          Q      And let me hand you another document.

24                        (Whereupon, the court reporter

25                         marked Defendant's Exhibit 5
```

1                              for identification.)

2    BY MR. PONTZ:

3         Q    This is Defendant's 5.  Take a look at that

4    for us, would you please.  This is another independent

5    contractor agreement with WCW.  And it's dated April 25th

6    of 1996.  So again, one year later; right?

7         A    Yes.

8         Q    And if you'll look at Page 10, is that your

9    signature again?

10        A    Yes.

11        Q    And on Page 11 as well, your signature?

12        A    Yes.

13        Q    And now, if you'll look at Page 11 for me,

14   this document indicates that it's a one-year contract;

15   right?

16        A    Yes.

17        Q    And that it will automatically renew; right?

18        A    Yes.

19        Q    So in other words, at the end of the year,

20   if the company doesn't say no, you'll have another year's

21   contract; right?

22        A    Yes.

23        Q    And this contract, it looks like, was going

24   to pay you $85,000; right?

25        A    Right.

Page 42

1      Q      That's a pretty big salary bump from what

2   you were making before; right?

3      A      Yes.

4      Q      And it looks like that it can be, this

5   contract could be ended with 30 days' notice; right?

6      A      Yes.

7      Q      Before the end of the term, they can tell

8   you, but unless they give you 30 days' notice before the

9   end of the term, it's going to roll over and be another

10  contract again; right?

11     A      Yes.

12     Q      Were you happy about getting this contract?

13     A      Yes.

14     Q      Good contract?

15     A      Yes.

16     Q      You don't know who was responsible for

17  deciding to give you this contract, do you?

18     A      Eric Bischoff.

19     Q      How do you know Eric Bischoff was

20  responsible for giving you the contract?

21     A      I had talked to Eric.

22     Q      When did you talk to Eric?

23     A      In Orlando.  I'm not sure of the date.

24     Q      It was before you signed this contract,

25  though?

Page 43

1       A       Yes.

2       Q       And what were you doing in Orlando?

3       A       A TV taping.

4       Q       So you were wrestling with WCW?

5       A       Yes.

6       Q       So at some point after you started training

7   at the Power Plant, you started wrestling in WCW events;

8   right?  In 1995, in 1996, before this contract, you were

9   wrestling in wrestling events for WCW?

10      A       At some point.

11      Q       And those events included things like going

12  to, was it Universal Studios in Orlando?

13      A       Yes.

14      Q       And you'd go there with other wrestlers and

15  they'd tape a whole bunch of wrestling shows?

16      A       Yes.

17      Q       And Eric Bischoff was there, you said?

18      A       Yes.

19      Q       And did you approach Eric?

20      A       Yes.

21      Q       And what did you say to Mr. Bischoff?  Do

22  you recall?

23      A       I asked him about how he thought I was

24  doing.  And he told me he -- Kevin Sullivan had talked

25  highly about me.  And he asked me how much money I wanted.

Page 51

1   your knee was hurt?

2          A      Yes.

3          Q      Who did you tell?

4          A      The guys that I was working with.

5          Q      So that they could take precautions or --

6          A      Right.

7          Q      So you wouldn't hurt it worse or hurt them

8   because your knee buckles when you're trying to do a move;

9   right?

10         A      Right.

11         Q      Let me mark another agreement.

12                        (Whereupon, the court reporter

13                        marked Defendant's Exhibit 7

14                        for identification.)

15  BY MR. PONTZ:

16         Q      This is Defendant's Exhibit 7.  Would you

17  take a look at that for a moment, Mr. Walker.  This is an

18  agreement dated April 25, 1997.  So this is one year after

19  the last agreement we looked at; right?

20         A      Right.

21         Q      And as we discussed it, and if you want to

22  look back at the other agreement, you can, that other

23  agreement was going to automatically renew if they, if WCW

24  didn't terminate it; right?

25         A      Right.

Page 58

1          Q      And you?

2          A      And me.

3          Q      What was "Hardwork" Bobby Walker's image?

4   What kind of character were you trying to portray?

5          A      Something positive.  You work your butt off

6   knowing you have to start at the bottom.  And in time, with

7   hard work and patience and faith, you'll get to where you

8   want to be.

9          Q      And how did you dress when you were

10  "Hardwork" Bobby Walker in that character?  Was it just

11  regular wrestling tights with "Hardwork" on them?

12         A      Yes.

13         Q      Nothing, no masks or fancy hairdos or

14  outrageous costumes or anything like that?

15         A      No.

16         Q      Just pretty simple, straightforward

17  wrestling tights?

18         A      Yes.  I wanted to be me.

19         Q      And what were your actions as a character

20  "Hardwork"?  Were they kind of a straightforward, blue

21  collar hard working guy?  Is that a reasonably good

22  description?

23         A      Define "blue collar."

24         Q      Well, a hard working guy; right?

25         A      Yes.

Page 59

1      Q      You know, the kind of guy who puts in a full

2   day's effort every day and every time?

3      A      Right.

4      Q      Nothing flashy or showy?

5      A      No.

6      Q      And nothing cocky or brash?

7      A      Nothing.

8      Q      Just a regular, solid guy?

9      A      Yes.

10     Q      Now, one of the things you did as part of

11   your wrestling moves was kind of a step out onto the top

12   rope and then you'd leap off the rope onto your opponent;

13   right?

14     A      Yes.

15     Q      So you'd kind of climb up the ropes and then

16   take a step or two on the ropes and then leap off and land

17   on the opponent?  Is that a good description of it?

18     A      It goes a little deeper than that.

19     Q      Well, you describe for me what you would

20   do.  This was your finishing move; right?

21     A      Right.

22     Q      Did it have a name?

23     A      At first, it was the flying airborne off the

24   top.  And then it was just walking the ropes.

25     Q      What would you do?  Describe this move for

1          Q       In the summer of 1997, think back to the

2     summer of 1997, do you recall hurting your knee?

3                  And this may have been a different knee than

4     the one you hurt in Germany, but it may not have.  Do you

5     recall having any knee problems back in 1997?

6          A       I can't recall.

7          Q       Let me ask you, if you would, take a look at

8     that document with the little black clip there.  It's

9     Defendant's Exhibit 6; right?

10         A       Right.

11         Q       And if you'll take a look through, a couple

12    of pages through, I think on the fourth page, actually,

13    let's go to the third page, this is a medical report.  Do

14    you remember seeing a Dr. Gibbons?

15         A       Gibbons.

16         Q       You may not have seen him.  He may have

17    looked at an x-ray or something like that.  I don't know.

18    But do you remember seeing a Dr. Gibbons?

19         A       No.

20         Q       This report, this page here indicates that

21    you were seen for a sprained right knee, that you twisted a

22    knee jumping off the rope in June of '97.  Do you recall

23    that?

24         A       I don't recall.

25         Q       But it's possible it happened?

Page 63

1          A       Possible.

2          Q       All right.  And then do you remember getting

3   an MRI on your knee in '97?

4          A       I'm not sure.

5          Q       Do you remember having some medical

6   restrictions in kind of summer of '97 while you were

7   awaiting an MRI?

8          A       I can't remember.

9          Q       If you'd turn to the next page for me, this

10  is a document, it seems to indicate that there was a

11  possibility that you had torn your ACL in '97.  Do you

12  remember that now?

13         A       It's so far, I can't remember.

14         Q       That's fine.  And then the next page, it

15  looks like there was an MRI done on your right knee.

16         A       '97.

17         Q       And let me jump ahead a little bit.  You did

18  have ACL surgery in '98?  Do you recall that?

19         A       Yes.

20         Q       On your right knee?

21         A       I'm not sure what knee.

22         Q       One of the knees?

23         A       Yeah.

24         Q       Is it possible that this was when you first

25  hurt your knee and you put off surgery for a while?

Page 64

1        A        Let's see.   '98.   I don't know if I put it

2   off.

3        Q        Let me have you take a look, keep turning a

4   couple more pages, there's a page that at the very bottom

5   says, it has a number that's 19740.   Keep turning a couple

6   more pages to 19740, probably the one right before that.

7                 Is that 19740 at the very bottom right

8   corner?

9        A        Yes.

10       Q        This is a document, have you ever seen this

11  before?

12       A        No.

13       Q        This document indicates that you got a

14  diagnosis of an ACL tear in your right knee.   You do

15  remember having surgery to repair an ACL tear in your knee;

16  right?

17       A        Yes.

18       Q        And there is a note here that says work

19  status that says, "No wrestling until seen back."  Do you

20  remember being put on, told by a doctor not to wrestle

21  until you come back in for another appointment around then?

22       A        I'm not sure.

23       Q        It's possible it happened, but you don't

24  remember?

25       A        Yes.

Page 65

1        Q      All right.  And then in the right corner of

2   that document, there's something that says, "Patient wants

3   to think about surgery, possibly seek second opinion."

4   Does that sound like something you might have done?

5        A      Yes.

6        Q      The doctor says I want to do surgery, and

7   you say, whoa, let me think about it?

8        A      Yes.

9        Q      And then do you recall having the surgery on

10  your knee in 1998, ACL surgery?

11       A      Yes.

12       Q      Maybe in March?

13       A      Yes.

14       Q      And are you not sure whether it's your right

15  knee or you're pretty sure or hard to remember?

16       A      I'm not sure.  I don't know.

17       Q      But if the records indicate that you had

18  surgery on your right knee in March of '98, do you have any

19  reason to think that's incorrect?

20       A      No.

21       Q      That's fine.  And then after you had

22  surgery, I assume you were out for a while rehabilitating

23  the knee?

24       A      Yes.

25       Q      How much time did you spend rehabilitating

Page 66

1     the knee before you were back to wrestling?  Do you recall?

2          A     Let's see.  '98.  I'm not sure.

3          Q     A few months at least?

4          A     Yes.

5          Q     And do you remember doing physical therapy

6     in, like, the summer and early fall of '98?

7          A     Yes.

8          Q     Great.  And that was to rehabilitate the

9     knee?

10         A     Yes.

11         Q     All right.  I think we may be done with that

12    document.  Now, February of 1998, do you remember being

13    informed that, under the terms of your contract, you were

14    going to be let out of your contract, that you were going

15    to be what they call cycled out in early 1998?

16         A     What you mean by "cycled"?

17         Q     Well, I tell you what, let's look back at

18    your contract, which is Defendant's Exhibit 7.

19         A     7.  Okay.

20         Q     And if I'm not mistaken, the last page of

21    the contact says that they have to give you notice.

22         MR. GERNAZIAN:  What number are we on?

23         MR. PONTZ:  Defendant's 7.  I'm sorry.

24    BY MR. PONTZ:

25         Q     Actually, go ahead and look at Page 6 for

Page 67

1.  me, would you?

2       A       Six?

3       Q       Yes.

4       A       Okay.

5       Q       There's a clause that says Term and

6   Termination; right?  And Part B says this agreement, "The

7   term of this agreement shall be divided into consecutive

8   three-month periods."  And "During any such period, WCW may

9   terminate this agreement."  And it says something about

10  giving you at least one month prior notice.

11              Do you remember being told that WCW was

12  going to terminate your contract in April of 1998?

13      A       Yes.

14      Q       And did they tell you this in about February

15  of 1998?  Does that sound about right?

16      A       Yes.

17      Q       Do you remember who told you?

18      A       J.J. Dillon.

19      Q       What did J.J. tell you?

20      A       He called me in from the training facility.

21  I was out training at the Power Plant, said, "I have some

22  bad news, but I'm just the messenger."

23      Q       This is what J.J. said?

24      A       Yeah.  "We're having a cutback.  And

25  unfortunately, you are one of the guys."

Page 68

1      Q    So that's what J.J. told you?

2      A    Yes.

3      Q    And you were upset about that, I take it?

4      A    Yes.

5      Q    Did you ask to talk to Eric Bischoff about

6  it?

7      A    Not at that time.

8      Q    But at some point, you asked to talk to Eric

9  about it?

10     A    Yes.

11     Q    Why did you ask to talk to Eric about it?

12     A    Because he had just gave me a two-year

13  contract.

14     Q    Did you understand he was somebody who could

15  do something about it?

16     A    Yes.  He was the one in control.

17     Q    And you did meet with Mr. Bischoff?

18     A    Yes.

19     Q    Was this the first time you'd really raised

20  any kind of complaint with WCW about your contract or

21  issues like that?

22     A    Yes.

23     Q    And you had a face-to-face meeting with

24  Mr. Bischoff?

25     A    Yes.

Page 69

1       Q       And you asked him for another opportunity or

2    asked him to stay on or what did you ask Eric for when you

3    spoke with him?

4       A       I remember asking Eric, I just signed a --

5    "I don't understand why I was cut.  You just gave me a

6    two-year contract."

7       Q       And he offered you, at that time, didn't he

8    offer to re-sign you to a contract, but it was a contract

9    you didn't like the terms of; right?

10      A       Yes.

11      Q       And so you turned down the contract that he

12   offered you?  He said, well, I'll sign you to a new

13   contract, Mr. Walker, but you didn't like the terms of that

14   agreement?

15      A       Yes.

16      Q       And actually, WCW, in fact, sent you a copy

17   of that proposed contract, and you didn't sign it and

18   didn't do it?

19      A       Yes.

20      Q       And instead of doing that, at that time, you

21   instituted an action against WCW alleging race

22   discrimination; right?

23      A       Yes.

24      Q       You filed a charge of discrimination with

25   the EEOC?

1       A     Yes.

2       Q     And do you know what happened to that EEOC

3  charge?

4       A     I'm not sure.

5       Q     Let me have this marked.

6               (Whereupon, the court reporter

7               marked Defendant's Exhibit 9

8               for identification.)

9  BY MR. PONTZ:

10      Q     Let me have you take a look at Defendant's

11  Exhibit 9.  Do you remember receiving this document from

12  the EEOC?

13      A     Yes.

14      Q     And this is a document, it's a dismissal of

15  notice of rights, and this was for the EEOC charge you

16  filed in 1998 against WCW?

17      A     Yes.

18      Q     And it indicates on the first page that the

19  reason the charge is being dismissed is because there's no

20  employee/employer relationship; right?

21      A     Right.

22      Q     Great.  And then you, after the EEOC charge

23  was resolved or dismissed by the EEOC, you filed a lawsuit

24  with a lawyer against WCW?

25      A     Yes.

Page 71

1        Q      And in the lawsuit, you attempted to raise

2   claims and allegations of discrimination over a number of

3   years, right, about how you'd been treated as a wrestler at

4   WCW?

5        A      Yes.

6        Q      And you claimed discrimination in various

7   kinds of things, your wrestling opportunities, your pay,

8   your treatment, things like that; right?

9        A      Opportunity, yes.

10        Q      Now, it's real important you just tell me

11   the answer to this question.  You settled that lawsuit

12   against WCW; right?

13        A      Right.

14        MR. PONTZ:  Let me go ahead and mark the next

15   portion of this deposition transcript confidential.

16                (Whereupon, the following testimony is

17                contained in the confidential transcript.)

18

19

20

21

22

23

24

25

Page 75

1   contractor agreement between you and WCW signed January 1,

2   1999; right?

3          A    Yes.

4          Q    And on the second-to-last page, Page 15, is

5   that your signature?

6          A    Yes.

7          Q    You've added "Hardwork" to it this time, but

8   it's still your signature; right?

9          A    Yes.

10         Q    And then on Page 16, is that also your

11  signature?

12         A    Yes.

13         Q    And so this was an agreement starting in

14  January 1 of 1999 for $100,000 a year, and it was a

15  two-year contract; right?

16         A    Right.

17         Q    And was it your understanding that this was

18  a guaranteed contract that you'd be paid for both years?

19         A    Yes.

20         Q    And just jumping ahead, you were, in fact,

21  paid $100,000 a year in 1999 and in 2000 by WCW; right?

22         A    Right.

23         Q    And again, was it your understanding that

24  you were going to continue under this contract the

25  relationship with WCW as an independent contractor

Page 76

1    wrestler; right?

2           A       Right.

3           Q       Great.  So in 1999, you're back wrestling

4    with WCW; right?

5           A       Right.

6           Q       And were you working out at the Power Plant

7    on occasion to keep your skills sharp?

8           A       I was told I had to come back to the Power

9    Plant, yes.

10          Q       Who told you that?

11          A       In the meeting with Eric Bischoff, he had

12   requested that I go to the Power Plant for about two weeks

13   to get my ring fitness back.

14          Q       Is that in part because you'd had the knee

15   surgery?

16          A       Right.

17          Q       So he wanted to give you a couple weeks to

18   get the, as they say, the ring rust off; right?

19          A       Right.

20          Q       And you were okay with that, I assume?

21          A       Yes.

22          Q       And then you were wrestling after those

23   couple of weeks?

24          A       No.

25          Q       Well, did you wrestle at some point in 1999?

Page 77

1       A     Yes.

2       Q     And then you did wrestle as well in 2000;

3 right?

4       A     Yes.

5       Q     On WCW events?

6       A     Yes.

7       Q     Various different shows and house shows and

8 TV shows and things like that?

9       A     No.  No house shows.

10      Q     No house shows, just TV shows?

11      A     Just the Saturday night show and one

12 Thunder.

13      Q     That was in 1999?

14      A     Yes.

15      Q     Did you wrestle in a Nitro in 2000?

16      A     No.

17      Q     Where did you wrestle in 2000 that you

18 recall?

19      A     I was on a dark match, a Thunder, one

20 Thunder.

21      Q     When you say "a dark match," tell me what

22 your understanding of a dark match is.

23      A     It's not televised.

24      Q     So it's a match before the television show

25 starts?

1          Q       Go ahead and answer the question.  Do you

2    know what WCW thought about your knee status in 2000?

3               MR. GERNAZIAN:   Same objection.

4    BY MR. PONTZ:

5          Q       You can answer the question.

6          A       No.

7          Q       No?

8          A       (Whereupon, the witness shook his head

9    negatively.)

10         Q       Now, the contract that you signed in January

11   1 of '99, that expired at the end of 2000; right?

12         A       Yes.

13         Q       Two-year contract?

14         A       Yes.

15         Q       And it did, in fact, expire and you stopped

16   being under contract to WCW at December 31st of 2000;

17   right?

18         A       Yes.

19         Q       You don't know whether other wrestlers had

20   their contracts expire near the end of 2000 or the

21   beginning of 2001, do you?

22         A       No.

23         Q       So it's possible that other wrestlers had

24   contracts that expired and those contracts were let to

25   expire as well; right?

Page 99

1       Q       If there was ever a time when you thought

2   I'm sick, I feel bad, I can't wrestle today, you would just

3   let folks from WCW know that and you didn't wrestle;

4   right?  That's the way it worked; right?

5       A       You let them know when you're sick.

6       Q       Or hurt?

7       A       Or hurt.

8       Q       And when you let them know you were hurt or

9   sick, you didn't have to wrestle; right?

10      A       Yes.

11      Q       All right.  And as a wrestler, when you

12  wrestled, you brought kind of the unique skills that you

13  had as Bobby "Hardwork" Walker to the ring; right?

14      A       Right.

15      Q       And you didn't file reports or do things

16  like that on your services, you just came and you wrestled

17  and you trained and you didn't have to report on your

18  progress or things like that to anybody; right?

19      A       Every so often, Kevin would check in on me,

20  ask me how I'm doing, I'm still down here in training.

21      Q       Kevin Sullivan would check in --

22      A       Yes.

23      Q       -- just to see how you were doing?

24      A       Yes.

25      Q       But was that more, you think, just a

Page 100

```
 1   friendship kind of thing?

 2        A     Yes.

 3        Q     And you provided your own clothes and

 4   equipment when you wrestled; right?

 5        A     Yes.

 6        Q     And you and, you said, Pez Watley came up

 7   with your name and ring character?

 8        A     Yes.

 9        Q     While you were wrestling, you said,

10   originally, you were working at the, at a warehouse.  After

11   that, after you stopped working at the warehouse, while you

12   were wrestling with WCW, did you ever work anywhere else?

13        A     No.

14        Q     Nothing else at all?

15        A     Just WCW.

16        Q     Could you have gotten another job in your

17   free time at the warehouse or something like that?

18        A     No.

19        Q     Why not?

20        A     I was at the Power Plant from 10:00, it was

21   set up from 10:00 to 5:00.  I was there most of the time

22   for, I know for well over four or five years, maybe four

23   years.  I still was going through the same thing that the

24   guys came in years after me.  I was still doing the

25   squats.  I was still running the ropes.  I was still doing
```

Page 102

1       A       Other -- mostly the few blacks we had.

2   Mostly the few blacks we had, we stayed and we did what we

3   needed to do.

4       Q       Well, did some of the white wrestlers help

5   out with that, I assume?

6       A       Some.

7       Q       Yes.  Do you know why others didn't help

8   out?

9       A       Others?

10      Q       Any of the wrestlers who didn't help out

11  with that stuff, do you know why they didn't?

12      A       Most of the time, they did.

13      Q       Most of the time, they helped out?

14      A       As far as the blacks.  It was almost like we

15  really didn't have a choice.

16      Q       Why do you say that?

17      A       It was --

18      Q       Is that just your feeling?

19      A       It was if you didn't, you had a bad

20  attitude.  You're part of WCW.  So we always, you know, had

21  to pick up a broom or --

22      Q       Help out?

23      A       -- help out or --

24      Q       Wasn't that true of all the wrestlers at the

25  Power Plant, that if you didn't help out like that, you had

Page 103

1.   a bad attitude?

2          A     No, no.  Some of the white wrestlers left

3    early.  Some of the guys that even had been there a year,

4    they'll come in, they'll do their little ring thing and

5    they would leave.  They didn't stay.

6          Q     Do you know why that was?

7          A     I don't know.  I have no idea.

8          Q     Now, when you were in the ring wrestling, a

9    lot of the performance had to do with your, you know, your

10   creativity and your imagination; right?

11         A     Some.

12         Q     You were told what the outcome was supposed

13   to be; right?

14         A     Correct.

15         Q     But how you got there was up to you and the

16   other wrestler, right, pretty much?

17         A     Pretty much.

18         Q     You know, you had to decide how you get

19   certain things to happen, how you get from point a to point

20   b; right?

21         A     Right.

22         Q     And you knew what your finishing move was

23   going to be, but you had to figure out how to set them up

24   for it; right?

25         A     Right.

Page 142

1      A      Different based on what he, the plans were

2  to do with me.

3      Q      What did he tell you that the plans were for

4  you?

5      A      Well, he just said he had -- he didn't

6  elaborate.  I know he requested I change my name from

7  "Hardwork."

8      Q      What else did he request?

9      A      He requested that I also stay in shape,

10 which wasn't an issue.  And that was about it.

11     Q      What did you ask him about in terms of

12 getting a push?

13     A      Basically what -- you have any plans for

14 me.  And also, I also talked to Eric Bischoff.

15     Q      When did you talk to Mr. Bischoff?

16     A      I talked to Bischoff in February.

17     Q      Of what year?

18     A      '99.

19     Q      So this was after you signed the contract,

20 the two-year contract in January of '99, you talked to him

21 in February of '99?

22     A      That's correct.

23     Q      What did you talk to him about?

24     A      I talked to him about the -- my future at

25 WCW.  Because as I recall, the meeting kept getting put

Page 144

1    start a new slate.  What I want you -- he wanted me to go

2    down to the training facility for two weeks to get in ring

3    shape.  And I done that.  And he was pretty short.

4              And he left the door open.  I remember

5    that.  He left the door open.  And then he said, "Well,

6    we'll come up with different things from there."  And that

7    was basically the bulk of the meeting.

8         Q    Did you ever ask to meet with him another

9    time beyond that?

10        A    Not that I recall.

11        Q    And this meeting with, this discussion with

12   Terry Taylor about pushing, you said there was one before

13   1999, there was one that was after 1999 when you were

14   talking about the name "Hardwork" and what to do about

15   that; right?

16        A    Correct.

17        Q    Was it just the two times that you talked to

18   Terry Taylor about getting a push?

19        A    I talked to Terry Taylor a lot when he was

20   at the Power Plant.  At one time, Terry Taylor had a bad

21   relationship with Eric Bischoff, so he was sent down to the

22   school to be a trainee --

23        Q    When was this?

24        A    -- be a trainer.

25        Q    When was this?

1         A       Right.  And to make an angle out of the

2    bench press, which have been done in the past.

3         Q       That was an idea that he suggested he might

4    use with you?

5         A       Yeah.  He suggested a few ideas, but it

6    never came to play.  So I guess a few weeks later, before

7    we went to Orlando, was scheduled for a taping in Orlando,

8    I was trying to get another meeting with him, and he kept

9    putting it off.  Then he said, "Well, I'll just talk to you

10   in Orlando."

11            And after a few times, we did talk in

12   Orlando.  And I basically went up to him just like I would

13   talk to him at the training facility, man to man.  Just

14   because he had the booking there, it wasn't I'm about to

15   look down or talk a certain way.  I respected him just like

16   he respected me.

17            So I asked him, I was like, "Terry, now that

18   you got the book, you got the power, what you going to do?

19   What is my future here at WCW?"  He came up with different

20   angles, well, you know, get with Kevin, get with Teddy,

21   y'all come up with different ideas, this and that.

22            And I done that.  I think a few days later,

23   Teddy Long told me that "Terry Taylor didn't appreciate you

24   questioning, he didn't appreciate a black man questioning

25   him."

Page 150

1    good old redneck company.  And Terry Taylor don't like

2    you."

3         Q     So Terry Taylor had personal animosity

4    against you?

5         A     Yes.

6         Q     And it was --

7         A     I don't know why.

8         Q     And it was Kevin's opinion that you wouldn't

9    get a fair shake?

10        A     Kevin witnessed a, when they go to the war

11   room, this wasn't -- during the course of the week, the

12   bookers, all the important people get together and make out

13   the schedule and what shows, who's going to be where.

14              And Kevin told Teddy Long, "Tell Bobby to be

15   careful, because Terry Taylor is out to get him."  He said,

16   "Tell him he can't afford to mess up in the ring at all."

17        Q     Because Terry Taylor had a personal

18   animosity with you?

19        A     Yes.  And I, and when I talked to Teddy, I

20   said, "I don't know why.  I just talk to him the same way

21   I'm talking to you."  So from there, everything went

22   downhill.

23        Q     How about your conversation with Jimmy Hart

24   about getting a push, when was that?

25        A     That was in '99.

Page 151

1        Q        Where was that?  Do you recall?

2        A        That was on the Saturday night shows.  After

3    the two weeks that I went down and I seen nothing was

4    happening, you know, I wasn't on the mailing list, it was

5    like I didn't even exist, like a big -- I didn't exist.  I

6    was at home and Paul Orndorff -- maybe I'm getting off the

7    track here.  Paul Orndorff called and said, "You need to be

8    at the school."

9        Q        And when did you have your conversation with

10    Jimmy Hart --

11        A        Jimmy --

12        Q        -- about getting a push?

13        A        Jimmy, I had the conversation with Jimmy

14    Hart when they had decided they was going to turn me heel.

15    And Jimmy had, was taking over the Saturday night show,

16    and he wanted me on his show.

17                 He was all for the walking the ropes,

18    because it was different.  He said, "Bobby, people love

19    it.  It's different.  I'll work you on my show."  At that

20    time, he had the power.  He was running the Saturday night

21    show.

22        Q        And he did put you on the Saturday night

23    show?

24        A        He put me on the Saturday night show in '99.

25        Q        Do you believe Jimmy Hart discriminated

Page 152

1    against you on the basis of your race?

2          A      Jimmy tried to be fair.  But there was

3    only --

4          Q      But you don't think Jimmy Hart made

5    decisions about you based on your race, him personally?

6          A      Jimmy tried to stay out of it without

7    putting his job at risk.

8          Q      Do you think Kevin Sullivan made any

9    decisions about you on the basis of your race?

10         A      Kevin tried to stay out of it, too.

11         Q      So you don't think --

12         A      You got to understand, Kevin --

13         MR. GERNAZIAN:  Let him finish his answer.

14   BY MR. PONTZ:

15         Q      Go ahead.

16         A      When they seen Kevin or Jimmy talking to a

17   black too long, you just basically crossed the line.  So

18   they would have short conversations, they would have short

19   conversations with me.  There are times when Kevin walked

20   by me and say, "Just take the money.  They're not going to

21   use you," and keep walking.

22         Q      When you say "they," when they see Kevin or

23   Jimmy talking to you, who's "they"?  Who are you talking

24   about?

25         A      Terry Taylor, Arn Anderson, Eric Bischoff,

Page 163

1   being put on the payroll until Bryant got there.  After

2   about, I guess about six months, he seen how frustrated I

3   was and he said, "Listen, Bobby, the only reason you're

4   here is because they need color on the TV.  That's the only

5   reason."

6          Q      This was 1994?

7          A      Between, yes, '93, '94.

8          Q      And do you know on what basis Mr. Mulligan

9   made that statement?

10         A      He seen how frustrated I was.

11         Q      Was that just his opinion, do you think,

12  that the reason you were there was because of your color?

13         A      I strongly believe it was his fact.

14  Blackjack was always pretty honest with me.

15         Q      But you don't know, he wasn't on the booking

16  committee, was he?

17         A      No.  He was hired to train us.

18         Q      So you don't know why, just because a

19  trainer said to you you're here because of your race, you

20  don't know if he actually got that information from anyone

21  who was making the decisions about who would wrestle and

22  who would not wrestle, do you?

23         A      I'm not sure.

24         Q      And this was back in '93 or '94 that

25  Mr. Mulligan said this to you?

1    only going so far.

2          Q     But he didn't say it had anything to do with

3    your race?

4          A     No.

5          Q     All right.  Anything else that you think

6    Mr. Bischoff did that discriminated against you on the

7    basis of your race?

8          A     I was told by Sonny Onoo that, in a

9    particular match, I was walking the ropes, and I don't know

10   what happened, but it came from Eric Bischoff to "Get that

11   nigger off my ropes."

12         Q     When was this match?  Do you recall?

13         A     I can't recall.

14         Q     Is this before you filed your first claim

15   against WCW?

16         A     I can't recall.

17         Q     You don't remember at all when this was?

18         A     No.

19         Q     You don't know whether this was before you

20   came back in January 1999 with the new deal or not?

21         A     I can't recall.  It's so much, the file is

22   so thick, I'm not really sure.

23         Q     And what you're telling me is that Sonny

24   Onoo told you that Eric said to someone, do you know who

25   Eric supposedly said that to?

Page 177

1        A      I'm not sure.  I also think Moses also heard

2    it, because it was on the earpiece.

3        Q      And who's Moses?

4        A      Moses was a guy that worked off the ring

5    truck and helped set up and stuff like that.

6        Q      All right.

7        A      And I do remember Moses telling me, "Maybe

8    you shouldn't just walk them, because the odds are against

9    you."  I just --

10       Q      So you heard from Sonny and from Moses some

11   statements that Eric was upset with you walking the ropes;

12   right?

13       A      Yes.

14       Q      And Sonny told you that he heard that Eric

15   had used the "N" word?

16       A      Yes.

17       Q      But you don't know whether he did or not,

18   that's just what people told you; right?

19       A      Yes.

20       Q      Anything else that Mr. Bischoff did that you

21   believe was discriminatory?

22       A      Eric Bischoff made a comment when we was

23   here on a Nitro in Atlanta that "This is a white night,

24   because no niggers going to be on the show."

25              I wasn't on that show that particular

1  night.  As I recall, the blacks was taken off the show.  He

2  made the comment that "Blacks would not pay to come to a

3  Nitro.  They'd rather watch it on TV."

4          Q       Let me back up a little bit.  You didn't

5  hear Mr. Bischoff say, "This is white night."  Right?

6          A       Right.

7          Q       Somebody told you that he supposedly said

8  that?

9          A       Yes.

10          Q       Who told you that?

11          A       Teddy Long and Harold Hogue.

12          Q       Teddy Long and who?

13          A       Harold Hogue.

14          Q       Did they say they heard it or did they say

15  someone told them?

16          A       Teddy said he heard it.

17          Q       And then you made another comment that you

18  attributed to Eric Bischoff.  You didn't hear that either;

19  right?

20          A       I don't understand.

21          Q       What you just testified to about Eric at

22  this show at the Nitro, you weren't around for that; right?

23          A       Right.

24          Q       You didn't hear any of that?

25          A       Not from Eric.

Page 179

1        Q     People just told you that Eric supposedly

2  said that?

3        A     Well, at the time, Teddy was managing me, so

4  I heard it from Teddy.

5        Q     But you don't know whether it happened or

6  not, it's Mr. Long's testimony, not testimony, Mr. Long's

7  statement to you that that's what happened?

8        A     Yes.

9        Q     Anything else that Mr. Bischoff said or did

10  that you believe was discriminatory against you because of

11  your race?

12       A     No.

13       Q     How about Terry Taylor?

14       A     I apologize ahead of time if I tend to get a

15  little aggressive about Mr. Taylor.

16       Q     Well, let me do it this way.  Let me start

17  off first by saying tell me all the things you think that

18  Mr. Taylor did to discriminate against you on the basis of

19  your race before you filed your first claim.  Let's break

20  it down time frame that way.

21       A     Before I filed the first claim.

22       Q     Let's cover all the things you think he did

23  before your first claim.

24       A     Okay.

25       Q     Can you do that first for me?

1              MR. GERNAZIAN:  Based on his race?

2              MR. PONTZ:  Based on his race.

3     BY MR. PONTZ:

4         Q     What I want to know is what it is you

5     believe Mr. Taylor did to discriminate against you on the

6     basis of your race before you first filed a claim against

7     WCW.

8         A     Okay.

9         Q     Tell me what those things were.

10        A     One was he made the, he was a little mad

11    because, at that time, I think I was making more money than

12    him, so he say.  And he was down at the Power Plant talking

13    and pissed and mad and all this, and this is the same time

14    he made the comment in front of me, Ernest Miller and Bill

15    Goldberg that "Y'all are only here because you're black.

16    Other than that, you wouldn't be here."

17                 After Terry Taylor got the book, after Eric

18    had promoted him or whatever, when I went to Mr. Taylor

19    about my position at WCW and discussed that with him, tried

20    to get a meeting there in Atlanta, but we ended up trying

21    to discuss it in Orlando, and he made the, you know, the

22    comment that a black man shouldn't question him.

23                 I don't know, a week or two, I don't know

24    what the time frame, but when I got back to Atlanta, I had

25    walking papers.  And I couldn't figure out why.  And then

1   that were portrayed with WCW?

2          A       Not that I recall.

3          Q       And no one ever said to you, hey, if your

4   persona was a negative stereotype, you would have gotten a

5   push, but because it's "Hardwork," we're not pushing you;

6   right?

7          A       Could you re --

8          Q       Did anyone ever say to you the thing that's

9   holding you back is your good guy image of "Hardwork"

10  Walker?

11         A       No.

12         Q       What --

13         A       Kevin Sullivan informed me the reason that I

14  wasn't going to go nowhere in WCW was because I was black.

15  And it was a good old boy neckwork.  And even little things

16  that they done helped demonstrate it, helped demonstrate

17  that, by not putting me on shows or telling me to come back

18  to the school and stuff, things like that.

19         Q       That's the kind of stuff we already talked

20  about; right?

21         A       Right.

22         Q       Can you tell me some wrestlers who you

23  believe weren't as qualified as you who you think got a

24  push?

25         A       How long you have?

Page 195

```
 1          Q     Well, as long as we need, Mr. Walker.

 2          MR. GERNAZIAN:  We need another jar of cookies.

 3          THE WITNESS:  Disco Inferno, I seen Disco leap

 4   before me like it was, bam, he was gone.  And I was there

 5   way before he was.

 6   BY MR. PONTZ:

 7          Q     Do you know who was responsible for giving

 8   Disco Inferno that push?

 9          A     Eric Bischoff, Terry Taylor and the booking

10   committee.

11          Q     Do you know why they pushed Disco Inferno?

12          A     I don't know.

13          Q     Who else?

14          A     Chris Canyon, who also came in after me, got

15   a lot of time on TV, went to the pay-per-views, done the

16   Saturday night shows.  Most of these guys done every show,

17   Saturday night, Thunder, Nitro, pay-per-view.

18          Q     Do you know, I'm sorry, do you know who was

19   responsible for giving Canyon this push?

20          A     Eric Bischoff and Terry Taylor are or who

21   was ever the booking at that particular time.  Of course,

22   Eric Bischoff was the president or vice president.  Then

23   you got the top booker who would make the major decision

24   and take it to Eric.

25                You got people like Courageous, who came in
```

Page 196

1    way after me, got better contract deals, was -- stayed on

2    Saturday night shows just for a minute, went straight to

3    Nitro, done the pay-per-views.

4         Q    How do you know he had a better contract

5    deal than you?

6         A    It's word of mouth.

7         Q    What did you think his contract was?

8         A    I think his contract started out when he

9    first came in at about $75,000, but I'm not for sure.   I

10   know Disco, I didn't, I haven't seen their checks or

11   anything like that, I know Disco made good wages.   Billy

12   Kidman, who only stands about two feet two --

13        Q    Well, actually, Mr. Kidman and

14   Mr. Courageous were cruiser weight wrestlers, right, much

15   smaller than you, under kind of a different grouping of

16   wrestlers; right?

17        A    They started out that way.

18        Q    Right.

19        A    But Kidman rebounded way over Courageous.

20   If I'm not mistaken, Kidman even done an angle with Eric

21   Bischoff.   If I'm not mistaken, he done an angle with

22   Hogan.   This is a guy that I seen mess up in the ring

23   plenty of times and nothing was ever said, and they still

24   pushed him to the center.

25        Q    Is it possible, Mr. Walker, that the reason

Page 197

1    folks like these gentlemen you mentioned, and I'm sure you

2    could mention others, isn't it possible that it was just

3    Eric Bischoff's opinion that they were more entertaining

4    than you were?

5            A      No.

6            Q      That's not possible?

7            A      Kidman didn't have anything different he

8    do.  I don't -- what did he bring to the table?  The only

9    thing he done was do a flip off the top rope.  And I seen

10   plenty of times he messed that up even on live TV.

11           Q      Mr. Walker, there's more than just the moves

12   in the ring; right?

13           A      Right.

14           Q      There's the whole personality, there's

15   interviews; right?

16           A      Right.

17           Q      There's just the way they interact with the

18   audience and with other wrestlers in the storylines; right?

19           A      Right.

20           Q      Isn't it possible Mr. Bischoff just thought

21   Mr. Kidman did a better job at that than you?

22           A      Kidman couldn't do what I do in the ring.

23   Kidman couldn't walk the ropes.  He didn't have the nerve

24   to get up there.  No white had the nerve or had the

25   ability.

1        I have seen him trying even before, when I

2   get there early, some of them be out there practicing, they

3   fall before they even get up there.  None of them had

4   the -- there wasn't nobody else that could walk the ropes

5   like me.

6        Kidman brought to the -- Kidman didn't have

7   no excitement in the ring.  When he got, when he was in the

8   heat spot, when he was getting beat down, that wasn't no

9   more fire as far as excitement when he came alive than me.

10       Q     In your opinion?

11       A     Well, it's on tape.  So it would be close --

12   well, in my opinion, yes.  And what they classify as fire

13   and the excitement.  You be getting beat down and all of a

14   sudden you get a breeze, and now the baby face coming back

15   and coming back, after that first big move, you know, okay,

16   now you're okay, now you're pissed off because what the

17   heel have just done to you, and this is supposed to show

18   excitement.

19       Q     And you didn't think Kidman had that?

20       A     No.

21       Q     Is it possible Eric Bischoff did think

22   Kidman had that?

23       A     It's possible.  Evan Courageous, he didn't

24   have that.

25       Q     In your opinion?

Page 199

1          A       In my opinion.  Because they went by, when I

2     first came to WCW, we went through the different steps of

3     how to be a good and great professional wrestler.  You have

4     to go in stage one of baby face, have to appeal to the

5     people.  They need to be well liked.

6                 And then in phase two, you know, they have

7     to get the people to feel sorry for them, they getting beat

8     down.  Then in phase three, all of a sudden, the baby face

9     come back on top, he's excited, he get beat down, now the

10    people go crazy.

11                And most of the white guys' matches, they

12    didn't go, they didn't get that excitement on the last

13    stage.  But they still was able to get a major push.  Hugh

14    Morris.  I mentioned Billy Kidman.  Lash LaRue.  Guys came

15    in way after me.  Even Bill Goldberg.  All Bill had to do

16    was scream and yell.

17         Q       But the crowd loved him; right?

18         A       Yeah.  But they put it on the TV enough,

19    they pushed him in his face.  They seen Bill every Saturday

20    night.  They seen Canyon every Saturday night, every

21    Saturday evening, every Nitro that would lead up to the

22    pay-per-view.

23                And if they put you on the TV long enough,

24    you could point your finger and the people will yell,

25    because they know that's what you're about to do.  When you

Page 200

1    do, when you point your finger, they know something

2    exciting is about to happen.

3              So if the WCW or the promoter puts you out

4    there and the people see it enough, they know all your

5    moves.  They didn't have nothing no different than me.  And

6    either one definitely couldn't walk the ropes.  They didn't

7    have even the courage to try.

8         Q    So what you're saying is the bookers and the

9    folks like that have to make a judgment call of who they

10   think is going to be most popular, and then they put them

11   out there to see if they're popular?

12        A    Well --

13             MR. GERNAZIAN:  Objection.  Compound and misstates

14   his testimony.

15   BY MR. PONTZ:

16        Q    Well, tell me, Mr. Walker, are you telling

17   me that you could have been as popular at Bill Goldberg?

18        A    Yes.

19        Q    Why do you believe that?

20        A    Because I bring something different to the

21   table that can't nobody else do in pro wrestling.  You got

22   one guy in WWF, Undertaker, that do it, but he only do it

23   by holding of another individual's hand.  That don't even

24   look realistic.

25             You got where I could jump up and walk down

Page 201

1    to the center or walk at the middle or even get to the

2    other turnbuckle that people was excited to see.  Some of

3    them wanted me to fall and bust my butt, no doubt, where

4    they can laugh and say this and that.

5              But half of them were just curious, will he

6    do it, will he won't do it, even the people on the

7    headset.  And I didn't even know they were placing bets

8    until Moses told me.  And even when I got on the plane, the

9    production people, "Are you going to walk it today?"  "I

10   don't know.  It depends on the situation."

11             So they were actually making bets.  And I

12   remember in the match with Ice Train, the last match I had,

13   I walked the ropes, and the officer said, "How do you do

14   that?"  I said, "Faith and balance."

15             Everybody, I had the crowd, but I never got

16   the push to push it down their throat like all the white

17   guys got.  They told Bill he had to yell at a certain

18   point.  "Bill, you got to do this.  Yell.  Go crazy."  And

19   he came in only with two moves.  It went over.

20       Q      Right.

21       A      No doubt.  Simple reason, they put him on

22   the TV every week.  Simple reason, Evan Courageous, they

23   put him on the TV.  He had the major shows, Nitro, which

24   was a major show that lead up to your pay-per-views.  You

25   had Billy Kidman who got put in major angles.

Page 202

1          You had Disco who came in with numbers and

2   gimmicks, and some of them that didn't work.  But they kept

3   trying.  Some of them didn't work.  You had people like

4   Glacier, who Eric Bischoff invested a lot of money in, a

5   lot of money, and it didn't even work.

6          Q     Obviously --

7          A     They didn't do that for us, for me.  They

8   didn't put that -- you know, Glacier had all kind of, he

9   came in after me, too, Glacier had all kind of stuff.  They

10  pushed it in the Saturday night show.  They started it out

11  at the Universal just to see will it work.

12         A lot of money was invested in Glacier's

13  gimmick that the company paid for, and then they find out

14  it don't work.  And then they had tried to come up with

15  something else, and that didn't work.

16         Q     Are you telling me that, because you could

17  walk on the ropes and other wrestlers didn't, then they

18  should have made you a star because of that ability?

19         A     I'm saying I should have got the opportunity

20  to be a star.  I'm saying I could have, I should have got

21  the opportunity.  I shouldn't have had the pressure like I

22  had.  If you mess up, you're fired.  That's the kind of

23  pressure.

24         And when I came back in '99, even though I

25  was aware, if you mess up, you're basically gone, but so I

Page 204

1    BY MR. PONTZ:

2          Q      How do you know that?

3          A      When Terry Taylor stated that he didn't feel

4    like a black man should question him, I know Terry Taylor

5    have a personal negative feeling about blacks.  He

6    demonstrated it.  It wasn't personal, it was a black and

7    white issue.  It's a racism issue.  He was -- he got Steve

8    Regal to try to make me mess up.

9          Q      According to Mr. Regal?

10         A      Yes.  It wasn't personal.  It was a racial

11   thing.  And that was hard to, it was hard to bite your

12   tongue off, but you had to bite your tongue because you're

13   working under a racist society.

14                You got to understand, when you done gave up

15   your job making 14 dollars, at that time was good money,

16   and now still good money, and that, you know, took

17   everything off the line, and now you here, you're at the

18   mercy of someone else that controls every move you make.  So

19   you have to bite your tongue and say okay, whatever.

20                And along the way, you see the white

21   athletes getting pushed in '99 when I was there.  I seen

22   Kidman do the angle with Hogan and Bischoff.  I seen where

23   Bill went.  I seen all the merchandise Bill got.  I seen

24   the merchandise Kidman got.

25                I seen the, all the position Buff Bagwell

Page 205

1  was put in.  Buff wasn't no better than me.  We was the

2  same size.  He couldn't do half what I could do.  He got a

3  major, major push.  Kidman got a major push.  These guys

4  come after me.

5              And for me to sit at home, not get used,

6  sign a two-year contract, and every time I look at TV, I

7  got a problem, because when I see Kidman or some of the

8  guys that came down before me, it was hard for me to

9  understand because that's where I'm supposed to be if I

10  was, had been given the same opportunity as the white guys.

11  And I wasn't.

12      Q      I understand.  I understand.  Is there

13  anything else you can think of that we haven't talked

14  about, any other incidents of race discrimination that we

15  haven't already talked about that you think happened to you

16  at WCW?

17      A      Other than I wasn't given the same

18  opportunity as far as merchandise and pay and contracts and

19  the nights on the major TV.

20      Q      Well, hang on a second.  You were signed to

21  contracts pretty much throughout this period other than the

22  period of 1998; right?

23      A      Right.

24      Q      So you got contracts.  Is your complaint

25  simply that you should have been paid more under the

Page 206

1   contracts?

2          A       I should have been able to advance.   In WCW,

3   in pro wrestling, $100,000 is like six dollars an hour out

4   here in this world.   You're talking about people that are

5   making seven figures.   $100,000 was just a, you got --

6          Q       Who was making seven figures, Mr. Walker?

7          A       I think Goldberg.   I'm not really for sure.

8          Q       Anybody else you think was making seven

9   figures?

10         A       I'm not sure.   But I think people like

11  Disco, whose wages kept going up as long as he was with the

12  company, as long as he got the opportunity to portray his

13  persona on TV.   Kidman, who kept advancing.   Goldberg, who

14  kept advancing.   Courageous, who kept advancing.   Hugh

15  Morris, who kept advancing.

16              You got all these guys that, by them being

17  on the TV, they can go in and negotiate their contract.

18  They got opportunity to advance, where I didn't.   They're

19  almost like you should be grateful to be here.   I never had

20  the opportunity to advance.

21         Q       And merchandising, what is it that you think

22  you should have gotten in terms of merchandising

23  opportunities that you didn't get?   Is that more, again, of

24  not being on TV?

25         A       I think it's just not being on TV.   If I was

Page 207

1   put on TV, and if I would have had the same opportunity as

2   the white guys, the merchandise would have been there.  I

3   could have got a t-shirt with me walking the ropes on it.

4   That never happened.  I could have got any type of

5   merchandise that the whites got, but I was never given the

6   opportunity to get that.

7          Q     All right.  Any other claims, any other

8   things you think, facts you believe support your claims of

9   discrimination that we haven't already talked about?

10         A     No.

11         Q     All right.  You claim, Mr. Walker, in your

12  complaint that you were subjected to a racially hostile

13  work environment.

14         A     Yes.

15         Q     Other than the things you've already

16  testified about, is there anything else that you believe

17  made your work environment racially hostile, or is it just

18  the things you've already testified about?

19         A     No.  There's a lot of other things.

20         Q     Well, what are they?

21         A     As far as the whites getting the better

22  contracts, and which we already talked about.  The -- when

23  I came back to WCW in '99, that was a very tough decision I

24  had to make.  Because now, the environment is about to be

25  very hostile, the simple reason, I got my job back.

Page 208

1              And the way things had happened in the past,

2   I'm now having to be extra careful in the ring, because you

3   don't know if a guy's going to make a mistake or if it's

4   really going to be a legit mistake.

5              When I walked through the dressing room and

6   locker room and half of the whites don't even speak, from

7   the bookers down.  When you, even when a few of the whites

8   thought I had an excellent match, they would just say good

9   match and keep going because they couldn't be associated

10  with me because it would put their job on the line.

11         Q    How do you know that, Mr. Walker?

12         A    From some of the things that Kevin Sullivan

13  said, from the relationship Kevin Sullivan had with a black

14  girl that he was doing an angle with.

15         Q    Well, tell me about that.  I don't

16  understand.  I need to know the facts and the basis for why

17  you, what is it that Kevin Sullivan said to you that made

18  you believe --

19         A    They got rid of a black girl because Kevin

20  was doing an angle with her and they became too much

21  friends as far as they having a working relationship

22  together.  Sooner or later, they ended up firing her, who

23  she ended up being in New York now.

24         Q    Who was she?

25         A    Jacqueline.

Page 209

1        Q        Do you remember her real name?

2        A        I think Jacqueline was her -- I don't know

3   her last name.

4        Q        Anything more than Jacqueline that you can

5   remember?

6        A        No.

7        Q        And you're telling me Kevin was doing an

8   angle with her?

9        A        Yes.

10        Q        And who do you think got rid of her?

11        A        I think Eric Bischoff.  I think Eric

12   Bischoff and the booking committee.  Ultimately, it was

13   Eric Bischoff.

14        Q        Do you know why Eric got rid of Jacqueline,

15   according to your testimony?

16        A        The rumor was that Kevin was getting too

17   close to her.  That was one of the rumors.

18        Q        Who told you that?

19        A        That was, Teddy Long was my manager at the

20   time, and Teddy would talk about it.  And even Booker T.

21   and Stevie Ray.

22        Q        So other wrestlers said the rumor is that's

23   why Jacqueline left?

24        A        Yeah.  They fired her.

25        Q        But you don't know if that's actually what

Page 210

1    happened?

2         A     No.  No.  You know, that environment was so

3    hostile.  Because I had to be careful in whatever I done.

4    Like I say, half of the guys didn't speak.

5         Q     You talked about people not talking to you.

6    You talked about having to be careful not to make a

7    mistake; right?

8         A     Right.

9         Q     What else about your environment do you

10   believe was racially hostile?

11        MR. GERNAZIAN:  You mean in addition to what he's

12   previously identified?

13        MR. PONTZ:  Correct.

14   BY MR. PONTZ:

15        Q     In addition to those things you've

16   previously identified, what else about your environment do

17   you believe was racially hostile?

18        A     Just basically the way they done things, the

19   attitude, basically what I have already discussed.

20        Q     Any statements that were made to you that

21   you believe were racially hostile?

22        A     As I was at one of the shows, I don't

23   remember which one it was, I always had to get there early

24   because I couldn't afford no mistakes.  So I always got to

25   the shows early.  As I was walking past the war room, which

Page 211

1    is where the bookers meet, the word "nigger" was used.  I

2    don't know who said it.  But the comment was, "What nigger

3    we got tonight?"

4              Q       You don't know who said it?

5              A       I don't know who said it.  I know it was the

6    war room.  I know it's the bookers are the ones, the only

7    ones that is in the war room.  And the bookers are the only

8    ones that are there that early.  And hearing remarks like

9    that --

10             Q       Did you ever hear any other remarks like

11   that or was it just that one time?

12             A       Teddy told me that Arn Anderson had called

13   him a nigger point blank in front of his face.

14             Q       When was that supposedly to have happened?

15             A       I don't know.  I don't know.

16             Q       Anything else that you can recall that you

17   believe contributed to your hostile work environment other

18   than what you've already testified to?

19             A       I'm not sure.

20             Q       Can you think of anything else?

21             A       Let's see.  Not right now.

22             Q       Well, if you do, we need to hear about it.

23             A       Okay.

24             Q       But that's all you can think of, sitting

25   here today, that's all you can think of that contributed to

Page 212

1     your hostile work environment, according to your

2     allegations?

3          A     Yes.

4          Q     When you claim you heard the "N" word come

5     from this war room, as you described it, did you say

6     anything to anyone about it?

7          A     No.  I just kept walking.

8          Q     And you don't know who said it?

9          A     No.

10         Q     And you don't know what they were talking

11    about or what they were referring to or anything else?

12         A     They was laughing.  That's for sure.  I know

13    what they was referring to.  Basically, what nigger we got

14    on the card tonight.  I know I was there.  I don't know who

15    else was scheduled to be there.

16         Q     But you don't know what context that was

17    said in?

18         A     It was in a joking way as far as --

19         Q     Right.  But you don't know if someone said,

20    hey, I heard so and so say which nigger we got on the card

21    tonight?

22         A     No.

23         Q     So you don't have any idea who was saying it

24    or why they were saying it?

25         A     No.

Page 213

```
1        Q      Now, WCW never directed you to wear any

2   stereotypical ethnic clothing, did they?

3        A      No.

4        Q      And they never directed you to act according

5   to negative stereotypes specific to your ethnicity, did

6   they?

7        A      No.

8        Q      And they never developed any storylines for

9   you to create negative fan reaction against you because of

10  your race; right?

11       A      Other than just trying to take the word, the

12  name "Hardwork" from me.  That was about it.

13       Q      They never did anything to make the fans

14  hate you because you were black?

15       A      They never put me on the tube enough.  So

16  the fans didn't have an opportunity to know who I was.

17       Q      But you never, there was never any time

18  where WCW folks told you about a match and how they wanted

19  it to go, and you felt like that was going to make you look

20  bad because you were black?

21       A      With the match with Scott Steiner, if that

22  would have went.

23       Q      Why do you think that would have made you

24  look bad because of your race?  What do you think would

25  have happened?
```

Page 214

1        A        It would have got to where I would have got

2    absolutely nothing in that match and it's just another

3    white man beating up a black man that -- when the, the way

4    it would have been set up, I would have gotten absolutely

5    nothing.  Nothing positive would have happened in that

6    particular match.

7        Q        But there wouldn't have been anything

8    specific about your race, that just would have been a match

9    where a top card guy beat somebody up badly; right?

10       A        In one's opinion.

11       Q        Well, Scott Steiner had lots of matches

12   where they'd bring out a wrestler and Scott Steiner would

13   beat the heck out of them; right?

14       A        Yes.

15       Q        And a lot of those wrestlers were white;

16   right?

17       A        Some was white.

18       Q        According to you, there weren't that many

19   African American wrestlers; right?

20       A        They would fly, allow some blacks to come in

21   for maybe $150 a match or whatever they chose to do just

22   for them to get squashed by a white guy.

23       Q        But there were lots of whites who got

24   squashed on a regular basis, too; right?

25       A        There were some.

Page 215

| | | |
|---|---|---|
| 1 | Q | And you squashed some yourself; right? |
| 2 | A | I never squashed them. |
| 3 | Q | Did you ever wrestle a guy named Barry |

4  Horowitz?

| | | |
|---|---|---|
| 5 | A | Yes. |
| 6 | Q | Didn't Mr. Horowitz pretty much get beat |

7  every time he came out to wrestle?

8        A        Well, see, you're mischaracterizing the word

9  "squash."  Squash is when you put the guy in the match and

10  you don't let them do nothing, you just beat them, beat

11  them, beat them, beat them.  I didn't do that to Barry.

12  Barry got most of the match.

| | | |
|---|---|---|
| 13 | Q | But you got over on Barry? |
| 14 | A | Yes.  I won. |
| 15 | Q | And you did get over on white wrestlers when |

16  you wrestled?

| | | |
|---|---|---|
| 17 | A | Yes. |
| 18 | Q | And by "get over," that's kind of the |

19  wrestling phraseology for win and come out as the winner

20  and the crowd cheering for you or that kind of thing;

21  right?

| | | |
|---|---|---|
| 22 | A | Yes. |
| 23 | Q | Now, you've also got a claim in your lawsuit |

24  for retaliation?

| | | |
|---|---|---|
| 25 | A | Yes. |

Page 222

1  Billy Kidman or whatever white was in that position, I

2  still could not understand why they got their opportunity

3  and still getting the opportunity and I wasn't.

4            So it caused a problem with my marriage.  I

5  actually started ending up going to a marriage counselor.

6  Attitude was so bad.  The kids seen that.  Anything that

7  could have happened happened.

8            And when, even when I go to the gym, when

9  the few people do recognize me, they say, "Why you not at

10  WCW?  Why I haven't seen you?"  And "I don't know."  Or

11  "Dad, why you not wrestling no more?"  "Long story," and I

12  walk off.

13     Q     Well, if I'm understanding you correctly, I

14  think what you're saying, tell me if I'm wrong, but what

15  you're saying is the things that you talked about, all the

16  things you allege were discriminatory, were done to harm

17  you?  Is that what you're saying?

18     A     In my opinion, yes.

19     Q     Are there any things beyond the things you

20  talked about in your claims of discrimination that you

21  think WCW did to try to harm you, or is it just all the

22  discriminatory things?

23     A     I think that the overall thing they tried to

24  do to harm me was to end my career.  And they done that.

25     Q     And they did that, in your opinion, by not

Page 223

1   putting you on TV?

2          A      By not putting me on the TV, by shelving me,

3   putting me on the shelf.  I think there still would have

4   been an opportunity if they would have worked me those two

5   years.

6                 I think, if I would have had the opportunity

7   to go to, maybe not every show, but maybe the Saturday

8   night and the Thunder and the Nitro, maybe not even the

9   pay-per-view, if I would have been given that opportunity,

10  when my contract was over, I think maybe I maybe could have

11  negotiated with WWF or even Japan.

12                So they had a plan to destroy it.  And

13  that's what they done.  My wrestling career is over.

14         Q      And who is "they" in your mind?  Who is it

15  that's the "they"?

16         A      Eric Bischoff, J.J. Dillon, Terry Taylor,

17  Arn Anderson, Paul Orndorff, and whoever else that was in

18  that control of that neckwork.  I think it was a big joke.

19         Q      And I guess what I'm trying to make sure I

20  understand is, if there's anything different in the stuff

21  we've already talked about in your discrimination claims

22  that you think was intentionally done to you to harm you,

23  not about discrimination, but about something else.

24                It sounds like what you're saying is that

25  all the discriminatory stuff caused you a lot of harm.  Is

Page 224

1   there anything non-discriminatory, you know, not about

2   keeping you off the TV because of your race or not giving

3   you an opportunity because of your race or things you

4   talked about, is there anything different from that that we

5   haven't talked about that you think was done to you?

6          A       I think it was all based on race.

7          MR. GERNAZIAN:   Are you including retaliation when

8   you're using discrimination?

9   BY MR. PONTZ:

10         Q       Well, I guess what I'm trying to say,

11  Mr. Walker, is that you've got this claim in your lawsuit,

12  and I understand you didn't, you know, lawyers do these

13  things, but it's for intentional infliction of emotional

14  distress.

15          And your lawyer can explain this to you, but

16  my understanding of it is it means somebody did something

17  to me intentionally to harm my emotions.  And you described

18  a number of things that you believe were done to you about

19  discrimination, about retaliation, as all the things you've

20  talked about so far today.

21          And I'm just trying to see if there's

22  anything else that we haven't talked about, anything that's

23  different that you think was part of trying to harm you.

24         A       No.  Just not overall getting the same

25  opportunity as the whites.

Page 225

1          Q       Just the discrimination and the retaliation

2     you already testified about?

3          A       Right.

4          Q       That's fine.  Let me do a couple real quick

5     clean-up issues.

6                              (Whereupon, the court reporter

7                               marked Defendant's Exhibit 17

8                               for identification.)

9     BY MR. PONTZ:

10         Q       This is from some documents you produced,

11    your lawyer produced to us on your behalf.  Is this the

12    charge of discrimination you filed in February 11, 2000

13    against WCW that's the basis for your, some of your claims

14    in this case?

15         A       Yes.

16         Q       All right.  And let me give you one other.

17                             (Whereupon, the court reporter

18                              marked Defendant's Exhibit 18

19                              for identification.)

20    BY MR. PONTZ:

21         Q       And this is another document.  Is that your

22    signature at the bottom of Defendant's 18?

23         A       Yes.

24         Q       And this is dated March 26, 2001?

25         A       Yes.

Page 226

1          Q     And this is amending your complaint of

2     discrimination, your charge of discrimination to include

3     Turner Sports; right?

4          A     Yes.

5          Q     Let me ask you about that just a little

6     bit.  Did anything, nothing WCW did changed between

7     February 11th of 2000 and March of 2001, did they?  It was

8     the same things that you complained about going on?  There

9     was nothing new; right?

10         A     Right.

11         Q     And you amended your charge to add Turner

12    Sports.  Did you ever work with anyone at Turner Sports

13    that you're aware of?

14         A     All of the, from my understanding, WCW was

15    Turner Sports.  It's like an umbrella.

16         Q     What do you mean by that?

17         A     They was the one that wrote the paychecks.

18         Q     Well, you got paid by WCW; right?

19         A     Right.

20         Q     And your contract was with WCW; right?

21         A     But the check was in Turner Sports.

22         Q     There was some letterhead on the check, is

23    that what you're talking about, or some logo on the check?

24         A     Yes.

25         Q     Other than the logo on the check, is there