# GEORGIA STATE BOARD OF WORKERS' COMPENSATION

OSHA File No.
Insurer File No.

## EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

**A.**

Employer: World Championship
Department: TV Production
Employer Phone No.: 404-827-2066
Insurer Name and Servicing Agent Address: K & K Insuren

Address: P.O. Box 105366
Specific Products: Wrestling
Regular Occupation: Wrestler
Address:

City:
State/Zip:
Nature of Business (Mfg., Trade, Transp., Etc.): Sports Entertainment
City: Fort Wayne IN 46801
State/Zip:

Employee Name (Last) First (Middle): Bobby WALKER
Date of Injury: Oct 12 1996
Employee Social Security Number: 252 33 2652

| | | | | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|
| Address: 3541 mosswood lane | Date of Birth: 9/04/64 | Age: 32 | Male ☑ Female ☐ | Insurer No. |
| City: Rex GA 30273 | State/Zip | Employee's Home Ph: 770 507 4758 | Number of Dependents Including Spouse: 2 | County | SIC |
| Place of Accident or Exposure (Address or Location): Germany | | | | Age |
| On Employer's Premises ☐ Yes ☑ No | Time of Injury: ( ) am ( ) pm ( ) | Time Weekly Began: | First Date Employer Aware: 11.22.96 | Sex |
| | | | | Occupation |

Length of Time in Your Employ: Years (4) Months ( )
Did Employee Wage Earn Next Day? ☐ Yes ☑ No
First Date Employee Failed to Work a Full Day:
Did Employee Receive Full Pay for Date of Injury? ☑ Yes ☐ No
County of Injury

Hours Worked Per Day ( )
Number of Days Worked Per:
List Normally Scheduled Off Days:
Wage Rep. at Time of Injury or Disease (Contract) Hour ( ) Day ( ) Week ( ) Mo. ( )
Employer Aware

Per Week ( ) Week ( )
If Return to Work Give Date:
Returned at What Wage: per week
Nature

**COMPLETE WAGE STATEMENT ON REVERSE:** If employee is paid hourly, on commission or piecework basis, enter average weekly amount.
If board, lodging, or other advantages were furnished, enter average weekly amount.

Body Part

Medical Only

How Did the Accident or Exposure Occur? Describe the Injury or Occupational Disease in Detail. Include the source of injury and indicate the part of body affected.
11/26/96 Wrestler on road (@) First visit to dr. for (P?)
I hurt my knee in the early part of this year on the road. I
didn't do anything about it because I thought it would be okay. I
reinjured it in Germany on Oct 12 1996.

Cause

M.O.

If Fatal: Give Date of Death:
Initial Treatment: ☐ No Treatment ☐ Minor: By Employer ☐ Minor: Clinic/Hospital ☐ Emergency Care ☐ Hospitalized > 24 hrs.
Hospital (Name & Address):

Controvert

Treating Physician (Name and Address): Peachtree Ortho Clinic
Hartsfield Center Branch
Atl. GA - 404-209-9151

D. First

Report Prepared By: (Print or Type): Brenda Smith
Position: Mgr Co-ord
Telephone Number: 404-351-7959
Date of Report: 11/26/96

**EMPLOYER'S FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY**

## FOR USE BY INSURER/SELF-INSURER

**B.**

Average weekly wage $_____
Weekly benefit $_____
Date of disability _____
Date of first payment _____

Compensation paid: $_____
Penalty paid: $_____

**BENEFITS ARE PAYABLE FROM** _____, 19___ **FOR:**
☐ Total/temporary total disability ☐ Temporary partial disability ☐ Permanent partial disability of _____% to _____ Part of Body for _____ weeks

**UNTIL** _____, 19___ **WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.**

By _____ (Insurer-Self-Insurer: Type or Print and Sign) (Date) _____ (Phone) _____

**NOTICE TO CONTROVERT PAYMENT OF COMPENSATION (over for additional information)**

**DEFENDANT'S EXHIBIT 6**

**C.**

Benefits will not be paid because: _____

By _____ (Insurer-Self-Insurer: Type or Print and Sign) (Date) _____ (Phone) _____

WC-1 (7/94)

WCW 019710
CONFIDENTIAL

DEC-02-96 MON 02:15 PM    PEACHTREE ORTHOPAEDIC    FAX NO. 4043552136    P. 02

Name: WALKER, Bobby                          Chart Number: 15599

Date of Birth: 09/04/64          **Age: 32**    **Date: 11/26/96**

## PROGRESS NOTES

### NOVEMBER 26, 1996, SWS/wzlm:

**HISTORY OF PRESENT ILLNESS:**    Bobby is a 32-year-old wrestler on the WCW Network, who was jumping off of a top rope on 10-1-96 and landed wrong, twisting his left knee. He felt a pop. He had swelling and iced it immediately. He has been wearing a brace for wrestling. He is able to wrestle and at this time states that he is 90% better. He still has some pain with full extension and pain in the popliteal area down the left leg with flexion. He occasionally feels unstable and occasionally has painful popping in his left knee.

**PAST MEDICAL HISTORY:**    None.

**PAST SURGICAL HISTORY:**    Left eye surgery.

**MEDICATIONS:**    None.

**ALLERGIES:**    None.

**PHYSICAL EXAMINATION:**    The patient has a left knee with no effusion. There is a medial joint line tenderness at the posterior corner, however, otherwise there is no tenderness. He is non-tender laterally. There is no ligamentous instability. The calf is non-tender. Neurovascular examination of the left, lower extremity is normal.

**RADIOGRAPHS:**    AP, lateral and sunrise radiographs of the left knee, show no apparent abnormality.

**IMPRESSION AND PLAN:**    Twisting injury of the left knee with medial joint line tenderness at the posterior corner. He may well have a small meniscal tear, however, since he states he is 90% better and is able to wrestle, then I would favor continued conservative management. We will see him back in three to four weeks, at which time we will have another discussion. If he continues to have or starts to have severe problems, would favor an MRI of the knee and possible interventional management.

(cc: Crawford & Company------------------------------------------------------Stephen W. Smith, M.D.)

WCW 019709
CONFIDENTIAL

# MEDICAL REPORT

INTERIM: ____ FINAL: ____

**FAILURE TO SUBMIT THIS REPORT WITHIN TEN DAYS OF FINAL TREATMENT WILL JEOPARDIZE PAYMENT OF FEES.**

GA. FORM WC 20a (12/85)                    PRINT OR TYPE

| | | |
|---|---|---|
| EMPLOYER | SOC. SEC. NO. 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 | Injury Date 6/19/9 |
| ADDRESS | DATE OF BIRTH 9/04/64 | Disability Date 6/19/9 |
| CITY          STATE          ZIP | INSURER FILE NO. | |

EMPLOYEE
BOBBY L WALKER

ADDRESS MOSSWOOD LANE

CIREX, GA 30273   STATE    ZIP

INSURER
CRAWFORD & COMPANY

ADDRESS BOX 52067

CITY ATLANTA, GA 30355    ZIP

The above employee address will be used by the Board. Employee must report any changes.

| DATE OF SERVICE | CPT/CRV CODE | MEDICAL AND SURGICAL SERVICES (ITEMIZE AND DESCRIBE) | No. of Serv. | RATE | AMOUNT | DO NOT US THIS COLU |
|---|---|---|---|---|---|---|
| 2. | | | | | | |
| 6/26/97 | 99213 | OFFICE VISIT | | | 56.00 | |
| | | | | | | |
| | TOTAL: | | | | 56.00 | |

## PLEASE COMPLETE EACH ITEM BELOW:

**3. DATE DISCHARGED AS CURED**   UNDETERMINED

**4. DATE PATIENT STOPPED TREATMENT WITHOUT ORDER**   NA

**5. DATE PATIENT REFUSED TREATMENT**   NA

**6. DATE ABLE TO RETURN TO WORK**   6/26/97   (X) LIGHT   ( ) NORMAL

**7. DATE OF MAXIMUM RECOVERY**   UNDETERMINED

**8. VOCATIONAL REHABILITATION WILL BE**   ( ) NECESSARY   ( ) PROBABLE   ( ) UNLIKELY

**9. DOES EMPLOYEE HAVE ANY PERMANENT DISABILITY RESULTING FROM THIS INJURY? (If amputation is involved, see reverse side)**
If YES, describe percentage.   ( ) YES   ( ) NO
RETURN IN 10 DAYS, NO WRESTLING

WCW 019739
CONFIDENTIAL

**10. IF EMPLOYEE HAS ANY LOSS OF VISION OR HEARING, PLEASE GIVE AMOUNT OF DISABILITY**
(ION) read on uncorrected visual acuity — Right eye    Left eye    (HEARING) Left ear 500 ____1K ____2K ____
Right ear 500 ____1K ____2K ____

**11. DOCTOR'S NAME AND ADDRESS**
WILLIAM GIBBONS, MD
211 CHICOPEE DRIVE
MARIETTA, GA 30060

**12. DOCTOR'S I.D. NO.**   58-1091021   **DATE** 7/03/9
SIGNATURE   William D Gibbons

FROM : NORTH COBB ORTHO          PHONE NO. : 7704210613          Jun. 26 2091 02:23PM P1

*To: Brenda Smith*

**Appointments and Information...Direct Line 770-422-3290**

**OrthoCompWorks**

Service of North Cobb Orthopedic & Sports Medicine Associates, P.A.

**211 Chicopee Drive Marietta, GA 30060**

## OFFICE USE ONLY:

### Patient Information
Name: *Bobby Walker*
Chart: *39380*
Date of Injury: *6/19/97*
Date of Visit: *10/26/97*
Adjuster: *Pat Hadwin*
Phone Number: _____
Claim Number: _____

### Visit Status
Initial Visit _____
IME _____
2nd Opinion _____
Return Visit ✓ *— MRI Results*
Annual Visit _____
Final Evaluation _____

## PHYSICIAN USE ONLY:

**1. Diagnosis**
Unchanged ✓ *ACL Tear (R) knee*
_____
_____

**2. Condition**
Improving _____
Worsening _____
Unchanged _____

**3. Prescribed Drugs**
A _____
B _____
C _____

**4. Work Status** *No wrestling until*
*sees back.*
No Work ___
Full Time ___ Full Duty ___
Part Time ___ Light Duty ___

**5. Care Plan**
Next Appointment: (in weeks)
Mon.  Tues.  Wed.  Thur.  Fri.
Mon.  Tues.  Wed.  Thur.  Fri.
1    2    3    4    5    6

Weeks    Months    Annual    PRN

**Further Treatment Recommended:**

PT    PCE/FCE    ESI    EMG __
Other _____
Surgery ✓ _____
Referral _____
Imaging _____

**6. Restrictions:**
* *Patient wants to think*
*about surgery - possibly*
*see 2nd opinion!*

JUN 26 '97  12:59PM PACES FERRY IMAGING

P.1/1

WCW 019740
CONFIDENTIAL

FROM : NORTH COBB ORTHO          PHONE NO. : 7704210613          Jun. 25 2091 03:29PM P1

To: Brenda Smith
404-351-6286

**OrthoCompWorks**

Service of North Cobb Orthopaedic
& Sports Medicine Associates, P.A.

**Appointments and
Information...Direct Line
770-422-3290**

**211 Chicopee Drive
Marietta, GA 30060**

---

## OFFICE USE ONLY:

### Patient Information
Name _Bobby Walker_
Chart _39380_
Date of Injury: _6/19/97_
Date of Visit: _6/25/97_
Adjuster: _Pat Hadwin (Crawford + Co)_
Phone Number: _404-869-2147_
Claim Number: _____

### Visit Status
Initial Visit _____✓_____
IME _____
2nd Opinion _____
Return Visit _____
Annual Visit _____
Final Evaluation _____

---

## PHYSICIAN USE ONLY:

**1. Diagnosis**
Unchanged _Possible ACL Tear_
_____
_____

**2. Condition**
Improving _____
Worsening _____
Unchanged _____

**3. Prescribed Drugs**
A _____
B _____
C _____

**4. Work Status** _Light exercises only._
_No running, pivoting,_
_or practicing._
No Work____
Full Time____ Full Duty_____
Part Time____ Light Duty_____
MMI Date _____
PPI % Whole Man _____
Indemnity Closed___Yes___No

**5. Care Plan**
Next Appointment: (in weeks)
Mon. Tues. Wed. Thur. Fri.
Mon. Tues. Wed. Thur. Fri.
1   2   3   4   5   6
_Return after MRI_
Weeks  Months  Annual  PRN
_MRI 6/25/97 @ 4pm_
**Further Treatment Recommended:**

PT   PCE/FCE   ESI   EMG __
Other _____
Surgery _____
Referral _____
Imaging _MRI (R) Knee_
_@ one call_

**6. Restrictions:**

_____

_____

Dr.'s Initials: _WSG_

WCW 019742
CONFIDENTIAL



**PACES IMAGING**

Paces Imaging - Buckhead
3193 Howell Mill Road - Suite 110
Atlanta, Georgia 30327
(404) 352-0444
Fax (404) 352-2529

Paces Imaging - Midtown
600 West Peachtree Street - Suite 140
Atlanta, Georgia 30308
(404) 875-2640
Fax (404) 874-6752

WILLIAM GIBBONS MD
211 CHICOPEE DRIVE
MARIETTA GA  30060

Patient:

Name:   WALKER, BOBBY
DOB:     9/04/64
Sex:     M
SSN:    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

Date of Exam:   6/25/97

MRI OF THE RIGHT KNEE:  T1 weighted coronal and parasagittal
image series were obtained as were dual acquisition sagittal
oblique images and finally a T2 weighted 3D volume acquisition
was made for use with the ViStar.

The collateral ligaments appear normal as does the posterior
cruciate ligament but the anterior cruciate ligament is
completely missing.  The quadriceps and patellar tendons appear
intact.  There is modest bony degenerative change with a little
osteophytic lipping of the medial tibial plateau and medial
femoral condyle.  Also there are what appear to be pure chondral
fractures involving the posterior aspects of both the medial and
lateral femoral condyles (B12, B14; B36, B38).  The retropatellar
articular cartilage looks normal.  I think there has been a
previous partial medial meniscectomy.  The remnant looks a little
irregular (B14) but I do not see a residual or recurrent tear.  I
think the lateral meniscus is intact.  There is a moderate
effusion but I do not see a Baker's cyst.

CONCLUSION:  THERE IS COMPLETE ABSENCE OF THE ANTERIOR CRUCIATE
LIGAMENT SUGGESTING CHRONIC DEFICIENCY.  ALSO I THINK THERE HAS
BEEN A PREVIOUS PARTIAL MEDIAL MENISCECTOMY.  THE REMNANT LOOKS A
LITTLE IRREGULAR (B14).  ALSO THERE ARE WHAT APPEAR TO BE PURE
CHONDRAL FRACTURES OF THE ARTICULAR CARTILAGE OVERLYING THE
MEDIAL (B12) AND LATERAL (B36) FEMORAL CONDYLES.  FINALLY THERE
IS A FAIRLY SIZEABLE JOINT EFFUSION.

S. Boyd Eaton, M.D.

da
D: 6-26-97
T: 6-26-97

*BUILDING ON THE TRADITIONS OF EXCELLENCE...*

Jerry Domanski, M.D. • S. Boyd Eaton, M.D. • Barham C. Erwin, M.D.
Bright Guccry, M.D. • William C. Lang, Jr., M.D. • Eric C. Lund, M.D.

WCW 019743
CONFIDENTIAL

### NORTH COBB ORTHOPAEDIC &
### SPORTS MEDICINE ASSOCIATES, P.A.
JOHN D. KNOX, JR., M.D.
ALFRED O. COLQUITT, III, M.D.
WILLIAM S. GIBBONS, M.D.
BRADLEY E. HENDERSON, M.D.
211 CHICOPEE DRIVE
MARIETTA, GEORGIA 30060
(770) 422-3390
FAX (770) 421-0615
ORTHOPEDIC SURGERY

6/25/97

**MEDICAL REPORT:**                              RE: Bobby Walker

**HISTORY:**                              This 32-year-old WCW is seen today for sprain in
the right knee. Jumping off the rope, he twisted his knee on 6/19/9Z. He fell no discernible pop. He
developed moderate swelling over the next 12-24 hours. Since that time he has had pain medially
and laterally in the knee along with catching and low-grade giving way episodes. He has had
previous arthroscopic surgery on this knee for what sounds like chronic subluxation of the patella.

**EXAM:**                              Reveals healthy, heavily muscled black male. He
has excellent thigh tone in the right leg. There is 1+ effusion. He is tender in the anterior medial and
mid lateral joint line. He has no collateral ligament laxity. He has a 2+ Lachman's with soft end-
point. Pivot shift is mildly positive. Will allow about 90 degrees of flexion and McMurray's cannot be
adequately tested through the range possible. Distal NV exam is normal.

**X-RAYS:**                              Negative.

**IMPRESSION:**                              Sprain, right knee, with probable tear of the
anterior cruciate ligament and questionable
meniscal disruption.

**DISPOSITION:**                              Advised MRI to assess the damage. Rest the knee
in the meantime. Carry out gentle range of motion and isometric quad strengthening. I will see him
back following the MRI for further discussion and disposition.

**WILLIAM S. GIBBONS, M.D.**

**WSG:sbm**

**WCW 019744**
**CONFIDENTIAL**

Chart Out
Deen 6/25/97

**NORTH COBB ORTHOPAEDIC &
SPORTS MEDICINE ASSOCIATES, P.A.**
JOHN D. KNOX, JR., M.D.
ALFRED O. COLQUITT, III, M.D.
WILLIAM S. GIBBONS, M.D.
BRADLEY E. HENDERSON, M.D.
211 CHICOPEE DRIVE
MARIETTA, GEORGIA 30060

CLINICAL DATA   GENERAL

AGE            SEX         S M W D

NAME Bobby Warren

PHONE                      DATE

ADDRESS                    ADDRESS

SPONSOR                    REF BY              ACKN

OCCUPATION

6/26/97      MRI Results:

**6-26-97 PROGRESS NOTE:** Bobby received MRI yesterday, which showed ACL deficiency. There was burning of the medial meniscus which was felt to be likely consistent with a previous meniscectomy. Taking these findings into account, one would wonder if his previous knee surgery was not a partial medial meniscectomy, at which time, ACL damage was noted in that he is now gone on to developed increased laxity and symptomatic problems with the knee in that regard. I would certain, in either regard, recommend arthroscopic ACL reconstruction for the reasons stated in his original note. The pros and cons of this are discussed, along with the down time involved. I have suggested he work for the next week to ten days on getting range of motion and quad strengthening going in his knee. This would be appropriate before surgery is undertaken in any regard. In the meantime, he may well want to get other opinions on this before deciding on a definite course of action. I will tentatively plan to see him back in 10 days for re-evaluation. WCW will be aware of the MRI findings and recommendations.
WSG:kw

WCW 019745
CONFIDENTIAL

*FEDERAL ID (581811414)*

**GEORGIA STATE BOARD OF WORKERS' COMPENSATION**

**A. EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE**

| | | | |
|---|---|---|---|
| OSHA File No. | | | |
| | Insurer File | | |

Employer Name & Address: WORLD CHAMPIONSHIP WRESTLING
One CNN Center
Suite 1000
Atlanta, GA 30348

Employer Phone No. _Voice/Mail_ 900-603-1030

Insurer/Self Insurer Name

Specific Products: _WCW_
Regular Occupation: _TBS Production - Contract Wrestler_

Servicing Agent Name & Address:

City _____ State/Zip

Nature of Business (Mfg., Trade, Transp., Etc.): _Sports Entertainment_

City _____ State/Zip

Employee Name (Last) (First) (Middle): **Walker, Boddy**

Date of Injury: 2/27/98

Employee Social Security Number: 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

Address: 59 GlenEagle

Date of Birth: Dec 9 /9/64

Age: 32

Male X  Female ☐

City/State/Zip: Fayetteville GA 30214

Employee's Home Ph.: 900-716-6830

Number of Dependents Including Spouse: 4

County: Fulton

Place of Accident or Exposure (Address or Location): _WCW Training Center_

On Employer's Premises? X Yes ☐ No

Time of Injury: 12:00 PM am ☐ pm X

Time/Workday Began: 9 AM ☐ pm ☐

First Date Employer Aware of Injury/Illness: 2/27/98 _Helping to get the..._

Length of Time in Your Employ? Years ( ) Months ( )

Did Employee Work the Next Day? ☐ Yes X No

First Date Employee Failed to Work a Full Day:

Did Employee Receive Full Pay for Date of Injury? ☐ Yes ☐ No

Hours Worked: Per Day _Varies_  Per Week _Varies_

Number of Days Worked Per Week _Varies_

List Normally Scheduled Off Days: _Varies_

Wage Rate at Time of Injury or Disease: _Contract_ Hour ( ) Day ( ) Week ( ) Mo. ( )

COMPLETE WAGE STATEMENT ON REVERSE. If employee is paid hourly, on commission or piecework:

If board, lodging or other advantages were furnished, enter average weekly amount:

If Returned to Work Give Date: _____ Returned at What Wage: _____ per week

How Did the Accident or Exposure Occur? _n/Act-l Wrestler-Reports Pain approx 2 weeks_
_During Matches @ WCW Power Plant - Injury to Right knee_
_Surgery Scheduled for 3/27 - Right Knee_

If Fatal, Give Date of Death:

Initial Treatment:
☐ No Treatment
☐ Minor: By Employer
☐ Minor: Clinic/Hospital
☐ Emergency Care
☐ Hospitalized > 24 hrs.
MCO  Yes ☐  No ☐

Hospital (Name & Address):

Treating Physician (Name and Address): _Micheal Ciepela_
_3280 Howell Mill Rd_
_Atl. GA_

Report Prepared By (Print or Type): _Sheila Smith_
Position _Trainer/Office Mngr_
Telephone Number: _Voice/Mail only_ 904-603-1070
Date of Report: 3/26/98

**EMPLOYER'S FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY**

Do Not Write In This Column:
Insurer No.
SIC
Age
Sex
Occupation
County of Injury
Employer Aware
Nature
Body Part
Cause
M.O.
Controvert
D. First

**FOR USE BY INSURER/SELF-INSURER**

**B.**

Average weekly wage: $_____  Weekly benefit: $_____  Date of disability: _____  Date of first payment: _____

Compensation paid: $_____  Penalty paid: $_____

BENEFITS ARE PAYABLE FROM _____, 19___ FOR: _____ % to _____ for _____ weeks

☐ Total/temporary total disability  ☐ Temporary partial disability  ☐ Permanent partial disability of _____ % to _____ Part of Body

UNTIL _____, 19___ WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.

By _____ (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)  (Date)  (Phone)  (Extension)

**NOTICE TO CONTROVERT PAYMENT OF COMPENSATION** (over for additional information)

Benefits will not be paid because:

By _____ (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)  (Date)  (Phone)  (Extension)

Willfully making a false statement for the purpose of obtaining or denying benefits is a crime subject to penalties of up to $10,000.00 per violation (O.C.G.A. §34-9-18 and §34-9-19).

WCW 019813
CONFIDENTIAL

WC-1
(7/96)

## GEORGIA STATE BOARD OF WORKERS' COMPENSATION

### EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE

| | | |
|---|---|---|
| OSHA File No. | | |
| Insurer File No. | 678-72396 | |
| TPA/Claims Office | Crawford & CO | |

**A.**

Employer **WCW**

Employee Phone No. **404 346-1189**

Insurer/Self Insurer Name **TIG**

TPA FEIN **58-0806550**

Address **P O Box 105366**

Employer FEIN **58-1811414**

Address **PO Box 5095**

City **Atlanta**  State/Zip **Ga 30348**

Nature of Business (Mfg., Trade, Transp., Etc.)

City | State/Zip

City **Atlanta  Ga 30302**

Employer Location Address (if Different) **same**

TPA/Claims Office Phone No. **678-443-3663**

Place of Accident or Exposure (Address or Location)

County **Fulton**

Employee Name (Last) , (First) , (Middle) **Walker; Bobby**

Date of Birth **9-4-64**  Male ☑  Female ☐

Employee Social Security Number **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**

Address **59 Gold Eagle Drive**

City **Fayette**  State/Zip **Ga 30214**

Employee's Home Ph. #

Number of Dependents Including Spouse **0**

DO NOT WRITE IN THIS COLUMN

Insurer No.

Date of Injury **2-27-98**

Time of Injury **12:00 pm**  am ( )  pm ( )

Time Workday Began

Date Employer Notified **2-27-98**

SIC

Date Hired **1-93**

Did Employee Work the Next Day? ☐ Yes ☑ No

First Date Employee Failed to Work a Full Day **2-28-98**

Did Employee Receive Full Pay for Date of Injury? ☐ Yes ☑ No

Date of Birth

Hours Worked Per Day ( ) **Varies**

Number of Days Worked Per Week ( )

List Normally Scheduled Off Days **Varies**  **(6)**

Wage Rate at Time of Injury or Disease **Contract**  Hour ( ) Day ( ) Week ( ) Mo ( )

Sex

Per Week ( )  — COMPLETE WAGE STATEMENT ON REVERSE: If employee is paid hourly, on commission or piecework basis, enter average weekly amount

If board, lodging, or other advantages are furnished, enter average weekly amount

$

County of Injury

$

Type of Injury/Illness **Knee Injury**

Part of Body Affected **Knee**

Employer Aware

Did Injury/Illness Exposure Occur on Employer's Premises? Yes ☑  No ☐

Nature

How Injury or Illness/Abnormal Health Condition Occurred. **During match Injury to Rt Knee**

Body Part

If Returned to Work, Give Date : **N/A**

Returned at What Wage per Week

If Fatal: Give Date of Death

Cause

Treating Physician (Name and Address)

**Dr Cispel**
**3280 Howell mill Rd**
**Atlanta Ga 30327**

Initial Treatment
☐ No Treatment
☐ Minor: By Employer
☐ Minor: Clinic/Hospital
☐ Emergency Care
☐ Hospitalized > 24 hrs.

MCO Yes ☐ No ☐

Hospital (Name & Address) **Unknown**

M.O.

Controvert

D. First

Report Prepared By (Print or Type) **Don Brice**

Position **Claims Manager**

Telephone Number **(919)459-5025**

Date of Report **4-1-98**

**EMPLOYER'S FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY**

**FOR USE BY INSURER/SELF-INSURER**

**B.**

Average weekly wage: $_____

Weekly benefit: $**325.55**

Date of disability **2-27-98**  Date of first payment: _____

Compensation paid: $_____

Penalty paid: $_____

Previously Medical Only  Yes ☐  No ☐

BENEFITS ARE PAYABLE FROM **2-27** , 19**48** FOR: **Employee elected salary in lieu of work comp**

☐ Total/temporary total disability  ☐ Temporary partial disability  ☐ Permanent partial disability of _____ % to _____  Part of Body _____  for _____ weeks

UNTIL _____, 19____ WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.

By **Sonia B Chacin**  (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign) **Sonia B Chacin**  (Date) **4-2-98**  (Phone) **678-443-3663**  (Extension)

**NOTICE TO CONTROVERT PAYMENT OF COMPENSATION** (over for additional information)

**C.**

Benefits will not be paid because: _____

By _____ (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)  (Date)  (Phone)  (Extension)

Willfully making a false statement for the purpose of obtaining or denying benefits is a crime subject to penalties of up to $10,000.00 per violation. (O.C.G.A. §34-9-18 and §34-9-19).

WC-1 (7/97)

## MEDICAL ONLY

WCW 019821
CONFIDENTIAL

MICHAEL CIEPIELA M D
3280 HOWELL MILL RD
SUITE 110
ATLANTA GA   30327

Patient:

Name:   WALKER, BOBBY
DOB:      9/04/64
Sex:      M
SSN:      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

Date of Exam:   3/19/98

MRI OF THE RIGHT KNEE:

HISTORY:  Injury.

T1 coronal and multi-echo sagittal views of the knee were
obtained.  3-D FT acquisitions were also obtained for ViStar
manipulation.

The patient had a previous exam here approximately one year
prior.

On today's study, there is again evidence of a partial medial
meniscectomy as most of the medial meniscus has been removed.  As
stated in the previous report, the remaining remnant is somewhat
irregular but I am unable to definitely substantiate a recurrent
tear.   The lateral meniscus remains intact.

There is also once again noted to be an absence of the anterior
cruciate ligament consistent with a chronic deficiency.  The
posterior cruciate ligament as well as the patellar and
quadriceps tendons appear intact.   The medial and lateral
collateral ligaments appear unremarkable.

There is no evidence of an acute bone injury as I do not see
evidence of a bone bruise or microfracture.  Since previous exam
the patient has developed several small focal areas of
osteosclerosis involving the articular surface of both the medial
and lateral femoral condyle.

The predescribed pure chondral fractures involving the posterior

continued:

WCW 019825
CONFIDENTIAL

Bobby Walker
Page 2

aspects of both the medial and lateral femoral condyles have
somewhat healed since previous exams. Evidence of the previous
chondral fractures are still seen on image C12, C34. The
chondral fractures have healed, however, there is some resultant
thinning of the articular cartilage on both the medial and
lateral compartments consistent with grade IV chondromalacia.
There is an associated joint effusion but I do not see evidence
of a Baker's cyst.

IMPRESSION: NO ACUTE ABNORMALITIES HAVE DEVELOPED SINCE STUDY OF
ONE YEAR PRIOR. THERE IS EVIDENCE OF AN ALMOST COMPLETE MEDIAL
MENISCECTOMY. I DO NOT SEE EVIDENCE OF AN ACUTE MENISCUS TEAR.
THERE IS AN ABSENCE OF THE ANTERIOR CRUCIATE LIGAMENT CONSISTENT
WITH CHRONIC DEFICIENCY. THE PREVIOUS DESCRIBED CHONDRAL
FRACTURES INVOLVING THE POSTERIOR ASPECT OF THE MEDIAL AND
LATERAL FEMORAL CONDYLES HAVE ESSENTIALLY HEALED. THERE IS SOME
RESULTANT THINNING OF THE ARTICULAR CARTILAGE ON THE MEDIAL AND
LATERAL JOINT COMPARTMENTS CONSISTENT WITH GRADE IV
CHONDROMALACIA.

Jerry Domescik, M.D.

da
D: 3-20-98
T: 3-20-98

WCW 019826
CONFIDENTIAL

CRAWFORD AND COMPANY
WCW
PO BOX 52067
ATLANTA GA 30355 0067

PLEASE
DO NOT
STAPLE
IN THIS
AREA

**HEALTH INSURANCE CLAIM FORM**

| | | | | | |
|---|---|---|---|---|---|
| PICA | | | | | PICA |

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER  1a. INSURED'S I.D. NUMBER 252332657

4. INSURED'S NAME (Last Name, First Name, Middle Initial) SAME

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) WALKER BOBBY L

3. PATIENT'S BIRTH DATE 09 04 64  SEX M X

7. INSURED'S ADDRESS (No., Street) SAME

5. PATIENT'S ADDRESS (No., Street) 59 GLENEAGLE DR  STATE GA

6. PATIENT RELATIONSHIP TO INSURED Self  Spouse X  Child  Other

CITY FAYETEVILLE

8. PATIENT STATUS Single  Married  Other  Employed  Full-Time Student  Part-Time Student

ZIP CODE 30214  TELEPHONE (Include Area Code) ( 770 ) 716 6834

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) NA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY, GROUP OR FECA NUMBER WCW

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) X YES  NO

a. INSURED'S DATE OF BIRTH  SEX M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX

b. AUTO ACCIDENT? YES  X NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME CRAWFORD AND COMPANY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES  X NO

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE  DATE 7 30 98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE  7 30

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES  X NO

RECEIVED B

22. MEDICAID RESUBMISSION CODE  ORIGINAL SEP 08 1998

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 844 2

23. PRIOR AUTHORIZATION NUMBER

K & K CLAI

| 24. A DATE(S) OF SERVICE From To | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 30 98 | 07 30 98 | | 11 | 1 | 97110 | 844.2 | 40 00 | 1 | | | | |
| 07 30 98 | 07 30 98 | | 11 | 1 | 97112 | 844.2 | 45 00 | 1 | | | | |
| 07 30 98 | 07 30 98 | | 11 | 1 | 97530 | 844.2 | 48 00 | 1 | | | | |

WCW 019725
CONFIDENTIAL

25. FEDERAL TAX I.D. NUMBER  SSN EIN 58 2157687

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES  NO

28. TOTAL CHARGE $ 133 00

29. AMOUNT PAID $ 0 00

30. BAL

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
ROSS BRAKEVILLE PT
GA 2536  08 04 98

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ASRI INTEGRA
3280 HOWELL MILL RD St
ATLANTA GA 30327

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
ATLANTA SPINE AND REHA
3280 HOWELL MILL RD S
ATLANTA GA 30327

PIN #  GRP #

FORM HCFA-1500 (U2) 12
FORM OWCP-1500
APPROVED OMB-0938-00C

PLEASE PRINT OR TYPE

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)

CRAWFORD AND COMPANY
WCW
PO BOX  52067
ATLANTA GA 30355 0067

HEALTH INSURANCE CLAIM FORM

PLEASE
DO NOT
STAPLE
IN THIS
AREA

PICA

| PICA | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: 252332657

1. MEDICARE ( ) MEDICAID ( ) CHAMPUS (Sponsor's SSN) CHAMPVA (VA File #) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WALKER BOBBY L

3. PATIENT'S BIRTH DATE  04 04 64  SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
59 GLENEAGLE DR

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  FAYETEVILLE  STATE GA

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY  SAME  STATE

ZIP CODE 30214  TELEPHONE (Include Area Code) ( 770 ) 716 6834

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY, GROUP OR FECA NUMBER
WCW

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH  MM DD YY  SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX M [ ] F [ ]

b. AUTO ACCIDENT? [ ] YES [X] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD AND COMPANY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED      DATE  7 28 98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE  7 28

14. DATE OF CURRENT:  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? [ ] YES [X] NO  $ CHARGES

RECEIVED B
SEP 08 1998
K & K CLAI

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 844 2
2.
3.
4.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 28 98  07 28 98 | 11 | 1 | 97110 | 844.2 | 40 00 | 1 | | | | |
| 07 28 98  07 28 98 | 11 | 1 | 97112 | 844.2 | 45 00 | 1 | | | | |
| 07 28 98  07 28 98 | 11 | 1 | 97530 | 844.2 | 48 00 | 1 | | | | |

WCW 019726
CONFIDENTIAL

25. FEDERAL TAX I.D. NUMBER  58 2157687  SSN EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [ ] YES [ ] NO

28. TOTAL CHARGE $ 133 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ROSS BRAKEVILLE  PT
SIGNED  GA 2536  DATE 08 04 98

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ASRC INTEGRA
3280 HOWELL MILL RD St
ATLANTA GA 30327

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
ATLANTA SPINE AND REHA
3280 HOWELL MILL RD S
ATLANTA  GA 30327
PIN #  GRP #

FORM HCFA-1500 (12/1)
FORM OWCP-1500  FOR
APPROVED OMB-0938-000

PLEASE PRINT OR TYPE

Patient No.

Therapist _____

☐ PT   ☐ OT   ☐ SLP   ☐ Psych

Physician _____

Treatment/Dx Code(s) _____

## Progress Notes

| Date | |
|------|---|
| 7-28-98 | States doing D/L. C Progression slowly ↑ ↑ strength |
| | ROM i -1-2° both ✓ 5 / C capsular end fee |
| | ____ C capsular end fee ®16 Pain PFJ 4/10 |
| | Strength: Knee ✓ ↓40 Ⓛ 18 ® 10 |
| | Knee ✓ ↓60 Ⓛ 8 ® 12 Pain Lat. Knee 5/10 |
| | Repo Step ups 30 sec Ⓛ 16 Ⓡ 12 |
| | |
| | Rx/ Sight C Additions of Kinematic Drills |
| | Pt cont to c/o Tenderness lat aspect of knee |
| | Plan to cont to progress    RR |
| | |
| 7-30-98 | Rx/ 7-28-98 P MD ✓ Will start iontos for |
| | lat knee pain as we progress c kinematic act RR |

WCW 019727
CONFIDENTIAL

CL -8- 47

APPROVED OMB-0938-0008

CRAWFORD AND COMPANY
WCW
PO BOX 52067
ATLANTA GA 30355 0067

**HEALTH INSURANCE CLAIM FORM**

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CARRIER →

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | | | | | | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) | |

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐  FECA BLK LUNG ☐  OTHER ☐ (ID)    1a. INSURED'S I.D. NUMBER  252332657

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WALKER BOBBY L

3. PATIENT'S BIRTH DATE   09 04 64   SEX  M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
59 GLENEAGLE DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
FAYETEVILLE     STATE GA

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY     STATE

ZIP CODE 30214    TELEPHONE (Include Area Code) (770) 716 6834

ZIP CODE     TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
WCW

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
☒ YES  ☐ NO

a. INSURED'S DATE OF BIRTH     SEX  M ☐  F ☐

b. OTHER INSURED'S DATE OF BIRTH

b. AUTO ACCIDENT?  ☐ YES  ☒ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD AND COMPANY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE 7 14 98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE   7 14 98

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)
6 10 97

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM     TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
MIKE CIEPELLA GA

17a. I.D. NUMBER OF REFERRING PHYSICIAN
F75539

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM     TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☒ NO

RECEIVED BY
SEP 18 1998
K & K CLAIMS

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 844 2
3.
2.
4.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From / To | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 14 98 | 07 14 98 | 11 | 1 | 97110 | 844.2 | 40 00 | 1 | | | | |
| 07 14 98 | 07 14 98 | 11 | 1 | 97112 | 844.2 | 45 00 | 1 | | | | |
| 07 14 98 | 07 14 98 | 11 | 1 | 97530 | 844.2 | 48 00 | 1 | | | | |

WCW 019728
CONFIDENTIAL

25. FEDERAL TAX I.D. NUMBER   SSN EIN
58 2157687   ☐ ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ☐ NO

28. TOTAL CHARGE $ 133 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 133 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ROSS BRAKEVILLE PT
SIGNED 2536   DATE 07 15 98

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
ASRC INTEGRA
3280 HOWELL MILL RD S
ATLANTA GA 30327

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ATLANTA SPINE AND REHAB CTR
3280 HOWELL MILL RD  SUITE 1
ATLANTA  GA 30327
PIN#     GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500     FORM RRB-1500
Medical Arts Press

PICA

PATIENT AND INSURED INFORMATION →

PHYSICIAN OR SUPPLIER INFORMATION →

Therapist _____

Physician _____

Treatment/Dx Code(s) _____

Patient Name **B. Walker**

☒ PT  ☐ OT  ☐ SLP  ☐ Psych

| Date | Progress Notes |
|------|----------------|
| 6·4·98 | States cont. to improve. Up to 2c 75 c̄ non wt. squats. Per P. notes – full c̄ ✓ ↓. Muscle tone 3-/4= Rx/sheet c̄ ↑ kg. Pt to be well & s c/o. Plan to cont. c̄ protocn. |
| 6·8·98 | States s̄ c/o. Rx/sheet pt tol well cont. c̄ same ag. c̄ ↑ intensity until wk 11-12 & will start plyometrics. |
| 6-16-98 | Pt states doing good. Rx/sheet c̄ beginning 2° slide board forward & backward (?) & inner + A – line surfing. Pt tol well. Will monitor effusion & progress c̄ ax 9 intensity for proprioception/ankle/proprioception. |
| 6·23·98 | Pt states worked c̄ t-mill 20 min yesterday c̄ pree. Rx treat/sheet felt tender ant/lat jt c̄ t-mill & was sore p̄ pt. Instructed pt. to ↓ intensity until pain is gone & ↓ progression c̄ t-mill. |
| 6/30 | No c/o pain, cont. c̄ Rx sheet. ↑ act next visit. |
| 7·14·98 | States 7·10· was working ot c̄ supersets & ↑ wt c̄ subsequent irritation 2° (R) knee. Rx c̄ ice & ↓ act since temp ↓ rom ↓ to 115°. Rx/sheet c̄ ↓ intensity. Pt has grade I effusion. Plan to progress as s̄ s̄ tol. |

WCW 019729
CONFIDENTIAL

CRAWFORD AND COMPANY
WCW
PO BOX 52067
ATLANTA GA 30355 0067

**HEALTH INSURANCE CLAIM FORM**

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CARRIER

| PICA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

1.
MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☐ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
252332657

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WALKER BOBBY L

3. PATIENT'S BIRTH DATE  MM 09 DD 04 YY 64  SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
59 GLENEAGLE DR

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
FAYETEVILLE     STATE GA

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                    STATE

ZIP CODE
30214

TELEPHONE (Include Area Code)
( 770 ) 716 6834

ZIP CODE          TELEPHONE (Include Area Code) (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY, GROUP OR FECA NUMBER
WCW

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☒  NO ☐

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?  PLACE (State)
YES ☐  NO ☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD AND COMPANY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE          9 08 98

SIGNED                      DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE    9 08 98

SIGNED

14. DATE OF CURRENT:  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY   TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY   TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒     $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 844 2          3.
2.                 4.

22. MEDICAID RESUBMISSION  CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 08 98  09 08 98 | 11 | 1 | 97110 | 844.2 | 40 00 | 1 | | | | |
| 09 08 98  09 08 98 | 11 | 1 | 97112 | 844.2 | 45 00 | 1 | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

RECEIVED BY
OCT 05 1998
K&K CLAIMS

25. FEDERAL TAX I.D. NUMBER    SSN EIN
58 2157687                   ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ 85 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 85 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ROSS BRAKEVILLE  PT
GA 2536          09 18 98
SIGNED                DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ASK INTEGRA
3280 HOWELL MILL RD STE
ATLANTA GA 30327

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ATLANTA SPINE AND REHAB CTR
3280 HOWELL MILL RD  STE 123
ATLANTA  GA 30327
PIN #          GRP #

FORM HCFA-1500 (U2) (12-90)
FORM OWCP-1500    FORM RRB-1500
APPROVED OMB-0938-0008        CR-#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)     PLEASE PRINT OR TYPE

WCW 019730
CONFIDENTIAL

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CRAWFORD AND COMPANY
WCW
PO BOX 52067
ATLANTA GA 30355 0067

CARRIER →

**HEALTH INSURANCE CLAIM FORM**

| PICA | | | | | | | | PICA |

| 1. | MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 252332657 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
WALKER BOBBY L

3. PATIENT'S BIRTH DATE   SEX
09  04  64   M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
59 GLENEAGLE DR

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY   FAYETEVILLE   STATE GA

8. PATIENT STATUS
Single   Married   Other
Employed   Full-Time Student   Part-Time Student

CITY   STATE

ZIP CODE  30214   TELEPHONE (Include Area Code) (770) 716 6834

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY, GROUP OR FECA NUMBER
WCW

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
X YES   NO

a. INSURED'S DATE OF BIRTH
MM  DD  YY   M  F   SEX

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM  DD  YY   M  F

b. AUTO ACCIDENT?
YES   X NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CRAWFORD AND COMPANY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE   9 10 98
SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE   9 10 98
SIGNED

14. DATE OF CURRENT:
MM  DD  YY   ◀ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM  DD  YY   TO MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM  DD  YY   TO MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 844 2
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 10 98 | 09 10 98 | 11 | 1 | 97110 | 844.2 | 40 00 | 1 | | | | RECEIVED BY OCT 05 1998 K&K CLAIMS |
| 09 10 98 | 09 10 98 | 11 | 1 | 97112 | 844.2 | 45 00 | 1 | | | | |
| 09 10 98 | 09 10 98 | 11 | 1 | 97530 | 844.2 | 48 00 | 1 | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
58 2157687   X

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
Y YES   NO

28. TOTAL CHARGE
$ 133 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 133 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
ROSS BRAKEVILLE PT
GA 2536   09 18 98
SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ASRC INTEGRA
3280 HOWELL MILL RD St
ATLANTA GA 30327

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ATLANTA SPINE AND REHAB CTR
3280 HOWELL MILL RD  STE 123
ATLANTA   GA 30327
PIN #   GRP #

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500 (U2) (12-90)
FORM OWCP-1500   FORM RRB-1500
APPROVED OMB-0938-0008   CFI - 6

WCW 019731
CONFIDENTIAL

Patient Name _Bobby Walker_____

Therapist _____

Physician _____

☐ **PT**    ☐ **OT**    ☐ **SLP**    ☐ **Psych**

Treatment/Dx Code(s) _____

| Date | Progress Notes |
|------|----------------|
| 9-10-98 | States doing fine ⊖ 4/0 |
|  | Re 9-B |
|  | Plan to start testing in prep for D/C |

RECEIVED BY
OCT 05 1998
K&K CLAIMS

WCW 019732
CONFIDENTIAL

Lifetime Authorization

Medicare Number _____

I request that payment of authorized medicare, Medicaid, or private insurance benefits be made to Georgia Medical Resources, Inc., for any service furnished me by Georgia Medical Resources, Inc. I authorize any holder of medical or other information about me to release to the Health Care Financing Administration and its agents, CHAMPUS and its agents, or any private insurance company any information needed to determine these benefits or benefits for related services. I understand that I am responsible for payment of all deductible and co-insurance charges.

Name of
Beneficiary **Bobby Walker**
BENEFICIARY'S SIGNATURE:
(OR AUTHORIZED CAREGIVER IF
BENEFICIARY UNABLE TO SIGN) X
IF BENEFICIARY CANNOT SIGN FORM,
PLEASE STATE REASON WHY:

**SEND PAYMENTS TO:**
**Georgia Medical Resources, Inc.**
**718 CHEROKEE STREET**
**MARIETTA, GA 30060**
**(404) 428-5445**

AUTHORIZED CAREGIVER'S
RELATIONSHIP TO BENEFICIARY:

DATE: **3 28 98**

**WAIVER OF LIABILITY**

"Medicare will only pay for services that it determines to be 'reasonable and necessary' under Section 1862 (a) (1) of the Medicare Law. If Medicare determines that a particular service, although it would otherwise be covered, is 'not reasonable and necessary' under Medicare program standards, Medicare will deny payment for that service. I believe that, in your case, Medicare is likely to deny payment for (specify particular service(s)) for the following reasons:"

"I have been notified by my physician/supplier that he or she believes that, in my case, Medicare is likely to deny payment for the services identified above, for the reasons stated. If Medicare denies payment, I agree to be personally and fully responsible for payment. Signed,"

_____   _____
Beneficiary signature                          Date

I acknowledge that this form is subject to all of the terms set forth on the reverse side, which terms are hereby incorporated by reference, and made a part of this agreement between Georgia Medical Resources, Inc. and myself. I further acknowledge that I have read and understand all of the terms appearing above and on the reverse side, INCLUDING THE DISCLAIMER OF WARRANTIES and the USE OF EQUIPMENT AND SUPPLIES, and that I have received a complete copy of this form. I have inspected and found the equipment above to be in good working order. I have been instructed in the use of this equipment.

X **C. Park PT**
THERAPIST SIGNATURE

X **Bobby Walker**
PATIENT'S SIGNATURE

## CERTIFICATE OF MEDICAL NECESSITY

Patient Name **Walker  Bobby** _____ D.O.B. **9/4/64** _____ Sex **M**  S.S. # **252-33-265**

Patient Address **59 Gleneagle Drive** _____ Phone # **(770) 916-6830**

City **Fayetteville** _____ State **GA**  Zip **30214**

Insurance Carrier **K & K Insurance** ____ Policy # _____  **RECEIVED BY**

Address _____ Group # _____  **JUL 13 1998**

City _____ State _____ Zip _____ Phone # ____  **K & K CLAIMS**

✓ Diagnosis **(R) knee ACL repair (3649)** _____ Length of need 3 to 9 mths

✓ Prognosis: **X** Good ____ Fair ____ Guarded ____ Poor

sign, date where indicated and return to us. additional clinical documentation is needed to authorize equipment required by your patient for use at home. Please provide the information requested.

| | |
|---|---|
| ( ) Cane Adj. FX with tip – Patient's condition impairs ambulation | ( ) Cane Quad. – Patient's condition impairs ambulation |
| ( ) Commode Chair – Patient confined to single room or level of home | ( ) Walker Folding – Patient's condition impairs ambulation - walker is for therapy |
| ( ) Walker Platform Attachment – Upper body weakness ____ right side ____ left side | ( ) Wheel Attachment Walker – Upper body weakness ____ right side ____ left side |
| (✓) Crutch – Patient's condition impairs ambulation | ( ) Other _____ |

I, the undersigned, certify that the above prescribed equipment is medically necessary for this patient's well being. In my opinion, the equipment is both reasonable and necessary in reference to accepted standards of medical practice in treatment of this patient's condition and is not prescribed as convenience
✓ equipment.  PHYSICIAN INFORMATION:

Name **Dr. Gipich, Michael** ____ Signature X **Michael D. Gipich** ____ Date **5-4-98**

Address **3280 Howell Mill Rd. Ste. 110  Atlanta, GA 30327** ____

WCW 019734
CONFIDENTIAL

# World Championship Wrestling

### *History and Physical Examination Record for License as a Wrestler*

☐ **First application for license**                                    ☐ **Renewal application**

**STATEMENT OF APPLICANT**

**1. LEGAL NAME** _Brian WALKER_                 **DATE OF APPLICATION** _8'3'99_

**ADDRESS (Street, City, State, ZIP)** _gardeos drive_       **DATE OF BIRTH** _4'14'64_

**RING NAME PROFESSIONALLY** _BERCONE_     **OTHER STATES IN WHICH LICENSED TO OFFICIATE**

2. Have you ever served in the U.S. Armed Forces?..... _N.O._ ............................. ☑ No  ☐ Yes•
   - If you received a medical discharge, state reason:

3. Do you suffer from headaches, blurred or defective vision, dizziness or impaired memory?.................... ☑ No  ☐ Yes•

4. Do you suffer from shortness of breath, pounding (palpitation) of the heart, any pain or pressure in the chest, or have you ever been told that you had any disease of the heart?........................................ ☑ No  ☐ Yes•

5. Have you ever spat blood, or been told that you had any disease of the lungs?............................. ☑ No  ☐ Yes•

6. Have you ever been advised to have any special examinations such as x-rays, electrocardiogram, electroencephalogram, blood examination, etc............................................................. ☑ No  ☐ Yes•

7. Have you ever fractured any bones, or suffered any back, neck or other injuries?........................... ☐ No  ☑ Yes•

8. Have you had illnesses, diseases, accidents, or surgical operations within the past five years?................. ☐ No  ☑ Yes•

9. Have you any other information concerning your health, past or present, which is not covered by the above questions?............................................................................... ☑ No  ☐ Yes•

*If yes to Item 3-9, state details: _had KNEE Repaired - April 98 - ACL repair dnc well._

*I hereby certify that to the best of my knowledge and belief the above statements are true and correct, and realize that any deliberate misstatement will subject me to disciplinary action  I hereby authorize WCW, Inc. in writing or verbally to receive and/or discuss and/or disclose to any state athletic commission or other governmental regulatory authority or any third party on a "need to know" basis copies of any and all of my licensing, medical and/or hospital records or other information. This authorization shall remain in effect until you receive written notice of revocation by me, which revocation cannot and will not apply to any and all licensing, medical and/or hospital records or information requested, received and/or disseminated by WCW prior to actual receipt of such written revocation. Finally, a photocopy of this authorization shall be deemed to have the same effect as this original.*
*I hereby give my consent to have my blood tested for HIV syndrome and any other bloodwork deemed necessary by the physician.*

**Signature of Applicant** _____    **Date** _____

**Signature of Physician** _____    **Date** _3 | 31 | 99_

**PHYSICAL EXAMINATION**

1. **Height** _6'0_       **Weight** _235_       **Temp. (Oral)** _96.8_

2. **Eyes:** Pupils, Regular _X_  Equal _N_ ; React to light and accommodation _N_ ;
   Conjunctivae, Right eye _N_  Left eye _N_ ;
   Cornea, Right eye _N_  Left eye _N_ ;
   Retinae, *if not examined, so indicate,* Right eye _—_  Left eye _20_
   Snellen chart vision (uncorrected) Right eye _20/40_  Left eye _20/40_
   (corrected)  Right eye _____  Left eye _____

3. **Orientation:** date ☑ Yes  ☐ No      place ☑ Yes  ☐ No      person ☑ Yes  ☐ No
   Memory: recent and remote events ☑ Yes  ☐ No
   Other psychiatric abnormalities: ☑ None  ☐ Any – Describe _____
4. **Head:** any deformities or areas of tenderness: ☑ None  ☐ Any – Describe _____
5. **Periorbital margins:** any recent scars, tenderness or swelling ☑ None  ☐ Any – Describe _____

**WCW 018424**
**CONFIDENTIAL**

6. **Ears:** Auditory canals, Right ✓ Left ✓ ; Ear drums, *if drums are not visualized, because of cerumen, so state*_____
   Right N Left N Discharge None Mastold tenderness None
   Auditory acuity for conversational voice; *indicate if normal or grossly impaired:* Right ear_____ Left ear_____

7. **Nose:** ☒ Normal ☐ Abnormal – Describe_____

8. **Oropharynx:** ☒ Normal ☐ Abnormal – Describe_____
   Tongue: ☒ Normal ☐ Abnormal – Describe_____
   Gums ☒ Normal ☐ Abnormal – Describe_____
   Teeth ☒ Normal ☐ Abnormal – Describe_____

9. **Neck:** ☒ Normal ☐ Abnormal – Describe_____

10. **Thorax:** Lungs: Fremitus ☒ Normal ☐ Abnormal – Describe_____
    Percussion note ☒ Normal ☐ Abnormal – Describe_____
    Asculatory findings: ☒ Normal ☐ Abnormal – Describe_____
    Heart and Cardiovascular system: Apex location by interspace 5th ; inside_____, at ✓ or outside_____
    Midclavicular line_____ ; Quality of heart sounds ☒ Good ☐ Fair ☐ Poor
    Rhythm: ☒ Regular ☐ Irregular – Describe_____
    Arrhythmia or thrills present: ☒ No ☐ Yes – Describe:_____
    Murmurs present ☒ No ☐ Yes – Describe: Systolic or diastolic_____, Location of max intensity_____
    Direction of transmission:_____ Describe quality_____
    Resting ventricular rate 85 Resting radial pulse rate 85 Resting blood pressure 112/82
    Pulse rate immediately after exercising: *20-bendings* _____ 2 min. after exercise_____ Blood pressure 3 min. after exercise_____

11. **Abdomen:** ☒ Normal ☐ Abnormal – Describe_____
    Scars, herniations, tender areas, or masses: ☒ No ☐ Yes – Describe_____
    Liver, spleen and kidneys (note any enlargement or tenderness): ☒ Normal ☐ Abnormal – Describe_____
    Inguinal region (note any tenderness, masses, scars or hernias): ☒ Normal ☐ Abnormal – Describe_____
    Genitalia: Penis: ☒ Normal ☐ Abnormal – Describe_____
    Testes: ☒ Normal ☐ Abnormal – Describe_____

12. **Rectum:** Note any fissures, fistulae, hemorrhoids, pilonidal cyst, prostatic pathology etc. ☒ Normal ☐ Abnormal – Describe_____
    Rectal not deformed

13. **Skin:** ☒ Normal ☐ Abnormal – Describe_____
    Lymphatic system (Examine cervical, maxillary, supraclavicular, axillary, epitrochlear, and inguinal node groups for adenopathy):
    ☒ Normal ☐ Abnormal – Describe_____
    Lymphangitis present? ☐ No ☐ Yes – Describe_____
    Status Thymico-Lymphaticus (note any sparse distribution of hair, soft skin, contour of thighs, generalized glandular enlargement, etc):
    ☐ Present ☒ Absent – Describe_____

14. **Neurological:** Gait ☒ Normal ☐ Abnormal    Rhomberg ☐ Normal ☐ Abnormal    Finger to nose test ☐ Normal ☐ Abnormal
    Knee jerks ☒ Normal ☐ Abnormal; Biceps jerks ☐ Normal ☐ Abnormal; Babinski ☐ Normal ☐ Abnormal; Brudzinski ☐ Normal ☐ abnormal
    Describe any abnormalities_____

15. **Musculoskeletal System:** Posture ☒ Normal ☐ Abnormal – Describe_____
    Spinal curvature ☒ Normal ☐ Abnormal – Describe_____
    Any spinal tenderness, deformity, or limitation of motion: ☒ No ☐ Yes – Describe_____
    Extremities (note any deformity, pilonidal cyst, prostatic pathology, etc): ☒ Normal ☐ Abnormal – Describe_____
    Scar, arthros. Rt Knee good ligament strength.

16. **Obligatory laboratory data:**
    Urinalysis: S.G. 1.015 reaction_____ sugar N albumin + 2
    HIV: ☒ Negative ☐ Positive (Please attach original test results) EKG_____ (Please attach original test results)

17. **Additional laboratory data** shall be collected if determined to be necessary by the physician (Please attach test results):
    Microscopic Examination, X-ray of the chest, chemistry panel, any recent laboratory data available. See label EKG attached

18. **If wrestler is 36 years or older additional obligatory data required:**
    Serology: CBC_____ VDRL/RPR_____ Hepatitis B_____
    Summarize all positive findings, if any, and indicate your clinical interpretation of this data:_____

---

**Recommendations for further specialized examination and/or consultation:**

---

**STATEMENT OF PHYSICIAN**

I hereby certify that I have examined Babby Walker
at my office ☐ elsewhere ☒ on this 3 day of Aug 19 99 , and
   ☒ have approved him for Wrestling and do not recommend further studies because of obvious clinical disease
   ☐ have not approved him for Wrestling and do not recommend further studies because of obvious clinical disease
   ☐ Other remarks_____

CONCENTRA MEDICAL CENTER
3580 ATLANTA AVENUE
HAPEVILLE, GA. 30354

T.L. Lipscamb MD
**Physician Name**

404-768-3351
**Office Phone**

_____
**Office Address**

_____
**Physician Signature**

3 Aug 99
**Date**

WCW 018425
CONFIDENTIAL

| | | OSHA File No. |
| --- | --- | --- |
| | | Insurer File No. |

**GEORGIA STATE BOARD OF WORKERS' COMPENSATION**
**EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE**

| Employer | Employer Phone No. | Insurer/Self Insurer Name | TPA/Claims Office |
| --- | --- | --- | --- |
| WORLD CHAMPIONSHIP WRESTLING | | Employer FEIN 581-811-414 | TPA FEIN |
| Address 2865 LOG CABIN DRIVE | | | Address |
| City SMYRNA, GA 30080 | State/Zip | SPORTS ENTERTAINMENT | City State/Zip |
| Employer Location Address (If Different) | | City State/Zip | TPA/Claims Office Phone No. |
| Place of Accident or Exposure (Address or Location) | | Occupation wrestler | County of Injury |

| Employee Name (Last) (First) (Middle) | | | Date of Birth 9-4-64 | Employee Social Security Number | DO NOT WRITE IN THIS COLUMN |
| --- | --- | --- | --- | --- | --- |
| Walker, Bobby (Fair) | | | Date of Injury 2-2-00 | 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 | |
| Address 69 Glen Eagles Drive 716-0843 | | | Number of Dependents Including Spouse 4 | | Insurer No. |
| City Fayetteville GA 30215 | State/Zip | Employee's Home Ph. # 770-716-10830 | Date Employer Notified 2-3-00 | | SIC |
| Male / Female | Time of Injury 8:00 | In the Workday Began am ( ) pm (v) v4 | Date Employer Receive Full Pay for Date of Injury? Yes / No | | Date of Birth |
| Date Hired POB/hdw | Did Employee Work the Next Day? Yes / No | First Date Employee Failed to Work a Full Day 2-3-00 | | | Sex |
| Hours Worked Per Day varies Per Week varies | Number of Days varies | List Normally Scheduled varies | Wage Rate at Time of Injury or Disease Contract | | County of Injury |
| COMPLETE WAGE STATEMENT ON REVERSE: If employee is paid hourly, on commission or piecework, average weekly amount Contract med. only | | If board, lodging, or other advantages were furnished, enter average weekly amount $ | | | Employer Aware |
| Did Injury/Illness Exposure Occur on Employer's Premises? Yes / No | | Type of Injury/Illness twisted | Part of Body Affected (L) knee | | Nature |
| How Injury or Illness/Abnormal Health Condition Occurred. twisted Knee while wrestling | | | | | Body Part |
| If Returned to Work, Give Date | Returned at What Wage per Week | If Fatal: Give Date of Death | | | Cause |
| Treating Physician (Name and Address) Dr. Ciepiela 3280 Howell Mill Rd. Apt. Atlanta GA 30327 514 (404) 366-0688 230p. | | Hospital (Name & Address) | | | M.O. |
| | | Initial Treatment ☑ No Treatment ☐ Minor: By Employer ☐ Minor: Clinic/Hospital ☐ Emergency Care ☐ Hospitalized > 24 hrs. MCO Yes ☐ No ☐ | | | Controvert |
| | | | | | D. First |
| Report Prepared By (Print or Type) Deborah McDevitt | Position NeW Coor. | Telephone Number 404-1003-3118 | Date of Report 2-3-00 |

**EMPLOYER'S FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY**

**FOR USE BY INSURER/SELF-INSURER**

**B.**

| Average weekly wage: $ | Weekly benefit: $ | Date of disability: | Date of first payment: |
| --- | --- | --- | --- |
| Compensation paid: $ | Penalty paid: $ | Previously Medical Only   Yes ☐ No ☐ | |

BENEFITS ARE PAYABLE FROM _____ FOR:
☐ Total/temporary total disability   ☐ Temporary partial disability   ☐ Permanent partial disability of ____ % to ____ Part of Body ____ for ____ weeks

UNTIL _____ WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.

By _____
(Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)   (Date)   (Phone)   (Extension)

**NOTICE TO CONTROVERT PAYMENT OF COMPENSATION (over for additional information)**

**C.**

Benefits will not be paid because: _____

By _____
(Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)   (Date)   (Phone)   (Extension)

Willfully making a false statement for the purpose of obtaining or denying benefits is a crime subject to penalties of up to $10,000.00 per violation (O.C.G.A. §34-9-18 and §34-9-19).

**FORM WC-1   REV. DATE 7/99**

**EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE**

*Just wanted it noted.- Did not want to see a Dr.*

*called 5/1/00 & decided he wanted to see a Dr.- chose Dr. Ciepiela.*

**CONFIDENTIAL**

WCW 002617

VS
5/24/00

## INITIAL VISIT EVALUATION
### West Paces

**PATIENT:**   Bobby Walker
**DATE:**   May 4, 2000

**HISTORY:**  Bobby was referred by WCW for evaluation and treatment of his left knee. Approximately a month ago, while in the ring, he caught a wrestler, twisted his knee and felt a pop.  He had a large amount of swelling immediately.  He rehabbed his knee with the swelling going down.  He has however had additional episodes of giving way and swelling of his knee doing simple activities such as mowing his lawn.

**EXAM:**  Examination of the knee reveals a 1+ effusion, range of motion is 5 to 110, he has 2 to 3+ Lachman's, 1+ pivot shift, 1+ anterior drawer, and positive medial joint line tenderness.

**DIAGNOSIS:**  Probable anterior cruciate ligament tear with medial meniscus tear.

**PLAN:**  The plan is to obtain an MRI of his knee to evaluate for pathology.  He was given Celebrex samples to take to help with his current effusion.  He will continue to rehab his knee since he is familiar with the appropriate exercises.  Recheck will be after MRI is performed.

Michael D. Ciepiela, MD

MDC:ls

CONFIDENTIAL

WCW 002619

## Henderson, Debbie

| | |
|---|---|
| **From:** | Myers, Diana |
| **Sent:** | Wednesday, June 07, 2000 9:18 AM |
| **To:** | Henderson, Debbie |
| **Subject:** | RE: Bobby Walker |

keep a copy of this e-mail in the file.

dm

-----Original Message-----
| | |
|---|---|
| **From:** | Henderson, Debbie |
| **Sent:** | Tuesday, June 06, 2000 4:43 PM |
| **To:** | Myers, Diana |
| **Subject:** | Bobby Walker |
| **Importance:** | High |

**Yesterday I received a message from Sharon at One Call Medical (the CO. that schedules our MRI's, CT Scans, etc.) stating that Bobby was scheduled on 5/15 for an MRI and no showed that appt. Then he was rescheduled for 5/24 in which he called the location directly and cancelled. She says since 5/24 she has been trying to get in touch with him to reschedule again and he is not returning any of her calls or there is no answer at his home number. She asked me to see what I could do.**

**In trying his home today, I let him know that they have been trying to get in touch with him regarding getting the MRI done, and he stated the knee feels better, and that he wanted to wait on the MRI. He said he would call if he felt he needed to have it done after a couple of weeks.**

**Just wanted you to know.**

**Thank You!!**

**Debbie Henderson/WCW Risk Mgmt.**
**Ph-(404) 603-3118**
**Fax-(404) 603-4017**
**Cell-(404) 281-0622**

1

WCW 019913
CONFIDENTIAL