## WRESTLER PRODUCTIVITY REPORT
*AS OF February 1, 1998*

| Last Name | First Name | Tracking Period | | | Arenas | Clash | Disney | Intl | Nitro | PPV | SN | PR Usage | Thunder | TOTAL | Max # of Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walker | Bobby | 1/1/96 | to | 12/31/96 | 2 | 1 | 17 | 0 | 5 | 4 | 16 | 0 | 0 | 45 | none |

DEFENDANT'S EXHIBIT 8

CONFIDENTIAL
X 003934

# WRESTLER PRODUCTIVITY REPORT
## AS OF February 1, 1998

| Last Name | First Name | Tracking Period | | Arenas | Clash | Disney | Intl | Nitro | PPV | SN | PR Usage | Thunder | TOTAL | Max # of Events |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walker | Bobby | 1/1/97 | to 12/31/97 | 2 | 0 | 26 | 0 | 2 | 1 | 12 | 1 | 0 | 44 | none |

CONFIDENTIAL
X 003933