Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Bobby L. Walker | EEOC, Atlanta District Office |
| 59 Gleneagle Drive | 100 Alabama St., NW, Ste. 4R30 |
| Fayetteville, Georgia 30214 | Atlanta, Georgia 30303 |

[ ]  *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. 110982226 | EEOC Representative Rose Drumgoole, Investigator | Telephone No. (404) 562-6853 (See the additional information attached to this form.) |
|---|---|---|

### YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ]   The facts you allege fail to state a claim under any of the statutes enforced by the Commission.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ]   The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ X ]   Other *(briefly state)* No employee-employer relationship.

### – NOTICE OF SUIT RIGHTS –

[ X ]   Title VII and/or the Americans with Disabilities Act: This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.

[ ]   Age Discrimination in Employment Act: This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in U.S. District Court. If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise, your right to sue is lost.

[ ]   Equal Pay Act (EPA): EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

I certify that this notice was mailed on the date set out below.

On behalf of the Commission

APR 3 0 1998
*(Date Mailed)*

Bernice Williams Kimbrough, District Director

**DEFENDANT'S EXHIBIT**
9

P00782

Enclosures
Information Sheet
Copy of Charge

EEOC Form 161 (Test. 5/95)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office

100 Alabama St. N.W., Suite 4R30
Atlanta, GA 30303
PH: (404) 562-6800
TDD: (404) 562-6801
FAX: (404) 562-6909
FAX: (404) 562-6910

Mr. Bobby L. Walker
C/o Mark I. Sanders
Attorney at Law
Block, Lepore, Sanders, LLP
100 Peachtree Street
Suite 200
100 Peachtree Street
Atlanta, Georgia  30303

Charge No.:      110982226
Charging Party:  Bobby L. Walker
Respondent:      World Championship Wrestling

Dear Mr. Walker:

This letter will serve as our explanation concerning our determination of the merits concerning the above referenced charge of discrimination.  The determination relies on the following.

On April 6, 1998, you filed the subject charge of employment discrimination with the EEOC alleging that you received a letter dated February 24, 1998 that stated your contract was being terminated effective April 24, 1998, at the end of February the President of the Respondent told you that your employment was being terminated due to a cut back.  You stated the action was taken against you because of your race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Examination of the information submitted by you during the Intake processing of your charge of discrimination and available information indicates the EEOC lacks jurisdiction to investigate your charge of discrimination.

Enclosed please find your Dismissal and Notice of Rights and Information Sheet. If you want to pursue your charge further, you have the right to sue the company named in your charge in U. S. District Court within 90 days from the date you receive the enclosed notice.  Please read the documents carefully.

Sincerely,

APR 3 0 1998
_____
Date

Rose M. Drumgoole
Investigator

Enclosure

P00781