# DEPOSITION EXHIBIT 10

# FILED

# UNDER

# SEAL

Document4