This form is affected by the Privacy act of 1974; See Privacy Act Statement before completing this form

☐ FEPA
☒ EEOC

CHARGE NUMBER: 110 A01707

RECEIVED FEB 23 2000 EEOC-ATDO

and EEOC COPY

State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.): Mr. Bobby Walker

HOME TELEPHONE (Include Area Code): (770) 716-6830

STREET ADDRESS / CITY STATE AND ZIP CODE: 59 Gleneagles Drive, Fayetteville, Georgia 30214

DATE OF BIRTH: 9-4-64

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

NAME: World Championship Wrestling, Inc. ("WCW")
NUMBER OF EMPLOYEES: More than 100
TELEPHONE (Include Area Code): (404) 603-1010

STREET ADDRESS / CITY, STATE AND ZIP CODE: ONE CNN Center, Box 105366, Atlanta, Georgia 30348
COUNTY: Fulton

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)  LATEST (ALL)

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. I began my relationship with WCW in 1994. My current contract is set to expire on January 1, 2001. I also entered into a Merchandising Agreement with WCW dated January 1, 1999. I have complied with each and every provision of the Contract and Merchandising Agreement. WCW has never criticized my performance of my duties under the terms of the Contract.

2. Over the past thirteen months, WCW has only allowed me to appear on television on three occasions. On only one of those occasions was the match against an opponent with name-recognition. I was not given an ongoing story line or plot and the matches appeared on WCW's least popular television program.

3. Since January, 1999, I have seen WCW "promote" numerous Caucasian wrestlers who have less experience, less skills, and who were otherwise less qualified than me, while I and other African-American wrestlers receive little to no exposure. During this same period, I was told that I was not being promoted or given exposure because of (1) a lawsuit I previously filed against WCW alleging racial discrimination and (2) because I was African-American.

4. WCW's intentional refusal to "promote" me is tantamount to ending my career as a professional wrestler. I am also being precluded from earning Merchandising Royalties under the Merchandising Agreement, pay-per-view revenues, and the realistic opportunity to renew my Contract for an increased salary at the end of its term.

(SECOND PAGE ATTACHED)

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

Deborah Sanders

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

Date 2-11-00      Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, Month, and year)

DEFENDANT'S EXHIBIT 17

P00814

WCW has never provided me with any information about my rights and entitlements under any employee benefit plans sponsored by WCW.

To advance within WCW, a wrestler must be "promoted" by WCW and receive exposure to the public. WCW has complete control over how much (if any) exposure each wrestler receives. WCW claims that it determines how much exposure a wrestler gets by the fan reaction to the wrestler. This promotion is also known as "pushing" a wrestler. It has been my experience that WCW, as a rule, does not promote or "push" African-American wrestlers. When WCW does "push" African-American wrestlers, it does so in a blatantly derogatory and racist manner.

WCW will only provide exposure to African-American wrestlers if they portray themselves in a traditionally negative fashion. WCW refused to "promote" or give exposure to me and my "Hardwork" persona because that did not fit the traditional negative African-American stereotype. I have been told that because I was African-American and because I did not fit into WCW's traditional mold of African-American wrestlers, WCW would not provide me with an opportunity to advance.

I believe that I was discriminated against based upon my race by being paid substantially less money than similarly situated white employees and by the termination of my employment while similarly situated white employees and independent contractors were retained in violation of 42 U.S.C. § 1981 Title VII of the Civil Rights Act.