| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 110A01707 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. Bobby Walker | HOME TELEPHONE (Include Area Code)<br>770-716-6830 | |
|---|---|---|
| STREET ADDRESS<br>59 Gleneagles Drive, | CITY, STATE AND ZIP CODE<br>Fayetteville, Georgia 30214 | DATE OF BIRTH<br>09/04/64 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Turner Sports | NUMBER OF EMPLOYEES, MEMBERS<br>Over 500 | TELEPHONE (Include Area Code)<br>404-603-1010 |
|---|---|---|
| STREET ADDRESS<br>One CNN Center, Box 105366, | CITY, STATE AND ZIP CODE<br>Atlanta, Georgia 30348 | COUNTY<br>Fulton |
| NAME<br>World Championship Wrestling ("WCW") | | TELEPHONE NUMBER (Include Area Code)<br>404-603-1010 |
| STREET ADDRESS<br>One CNN Center, Box 105366, | CITY, STATE AND ZIP CODE<br>Atlanta, Georgia 30348 | COUNTY<br>Fulton |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST _____ LATEST _____
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. Charging Party amends his previously filed Charge of Discrimination to include Turner Sports as a Respondent in this matter.

2. Respondent Turner Sports is Charging Party's employer for purposes of Title VII, and has full knowledge of these claims and the factual circumstances giving rise to these claims.

3. See Attached Affidavit and Exhibit.

**DEFENDANT'S EXHIBIT**
8

P00864

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT<br>*Bobby Walker* |
| Date 03/26/2001  Charging Party (Signature) *Bobby Walker* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)<br>03/26/2001   MY COMMISSION EXPIRES NOV. 23, 2002 |

EEOC FORM 5 (Rev. 07/99)