IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1:00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc., Civ. File No. 1:00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-1715-CC;
Onoo v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
Norris v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
Walker v. World Championship Wrestling, Inc., and Turner Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., and Turner Entertainment Group, Inc., Civ. File No. 1:00-CV-1152-CC

---

DEPOSITION OF KAZUO "SONNY" ONOO
FEBRUARY 25, 2002
10:00 a.m.

---

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 1 7 2002

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

105

CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
404-237-1990
800-317-5773