Page 97

1     Q.   Pay-per-views.  Do you remember appearing in one

2   with Diamond Dallas Page or having something to do with DDP?

3     A.   I can't recall, sir.

4     Q.   Okay.  Do you remember being involved in a video

5   shoot involving Eric Bischoff?

6     A.   Yes.

7     Q.   For a pay-per-view?

8     A.   Yes, sir.

9     Q.   And it's your recollection you were paid a set fee

10   for those appearances?

11     A.   I was paid but I don't know what I was paid, sir.

12     Q.   That's fine.  1997, do you remember getting in a

13   fight with another wrestler at an Orlando TV taping?

14     A.   I recall an altercation, sir, but not a fight,

15   sir.

16     Q.   Okay.  Well, describe -- I won't get into the

17   difference of altercation.  This was with a wrestler named

18   Alex Wright?

19     A.   Yes, sir.

20     Q.   And this was do you think around May 1997?

21     A.   I can't remember the time frame, sir, but I do

22   remember the incident did happen, sir.

23     Q.   Okay.  This was during a taping of a TV --

24     A.   Yes, sir.

25     Q.   Okay.  And what happened?

1        A.    Practically what happened, Alex Wright was

2    scheduled to work, wrestle twice that day.  One was -- we

3    had four tapings that day.  I was on I think three out of

4    the four tapings.  He was on the second taping and then the

5    last taping.

6              And the last taping he had to wrestle me, and he

7    had just got through wrestling I think like the second match

8    and he had again the eighth match, you know, in the same

9    tape.  They were giving him a push.  They were getting ready

10   to change him over from Das Wonder Kid to Berlyn.

11             And -- well, he was out of breath.  He was kind of

12   out of shape, you know.  They kind of stayed up all night,

13   and, you know, when the new guy what happened is you wrestle

14   an old guy, you go up to them and say, okay, what do you

15   want to.

16             Well, he was out of breath.  He told me, well,

17   come back in two more matches.  Well, we -- four matches and

18   then we were out of the ring, so I don't know what's going

19   on.  I mean, I'm trying to figure out what he want to do as

20   far as his finishes and his maneuvers and so forth.

21             So finally I went up to him and I asked him, I

22   said, well, Alex, we're up in the next two matches.  You

23   know, he start cussing, sucker punch me, tried to grab me

24   because, you know, he's a shoot wrestler, too.  We're both

25   shoot wrestlers.

Page 99

1        And he tried to grab me and he tried to throw me

2   backward.  Well, he grabbed me.  I was standing right behind

3   one of the light cases, the big boxes sit up, and when he

4   grabbed me, we both fell backwards over the case and we

5   fell, we twist.

6        And they had like metal poles on the right, and

7   when I fell, I fell into one of the pole.  And his shoulder

8   and arm, he knocked the skin off his shoulder and arm.  I

9   fell and hit the side of my head and split myself open,

10  so -- but it was, you know, there were no punches thrown or

11  nothing like that other than the fact that, you know, he

12  tried to sucker punch me and grab me.

13      Q.   Did guys pull you off each other at that point

14  or --

15      A.   Well, I actually grabbed Alex because I was up

16  underneath control.  Pee Wee I think was one of the referee,

17  Randy Anderson and couple other wrestlers.  I can't recall.

18      Anyway, I remember Pee Wee was back there and he

19  told the time, I think it was Kevin Sullivan, the booker,

20  what had happened.  He seen, you know, Alex, you know, what

21  he did and so forth.

22      Q.   Okay.  You don't know what people told -- let me

23  see.  Were you around when anybody relayed the story of what

24  happened in the fight to anyone else at WCW?

25      A.   Well, like I say, new guy really not allowed to

1   hang out in the trailers with the bookers and, you know,

2   they had said what we see, so I don't know what --

3       Q.   So you don't know what people might have said

4   happened in the event or the fight or anything like that?

5       A.   Once again, sir, like I say, I wasn't around.

6       Q.   That's fine.  And have you ever heard any of the

7   bookers or anybody else say that you brag about your

8   abilities a lot or anything like that?

9       A.   Any of the bookers?

10      Q.   Any of the bookers.

11      A.   Jimmy Hart did.

12      Q.   Jimmy thought you bragged about your abilities?

13      A.   Well, he thought that actually I could be a

14  mainstream guy on television, but I don't know how much pull

15  he had.

16      Q.   Okay.

17      A.   Or I'm not even sure was he a booker or not.

18      Q.   Okay.  Did you ever hear any of the bookers or

19  people like that express an opinion that they thought you

20  bragged about your abilities or you lied about your

21  abilities or anything like that?

22      A.   That I brag about my abilities or they brag about

23  my abilities, sir?

24      Q.   No, no.  I'm asking you if you ever heard any of

25  the bookers say anything like that they believed that you

Page 101

1    bragged about your abilities or you lied about your

2    abilities?  Do you know whether they ever said anything like

3    that?

4         A.   Well, Terry Taylor did.

5         Q.   He thought you overstated your abilities or --

6         A.   Well, he thought I overstated my ability.  He

7    thought I was too flamboyant.  He thought I was too

8    outspoken.

9         Q.   Okay.  Do you know what he based that opinion on?

10        A.   No, sir, I don't.

11        Q.   Did you ever have anyone express the opinion to

12   you that they didn't think you took instruction well, that

13   you followed instructions well?

14        A.   No, I didn't.

15        Q.   Do you know if anybody thought that about you?

16             MR. ICHTER:  I'm going to object to the extent

17   that calls for him to speculate about what other people

18   thought.  He can tell you what they said to him.  He can't

19   tell you what they thought.

20   BY MR. PONTZ:

21        Q.   Did anyone ever say to you, Mr. Norris, that they

22   thought you didn't take instruction well?

23        A.   No, sir, they didn't.

24        Q.   So you don't know what people thought or didn't

25   think about you?

1    A.    No, sir, I didn't, and probably the reason is

2  because, once again, you know, guys, they ain't going to

3  come up to you and tell you what they think about you.  I

4  mean, they're going to say it behind your back more than

5  likely.

6    Q.    Now, in September of 1998, try to get a sense of

7  when this is.  I know it's hard sometimes to remember

8  exactly when things happened.  Do you recall having a

9  conversation with Diana Myers?  Do you know who Diana Myers

10  is at WCW?

11    A.    Yes, she worked for WCW.

12    Q.    Okay.  So you know who she is?

13    A.    I think she's --

14    Q.    I'm not asking you if you know what she does, but

15  you know who she is?

16    A.    Yes, sir, I do, sir.

17    Q.    Okay.  And you know she works with WCW?

18    A.    Yes, sir.

19    Q.    Do you remember having a conversation with Diana

20  about the use of WCW's name or logo in some independent

21  shows sometime in September of 1998?

22    A.    What I recollect, sir, is Miss Myers called me and

23  was screaming and yelling at me over the phone.

24    Q.    What was she screaming and yelling at you about?

25    A.    Actually, she said she had -- about WCW logo, the

Page 103

1    name or using wrestlers, that's what it was, using WCW's

2    wrestlers and logos trying to book events or something like

3    that.

4         Q.   Okay.

5         A.   She was yelling about.

6         Q.   Something about that?

7         A.   Yeah.

8              MR. PONTZ:   Let me have this marked.   Hang on a

9    second.   Let me have this document marked and then I'll hand

10   it to you.

11             (Marked Defendants' Exhibit No. 4.)

12   BY MR. PONTZ:

13        Q.   This is what's been marked Defendants' Exhibit 4.

14   This is a letter in September 1998 to you from Diana Myers.

15   Do you remember receiving this letter from Diana Myers?

16        A.   I remember receiving a letter from her, sir.

17        Q.   Okay.   It looks like there's a FedEx slip on the

18   back of it.

19        A.   Yes, sir.

20        Q.   Do you remember receiving a letter from FedEx?

21        A.   Yes, sir.

22        Q.   From Miss Myers?

23        A.   I remember seeing a letter from her.

24        Q.   Does this appear to be it or do you remember

25   receiving more than one letter from Miss Myers or just one?

Page 104

1       A.   I can't recall.  I know I got a letter from her,

2  sir.

3       Q.   Okay.  Do you remember receiving this letter at

4  all?

5       A.   Yeah, I remember receiving a letter.  Yes, sir, I

6  remember receiving the letter from Mrs. Myers.

7       Q.   Okay.  You're not sure if this is it or not?

8       A.   I don't know if this is the letter or not, but I

9  do remember receiving a letter from her, sir.

10      Q.   That's fine.

11      A.   I can't recall the time frame.

12      Q.   No problem.  But you remember having a

13 conversation with Miss Myers about using WCW logo or

14 wrestlers or something like that in other shows that you

15 were trying to book?

16      A.   Yes, sir, I remember her.

17      Q.   What did she tell you about that?

18      A.   Well, like I say, I was trying to hear over the

19 high-pitch screaming and yelling over the phone, sir.  I

20 mean, she was just going on.  Whoa, whoa, wait, wait.  Time

21 out.  Wait a minute.  What's going on first is what I asked

22 her.  And she went on and on, so, and I explained to her,

23 you know, who I was and what I was doing.

24      Q.   And what was it that you recall explaining to her?

25      A.   What I recall explaining?  That I wasn't using WCW

Page 105

1   top wrestlers on my average show.   Remember, I was

2   wrestling -- running a wrestling company and boxing company.

3           One of the things the bookers told us was to make

4   sure that we go out on independent and get plenty of work so

5   we're going to be ready for television.

6           Well, to me that don't make sense if you've got a

7   guy right here and you're doing local wrestling shows and

8   guys -- the new guys coming in that didn't have any

9   experience, get somebody in what you call ring time, and

10  that's what we was doing, and the new guy wasn't on

11  contract, so, I mean, what she was blowing up to me about, I

12  really didn't understand at all.

13      Q.   You didn't understand what she was telling you or

14  what she was talking about?

15      A.   Yeah, I understand what she was saying.

16      Q.   Okay.

17      A.   But it went to that level of degree, sir, is what

18  I'm saying.

19      Q.   Do you think she -- obviously you don't know what

20  was in her head, but do you think she thought you were using

21  WCW's name or logo?  Do you think that's why she called you?

22      A.   Well, I think she pretty much -- evidently someone

23  must have went back, evidently, and say, well, yeah, this

24  guy is booking Goldberg or whatever on the show.  Evidently

25  that's probably what she was thinking.

1          I mean, things can get pretty much twisted the

2     wrong way by the time it get to you, and I'm pretty sure

3     that's what she thought and why she reacted the way she

4     probably did.

5          Q.   Do you remember being at a TV taping in

6     Gainesville a little bit after the conversation with

7     Miss Myers and having a conversation about that conversation

8     with Terry Taylor?

9          A.   Yes, I do.

10         Q.   Okay.  Do you remember telling Mr. Taylor words to

11    the effect of, where you come from, if someone talks to you

12    like Miss Myers did, they end up dead?

13         A.   I don't recall saying those statement.  I recall

14    the conversation, some of the conversation me and Mr. Terry

15    Taylor had that day, sir.

16         Q.   What was that conversation about?

17         A.   I -- once again, I was explaining to him that SCWA

18    don't sound anything like WCW.  That's the name of my

19    wrestling organization.

20              And what I explained to him was, you know, I get a

21    call at the Power Plant and I'm coming out of the ring to

22    get these calls, and on the other end you don't know who it

23    is.  You've just got a hysteric female going off on you and

24    you don't know about what, and you're trying to, you know,

25    get her to settle down, calm down so you can, you know,

Page 107

1  first of all, find out what's going on.  Second of all, try

2  to get it taken care of.

3      Q.   Do you know if Mr. Taylor told anybody that you

4  had said something about the way -- where you come from, if

5  people talk to you like Miss Myers did, they end up dead?

6      A.   I don't know if talked to anybody or not.  I mean,

7  I have no knowledge or knowing who he talked to or what he

8  going around say, okay, then.  I mean, this guy had a

9  conversation and it didn't go well.

10          I mean, I can't remember if it was -- I can't

11  remember if it was Gainesville or not, but Mr. Taylor, one

12  event I know I gave him a ride home.  We had a long

13  conversation, about an hour ride home from one of the events

14  one time, and we had a long conversation just about

15  everything.

16      Q.   Do you remember ever getting in an argument with

17  David Penzer at a TV taping?

18      A.   Well, David was one of them guys, sir, that was --

19  he's a practical joker.

20      Q.   Okay.

21      A.   As far as we asked, wrestlers had to go to him to

22  get out what you call -- it wasn't no contract.  They had to

23  go get a sheet to sign to get paid, and every time I went to

24  this guy, he always had something nasty to say to me, you

25  know.

Page 108

1          It's a long day, because usually the guy from the

2     Power Plant, we got there -- pretty much we were there from

3     the time the event started till 11:00 o'clock the event over

4     with, and the last thing we wanted to do was get out of the

5     event at 12:00 o'clock, you know, waiting on a pay sheet.

6          Q.   Did you threaten to beat up Mr. Penzer one time

7     when you got upset with him?

8          A.   No.

9          Q.   You don't think you did that?

10         A.   No, sir.

11         Q.   Do you know if anyone ever reported to WCW that

12     you had threatened Mr. Penzer?

13         A.   That I threatened Mr. Penzer?  I don't know, sir.

14              MR. PONTZ:  Let me have the next document marked.

15     This is 5.

16              (Marked Defendants' Exhibit No. 5.)

17     BY MR. PONTZ:

18         Q.   Take a look at document Defendants' Exhibit 5,

19     Mr. Norris.  Have you seen this before?

20         A.   It just says SCW Pro Wrestling.

21         Q.   Okay.  Let me ask you, on the third page of this

22     document, last page, is that your signature?

23         A.   Yes, sir, it is, sir.

24         Q.   Okay.  And it indicates you're vice chairman?

25         A.   Yes, sir.  At the time I was, sir.

Page 109

1    Q.    What were you vice chairman of?

2    A.    Actually, I own the company, sir.

3    Q.    This is SCWA Pro Wrestling?

4    A.    Yes, sir.

5    Q.    When did you start that company?

6    A.    I can't recall, sir.

7    Q.    Is this before you came to WCW?

8    A.    No, sir.

9    Q.    This was after you came to WCW?

10   A.    Yes, sir.

11   Q.    Okay.  You don't remember when, though?

12   A.    No, sir, I don't have the dates.

13   Q.    Okay.  And would you agree with me this appears to

14   be a form submitted to some kind of arena or facility to

15   hold an event at that facility?

16   A.    Yes, sir.

17   Q.    Do you remember filling out forms like this at

18   some of the arenas around the country or different places to

19   hold wrestling events at those arenas?

20   A.    I only can recall filling out maybe one or two of

21   these, sir.

22   Q.    Okay.  And you don't know if in response to your

23   filling out a form like this, someone may have called WCW

24   and asked them questions or anything, do you?

25   A.    Sir, I don't see why.  I mean, they can call and

1   ask questions, but from what the form says, SCWA Pro

2   Wrestling.  I can see if it says WCW or you've got Goldberg

3   or something like that, sir.

4        Q.   But you don't know if someone reported to WCW --

5        A.   I don't know, sir.

6        Q.   -- that you represented you were a WCW wrestler or

7   bringing WCW talent or anything like that?

8        A.   I don't see anywhere on the form they say that,

9   sir.

10       Q.   Okay.  But you don't know if someone called and

11  said --

12       A.   I don't know, sir.  You're right.  I have no

13  knowledge of it, sir.

14            MR. PONTZ:  Okay.  That's fine.

15            And let me have this marked as Defendants'

16  Exhibit 6.

17            (Marked Defendants' Exhibit No. 6.)

18  BY MR. PONTZ:

19       Q.   Take a look at Defendants' Exhibit 6, Mr. Norris.

20  This appears to be another letter dated a couple months

21  after the previous one we looked at for Miss Myers.  Do you

22  remember receiving this letter?

23       A.   Yes, sir.

24       Q.   Okay.  Did you have any conversation with

25  Miss Myers about this letter?

Page 111

1        A.   I think -- I'm not sure.  I talked to her about

2   this or was it just I talked to Mr. Terry Taylor about this.

3   I remember talking with one of them about it, sir.

4        Q.   Someone indicate to you that they believed that

5   you might have misrepresented your position or used the WCW

6   name in trying to book a show?

7        A.   No, sir.  What was told to me from Mr. Taylor was

8   the fact that I shouldn't be running a wrestling show, sir,

9   what was told to me.

10       Q.   Did he tell you why?

11       A.   No.  I asked why.

12       Q.   What did he say?

13       A.   Well, basically he said, you know, why should a

14   black man run a show?  Wrestler is mainstream white.

15       Q.   When did he say that to you?

16       A.   I don't recall, sir.  That's what I was told.

17       Q.   Was this in the car ride?

18       A.   Yes, it was, sir.

19       Q.   With Mr. Taylor?

20       A.   Yes, sir.

21       Q.   You don't remember when that was?

22       A.   No, sir.

23       Q.   Was there anybody else around other than you and

24   Mr. Taylor?

25       A.   He was in the car, sir.  I gave him a ride home.

1    I'm pretty sure he'll acknowledge the fact that I gave him a

2    ride home from one of the events.

3         Q.    If you'll look for me in this letter on page

4    six -- or Defendants' 6, the first sentence says, "We have

5    recently been informed that you have attempted to book an

6    arena for a wrestling event by using the WCW name and

7    intimating an affiliation between WCW, yourself, and the

8    event."

9         A.    In this form here, sir?

10        Q.    The letter that I handed you, Defendants'

11   Exhibit 6.  Are you telling me you don't believe that you

12   ever used the WCW name or --

13        A.    No, sir.

14        Q.    Okay.  But it's possible that WCW thought that you

15   did?

16        A.    No, sir, there's no way.  Not when I'm looking on

17   the form, it says SCWA Pro Wrestlers.

18        Q.    Well, isn't it possible that someone you filled

19   out a form with called and said, hey, this guy seemed to be

20   indicating WCW was involved?

21        A.    Then we should have something in writing, sir.

22   No, there's no way.

23        Q.    Somebody might have gotten it wrong?

24        A.    No way.  There's no way.  I'm looking at a form

25   with SCWA all over it, all pages of it.

Page 113

1        Q.    Right.

2        A.    SCW, all the way down, SCWA, SCWA.  I mean, I'm

3   proud of it.

4        Q.    When you tried to book these events, though, you

5   talked to the people as well as filled out forms, right?

6        A.    No, it all depends.  You never know who you talk

7   to.  I mean, I can't go to every state, sir.

8        Q.    Sometimes, though, you talk to them on the phone

9   or --

10       A.    Right.

11       Q.    So it's possible that somebody might have

12   misperceived what you were doing?

13       A.    No, sir, there's no way.

14       Q.    Did you tell them you never used the word "WCW"?

15       A.    No way, sir, because anytime you book an arena,

16   sir, things that they ask to see is, first of all, they want

17   to see your insurance, they want to see your business

18   license.  There's no way my business license say "WCW" on

19   it.

20       Q.    I understand.  I'm not saying that your business

21   license did, but isn't it possible that during your

22   conversations with people they perceived or maybe

23   misperceived --

24       A.    No, sir.

25       Q.    -- that you were with WCW?

1       A.      There's no way, sir.

2       Q.      Did you tell anybody you were wrestling with WCW

3    on your own?

4       A.      If somebody asked me, I told them, because at that

5    point in time I really wasn't too thrilled about it, I mean,

6    getting beat up every week.  That's not something you want

7    to brag about.  Oh, by the way, I get beat up every week.

8       Q.      That's fine.  Now, Mr. Norris, at some point

9    you're aware that the Power Plant -- let me back up.  The

10   Power Plant location that you trained at when you first

11   arrived at WCW, was that at Carol Drive?  Is that where that

12   was?

13      A.      1530 Carol Drive, yes, sir.

14      Q.      Okay.  And at some point you remember that the

15   Power Plant location moved from Carol Drive to a facility

16   off of Log Cabin Drive; is that correct?

17      A.      Yes, sir.

18      Q.      Okay.  When did you first find out that that -- or

19   first hear that the Power Plant was going to move locations;

20   do you recall?

21      A.      Well, sir, the rumor went on about a year and a

22   half, but, you know, we just waited.

23      Q.      Do you know -- do you remember when you found out

24   it was actually going to happen?

25      A.      Yes, sir.  I don't really recall the date.

Page 115

1      Q.   Okay.   Do you remember if it was beginning of 1999

2    or around then?  Does that sound about right or you don't

3    know?

4      A.   I'm not sure, sir, at all.

5      Q.   That's fine.   Did you understand at that time that

6    a lot of the individuals at the Power Plant weren't going to

7    be able to continue coming to the Power Plant once it moved?

8      A.   No, sir, that wasn't stated at all.

9      Q.   Okay.   Did you understand that some of the people

10   were going to be signed to trainee contracts --

11     A.   Yes, sir.

12     Q.   -- once the Power Plant moved?

13     A.   Yes, sir.

14     Q.   And you were one of those people, right?

15     A.   Yes, sir.

16     Q.   Okay.   Do you know who else was signed to a

17   trainee contract at the same time?

18     A.   No, not right offhand, sir, I don't.

19     Q.   Do you remember anybody else who was signed to a

20   contract at that time?

21     A.   Yes, sir, I remember a couple guys.

22     Q.   Who do you remember that you believe was signed to

23   a contract at that time?

24     A.   Allen Funk.

25     Q.   Okay.   Anybody else?

Page 116

1    A.   Mike Sanders.

2    Q.   Okay.

3    A.   I'm trying to think of his real name.  His

4    wrestling is Nino.  I can't remember.

5    Q.   Nino?

6    A.   N-i-n-o, Nino.  I can't recall his real name, sir.

7    And Elix Skipper is the only one I can remember, sir.

8    Q.   Okay.  Are you aware of how much each of these

9    individuals were paid under the contract they signed to be a

10   trainee?

11   A.   No, sir, I'm not, sir.

12   Q.   Okay.  Are you aware of how much anybody was paid

13   other than yourself under a trainee contract?

14   A.   No, sir.  When they brung you in and talked to

15   you, they told you that's strictly confidential.  They find

16   out you told anybody, they'll cut you loose.

17   Q.   Okay.  So you don't know if you made more or less

18   than those individuals?

19   A.   Well, word, you know, eventually got out, sir.

20   You know, people would eventually talk, you know.  I mean,

21   other guys eventually talked.

22   Q.   Did you find out that you made more or less than

23   some individuals that were under trainee contracts?

24   A.   Yes, sir.

25   Q.   You made more than some of them?

Page 117

1    A.   No, sir, I made less.

2    Q.   Who did you make less than?

3    A.   Everybody, sir.

4    Q.   Who told you that?

5    A.   Excuse me, sir?

6    Q.   Who told you that?

7    A.   It was just rumor, speculation, just went around,

8    sir.

9    Q.   So you don't know if that's true or not?

10   A.   Excuse me, sir?

11   Q.   You don't know if that's true or not?

12   A.   Yes, sir, it was true.

13   Q.   Okay.  If the contracts showed differently, would

14   you then -- if the contracts that these individuals signed

15   showed differently, would you have to change your -- would

16   you find that your rumor was wrong?

17   A.   If the contract read different?  Like I said

18   earlier, sir, like guys with -- the difference, what I'm

19   saying, sir -- I'm trying to make sure I explain myself

20   thoroughly here.

21   Q.   Please.

22   A.   When I first got to the Power Plant, like I say, I

23   was down there six months and then I started asking the

24   question about, you know, where do I go next from here.

25        I seen guys come down there, you know, two months,

1    three months, 30 days, you know, white guys, and they get

2    contracts just like that.  And there was never no issue

3    about, you know, well, we're going to make you wait six

4    months, we're going to make sure you pay off the school

5    first.  That was no option for the white guys.

6         Q.   Do you know who -- I'm sorry to interrupt.  Do you

7    know who made the decisions on who got contracts and who

8    didn't?

9         A.   I'm pretty sure it was somebody either higher up

10   or, you know, the bookers.  It had to be.

11        Q.   But you don't know who in particular made any of

12   those decisions?

13        A.   Like I said, sir, anytime I went to one guy, they

14   sent me to the next guy, you know.  They tell me schedule a

15   meeting and they shoot it down.

16        Q.   Okay.  Going back to the contract that you signed

17   in April of 1999, and let me go ahead and make life easy

18   here.  Let me mark this as Defendants' Exhibit 7.

19             (Marked Defendants' Exhibit No. 7.)

20   BY MR. PONTZ:

21        Q.   Take a look at Defendants' 7.  Is this a copy of

22   the contract you signed with WCW?

23        A.   Yes, sir.

24        Q.   Okay.  And the last page indicates that you were

25   paid as a trainee $3250 a month, right?

Page 119

1      A.   $3,250, yes, sir.

2      Q.   Is that your recollection of how much you were

3   paid?

4      A.   Yes, sir.

5      Q.   And you don't know how much other people who were

6   signed to trainee contracts were or weren't paid, right?

7      A.   On trainees, no, sir.

8      Q.   Do you know who made the decision to sign you to

9   this contract?

10     A.   No, sir.

11     Q.   And was it your understanding that under this

12   contract you were providing wrestling services to WCW as an

13   independent contractor?  Was that your understanding of

14   things?

15     A.   Yes, sir.

16          MR. ICHTER:  I'm going to object to the extent

17   that it calls for a legal conclusion.

18   BY MR. PONTZ:

19     Q.   That's fine.  And I take it you were happy to be

20   signed to a contract as opposed to continuing as a

21   non-contract wrestler?

22     A.   Well, once again, sir, when they offer us a

23   contract, it wasn't a thing we can go in and we could barter

24   for.  It's like, here you go, you sign this or else.  You

25   know, if you don't sign it, you hit the street, Jack.

Page 120

1    Q.   Right.  You could have said no thanks, but if you

2  wanted to continue wrestling with WCW, you had a contract

3  now, right?

4    A.   Yes, sir.

5    Q.   And you don't know whether they made the same kind

6  of offer to some of the other folks training at the Power

7  Plant, do you?

8    A.   Well, the guys, you know, pretty much said the

9  same thing.  They said like, here's your contract.  It's not

10  negotiable.  If you want in, this is your ticket in.

11    Q.   Some of the white guys as well as the

12  African-American guys who were at the Power Plant at the

13  time told you that?

14    A.   No, none of the white guys tell me that at all.

15    Q.   Do you know whether that was true with them or

16  not?

17    A.   I don't, sir, at all.

18    Q.   Okay.  That's fine.  In '99, do you remember

19  roughly your weight, what weight you were wrestling at?

20    A.   I don't recall, sir.

21    Q.   You think about 220, somewhere in that

22  neighborhood?

23    A.   I've never been that heavy, sir.

24    Q.   Okay.  So somewhere less than 220?

25    A.   I had to be.  I've never been over, you know, 220,

1    sir.

2         Q.   Okay.  And how tall are you?

3         A.   I'm five-ten-and-a-half, five-eleven, sir.

4         Q.   And I assume that hasn't changed during the last

5    five, ten years?

6         A.   I hope not.

7              MR. ICHTER:  Well, now, wait a minute.  You've got

8    a little more elevation there.

9              THE WITNESS:  Yeah.

10   BY MR. PONTZ:

11        Q.   Other than your hairstyle changing through the

12   time, your height's been the same, right?

13        A.   Yes, sir.

14        Q.   Okay.  Well, some people have late growth spurts

15   or other things, but I'm just checking.

16             MR. ICHTER:  Mine has all been concentrated right

17   here.  That's where my late growth spurt is.

18   BY MR. PONTZ:

19        Q.   Okay.  Do you remember a wrestler named Harold

20   Hogue?

21        A.   Yes, sir.

22        Q.   Do you know if Mr. Hogue was signed to a contract

23   with WCW around the same time you were?

24        A.   I don't know, sir.

25        Q.   You don't know what he was paid WCW?

1     A.   No, sir.

2     Q.   Do you remember there being a group of folks

3  around the same time as you signed to trainee contracts?

4     A.   Are you talking about trainees, sir, or other

5  wrestlers?

6     Q.   Trainees.

7     A.   Yes, sir, I give you a list of names, sir.

8     Q.   The ones -- those are the ones you remembered?

9     A.   Yes, sir.

10     Q.   Is there anybody else you remembered besides those

11  guys?

12     A.   Not right now, sir.

13     Q.   Okay.  And I think you told me earlier, but make

14  sure I'm correct, you don't know how much they were paid?

15     A.   Correct, sir.

16     Q.   And you don't know who decided to sign them to

17  contracts?

18     A.   No, sir, I don't know, sir.

19     Q.   Were you aware that there were some of the folks

20  who had been training at the Power Plant who were not signed

21  to contracts?

22     A.   Excuse me, sir?

23     Q.   Were you aware that there were some people who up

24  until that time had been training at the Power Plant who

25  were not signed to contracts?

Page 123

1       A.    Who were training at the Power Plant but you say

2    they was in training or --

3       Q.    No.   Do you remember -- well, let me change my

4    question.   Do you remember that after the period of time

5    where you signed contracts --

6       A.    Yes, sir.

7       Q.    -- were there some people who had previously been

8    at the Power Plant who stopped coming to the Power Plant?

9       A.    Yes, sir.

10      Q.    Do you know if any of them were told that because

11   they weren't under contract, they couldn't come to the Power

12   Plant anymore?

13      A.    Yes, sir.

14      Q.    Were there white guys as well as African-Americans

15   who were told that; do you know?

16      A.    Yes, sir.

17      Q.    Now, from the time period that you signed the

18   contract, and this was in April 1999, right?

19      A.    Yes, sir.

20      Q.    You remained with WCW until about October of 1999;

21   is that right?

22      A.    Correct, sir.

23-     Q.    Okay.   Do you remember how many times you wrestled

24   at WCW events during that period?

25      A.    No, sir.

1    Q.   Okay.  Does about eight or ten sound about right?

2    A.   I don't know, sir.  I don't recall.

3    Q.   Okay.  That's fine.  Do you remember wrestling at

4  a pay-per-view during 1999?

5    A.   A pay-per-view, sir?  No, sir.

6    Q.   Do you remember wrestling at a Nitro?

7    A.   I don't recall, sir.  I'm not sure.

8    Q.   Is it possible you wrestled at a Nitro or some

9  Nitros during '99?

10    A.   I'm not sure, sir.

11    Q.   That's fine.  Do you remember receiving a call in

12  October 1999 from JJ Dillon?

13    A.   I don't remember, sir, at all.

14    Q.   How did you find out that you were being let out

15  under your contract with WCW?

16    A.   My wife called me at WCW Power Plant during lunch

17  hour.  She got a letter in the mail FedEX.  I said, open it

18  up.  I thought it was just a booking for when I wrestle.

19         She read the letter.  She started crying on the

20  phone.  She said, they just fired you.  You're at the Power

21  Plant.  You don't even know about it.  She let me know.  I

22  didn't even know.

23         (Marked Defendants' Exhibit No. 8.)

24  BY MR. PONTZ:

25    Q.   Let me hand you what's being marked as Defendants'

Page 125

1    Exhibit 8.  Is this the letter you were speaking of?

2         A.   My wife, like I said, she read it to me, sir.

3         Q.   Did you ever see the letter afterwards?

4         A.   No, sir.

5         Q.   Look at, if you will, at Defendants' Exhibit 8

6    with me.  This appears to be a letter sent in October 5th,

7    1999 to you by JJ Dillon, and it indicates that you're being

8    terminated under independent contractor agreement.  Is that

9    roughly what you recall happening?

10        A.   Yes, sir.

11        Q.   Do you remember being paid through the end of

12   October?

13        A.   Yes, sir.

14        Q.   Under your contract?

15        A.   Yes, sir.

16        Q.   But not after that?

17        A.   Not after that, sir.

18        Q.   You don't know who made the decision to terminate

19   your contract with WCW, do you?

20        A.   No, sir.

21        Q.   And you don't know why somebody made that

22   decision?

23        A.   Do I know why, sir?

24        Q.   Yeah.

25        A.   I just think it was just out of bias and racism,

1    sir.

2         Q.   But you don't know that?  No one ever said that to

3    you, right?

4         A.   Excuse me, sir?

5         Q.   No one ever said that to you, correct?

6         A.   No, they never said it to my face, sir.

7              MR. PONTZ:  Is it okay if we push on for a few

8    more minutes and then we'll take a break for lunch?

9              MR. ICHTER:  Sure.

10             MR. PONTZ:  Are you okay to keep going for a few

11   more minutes?

12             THE WITNESS:  I'm fine.  I'm fine.

13             MR. ICHTER:  We have tremendous stamina on this

14   side of the table.

15             MR. PONTZ:  I doubt it.

16             MR. ICHTER:  Low thresholds for boredom, but

17   tremendous stamina.

18   BY MR. PONTZ:

19        Q.   Mr. Norris --

20        A.   Yes, sir.

21        Q.   -- from the time that you had your first tryout

22   with WCW back in '95, all the way through the time you

23   signed your contract in April of 1999, that whole period

24   before you were under contract, did you ever make any

25   efforts to find any other wrestling opportunities with any

Page 127

1    other organization besides WCW?

2         A.   Yes, sir.

3         Q.   What organizations did you seek opportunities

4    with?

5         A.   I don't know if they really count at all.  Is it

6    Mid -- I want to say Mid -- is it Mid South, sir?

7         Q.   Is that your recollection?

8         A.   One was Mid South, sir, and the other one, of

9    course, everybody like WWF if they can get in and so forth.

10        Q.   Okay.  Well, tell me about Mid South, what efforts

11   did you make to find wrestling opportunities with them?

12        A.   Well, actually, I think Mr. Hamilton had sent a

13   couple of guys from school up there to actually go and

14   wrestle up there.  He said it would make us better.

15             And they have what you call local television up

16   there, and I think the deal was made between Mr. Hamilton

17   and the guy who actually doing the book up there said as

18   long as you don't go out there and beat our guys up on TV

19   and kill them off, then you can utilize our guys.

20        Q.   So you got sent up to do some wrestling with Mid

21   South?

22        A.   I want to call it -- it's in Memphis.  I don't

23   know what the territory is called.

24        Q.   But to some smaller promotion?

25        A.   Yes, sir.

Page 128

1      Q.    And how many times did that happen; do you recall?

2      A.    A few times.  It didn't happen often because a lot

3   of times, like I say, I didn't have guys willing to drive

4   the six and a half hours up there, you know.

5      Q.    When you did that, I assume you missed a day or

6   two from the Power Plant?

7      A.    No, it was on the weekends, sir.

8      Q.    Okay.

9      A.    They did their TV taping on Saturdays, sir.

10      Q.    And do you remember some of other guys from the

11   Power Plant you went up there to do that with?

12      A.    No, sir.  They wouldn't go.

13      Q.    They wouldn't go?

14      A.    They said it weren't worth it.

15      Q.    Were you the only one who went up?

16      A.    Yes, sir.

17      Q.    So you went up by yourself?

18      A.    Yes, sir.

19      Q.    Okay.  Mr. Hamilton picked you to do that?

20      A.    No, sir.  Actually, what I was asking Mr. Hamilton

21   at the time was was there anything I need to do to improve,

22   to get better and so forth.  That's when I was trying to get

23   on television.

24          And he said the only thing is the fact that

25   because I was ready to go, raring to go but I didn't have

Page 129

1   what you call the TV exposure, you know.  I'd never been on

2   TV.  At that level everybody is scared that you're going to

3   get out there and freak out and do something crazy.

4           So I was trying to say, well, if I can get some

5   exposure on television, would that speed up my process and

6   get me in WCW on a contract.  And he said sure, that should

7   be the only thing holding you back.  Well, he called me kid

8   all the time.

9       Q.   Kid?

10      A.   Yeah, kiddo.  Oh, kiddo, do what you need.  You

11  need the exposure.

12      Q.   Okay.  You didn't find that a derogatory term, did

13  you?

14      A.   Well, I did, but Mr. Hamilton is Mr. Hamilton.

15  You know, he's like some other guys.  Some of the guys just,

16  you know, I mean, you ain't going to change certain guys.

17      Q.   Did he call other young guys kid?

18      A.   I'm pretty sure he did.

19      Q.   White guys and African-American guys?

20      A.   No, I think he pretty much called them guys pretty

21  much by their name, you know, he called them, Rage or Kaos.

22      Q.   Did you ever say anything to Mr. Hamilton that you

23  didn't like kid or kiddo?

24      A.   Well, you know, I always try to use the name

25  Hardbody, but I think it's kind of like, you know, maybe

1   people thought it was like, this guy thinks he's a hard body

2   or something, you know.  I think some guys took it like an

3   ego type deal versus just call the guy Hardbody, whatever.

4           VIDEOGRAPHER:  Sorry to interrupt.  I need to

5   change the tape.

6           MR. ICHTER:  As long as there's a break in the

7   action --

8           MR. PONTZ:  Let me just, if I can go about ten

9   minutes, we'll get some real boring stuff out of the way.

10  We'll take a break.

11          MR. ICHTER:  Definitely.

12      (Whereupon, a discussion ensued off the record.)

13  BY MR. PONTZ:

14      Q.   Mr. Norris, let me hand you another document --

15      A.   Yes, sir.

16      Q.   -- which I'm putting together now.  Defendants'

17  Exhibit 9.

18          (Marked Defendants' Exhibit No. 9.)

19  BY MR. PONTZ:

20      Q.   Would you take a look at that for me.

21      A.   Yes, sir.

22      Q.   If you'll take a look at the first page of

23  Defendants' Exhibit 9, this appears to be a 1099 Form for

24  money you received from World Championship Wrestling in

25  1997.

Page 131

1      A.   Yes, sir.

2      Q.   And it shows in excess of $13,000.

3      A.   Yes, sir.

4      Q.   Is that your recollection roughly of how much you

5  received from WCW during that year?

6      A.   Yes, sir.

7      Q.   And this was money you received for wrestling in

8  wrestling events?

9      A.   Yes, sir.

10      Q.   And the following year 1998, or the following page

11  there's a 1099 Form for WCW for 1998 for you, indicates an

12  amount just shy of $6,000, right?

13      A.   Yes, sir.

14      Q.   Again, you believe this is the amount you received

15  for wrestling events with WCW?

16      A.   Yes, sir.

17      Q.   And then the next page is a 1099 for 1999 from

18  World Championship Wrestling, and this indicates

19  compensation to you just shy of $21,000.

20      A.   Yes, sir.

21      Q.   Is that your recollection of how much you

22  received?

23      A.   Yes, sir.

24      Q.   Okay.  And this is all for wrestling

25  opportunities?

1      A.    Yes, sir.

2      Q.    Okay.  And then the next handful of pages just run

3   through some payments to you, and if you'll take a look

4   through those and tell me if there's anything in there that

5   doesn't look like some checks you received from WCW for

6   wrestling appearances or anything like that.  Do those

7   documents, the ones that look like these pages, look like --

8      A.    Yes, sir.

9      Q.    -- payments you received from WCW for wrestling

10  appearances?

11     A.    Yes, sir.

12     Q.    And then the last two pages of this document

13  appear to be additional payments made to you by WCW.  Do

14  these look more like the payments you received under your

15  contract with WCW?

16     A.    Yes, sir.

17           (Marked Defendants' Exhibit No. 10.)

18  BY MR. PONTZ:

19     Q.    And let me put in the last document before we

20  break for lunch.  This will be Defendants' 10.

21           Mr. Norris, these are documents that were produced

22  to us by your attorney.

23     A.    Okay, sir.

24     Q.    And they appear to be tax documents for you,

25  individual tax returns.

Page 133

1       A.    Okay.

2       Q.    Okay.  It appears to me that the first page of the

3    first document is a tax return from 1996; is that right?

4       A.    Yes, sir.

5       Q.    Okay.  And this is a joint return you received

6    from -- that you filed with you and your wife?

7       A.    Yes, sir.

8       Q.    Okay.  And did your wife work in 1996?

9       A.    Yes, sir, she did, sir.

10      Q.    Okay.  And she earned wages someplace?

11      A.    Excuse me, sir?

12      Q.    She earned wages someplace in a job?

13      A.    Yes, sir.

14      Q.    Do you remember where she worked?

15      A.    I'm trying to recall where she was at, sir.  I

16   can't recall right now, sir.

17      Q.    Okay.  Do you know in this -- on line seven where

18   it indicates wages, is that your wife's wages or is that

19   money you earned somewhere; do you know?

20      A.    I can't remember, sir.

21      Q.    Okay.  That's fine.  If you'll turn with me to --

22   let me see here.  Turn with me to the third page of that

23   document.  At the very bottom it should have a number that

24   says P00330.  Do you see that?

25      A.    Yes, sir.

1      Q.    Okay.  This appears to be a profit or loss from

2    business form for 1996.  Is this a document, do you believe,

3    that was filled out for money you made or lost as a wrestler

4    or a boxer?

5      A.    Yes, sir.

6      Q.    Okay.  And it indicates on here that you had

7    $4,600 and change in car and truck expenses.

8      A.    Yes, sir.

9      Q.    Is that travel costs getting to and from matches

10   and things like that?

11     A.    Not just matches.  I did boxing events, as well,

12   sir.

13     Q.    Okay.

14     A.    And what I did, I tied them both in together, sir.

15     Q.    And you weren't reimbursed for these expenses --

16     A.    Correct, sir.

17     Q.    -- so you took them as a deduction on your taxes,

18   right?

19     A.    Yes, sir.

20     Q.    And there's also an indication for $1400 worth of

21   meals.  Were those meals incurred while you were traveling

22   for different boxing and wrestling events?

23     A.    Yes, sir.

24     Q.    And you weren't reimbursed for those?

25     A.    No, sir.

Page 135

1      Q.   If you'll flip through with me to a bunch of pages

2   forward, where is it?  In the top right corner is a document

3   that says Colorado Individual Tax Return, and it says

4   P00336.  Can you find that document for me?  It's the little

5   numbers up in the top right corner.

6           MR. ICHTER:  That's it.

7           THE WITNESS:  Okay.

8   BY MR. PONTZ:

9      Q.   Are you able to find that document?

10     A.   Yes, sir.

11     Q.   Okay.  Is this a document you filed to pay some

12  tax returns in Colorado?

13     A.   I'm pretty sure it is, yes, sir.

14     Q.   Okay.  How long did you live in Colorado in 1996;

15  do you recall?

16     A.   I don't recall, sir, at all.

17     Q.   Okay.  Did you move to Atlanta or the Kennesaw

18  area, I guess, when you first started training with WCW?

19     A.   Excuse me, sir.  What I did was, I lived -- I was

20  here, but my wife, she was in Colorado at the time, sir.

21     Q.   Okay.  When did she move?

22     A.   I can't recall.  I'd have to get the dates.

23     Q.   Okay.  That's fine.  If you go forward with me a

24  few more pages, you'll see a page marked down at the bottom

25  as P00319.  It's a profit or loss for business statement in

1   1997.

2           MR. ICHTER:  That's it.

3           THE WITNESS:  Okay.

4   BY MR. PONTZ:

5       Q.   Do you see that form?

6       A.   Yes, sir.

7       Q.   And this indicates that some business, which I

8   guess is Harrison Norris, Jr. Wrestling and Boxing, I don't

9   know that that's a formal business but that's what it

10  indicates on the document, had gross receipts or sales of

11  1400 -- $14,500.

12      A.   Yes, sir.

13      Q.   That money you made wrestling and boxing?

14      A.   Yes, sir.

15      Q.   Okay.  And you had expenses for your car and your

16  truck of $8800, a little more than that?

17      A.   Yes, sir.

18      Q.   And advertising expenses, $1600.  What kind of

19  advertising expenses do you recall having?

20      A.   Did you say with the wrestling and the boxing?

21      Q.   Yeah.

22      A.   Well, certain things I have to do, like different

23  from a boxing show than a wrestling show.

24      Q.   Okay.

25      A.   I've got a 1948 Plymouth coupe.  A lot of time I

Page 137

1  haul it from arena to arena.  I mean, you can't drive it.

2  It's an old car with the original engine and so forth, so I

3  have to pay a guy to haul it to get it there, or if it break

4  down when I get it there or something like that, I have to

5  get that thing fixed.

6      Q.   That was part of your marketing efforts for your

7  boxing and wrestling promotions?

8      A.   Well, that's part of, you know, my main thing with

9  the boxing, you know, creating this Tough Man image with

10  this hard body looking car with the logos and the paint job

11  and all and the paint and everything, with the names, and so

12  forth.  That's part of the boxing.

13          They never used the car in the WCW, but I use it

14  with my smaller show, which helped me drew in fans.

15      Q.   Okay.  Great.  And it shows from this document

16  that your expenses in being a wrestler and a boxer

17  outweighed the amount of money that you took in for receipts

18  or sales, right?

19      A.   Correct, sir.

20      Q.   And on the next page there's an amount for special

21  wardrobe, $1600.

22      A.   Yes, sir.

23      Q.   Was that, at least in part, the wrestling uniforms

24  and things you used?

25      A.   Wrestling and boxing uniforms, sir.

1        Q.    Okay.  If you'll turn with me a few more pages to

2    page P00342.  It's up in the top right corner and it's an

3    income tax declaration for electronic filing for 1998.  Do

4    you see that?

5        A.    Did I pass it?

6        Q.    It's P00342.

7              MR. ICHTER:  Third to the last page.

8              THE WITNESS:  Third to the last?

9              MR. ICHTER:  Fourth to the last.

10             MR. PONTZ:  Fourth to the last page.

11             THE WITNESS:  Okay.

12   BY MR. PONTZ:

13       Q.    Did you find that document?

14       A.    Yes, sir.

15       Q.    Okay.  This indicates that you had -- you and your

16   wife had total income in 1998 of 10,000, a little bit more;

17   is that right?

18       A.    I'm looking for it.

19       Q.    I'm looking at line one.

20       A.    Yes, sir.

21       Q.    Okay.  Did you file a tax return in 1998?

22       A.    I can't remember, sir.

23       Q.    We had requested as part of the discovery in your

24   case tax returns for 1998 and 1999 and 2000, and have you

25   filed your taxes for 2001 yet?

Page 139

1      A.    No, I didn't, sir.

2      Q.    Okay.  Did you file taxes, tax returns in 1999 or

3    2000?

4      A.    I have to check with my wife on it, sir.  She's in

5    charge of all the paperwork.

6      Q.    Okay.  If I could ask you, we were not provided

7    with any tax returns other than the ones you're seeing here.

8    We were provided with '96 and '97 and only just this

9    electronic filing form for 1998.

10     A.    Okay, sir.

11     Q.    If you would please take a look for tax returns

12   for 1998, 1999, and 2000.  If you find them, if you'd please

13   provide them to your attorney.

14     A.    Will do, sir.

15     Q.    That would be great.  And when you file your tax

16   returns for 2001, will you let your attorney know and

17   provide him with a copy, please?

18     A.    Yes, sir.

19     Q.    Great.  Did you ever file any tax returns for any

20   business that you ran other than your own personal tax

21   returns?

22     A.    I don't understand.

23     Q.    Did you ever set up a corporation?

24     A.    No, sir.

25     Q.    Okay.  Did you ever file any corporate taxes for

1    any business entity or anything like that?

2         A.   No, sir.

3         Q.   Were you ever involved in any tax filing for SCWA?

4         A.   No, sir.

5         Q.   Any other boxing or wrestling promotion or

6    anything like that?

7         A.   No, sir.

8         Q.   Okay.  So the only taxes you were aware of filing

9    were personal income taxes?

10        A.   Yes, sir.

11        Q.   I think I asked you before about efforts you had

12   made to find other wrestling opportunities, and you talked

13   about sometimes you went up to Memphis to wrestle.

14        A.   I didn't go up there a lot, sir.

15        Q.   A couple times?

16        A.   The only time I went up there when Mr. Hamilton

17   said it was okay to go.  If he didn't say it was okay to go,

18   then I didn't go, because Memphis, Terry Taylor was tied

19   into a fence network and the two companies went head to head

20   as far as ratings, so that didn't look very favorable on

21   anybody's part.  We'd just go on your own, sir.

22        Q.   But you did go a couple times just to get some

23   practice, some ring experience?

24        A.   I think I went maybe once, sir.

25        Q.   Okay.  And you mentioned contacting WWF.  Did you

Page 141

1   contact WWF?

2       A.   I didn't talk to any -- what do you call it? --

3   the bookers or nothing like that.

4       Q.   What did you do to find out about wrestling

5   opportunities at WWF?

6       A.   Well, they're like WCW.  They travel.  When they

7   get close to the area on a Saturday or a Sunday house show,

8   you're going to make it.  You try to go, you know, with the

9   guys you're friends with that you get to meet, you go watch

10  them wrestle, you like them and so forth.

11          And they might say, hey, you know, I might pull

12  some strings for you, get you up here, that kind of stuff.

13  You never know.

14      Q.   This was just with wrestlers that you got friendly

15  with or were there people --

16      A.   Yeah, just, you know, wrestlers.

17      Q.   Okay.  Did you ever talk to anybody else besides

18  wrestlers at WWF about getting an opportunity there?

19      A.   I talked to -- I don't know what position he hold

20  now in the company because it's been some years back.  I

21  talked to -- what is the guy's name?  I can't remember his

22  name, but he was one of the guys that I think at the time

23  worked with WWF organization.

24      Q.   Did you tell him you were interested in working

25  with WWF, wrestling with them?

1      A.   Well, actually, I told him -- I just asked him

2   what was the procedure that they got.  I was just trying to

3   find out what would be the procedures or the guidelines to

4   get in WWF.

5      Q.   Do you remember what he told you?

6      A.   He just told me numerous things.  I can't recall,

7   but he told me numerous things.

8      Q.   Did you do anything to follow up on the thoughts

9   he gave you, the information he gave you?

10     A.   No, I didn't, sir.

11     Q.   How come?

12     A.   Excuse me, sir?

13     Q.   How come?

14     A.   Time and they didn't come anywhere close probably

15   for the next year and a half to where I was located at.

16     Q.   Did you ever write a letter to anybody at WWF

17   saying I'd like a wrestling opportunity with you guys?

18     A.   Yes, I did.

19     Q.   Who did you write to?

20     A.   Vince McMahon.

21     Q.   Did you ever hear back?

22     A.   No, I didn't.

23     Q.   When was this letter?

24     A.   I can't recall, sir.

25     Q.   Did you ever write to anybody besides Mr. McMahon?

Page 143

1          MR. ICHTER:  About wrestling for the WWF?

2     BY MR. PONTZ:

3          Q.   About wrestling opportunities at WWF.

4          A.   I remember a letter I remember addressing to

5     Mr. McMahon.  I don't recall any others.

6          Q.   Okay.  Did you ever contact a wrestling

7     organization called ECW?

8          A.   I talked to a couple of guys I know that wrestle

9     at ECW.  I went to company shows.  I didn't too much care

10    for their style.

11         Q.   So you weren't real interested in finding

12    wrestling opportunities with ECW?

13         A.   Excuse me, sir?

14         Q.   You weren't too interested in finding wrestling

15    opportunities with ECW?

16         A.   Well, it's not the case I wasn't interested in

17    finding a wrestling opportunity, but I feel if I've got to

18    bleed every match, then it's not worth my time.

19         Q.   You didn't like the wrestling style?

20         A.   No, sir.

21         Q.   Any other organizations before you signed a

22    contract with WCW that you remember contacting about

23    wrestling opportunities?

24         A.   That was it, sir.

25         Q.   After your contract with WCW expired, you were let

Page 144

1     go under your contract.  We talked about that earlier.

2          A.   Yes, sir.

3          Q.   Did you contact any wrestling companies for

4     opportunities to wrestle with them?

5          A.   No, sir.

6          Q.   So since you left WCW, you haven't contacted any

7     other wrestling companies?

8          A.   No, sir.

9          Q.   How come?

10          A.   Because I've been busy with Tough Man, sir.

11          Q.   Okay.  Do you know how much you earned in 2000

12     Tough Man competition?

13          A.   No, sir.

14          Q.   Do you know how much you earned in 2001 Tough Man

15     competition?

16          A.   No, sir.

17          Q.   Is it more than $50,000?

18          A.   Yes, it is, sir.

19          Q.   In 2000?

20          A.   I'm not sure about 2000.

21          Q.   2001 more than $50,000?

22          A.   Yes.  Yes, sir.

23          Q.   More than $100,000?

24          A.   I don't know, sir.  I'm not sure.

25          Q.   Do you think it might be?

Page 145

1       A.   I don't know, sir.  I'm not sure.

2       Q.   And your wife handles the taxes?

3       A.   Yes, sir.

4       Q.   So you think your tax documents would show how

5   much you made for 2001?

6       A.   Yes, sir.

7            MR. PONTZ:  Well, we're going to reserve the right

8   to ask Mr. Norris some more questions once we get those tax

9   documents, if necessary.

10           THE WITNESS:  No problem, sir.

11           MR. PONTZ:  Great.  Lunch okay with everybody?

12           MR. ICHTER:  Sure.

13           MR. PONTZ:  Why don't we go off the record.

14           (Whereupon, a lunch recess was taken from 12:21 to

15   1:20 p.m.)

16   BY MR. PONTZ:

17       Q.   Mr. Norris, ask you a few more questions.  Would

18   you describe -- well, let me back up.

19           You understand that in kind of the wrestling

20   parlance there were the normal, quote-unquote, heavyweight

21   wrestlers who had a normal, traditional style of

22   professional wrestling, and there were some lighter weight

23   guys often referred to as cruiserweights who had kind of a

24   more high flying or more work off the ropes and in the air

25   and things like that?  Is that your understanding of

1    professional wrestling when you were involved with it?

2        A.    No, not really, sir.

3        Q.    Okay.  Do you remember there being some lighter

4    wrestlers --

5        A.    Yes.

6        Q.    -- who had kind of different moves than some of

7    the bigger wrestlers?

8        A.    Yes.

9        Q.    Did you consider yourself more like those lighter

10   wrestlers who had the high-flying moves or more like the

11   bigger wrestlers who had the strength and power moves and

12   things like that?

13       A.    Sir, both.  I considered myself both.

14       Q.    Did you wrestle both kinds of wrestlers?

15       A.    Yes, I did, sir.

16       Q.    Okay.  You think you were able to wrestle the guys

17   who were much bigger and heavier than you?

18       A.    Yes, I did, sir.

19       Q.    And did you feel like you could do the high-flying

20   moves that some of the smaller guys did?

21       A.    Yes, sir.

22       Q.    Did you do a lot of aerial maneuvers and things

23   off the ropes and things like that?

24       A.    I could do, sir.

25       Q.    Hmm?

Page 147

```
 1      A.    I could but I was never given the opportunity to

 2   do those things, sir.

 3      Q.    Did you do those things in practice and things

 4   like that?

 5      A.    Yes, sir, we did, sir.

 6      Q.    But in the wrestling matches you wrestled more of

 7   a traditional power, strength kind of wrestler rather than

 8   the high-flying moves; is that what you're telling me?

 9      A.    No, sir. I put some of everything in it.  It all

10   depends on the guy you were wrestling and what they will let

11   you do.

12            Remember, I was the one that was told to go out

13   and, you know, pretty much lose, not to go out and win or,

14   you know, make a guy look bad or outshine the guy.  I was

15   pretty much, say, go out and, you know, do what the guy

16   expected you to do for you to make him look good.

17            MR. PONTZ:  Okay.  Let me ask you about another

18   document.  This will be marked as Defendants' Exhibit 11.

19            (Marked Defendants' Exhibit No. 11.)

20   BY MR. PONTZ:

21      Q.    Let me hand you what's been marked Defendants'

22   Exhibit 11.  This is an equal employment opportunity policy.

23   Did you ever see this policy while you were out with WCW?

24      A.    No, sir.

25      Q.    Were you aware that WCW had policies against race
```

1   discrimination and harassment and things like that?

2       A.   No, sir.

3       Q.   Okay.  Did you participate in a diversity workshop

4   WCW provided to its talent in 1999?

5       A.   I don't recall, sir.  I don't remember, actually.

6       Q.   You don't know whether you did or not?

7       A.   No, sir, I don't remember.

8       Q.   Do you remember hearing about some kind of

9   diversity workshop going on with WCW in 1999?

10      A.   No, sir.  Most things that they use, they use

11  their top level guys for.  Like I say, more than likely we

12  spent all our time at the Power Plant, sir.

13      Q.   Okay.  But you don't know whether there was a

14  diversity training session done for all talent of all types?

15  You don't recall whether that was done or not?

16      A.   I don't know, sir.

17      Q.   Okay.  Let me ask you some questions, which is

18  what I've been doing all day, but I understand from your

19  complaint that you have a number of different types of

20  discrimination claims out of what you claim did or didn't

21  happen to you with WCW, and I want to ask you about some of

22  those things, okay?

23      A.   Yes, sir.

24      Q.   Okay.  Now, I take it you're not claiming that you

25  didn't ever get a contract with WCW because of your race,

Page 149

1    right?  Because you did get a contract with them in April of

2    1999, right?

3         A.   Yes, sir, I did.

4         Q.   Okay.  Are you claiming that you were ever denied

5    a contract because of your race?

6         A.   Yes, sir.

7         Q.   When do you believe you were denied a contract

8    because of your race?

9         A.   After my training was completed, sir.

10        Q.   So you think you should have gotten a contract in

11   1996 after you completed your training?

12        A.   Yes, sir.

13        Q.   Okay.  Do you know who made the decision not to

14   give you a contract at that time?

15        A.   No, sir, I don't.

16        Q.   You don't know why the decision was made to not

17   give you a contract at that time?

18        A.   No, sir, I do not.

19        Q.   Why do you believe then that you were not given a

20   contract at that point because of your race?  What evidence

21   do you have that supports that belief?

22        A.   Evidence I have to support it, because at the same

23   time still was down at the training, camp training school,

24   sir, and I was still training guys that were coming in.

25   They was like leap frogging past me.  I mean, it was crazy.

1      Q.    Who were some of the guys that you believe got

2   contracts that you believe you should have gotten contracts

3   over them?

4      A.    It's not a case of who were the guys.   It's just

5   the fact that, like I say, I was there and I did my training

6   and I feel that if the company did not want to have anything

7   to do with me as far as giving me a contract, then they

8   should have sat us down and counseled right there on the

9   spot.

10            I mean, I put a lot of years of my life and my

11   wife life on hold waiting in line down there.

12      Q.    So you think it was discriminatory that they

13   didn't sit you down after six months and say you're not

14   going to have a future here, and because they let you

15   continue to train and work with WCW, that was

16   discriminatory?

17      A.    No, sir.   That's not --

18      Q.    What are you saying then?

19      A.    What I'm saying is -- what I'm saying is, we was

20   told to be there.   Even after six months we was told, you

21   need to be here.   This is the time you need to be here.

22            Everything they told me to do, I was there.   If

23   they tell me to be there at 9:00, I was there at 9:00.   If

24   they told me 8:00, I was there at 8:00.   If they would have

25   told me I couldn't go home at 5:00, I was there till 5:00.

Page 151

1    I didn't complain.  I didn't, you know, moan.  I did what I

2    was told to do.

3              And in return I was expecting, you know, for me to

4    get, you know, a WCW, you know, a contract, you know, in

5    return or, you know, just decent courtesy to say, okay,

6    then, guy, you're not going to cut the mustard, go do

7    something else.

8         Q.   Okay.  So you're upset that they didn't either

9    give you a contract or tell you to go?

10        A.   No, sir.  I'm not upset at all.  It's just the

11   fact that, like I say, I was still at the training school

12   after my six months.  I'm training guys.  I mean, you know,

13   I was in guys in the ring with, you know, a lot of guys that

14   I helped --

15        Q.   Okay.

16        A.   -- you know, get to the level of being from a no

17   wrestler to a wrestler, and I watched them same guys leap

18   frog past me and get contracts.

19        Q.   Is it possible that the people who were making

20   decisions on giving out contracts felt like those people

21   turned out to be better, more interesting wrestling

22   characters than you were?

23             MR. ICHTER:  I'm going to object to the question

24   in that it calls for this witness to speculate as to what

25   other people knew or thought or believed.

1

2   BY MR. PONTZ:

3       Q.   Okay.  You can answer the question, Mr. Norris,

4   and I'll repeat it if you'd like.

5               MR. ICHTER:  If you know.

6   BY MR. PONTZ:

7       Q.   If you know.  Isn't it possible that the people in

8   creative talent, the people making decisions about giving

9   contracts, felt that some of these other wrestlers were more

10  talented than you or would have made better WCW wrestlers

11  than you?

12              MR. ICHTER:  Same objection.  Go ahead.

13  BY MR. PONTZ:

14      Q.   Go ahead and answer.

15      A.   Sir, I don't know what creative talent, what was

16  their guidelines.  I don't know.  The only thing I know, I

17  was told to be somewhere, I was there.  I was told to do

18  something, I was there.  I was told to help train these

19  guys, I helped train them.

20              And the same return of me helping train them guys,

21  they got jobs and contracts because of my talent of me

22  helping them.  Without me helping them and my talent of

23  putting forth the effort of being there every day for them,

24  to have a guy to throw around the ring or show them how to

25  do things, they would never have a contract or a job.

Page 153

1      Q.   You don't know if there were Caucasian wrestlers,

2  non-African-American wrestlers who spent lots of years down

3  at the Power Plant who never got a contract, do you?

4      A.   Yes, I do know, sir.

5      Q.   There are some who never got a contract, right?

6      A.   It's been a lot of years.  The only guy who -- the

7  only African-American been down there longer than I was was

8  Tony Carr, but like I said, he's only the one I know of.

9      Q.   But you don't know if there were white wrestlers

10  who were down there the kind of years, two, three, four

11  years like you were who didn't get a contract with WCW?  Do

12  you know whether that's true or not?

13      A.   Yes, sir, I do.

14      Q.   Is it true or not?

15      A.   Any white guy that was down there any length of

16  time, they got a contract.

17      Q.   How do you know that?

18      A.   Because, I mean, I watched them all come through

19  the door.  I helped train these guys.  That's how I know

20  that.  I was in the ring with these guys.

21      Q.   Did you ever see the contracts they got?

22      A.   Excuse me?

23      Q.   Did you ever see the contracts they got?

24      A.   Well, sir, they never went away.  I know they was

25  there and they was getting paid and they was on television,

1   so I know for a fact that money had to be changing hands

2   somewhere down the line.

3        Q.   Right, but you were working for years and getting

4   paid when you didn't have a contract.  Isn't it possible

5   they didn't have contracts either?

6        A.   No, it's not possible, sir.

7        Q.   Why is that not possible?

8        A.   Because most guys when they came in, especially a

9   lot of the white guys, when they came in, they got a

10  contract, they bragged about it.  It's one of them type, I

11  got one and you don't got one, you know.

12       Q.   Is it possible they were lying about it?

13       A.   Excuse me?

14       Q.   Is it possible they were lying about it?

15       A.   There's no way they could have been lying about

16  it, sir.

17       Q.   Why?  People don't brag about things that aren't

18  true?

19       A.   Well, because they were using men on -- putting on

20  Nitro and they were being put on pay-per-views, and at that

21  level you just don't get it because you don't have a

22  contract.  You get it because you got one.

23       Q.   That's your belief?

24       A.   Excuse me, sir?

25       Q.   That's your belief?

Page 155

1      A.   Facts, sir.

2      Q.   You don't know who got a contract and who didn't

3   get a contract with WCW; isn't that true?

4      A.   No, sir, that's not true.

5      Q.   You know every single person that got a contract

6   with WCW?

7      A.   No, sir, I do not.  No, sir, I do not know every

8   single person that has a contract.

9      Q.   Okay.

10     A.   We're talking about the guys that came through the

11  Power Plant, sir.  That's what we are talking about.

12     Q.   You know every single person who came through the

13  Power Plant whether they got a contract or not?

14     A.   If they came through the Power Plant, any

15  longevity of time, you know, as far as naming names, I'm

16  going to tell you yes, he got one, no, he didn't get one

17  because I was there every day, sir.

18     Q.   Well, you tell me.  Who is it that you think got a

19  contract that you should have gotten one instead of?  Is

20  there somebody you can think of who you think you should

21  have got a contract instead of?

22     A.   You're asking me is there guys that got contracts

23  that I should have got a contract before them?

24     Q.   Yeah.

25     A.   Or the guys that got contracts, that I should have

1.  had one and they not had one?

2.       Q.    Either way.  Start with the people who you think

3.  you should have gotten a contract instead of them.

4.       A.    Okay.  It's not a fact that I think I should have

5.  got a contract instead of somebody else, because everybody

6.  work ability is totally different.  And like I say, I'm not

7.  creative control to say who get one, who don't get one.

8.            But the only thing I'm saying is if I bust my

9.  chops just as hard as the next guy, then I deserve mine, as

10. well.

11.      Q.    But isn't it more than just how hard you work?

12. Isn't it the character that you are, and some characters

13. work and some characters don't?

14.      A.    Yes, sir, it is the character that you are and the

15. character, but the character never get over unless the

16. character get a chance to get over.

17.      Q.    Well, you wrestled numerous times on these

18. matches, didn't you?

19.      A.    I wrestled numerous times, but I also was

20. instructed and told what to do and what not to do.  It

21. wasn't like we say, Hardbody, go out there and win this

22. match, or Hardbody, go out there and take 80 percent of this

23. match and get yourself over.  It wasn't ever about that.

24. It's about Hardbody, you're losing this match.

25.            If the guy only gave you 5 percent of the match,

Page 157

1   then that's all you've got.  You get anymore, then you have

2   to go see the bookers or anybody else, you didn't get on

3   television or any wrestling match.  That's just the way it

4   worked.

5       Q.   Who did you talk to about getting more

6   opportunities within the wrestling matches?

7       A.   Terry Taylor and JJ Dillon.

8       Q.   Anybody besides Mr. Dillon and Mr. Taylor?

9       A.   I talked to the instructors, but like I say, it's

10  nothing they can do about it.  It's out of their hands.

11      Q.   Okay.  When did you talk to Mr. Taylor?

12      A.   I talked to Mr. Taylor just as soon as, like I

13  say, we was doing matches on television, you know, what we

14  call squash matches.  I don't know if you understand the

15  concept or not.

16      Q.   That's a match where one of the wrestlers gets

17  beat by the other wrestler pretty badly, right?

18      A.   Correct, sir.

19      Q.   Okay.  And what did you talk to Mr. Taylor about

20  in terms of getting more wrestling opportunities?

21      A.   Well, I just told him I'd, you know, like to, you

22  know, venture out, and, you know, and really case, you know,

23  my talent.  And instead of, you know, he case my talent, he

24  did totally opposite.

25           I mean, he put me in literally matches just to get

Page 158

1    squashed, and I think it was all reference of not just out

2    of just plain bias, racism, but out of the fact it's because

3    I did come to him and ask him, hey, is there anything, you

4    know, positive I can get out of this, and, you know,

5    squashing the guy is not getting anything positive out of

6    it.

7        Q.    But you don't know why he chose to put you in

8    that -- those kinds of matches?

9        A.    Out of racism.  That's why he chose to do it.

10       Q.    Why do you say that?

11       A.    Because, you know, it's the way he had me lose and

12   the guys he had me lose to.

13       Q.    So that's your feeling of the way the matches went

14   and who they were against?

15       A.    Correct.  Well, it's not the way I feel the match,

16   sir.  It's the fact that what I got out of the match.  If I

17   went to -- if he had me book with a guy and the guy only

18   gave me 3 percent or 5 percent of the match, then I know it

19   was something coming straight from the booker.  It's not

20   coming from the guy.  It's coming from the bookers saying

21   this is what I want.  I want you to go out and not give him

22   anything in the match, and I want you to, you know, have

23   95 percent of the match.  Do not give him a chance to get

24   over.

25       Q.    Mr. Taylor never said to you, hey, Mr. Norris, the

Page 159

1.   reason I'm using you this way is because of your race?

2        A.   No, he did not.

3        Q.   Mr. Dillon that you had conversations with, what

4    did Mr. Dillon tell you when you asked about wrestling

5    opportunities?

6        A.   About wrestling opportunity, he just pretty much

7    told me I'd get my opportunity and I'd get my chance.  He

8    pretty much told me to go see Terry Taylor.

9        Q.   Okay.  Do you think Mr. Dillon discriminated

10   you -- against you on the basis of your race?

11       A.   Yes, I do.

12       Q.   And in what way?  What did he do that

13   discriminated against you?

14       A.   Because he was in a position of power where he

15   could say, okay, then, let's see what this kid really got.

16   Let's put him out there, at least give him a 50/50 match and

17   see can he hold his own, and that opportunity for Hardbody

18   never got a chance to occur.

19       Q.   So you think because he didn't make a push happen

20   or make more opportunities for it to happen, that was

21   discriminatory?

22       A.   It's not a case where he -- it's not a case where

23   I'm looking for Mr. Dillinger to give me a push.  It's just

24   the case say, well, you know, get a talented guy, we got it

25   because of him, you should need to at least get one match in

1    to see what he's capable of doing.

2        Q.    Do you know what Mr. Dillon thought of your

3    talent?

4        A.    No, I do not.

5        Q.    Do you believe Mr. Dillon did anything else to you

6    on the basis of your race other than not giving you the

7    opportunity that you wanted?

8        A.    Well, like I say, I never know, sir, who's in

9    charge as far as, like you said, giving the contract or the

10   financial fee of the contract, but Mr. Dillinger know, just

11   like everybody else know in WCW, my capabilities are as far

12   as me holding my own in a match and leading a match or doing

13   whatever I need to do, because when they got a lot of young

14   guys -- when I say new guy, I want to say young guys -- I

15   was usually the one chosen to go put these guys, you know,

16   over on television.

17           Why?  Because I was -- one, because I was black;

18   two, because I was a good wrestler; and three, because I

19   made whoever the white guy was look good on television.

20       Q.    Okay.  Mr. Norris, let me make sure I'm perfectly

21   clear.  There's a gentleman at WCW you're aware of named JJ

22   Dillon, right?

23       A.    Yes, sir.

24       Q.    Is there a different gentleman whose name is Doug

25   Dillinger?

Page 161

1      A.   Yes, it is.

2      Q.   They're different people?

3      A.   Yes, they are, sir.

4      Q.   Okay.  And when you were just talking to me, you

5  were talking about JJ Dillon?

6      A.   JJ Dillon is one of the -- I think he's one of the

7  bookers.

8      Q.   Okay.

9      A.   Or one of the creative control.

10     Q.   And Mr. Dillinger didn't have anything to do with

11  that area?

12     A.   Mr. Dillinger, as far as I know, I think he was

13  head of security, sir.

14     Q.   Okay.  Because for a second I thought you referred

15  to Mr. Dillinger or Dillinger and I just wanted to make

16  clear.

17     A.   No, sir.

18     Q.   Okay.  Thank you.  I appreciate that.

19          Other than -- you just spoke about Mr. Taylor and

20  Mr. Dillon.  Is there anybody else at WCW you believe

21  discriminated against you on the basis of your race?

22     A.   Yeah, I mean, you know, there's several

23  individuals I feel that was very just, you know,

24  discriminatory against my race as far as at WCW.  I mean --

25     Q.   Who were those people?

1      A.    I would feel that, you know, I mean, Eric used to

2   be in charge of the company.  I mean, he would have

3   knowledge and control of a guy, whether you're a new guy or

4   old guy that comes in the company.

5      Q.    This is Eric Bischoff?

6      A.    Correct.

7      Q.    Do you believe Mr. Bischoff discriminated against

8   you on the basis of your race?

9      A.    Yes, I do.

10      Q.    What do you think Mr. Bischoff did that

11   discriminated against you on the basis of your race?

12      A.    Well, like I said, sir, by him being in the

13   position of vice president and by him not going down on a

14   regular basis and seeing the talent that he had at the Power

15   Plant, I mean, as far as the guys that, you know, we did and

16   we performed down there and helped train the guys and so

17   forth.  I mean, we bust our chops for the company, you know,

18   and like I said, we just never was given the opportunity.

19      Q.    Okay.  Aren't there white wrestlers at the Power

20   Plant who didn't get an opportunity, in their opinion?  They

21   feel like they didn't get a good look from Eric?

22           MR. ICHTER:  I'm going to object to that to the

23   extent that it calls for him to tell you what the opinions

24   of other -- what Caucasian wrestlers or he can tell you what

25   he was told, but he can't tell you what they thought.

Page 163

1              MR. PONTZ:  Can we go off the record real fast.

2         (Whereupon, a discussion ensued off the record.)

3    BY MR. PONTZ:

4         Q.   Mr. Norris, we were talking about Mr. Eric

5    Bischoff and you explained to me in part, at least, what you

6    think Mr. Bischoff did to you that you believe was race

7    discrimination.  Okay.

8              My question is, are you aware of whether there

9    were any white wrestlers at the Power Plant who expressed to

10   you that they didn't feel like they were getting fair

11   opportunities to appear and show what they could do?

12        A.   No, usually white wrestler didn't come around and

13   talk to me about their personal lives or their business at

14   the Power Plant.

15        Q.   So you don't know what those guys were thinking or

16   weren't thinking?

17        A.   No, sir.

18        Q.   What else do you believe Mr. Bischoff did that

19   discriminated against you on the basis of your race, other

20   than what you just testified to?

21        A.   Well, I'm pretty sure Mr. Bischoff had my history

22   as far as my background and as far as my championships and

23   different things and weight lifting and Tough Man and boxing

24   skills and so forth.

25             And actually, I'm pretty sure he knew all the

1    things that I was capable of doing and all the tournaments

2    and stuff that I had won, so for him to know that stuff and

3    not use it in a positive way to help the company, I really

4    thought was really discriminatory against me, not only, you

5    know, as a black but as a good talent wrestler.

6         Q.   And assuming that he had that knowledge, you don't

7    know why he made the decision not to use you more than you

8    were used at WCW, correct?

9         A.   Correct, sir.

10        Q.   Anything else that you believe Mr. Bischoff did

11   that discriminated against you on the basis of your race

12   other than what you've already testified to?

13        A.   Well, once again, sir, I don't know, like I say,

14   who was the authorizing signatures as far as monies or

15   allocated money for contracts, but at the time Mr. Bischoff

16   was the vice president, I'm pretty sure somebody had to sign

17   off on it.  I'm pretty sure it had to be his signature or

18   the signature of somebody that brung it to the attention,

19   say, okay, we're only going to pay Hardbody X amount, this

20   and that.

21             When I came to WCW, I hadn't already had 12 to 13

22   Tough Man titles under my belt, and I can name three or four

23   other wrestlers that haven't even one thing to that

24   magnitude with different states and titles and things of

25   that nature and were paid a whole lot more than I was paid

Page 165

1    and it's not fair.

2        Q.   You don't have any idea what Mr. Bischoff or other

3    people at WCW thought of Tough Man competitions in terms of

4    how it would work or not work in a particular wrestling

5    character, do you?

6        A.   No, sir, I do not know what Mr. Bischoff think

7    about Tough Man at all, sir.

8        Q.   Okay.  In addition to Mr. Taylor and Mr. Dillon

9    and Mr. Bischoff, is there anybody else who you believe

10   discriminated against you on the basis of your race at WCW?

11       A.   At this time I can't really think of any other

12   guys because, like I said, the instructors really weren't

13   put in a position to make me or break my career.  The guys

14   who were put in that position was the guys that so far we've

15   been talking about.

16       Q.   Do you think that the instructors discriminated

17   against you on the basis of your race?

18       A.   Sometimes they did, but like I said, once again,

19   it was one of them type deals like, well, you got to work

20   with these guys every day.  Some stuff you had to, you know,

21   bite the bullet on, sir.

22       Q.   And when you talk about the instructors

23   discriminating against you, are you talking about in the way

24   that they treated you at the Power Plant?

25       A.   Correct, sir.

1    Q.   Like the moving rings and the cleaning up and

2  things like that?

3    A.   Well, not just moving ring.  Like I said, sir, I

4  mean, it's like in other detail.  I don't mind helping out

5  and doing my share, but once the other guys supposed to be

6  there doing the same thing at my same level, when I got

7  seniority-ship over all of them and they're not doing it,

8  I've got a problem with that.

9    Q.   So you think they should have asked some wrestlers

10  who weren't participating in, to participate in those

11  activities?

12    A.   It's not a case, sir, I think they should have

13  asked.  It's a case I think they should have made them do it

14  like everybody else done, sir.

15    Q.   And that was Mr. Bruce and Mr. Wenner and

16  Mr. Whatley?  Were those the trainers down at the Power

17  Plant?

18    A.   Yes, sir, it was trainer, and Jody Hamilton was

19  the overseer of that, sir.

20    Q.   Okay.  So those are the four individuals you

21  believe should have told other people to help out?

22    A.   Well, it's the case they should have made them,

23  you know, participate and did their share and make sure they

24  was there.

25    Q.   All right.  Do you believe there was anything

Page 167

1   discriminatory about the contract you did get in April 1999?

2       A.   Yes, sir.

3       Q.   What do you believe was discriminatory about that

4   contract?

5       A.   I feel that -- I don't know how much of as far as

6   the contract you understand about it, but I feel the

7   marketing and merchandise, I feel that, you know, they

8   should have, you know, actually could have did -- once

9   again, could have did something with the marketing and

10  merchandise on not only myself, but several other black

11  wrestlers down at the WCW Power Plant.

12      Q.   Okay.

13      A.   And the amount of the contract, I feel that was

14  very, very, you know, discriminatory.  But like I said

15  earlier, sir, I wasn't in no position to bargain.

16      Q.   Well, other than I think you testified you could

17  have turned it down and walked away from WCW, right?

18      A.   Yes, sir, but you've got to look at my thing, too.

19  I mean, I had to move my family here from Colorado.  That's

20  almost a $5,000 move.  Relocated them.  She quit her job and

21  came here.  We found a house and stuff here.  I mean, that's

22  a lot of money invested.  That's withholding nothing from

23  the table, sir.

24      Q.   Okay.

25      A.   I mean, if we're just talking about six months,

1    maybe I could understand it, but you're talking about years.

2       Q.   Well, when did you first think you were being

3    denied opportunities on the basis of your race?

4       A.   When it first start?  Actually, first couple of

5    months when I actually got into the training center, because

6    once again, I was there every day, so I seen the cleanup,

7    the same old who pushing the broom, who not, what guys

8    saying that he ain't going to dump no f-ing trash or

9    whatever, that kind of stuff.

10       Q.   Did you complain about what you thought was

11    discrimination to anybody?

12       A.   Well, it wasn't a case that we complained.  It's a

13    case that we brung it to the instructor that was in charge

14    attention, but they didn't fix it, what were we supposed to

15    do?

16       Q.   Okay.  Whose attention did you bring it to then?

17       A.   I brung it to all the instructors' attention.

18       Q.   And what did they say about it?

19       A.   Once again, it's one of them type deals, don't

20    make waves.  You know, don't do this, don't do that, so to

21    speak.

22           And then, I mean, it boils down to the point

23    where, like I said earlier, they said be here at

24    9:00 o'clock in the morning, I was there at 9:00 o'clock in

25    the morning.  Certain guys never abide by that, and the guys

Page 169

1   that never abide by that, it was white wrestler that came in

2   when they want to come in.

3       Q.   Do you remember who any of those wrestlers were

4   that stand out in your mind as people who didn't abide by

5   what you believed you were being told you had to do?

6       A.   Do I remember?  Yes, I remember several of them.

7       Q.   Who were they?

8       A.   Lorenzo.  I can't remember his last name.

9   Lorenzo, Johnny Attitude, Johnny Swinger, Luther Biggs.  I

10   want to say wrestling name is Rage, Rob or -- I can't think

11   of his last name, Robbie Rage was his wrestling name.  Kenny

12   Kaos.  Ron Reese.

13       Q.   Do you remember his wrestling name?

14       A.   Ron Stud, Big Ron Stud.

15       Q.   Anybody else you can think of?

16       A.   Them guys right now are the only ones I can

17   remember right off the top of my head.

18       Q.   And these are all white guys?

19       A.   Yes, they are.  I mean --

20       Q.   Okay.  I think you had told me earlier, am I

21   correct, that when you got a contract coming out of the

22   Power Plant to the trainee contract, there were both some

23   minorities and some whites who got contracts like that?

24   That was what you understood what happened?

25       A.   Yes, sir.

1      Q.    Okay.  And you understood that there were some

2  whites and minorities who didn't get a contract and were

3  told they couldn't train at the Power Plant anymore?

4      A.    I don't know what they was told, but I'm pretty

5  sure they phase them out or did away with them.

6      Q.    Okay.  Did you ever complain to anyone at WCW

7  about not receiving a contract anytime before April of 1999?

8      A.    Yes, I talked to -- I didn't complain, but I

9  talked to, once again, the instructor.  They make you use

10  like sort of what you call a chain of command.  I went

11  through them to talk to the bookers.

12         And once again, I tried to book appointment to see

13  Eric, but like I say, every time I go to see Eric, I usually

14  had to see either JJ or Terry Taylor, and they was -- pretty

15  much was the messenger of the bad news.

16      Q.    And what did they tell you when you say the bad

17  news?

18      A.    Well, it was just different things saying, well,

19  you know, either they sent me to the other guy, which it

20  took me two or three more days or two or three more weeks to

21  catch up with them because they were busy or they were

22  taping somewhere or they couldn't see me today or, you know,

23  that type of nature, versus walk right in and see them like

24  an open door policy type of deal.

25      Q.    Okay.  In none of those meetings, no one ever said

Page 171

1    to you you're not getting a contract because of your race?

2         A.   No, sir.

3         Q.   And after you received your contract in April, did

4    you complain about the terms of it or how it was being --

5    how you were being used under the contract to anybody?

6         A.   I asked the instructors about the terms and they

7    just say, oh, that's just a thing you start out with like

8    that and then things from there get better.

9         Q.   Did you talk to anybody else about the terms of

10   the contract or how you were used under the contract?

11        A.   I mentioned it to Mr. Terry Taylor once again.

12        Q.   What did you say to Mr. Taylor?

13        A.   I asked him about it and he just said, once again,

14   he said, either you sign the damn thing or you don't.

15        Q.   And you don't know what conversations he may have

16   had with other trainees about their contracts or anything

17   like that?

18        A.   No, sir.

19        Q.   And I think you told me earlier you didn't know

20   who made the decision to terminate your contract in October

21   of 1999?

22        A.   No, sir.

23        Q.   Is there anything else about your claims of

24   discrimination in how your contract was that we haven't

25   talked about?  Any other evidence or support for your claims

1    that you were discriminated against in contracts that we

2    haven't already talked about?

3         A.   Well, most of it, like I said, what we went over

4    and we covered it, but the only part, like I say, we didn't

5    cover is, like I said, the big box of tapes you're looking

6    at.

7              Like I told you, sir, earlier, I was at the Power

8    Plant every day.  That's the footage.  I took my own video

9    camera down there every day, so for a guy saying, well, he

10   wasn't there, then they're going to look at how many years

11   I'm down there right there in the box.

12        Q.   Did you ever offer those tapes to anybody at WCW

13   to look at?

14        A.   Yes, we did.  Mike Wenner, one of the instructors,

15   we did go over the tapes a lot because it's one of the type

16   things, if I'm going to do something in the ring, I want to

17   make sure I'm doing it right.  If I wasn't doing it right, I

18   want to stay there until I get it right and fix it.

19        Q.   So you worked with Mike Wenner to help him

20   review -- help -- have him help you review the tapes to

21   critique your performance?

22        A.   Yes, I did.

23        Q.   Did you ever offer the tapes to anybody else at

24   WCW to say, here, look at the work I've been doing?

25        A.   Yes, we did.  We showed some of the tapes to some

Page 173

1   other guys to help other guys get matches on television.

2        Q.   Okay.  Who is "we", Mr. Norris?

3        A.   I showed them to Jody Hamilton.

4        Q.   No, no, no, no.  You said "we" offered the tapes.

5        A.   Me, Pez Whatley, Dwayne Bruce, you know, we

6   offered any tapes to see how well a guy worked because --

7        Q.   Okay.  I'm sorry.  Who did you show them to then?

8        A.   Well, once again, we had to go up the chain of

9   command, sir.  We had to first go through Jody Hamilton

10  because he was in charge of the school.

11       Q.   Okay.  Did Jody say you could go talk to other

12  people and show them the tapes?

13       A.   Well, usually what he do, he say, well, you know,

14  because they didn't let us run around the office.  It's one

15  of them type deals it was like off limits for us to go up

16  there.

17            It was try to call and get in touch with one of

18  the bookers and say, hey, can we get a day when you guys can

19  come down and look at a tape.

20            They might came down and look at maybe one match

21  or two match, but usually when they did, once again, it came

22  right down to discriminate thing, they took all the white

23  guys, all the black guys again, you know, and it just got to

24  the point where it was just getting sickening, you know.

25       Q.   Who do you believe, other than -- you're talking

1    about Mr. Taylor and Mr. Dillon and Mr. Bischoff again?

2         A.   Correct.  Well --

3         Q.   Are there any other individuals you believe came

4    down to the Power Plant to look at people and took only

5    white guys?

6         A.   Well, you know, I've got several tapes over there

7    where actually that's where they came down to look at a

8    group of guys and said, okay, they were going to do

9    something with these group of guys.  But once again, if you

10   look at the group of guys that they chose, you know, it was

11   all white guys.

12        Q.   Do you know who made that choice?

13        A.   No, sir, I don't.

14        Q.   Anything else of what we talked about -- other

15   than what we've talked about that you believe is part of

16   your claim that you were discriminated against in the

17   contracts you did or didn't receive with WCW, or have we

18   talked about everything that goes to that claim?

19        A.   Well, once again, I think we mentioned earlier, we

20   hit on it earlier about the marketing, merchandising

21   structure of it.

22             It was like I asked Mr. Taylor about that also.

23   You know, I mean, when I got there I was like -- I can't

24   remember what year it was I asked.  I said, Mr. Taylor, I

25   was like why don't, you know, you guys have any black guys

Page 175

1    on the T-shirts, you know.  And he's kind of like, well, why

2    would you ask something like that.  I mean, he just looked

3    at me like I was way out in space or something.

4            I'd say, well, you know, it's a market out there

5    for it, you know.  I mean, the company is southern based in

6    Atlanta, which is a good area that you can draw and build

7    from if you've got a good top guy that you can build with,

8    but it's just one of the things that got, once again, swept

9    under the carpet and he didn't want to talk about.

10   Q.   Do you know if Mr. Taylor was in charge of making

11   marketing decisions or whose faces showed up on T-shirts?

12   A.   I don't know, sir.  I don't know who's in charge

13   of that.

14   Q.   Now, your complaint also talks about

15   discrimination in wrestling opportunities or promotions, or

16   I think the word that they used is getting a push.  Is that

17   a phrase you're familiar with?

18   A.   Yes, sir, I am, sir.

19   Q.   And that means getting wrestling opportunities so

20   that you try to get over with the crowd; is that right?

21   A.   Yes, sir.

22   Q.   Okay.  Are you claiming that you were denied

23   wrestling opportunities or denied a push on the basis of

24   your race?

25   A.   Yes, I was, sir.

1      Q.   Okay.   Who do you believe denied you those

2    opportunities?

3      A.   The bookers at the time, which was -- I'm pretty

4    sure was Terry Taylor and JJ Dillon.

5      Q.   Okay.   Anybody else you believe denied you a push

6    or wrestling opportunities?

7      A.   Eric Bischoff.

8      Q.   Okay.   How about Mr. Sullivan, Kevin Sullivan, did

9    he deny you any opportunities on the basis of your race, do

10   you believe?

11     A.   Well, I don't think Mr. Sullivan ever denied me on

12   the basis of my race, because a lot of times if I did have a

13   problem, if he was around, because, like I say, once again,

14   we weren't allowed to be in the office, so if he was around,

15   Kevin, I need more matches, you know, I've got to feed my

16   family.   And I mean, I lost all the matches, but at least I

17   was getting booked.

18     Q.   So you think he didn't discriminate against you on

19   the basis of your race?

20     A.   Correct.

21     Q.   Are there white wrestlers that you believe got

22   pushes, got wrestling opportunities that you believe you

23   should have been given?

24     A.   Yes.

25     Q.   Who would those white wrestlers be?

Page 177

1        A.    Let's see.  Johnny Attitude.  Johnny Swinger.  A

2   guy named Michael something.  He was Canadian.  Young kid.

3        Q.    Michael something.  You don't know his last name?

4        A.    I can't remember his last name.  I've got him on

5   tape.  I'm pretty sure if I watch the tape I can get his

6   name, sir.

7             Lorenzo.  You know, guys of that nature, you know,

8   at the Power Plant.  Ron Stud.  I mean, you know, just

9   different guys just came in and they were given opportunity

10  to win and get a gimmick and try to get it over.  Luther

11  Biggs.  He was another one, you know.

12            MR. ICHTER:  Can I ask you something?  Did you ask

13  him just to limit that to people who came through the Power

14  Plant?

15            MR. PONTZ:  No.

16            MR. ICHTER:  Okay.

17  BY MR. PONTZ:

18        Q.    Mr. Norris, and that's a good point by your

19  attorney.  Are there other wrestlers, even ones who didn't

20  come through the Power Plant, who believed you -- who you

21  believe got a push that should have been given to you or

22  that you were more qualified for for a push?

23        A.    Sure.  I mean, you got guys like -- I'm not

24  knocking him.  He's a good guy and a good wrestler, like

25  Disco Inferno, you know, Glacier, you know, Kris Kanyon.

1    You've got guys like that, Robbie Rage or Raging Chaos.

2    High Voltage was the wrestling name.

3         Q.   You think you should have been given wrestling

4    opportunities instead of them?

5         A.   Sure.  I mean -- I mean, I had more athletic

6    skills or just as much, and then I had more what you call --

7    what they call it in wrestling?  You promote yourself.  I'm

8    trying to think.  It's not self-promotion.  What do you call

9    it?

10             I'll probably say charismatic attitude, you know.

11   I mean, a lot of them guys, when they gave them a push, they

12   got on television and they locked up.  They got scared.

13   They missed what you call spots, you know, where you're

14   doing something in the ring, you know.

15             And from the first time from go when I got in the

16   ring, you know, I hit my spots and did what I had to do to

17   get the crowd over.  And I was versatile, you know.

18             For the company to be able to, you know, take a

19   guy that didn't have no wrestling background or experience

20   and put him -- what I mean by versatile is I wrestle both as

21   a good guy on television and as a bad guy.

22             A lot of them guys couldn't do that.  They try

23   them at that, you know, and a lot of them didn't fork out

24   the time and the effort to go out, you know, and pay good

25   money for their outfits and things of that nature.  I mean,

Page 179

1    I tried to put it all in perspective where I can help WCW

2    draw in the crowd and make money.

3         Q.   Okay.  But you don't know who made the decisions

4    to take guys like Disco Inferno and Glacier and Kanyon and

5    use them in wrestling instead of you?

6         A.   I'm pretty sure it was creative control or bookers

7    or whoever the top notch guys was.

8         Q.   Okay.  But you don't know exactly who those people

9    were?

10        A.   No, sir, I don't, sir.

11        Q.   And other than JJ and Terry Taylor, did you talk

12   to anybody about getting a push or getting more

13   opportunities other than anybody you've testified about?

14        A.   I talked to the instructors and that's about it,

15   sir.

16        Q.   Did you ever hear anything that made you believe

17   that some of the bookers thought you had a negative attitude

18   or that you clashed with other wrestlers?

19        A.   No, sir, I didn't.

20        Q.   Your complaint makes a reference to the tag team

21   known as Harlem Heat.  Do you know who Harlem Heat is?

22        A.   Yes, sir, I do, sir.

23        Q.   Who are the wrestlers that have the tag team

24   nickname Harlem Heat?

25        A.   Booker T, Stevie Ray, sir.

Page 180

1      Q.   Okay.  Did you find the name Harlem Heat

2    discriminatory?

3      A.   Yes, it was, sir.

4      Q.   Okay.  Do you know who came up with that name?

5      A.   No, sir.

6      Q.   Do you know whether Booker T and Stevie Ray came

7    up with it?

8      A.   I don't know, sir.

9      Q.   Did you ever ask them if they came up with it or

10   not?

11     A.   No, sir, I didn't.

12     Q.   Your complaint refers to people being directed --

13   African-American wrestlers being directed to act as a pimp

14   by WCW.

15     A.   We talked about that earlier, sir.

16     Q.   That was the Jimmy Hart idea?

17     A.   Yes, sir.

18     Q.   Okay.  But no one ever actually sent you out for a

19   match to act like a pimp?

20     A.   Well, actually, I was at one of the Nitros.  I was

21   getting ready to go out, and I think creative control or

22   whoever it was said no, don't do it because it might be ugly

23   on us tomorrow morning in the national newspaper or

24   something of that nature, sir.

25     Q.   Okay.  Anyone ever send you out or ask you to

Page 181

1    portray a savage?

2        A.   No, sir.

3        Q.   Okay.  Anyone ever ask you to portray an Uncle

4    Tom?

5        A.   No, sir.

6        Q.   Anyone ever ask you to portray any other character

7    that you thought was a negative stereotype for an

8    African-American?

9        A.   No, sir.

10       Q.   Did anyone ever tell you that your character

11   Hardbody wasn't getting a push because it wasn't a negative

12   stereotype?

13       A.   No, sir.

14       Q.   And no one ever said if you acted like a lazy

15   character you'd get a push, did they?

16       A.   No, sir.

17       Q.   No one ever said if you acted stupid you'd get a

18   push, did they?

19       A.   No, sir.

20       Q.   And no one ever said if you acted like a criminal

21   character you'd get a push, did they?

22       A.   No, sir.

23       Q.   Have we talked about everybody that you talked to

24   about wrestling opportunities and trying to get more

25   wrestling opportunities?  Is there anybody else you can

1    think of you talked to about trying to get more wrestling

2    opportunities?

3         A.    Not at this time, sir.

4         Q.    Is there anything else about your claims about not

5    getting wrestling opportunities that we haven't talked about

6    already today?

7         A.    Well, I think one of the things we haven't

8    mentioned was the guidelines when I came to the training

9    school.  What they told me the guidelines was to get into

10   wrestling or to be accepted back in school was physical fit,

11   you know, your charisma, your look, being able to work, your

12   flexibility, and all the things they do in the ring as far

13   as agility.

14         And everything we did in the ring, you know, as

15   far as hands on, I aced everything, and on my evaluation,

16   you know, I got what you call 100 percent on.  So I never

17   blowed one of those things.

18         So for me not to be, like I said, sitting around

19   after six months not doing anything with the company or the

20   company not using me to help make the company money, I felt

21   it was very derogatory as far as me as far as discrimination

22   because, like I say, everything they asked me to do, I did.

23   If they told me to be there at certain time, I was.

24         I mean, I spent ten and a half years in the

25   military and I'm being -- used to being told.  I was a

Page 183

1  leader.  I was an NCO in the military.  So I mean, being

2  where I'm supposed to be on time and doing what I'm supposed

3  to do, I'm used to that.

4          So when I left, like I said, in '94 from Colorado

5  come here, I was just transitioned out of the military into

6  this, so it wasn't no long period of time like I went, you

7  know, buggish and not listening to my superiors.

8      Q.   You understand that part of wrestling is acting in

9  the character and the persona, right?

10     A.   All of wrestling is acting.

11     Q.   Okay.  And so that's not an exact science.  It's

12  not a matter of who's the strongest or who's the biggest.

13  Sometimes that doesn't matter, right?  It's the character or

14  the persona?

15     A.   It's who they like, who they want to push, and

16  what color your skin is.  That's the way it's going to be in

17  wrestling.

18     Q.   That's your opinion of what happened to you,

19  right?

20     A.   No, sir.  That's the opinion of what happened to

21  everybody.  I mean, look at the numbers speak for itself.

22  WCW, I mean, look at the percentage of white wrestler versus

23  black wrestlers.

24     Q.   Do you have any idea what percentage of the group

25  of people who came to WCW for an opportunity were white

1    versus black?

2        A.   No, sir.

3        Q.   And were they mostly white?  Most the people you

4    saw coming to the Power Plant were white?

5        A.   No, sir.  I seen just as many guys try out black

6    as white guys, but they was, like I said, how do you call

7    it?  They was eliminated, so to speak.

8        Q.   Do you know why they were eliminated?

9        A.   I would just say, you know, as far as race basis.

10       Q.   But you don't know if maybe they weren't as

11   qualified as the people who were accepted?

12       A.   Sir, I've been down there, like I say, a long

13   time.  I've seen guys coming there with 23, 24-inch arms --

14       Q.   Right.

15       A.   -- with 60-inch chests --

16       Q.   Right.

17       A.   -- that should have been on television making, I

18   mean, mega stars out of them.

19       Q.   But it's more than just their physical look,

20   right?

21       A.   Correct, sir.

22       Q.   They have to be able to carry out a match, right?

23       A.   Correct, sir.

24       Q.   And carry out a story?

25       A.   How can they carry out a match or a story if they

Page 185

1   never get an opportunity to?

2       Q.   I understand, but if someone makes the judgment

3   that they don't believe that person has the talent to carry

4   it out, what they look like won't matter, right?

5       A.   Correct, sir.

6       Q.   So if you look at someone and say this guy's eight

7   foot two and 500 pounds, but I don't think he can go from

8   one move to the other without forgetting what his name is,

9   that would be a problem, right?

10      A.   Yes, sir, it would be a problem.

11      Q.   Okay.  And they might be wrong about that

12  evaluation, but if that's the evaluation they make, it would

13  be hard for them to put them on TV, right?

14      A.   Yes, it would.

15      Q.   Okay.  Is there anything else that we haven't

16  discussed about your claims that you were not given

17  opportunities to wrestle because of your race or not given a

18  push because of your race other than what we've already

19  talked about?

20      A.   Some of the pay-per-view footage that we did like

21  the commercials on, we actually did commercial for the

22  pay-per-views, and a lot of time, depending on who's in the

23  pay-per-view or who was getting the push, it was Dallas

24  Page, well, you know, you guys, we'll miss you, got to get,

25  you know, rewarded for this and try to get you guys some

1    better matches on television and so forth.  You know, things

2    like that get promised to you and then all of a sudden when

3    you come back around to it, like, we forgot about him.

4         Q.   This was other wrestlers promising you

5    opportunities?

6         A.   Well, I mean, they really didn't have the books,

7    but they kind of like was friends with the guys with books.

8    You know, that happened a lot, too.

9         Q.   So they said they'd try to get you an opportunity?

10        A.   Well, try to get you a word in or get you an

11   opportunity, or, you know, that sort of thing.

12        Q.   But you don't know why that actually didn't

13   happen, do you?

14        A.   No, sir.

15        Q.   Anything else you can think of about opportunities

16   to wrestle or opportunities for a push that you didn't get

17   that you believe was because of your race other than what

18   we've talked about?

19        A.   Well, mainly, like I said, just -- I just feel it

20   was very discriminatory because race ethnic versus anything

21   else, because as far as the criteria, I met all the

22   criteria, as far as being there on a daily basis.  I was the

23   lower puppy.

24             And as far as getting nothing out of it in return,

25   I can say absolutely I got pretty much not worth out of

Page 187

1    return for what I have done for them.

2          Q.   Anything other than that that we've already talked

3    about?  Have we talked about everything that you believe

4    supports your claim that you didn't get opportunities or a

5    push because of your race?

6          A.   With the exception of just the tapes and that's

7    it, sir.

8          Q.   And we'll review those tapes at some point.  We'll

9    talk about that.

10              MR. ICHTER:  Can we take a break at this point?

11              MR. PONTZ:  Sure.  Let's go off the record and

12   take a break.

13              (Whereupon, a brief recess was taken.)

14   BY MR. PONTZ:

15         Q.   Mr. Norris, let me ask you about your claims that

16   you were discriminated against in your pay.  Okay.  You

17   understand part of your complaint is that you -- there was

18   discrimination in the amount you were paid by WCW?

19         A.   Yes, sir.

20         Q.   Okay.  Are you talking about the pay that you

21   received when you wrestled for WCW before you were under

22   contract or the pay you received under your contract, or are

23   we talking about both?

24         A.   We're talking about both, sir.

25         Q.   Okay.  What is it that you believe was

1    discriminatory about the pay you received when you appeared

2    in wrestling matches before you were under contract?

3         A.   Sir, before I was on contract with WCW, the

4    average white guy started out 200, 250 a match.   The average

5    black guy started out at a hundred to 150 a match.

6         Q.   Okay.   Why do you think that?

7         A.   Excuse me, sir?

8         Q.   Why do you think that?

9         A.   Once again, people talk.   They talk in the locker

10   rooms and that's how the word get out.

11        Q.   Okay.   Did you ever see that in any documentation,

12   that white wrestlers who were making similar appearances to

13   you were paid more than you were?

14        A.   Well, sir, once again, the only thing I can tell

15   you is, you know, what I was told as far as the wrestlers in

16   the locker rooms or the wrestler at the Power Plant.

17        Q.   Okay.   Other than other wrestlers telling you the

18   rumor that whites were paid more than blacks, is there any

19   other evidence that supports your claim that you were paid

20   less?

21        A.   Sure.

22        Q.   What else?

23        A.   Bankers.

24        Q.   Excuse me?

25        A.   The bank, when people went to the bank, you know,

Page 189

1    they have like little truck come around or they had -- what

2    you call it? -- like a little deal on a truck, and they got,

3    well, I've got to run by the bank and cash my check or

4    something like that.  They run by the bank and so forth and

5    cash their check.

6        Q.   And why do you believe that proves that you were

7    discriminated against on the basis of your pay?

8        A.   Because, once again, you know, it shows

9    discriminatory as far as the white wrestler versus the black

10   wrestlers because the black wrestler getting paid a whole

11   lot less.

12       Q.   Well, I'm not sure how it shows that.  Tell me why

13   you think --

14       A.   Okay.  When I first got to WCW, okay, they told me

15   $150 per match, okay.  Of course I agreed because I wanted,

16   you know, to get in and, you know, just do a good job.

17            But come to find out, one of the guys who was my

18   roommate down from Florida, he was getting 200, 250 a match.

19       Q.   Who was that?

20       A.   Johnny Swinger.

21       Q.   How long had Johnny Swinger been wrestling?

22       A.   Not longer than I have.

23       Q.   Not longer than you had?

24       A.   No, sir.

25       Q.   When did he come to the Power Plant?

1    A.   He didn't come to the Power Plant.  He was one of

2  the guys who leap frogged over me and got a contract before

3  me.

4    Q.   So he was paid a different amount under his

5  contract?

6    A.   No, no, sir.  We're talking about before he got a

7  contract.

8    Q.   Okay.

9    A.   You know, the independent contract pay, if he did

10  a match, they paid you for it.  They actually gave him a job

11  before they gave me a job.

12    Q.   And is there something that makes you think that

13  he was paid more per job than you were paid?

14    A.   He told me.

15    Q.   Okay.  Anything other than him telling you that?

16    A.   I mean, I didn't see no documentation black or

17  white, other than I'm going to take his word for it.

18    Q.   Anybody else besides Mr. Swinger who you believe

19  was paid more than you per match before you were under

20  contract?

21    A.   I'm pretty sure a lot of guys name that were on

22  that list that I gave you, same way.

23    Q.   Okay.  You think so but you're not sure?

24    A.   Not so, sir.  They bragged about it.  I mean, guys

25  ain't got no reason to brag about something if it ain't

Page 191

1    true.  If a guy is going to brag, he's only going to brag

2    about what's true.

3         Q.   Other than other wrestlers telling you what they

4    made or what they believed other people made, did you ever

5    have anybody else ever tell you what people made as far as

6    per event non-contract pay?

7         A.   Are you talking about like a booker or an

8    instructor?

9         Q.   Anybody other than wrestlers.

10        A.   Just every now and then one of the instructor

11   might joke on somebody and say, oh, this guy is overpaid,

12   but it was like in a joking sense.

13        Q.   Okay.

14             MR. ICHTER:  Evan, since you're on the subject, I

15   wanted to ask you about something and I don't want to

16   forget, if you want to go off video.

17             In any event, I was noticing that Defendants'

18   Exhibit No. 3 is sequentially Bate stamped, but it is

19   extracts from a document that appears to be hundreds of

20   pages long that reflect what all the different wrestlers are

21   being paid, including those folks who aren't apparently

22   under contract, and I don't believe that we have an entire

23   copy of this document.

24             So on the record I just wanted to indicate to you

25   that we would appreciate it if we could get a copy, since

1   clearly WCW thinks this line of inquiry is relevant.   That's

2   all.

3           MR. PONTZ:   Okay.   All righty.

4           MR. ICHTER:   Do you think we can get that?

5           MR. PONTZ:   I have no idea, but I will certainly

6   look into it.

7           MR. ICHTER:   I appreciate that.

8   BY MR. PONTZ:

9       Q.   Mr. Norris, all right.   We were talking about the

10  pay that you received per match.   Is your belief that you

11  were paid less than whites limited to the time -- you

12  remember that we talked about at some point you started

13  getting 300 or $350 a match?

14      A.   Yes, sir.

15      Q.   Do you believe you were still being discriminated

16  against on the basis of pay compared to non-contract white

17  wrestlers after you started getting 300 a match or was it

18  just --

19      A.   Yes, still, because they might have got bumped up

20  also.

21      Q.   Do you know whether they did or not?

22      A.   Yes, they did.

23      Q.   How do you know that?

24      A.   They told me.

25      Q.   What did they get bumped up to, according to them?

Page 193

1      A.   Different figures.

2      Q.   What wrestlers told you they got bumped up to

3  higher amounts?

4      A.   Like I say, I was like roommate one of the trips

5  down in Orlando with Johnny Swinger.   First time we went

6  down we pretty much just, you know, mellow out and so forth.

7           And then when we came back, they put him on a

8  permanent deal, permanent contract, and but come to find

9  out, wow, well, congratulations.   I mean, I congratulated

10  the guy, but come to find out, the whole time he's down in

11  Florida, he's still making almost $150 more than I was

12  making.

13      Q.   That's what he told you?

14      A.   Yes.

15      Q.   And you don't know who made the decision on how

16  much to pay you or --

17      A.   No, sir, I don't.

18      Q.   -- anybody else?

19      A.   No, sir, I don't.

20      Q.   And --

21      A.   You know.

22      Q.   You've answered my question.   I appreciate that.

23      A.   You asked me a two-part question.   I couldn't

24  remember the first half you asked me.   You asked me

25  something else.   You said something about contracts and then

1    you came back and asked me about on contract and then not on

2    contract.

3         Q.   Yeah.  Right now I just want to ask you about

4    before you were on contract.

5         A.   Okay.

6         Q.   And you told me so far that you believe you were

7    discriminated against on the basis of your pay both when you

8    were making $150 and then after you got a bump up, right?

9         A.   Right.

10        Q.   Okay.  But you don't know who made the pay

11   decisions?

12        A.   No, sir, I don't.

13        Q.   Okay.  Did you ever complain to anybody about how

14   much you were being paid per appearance?

15        A.   I didn't complain, sir.  I brung it to somebody's

16   attention.

17        Q.   Whose attention did you bring it to?

18        A.   Once again, chain of command.

19        Q.   Well, who was it?

20        A.   I went to the instructor first.  After they

21   notified Mr. Hamilton, I went to Mr. Hamilton.  He notified

22   the bookers and tried to get us an appointment and so forth.

23        Q.   Okay.  Is this before you went from 150 to 300?

24        A.   Yes.

25        Q.   And do you believe that the raise to 300 was in