Page 195

1     response to --

2         A.    Yes.

3         Q.    Okay.  Did you ever, after you went up to 300, go

4    back to anyone and say, hey, I still believe I'm making less

5    than other guys?

6         A.    Yes.

7         Q.    And who did you go to at that point?

8         A.    Once again, the chain of command, sir, instructor,

9    Mr. Hamilton, and so forth.

10        Q.    Okay.  You spoke to which instructors?

11        A.    I talked to Mike Wenner and Dwayne Bruce first.

12        Q.    Okay.  And they told you to go speak to

13   Mr. Hamilton?

14        A.    Yes.

15        Q.    And you spoke to Mr. Hamilton?

16        A.    Yes, I did.

17        Q.    And what did Mr. Hamilton tell you?

18        A.    He told me to make a couple phone calls.  He

19   inquired about it, see if he can't get me an appointment in

20   with the bookers and figure out can they get it figured out.

21        Q.    Did you meet with anybody from the bookers?

22        A.    I talked to Terry Taylor about it.

23        Q.    And what did Mr. Taylor tell you?

24        A.    He pretty much told me don't worry about it,

25   you're making good money, so why were you complaining.

1      Q.   Okay.  Well, were you satisfied with that answer?

2      A.   No, sir, I wasn't.

3      Q.   Did you go up -- further up the chain of command?

4      A.   Yes, I did.

5      Q.   Who did you go to?

6      A.   I asked to see Eric Bischoff, and once again, I

7   had at least three meetings that I was supposed to met with

8   him and not one of the meetings I met with him.  I only met

9   with somebody underneath him, which once again --

10     Q.   Who did you meet with?

11     A.   Mr. -- JJ.

12     Q.   Okay.  And what did Mr. Dillon tell you about your

13  concern about your pay?

14     A.   He told me he'd check into it.

15     Q.   Okay.  Did he ever get back to you?

16     A.   No, he didn't.

17     Q.   You don't know what he did or didn't do to look

18  into it, do you?

19     A.   No, sir, I don't.

20     Q.   Okay.  Then as far as your complaint that you were

21  paid less under your contract, you told me earlier you don't

22  know what other people with trainee contracts like yours

23  were paid, right?

24     A.   Right.  You're talking about training contract or

25  everybody in general contract?

Page 197

1      Q.   Well, let me -- we talked about the amount you

2   were paid when you made non-contract appearances --

3      A.   Yes, sir.

4      Q.   -- right?

5      A.   Yes, sir.

6      Q.   Let me move now to the amount.  Do you believe

7   that you were paid a discriminatory amount when you received

8   your contract --

9      A.   Yes, sir.

10     Q.   -- for WCW?  And that's because do you believe

11  other people were paid more than you?

12     A.   Yes, sir.

13     Q.   Okay.  But you don't know who was paid more than

14  you?

15     A.   Yes.  Well, primary example, I mean, you can use

16  the guy -- what's his name? -- Tank Abbott.

17     Q.   Okay.

18     A.   Okay.  UFC fighter, okay.  I won more Tough Man

19  titles than he won UFC.  Tough Man is a lot bigger name than

20  UFC.  I won -- by the time they brought him on board, I had

21  won 18 Tough Man titles.  He only I think at the time maybe

22  won maybe one, maybe two times.

23          They paid the guy $650,000.  They hired him before

24  me, game him a contract before me, at $650,000 and only gave

25  me, what, 3200, 3250.

1      Q.   Well, the $650,000 you're claiming was per year,

2   right?

3      A.   Correct.

4      Q.   And your 3250 was per month, right?

5      A.   Correct.

6      Q.   Okay.  You don't know who made the decision to

7   hire Mr. Abbott, do you?

8      A.   No, sir, I don't know.

9      Q.   Okay.  And are you aware of what Mr. Abbott's

10  national reputation was at the time he was brought under

11  contract with WCW?

12     A.   My reputation was as big as his, Tough Man.  Tough

13  Man is -- UFC is not on no major network.  All right.  It's

14  banned in most states.  Okay.  FX is a subside of Fox.

15     Q.   Do you ever watch the television show Friends,

16  Mr. Norris?

17     A.   No, sir, I don't.

18     Q.   Are you aware of its stature within the world of

19  television?

20     A.   Yes, it is.

21     Q.   Pretty highly rated show?

22     A.   It's in the top ten shows.

23     Q.   Do you know if Mr. Abbott ever appeared on

24  Friends?

25     A.   I don't know, but I know Tough Man is one of the

Page 199

1    top ten shows on television right now.

2         Q.   On cable?

3         A.   Yes, it is.

4         Q.   Okay.  Not on network?

5         A.   FX.

6         Q.   Okay.  But you don't know whether Mr. Abbott

7    appeared on Friends and had the kind of reputation where he

8    would appear on Friends, do you?

9         A.   I don't know, sir.

10             MR. ICHTER:  Before or after his contract?

11             MR. PONTZ:  I just asked him a question.

12             MR. ICHTER:  Well, I mean, are you asking him

13   about an appearance on Friends before or after his contract?

14             MR. PONTZ:  He stated he wasn't aware of any

15   appearance on Friends, so --

16             MR. ICHTER:  Okay.

17   BY MR. PONTZ:

18        Q.   But again, it's your opinion that your reputation

19   was more well known than Mr. Abbott; is that what you're

20   telling me?

21        A.   Well, like I said, as far as a series, as far as

22   television, as far as ratings, we're talking about ratings.

23   I mean, I'm not knocking the guy.  I mean, I'm pretty sure

24   he's trying to feed his family too, but so am I.

25             And my thing of it is, if you've got a guy with 18

1   titles right here knocking guys out with one single punch,

2   then you've got a guy here in the UFC in 40 different states

3   where it's banned, so who do you think is going to get more

4   coverage?

5          I did a pay-per-view with Tough Man and the

6   ratings was astronomical.  I mean, it was good ratings and

7   everything, and I came back and won the Tough Man.  But --

8   so I'm trying to figure out how can you justify.  The

9   difference is, you've got a white fighter over here and a

10  black fighter over here.

11     Q.   Well, you don't know what Mr. Abbott's general

12  popularity or knowledge among fans at large was, do you?

13     A.   You're right, I don't know what his general

14  popularity is with fan, but click on the Tough Man board

15  sometimes.

16     Q.   You don't know what WCW considered or didn't

17  consider when they decided to give a contract to Mr. Abbott,

18  do you?

19     A.   It's not the case of giving him a contract.  It's

20  the case of amount.  He's a white wrestler with 650,000.

21  You've got a black guy over here with more titles.  It's

22  like having Ali over here and Roy Jones over here.  Jones is

23  good.  So is Ali.  That's what I'm saying.  It's not fair.

24  But it's a black and white issue once again, sir.

25     Q.   I understand, but you don't know what went into

Page 201

1    the decision of why they had to give Mr. Abbott or why they

2    decided to give Mr. Abbott $650,000?

3         A.   Sir, you're right, I don't understand, you know,

4    and I don't know, but let's look at it this way, okay.

5    You've got a black guy here, a white guy here, correct?

6    Okay.  You've got a white guy that can't wrestle at all,

7    never been trained, never spent one day at the Power Plant.

8    I know I'm there every day.  Not one taping of Mr. Abbott on

9    from the Power Plant.  Hardbody on every tape in there from

10   the Power Plant.

11        Q.   Mr. Norris, you don't know if someone at WCW

12   thought that Mr. --

13        A.   Abbott?

14        Q.   -- Abbott would bring in fans, do you?

15        A.   It's great bringing in fans, but are they bringing

16   fans?  It's a wrestling company.  It's a business.

17        Q.   But you don't know if someone made the decision

18   that, hey, I believe Tank Abbott will bring in lots and lots

19   of fans?

20        A.   Great.  You can bring in the man and bring in lots

21   and lots of fans, but once you put a guy in the ring that

22   can't do what Hulk Hogan do for us, bring to the ring, you

23   know, as far as talent-wise, charisma, if he can't do the

24   same, you got nobody.

25             You've got a guy with no shape, no body.  I'm not

1    knocking him.  I'm just speaking.  Over here you've got a

2    guy who chiseled out of stone, done won over 18 titles and

3    knocked guys out on television on a major network and can

4    wrestle.

5        Q.   Mr. Norris, I appreciate that.  I would like you

6    to try to answer my question, though.

7        A.   Okay, sir.

8        Q.   Okay.  My question is, you don't know why someone

9    made the decision to give that contract to Mr. Abbott, do

10   you?

11       A.   The only thing I can say, sir, because he's white

12   and I'm black.

13       Q.   That's the only thing you can conclude?

14       A.   That would be my answer.  White and black,

15   discriminatory once again, sir.

16       Q.   But you don't know why someone did or didn't make

17   that decision?

18       A.   Racist basis it's got to be.

19       Q.   In your opinion?

20       A.   Yes, sir.  That's my answer.

21       Q.   Anything else that we haven't talked about that

22   you believe is part of or goes to your claim that you

23   weren't paid the same as others because of your race, other

24   than what we've already talked about?

25       A.   Well, once again, sir, you know, I mean, we

Page 203

1    mentioned earlier, I mean, you're talking about talent, you

2    know.  You put all the expectations and say, okay, they want

3    you to do this, this, this, this, and this.  I met all the

4    expectations.

5              How come my money wasn't the same as this guy, or

6    why come I couldn't, you know, reach the same plateau as

7    this guy or wasn't afford the opportunity to reach the same

8    plateau.  And the only answer, like I say, you might don't

9    want to hear it, is it's racism.  Okay.

10             Let's look at it for what it's worth.  How many

11   black champions has WCW had before we started this suit?

12   None.  As soon as we start this suit, they drop the belts on

13   every black guy they had.

14        Q.   Mr. Norris, have you ever heard of a guy named Ron

15   Simmons?

16        A.   Yes, I heard of him.

17        Q.   Do you know whether he was a championship at WCW?

18        A.   Yes, he was a champion.

19        Q.   So what you just said then about WCW having no

20   champions before you brought this lawsuit, that's not right,

21   is it?

22        A.   Excuse me?

23        Q.   You just said WCW had no black champions --

24        A.   One guy, he had the belt maybe a week and a half

25   and they took it off him.

Page 204

1      Q.    Do you know that for sure or are you just

2  guessing?

3      A.    I'm pretty sure about a week and a half.  Pretty

4  close.

5      Q.    You think so?

6      A.    (Indicated in the affirmative.)

7      Q.    That's fine.

8      A.    And then after they drop the belt off of him, took

9  the belt off of him, they pretty much fired him.

10     Q.    Do you know that?

11     A.    Yes, sir.

12     Q.    Have you ever spoken to Mr. Simmons about it?

13     A.    Yes, I did.

14     Q.    And what did he tell you?

15     A.    Well, he fired -- you know, he was the one who

16  told me he got fired.

17     Q.    Okay.  And what did Mr. --

18     A.    Got released.

19     Q.    Do you know where Mr. Simmons is now?

20     A.    No, I don't.

21     Q.    Do you know whether he's in the WWF or not?

22     A.    Yes, he is in WWF.

23     Q.    Okay.  Do you know how he got to the WWF?

24     A.    No, I do not.

25     Q.    Okay.

Page 205

1      A.   But I'm pretty sure he didn't get no letter from

2   WCW to go to WWF.

3      Q.   Did you try to go to the WWF when you got

4   terminated under your contract?

5      A.   No, I did not.

6      Q.   Anything else about your pay claim that we haven't

7   already talked about that you believe supports your claim

8   that you were paid less because of your race?

9      A.   Well, that's the main thing because, sir, once

10  again, I mean, I know you might not want to hear it.  It's

11  like beating a dead horse.

12          But let's look at, you know, look at the top ten

13  white wrestlers, the top -- well, you ain't got a top ten

14  black wrestlers in WCW.  Let's say top five.  Look at the

15  salaries amount.  It's never going to be equal.

16          Then, again, let's flip the ladder the other way.

17  Look at the bottom, you know, white wrestlers and the bottom

18  black wrestlers, and the money is still going to be almost

19  ten to one.  They're racial.

20          So either way you look at it, I can't win.  My

21  hands are tied up.  You throw me in the ocean, and I'm still

22  drowning.

23      Q.   Do you remember, Mr. Norris, do you remember a

24  trainee --

25      A.   A trainee?

Page 206

1      Q.    Hang on one second.  Do you remember a trainee
2  named Brett Yokely from your time at the Power Plant?
3      A.    Yes, I do.
4      Q.    What did Mr. Yokely look like?
5      A.    What did Mr. Yokely look like?
6      Q.    Big blond guy?
7      A.    I remember what he looked like.  I'm trying to
8  describe him.
9      Q.    Okay.  Go ahead.
10      A.    In my own words, I would describe him as from the
11  movie Mad Max.  You remember that big guy and the little
12  guy?  Well, he's the big guy with none of the little guy's
13  sense.
14      Q.    Okay.  He is six-six or so, you think that's about
15  right?
16      A.    Yeah, he's six-five easy.
17      Q.    Coming up on 300 pounds, 275, 300?
18      A.    About 275, 280.
19      Q.    Well-built guy?
20      A.    Well built.
21      Q.    You don't know what he was paid under his trainee
22  contract at the Power Plant, do you?
23      A.    Excuse me?
24      Q.    You don't know what he was paid under his trainee
25  contract --

Page 207

1       A.    No, I have no idea.

2       Q.    You don't know if he was paid less than you, do

3   you?

4       A.    Excuse me, sir?

5       Q.    You don't know if he was paid less than you were,

6   do you?

7       A.    No, I do not know, sir.

8       Q.    Do you remember a trainee named John Hugger?

9       A.    Yes, I do.

10      Q.    Do you know if Mr. Hugger was paid?

11      A.    No, sir, I don't.  By the way, he still is on

12  contract when the company expired.  Both of them guys was,

13  as far as I know.  I still got released, both of them guys,

14  and I trained both of them guys.

15      Q.    Okay.  You don't know when they were -- you

16  believe they were still with WCW?

17      A.    Well, I got released first before any of those

18  guys and I'm willing to bet you on it I'm a better man.

19      Q.    You want to bet me, huh?

20      A.    Yes, I bet you your tie.  I could use a red tie

21  like that.  I bet you they both stayed there longer than I

22  did, and I was there longer and I trained them.

23      Q.    Okay.

24      A.    I'm correct, ain't I?

25      Q.    I have no idea.  I'm just trying to find out what

1    you know and what you don't, and if you believe that, you're

2    more than entitled to believe that.

3         A.    The tapes right there, times and dates on the

4    tapes.

5         Q.    Well, we'll take a look at those tapes.

6               Mr. Norris, is there any other evidence, facts

7    that you believe support that your claim that you were

8    discriminated against on the basis of your race in your pay

9    other than the things we've already talked about?

10        A.    Sure.  I look at, once again, when I look at every

11   guy that came through the training center, and even the guys

12   after the company did away with it and then Vince McMahon

13   signed, guys that I trained, the young blood, which really

14   going to really be a trip when you see some on tape when

15   they couldn't even hold up the arm, let's more talking about

16   lock up when I trained them guys, because of it's great to

17   give instructors' credit for what they have done, but give

18   me the credit for what I have done, too.

19        Q.    Okay.  Do you know if anybody at WCW thought you

20   weren't a very good trainer?

21        A.    Excuse me?

22        Q.    Do you know if anyone at WCW thought you were not

23   a very good trainer?

24        A.    Evidently they really didn't say because they

25   continued to do their thing and I continued to train guys.

Page 209

1    I never was said, okay, don't train the guy.

2         Q.   And you continued to do it even though you weren't

3    getting paid for it?

4         A.   Some things you've got to love to do from the

5    heart, sir.

6         Q.   And you didn't think this was -- you thought it

7    was unfair that you weren't getting paid for training,

8    right?

9         A.   Yes, sir, I knew it was wrong, but I'm not going

10   to come out with another guy because, you know, he's getting

11   a break before me.  It's not his fault.

12        Q.   So they were paying Mr. Whatley to train?

13        A.   Excuse me, sir?

14        Q.   They were paying Mr. Whatley to train, right?

15        A.   Yes, sir, they was.

16        Q.   And they were paying Mr. Bruce and Mr. Wenner to

17   train?

18        A.   Yes, sir.

19        Q.   Okay.  Well, why do you believe it was due to your

20   race then that you weren't paid to train?

21        A.   Well, it's not just only due to my race.  It's

22   just the fact that there was discriminatory because they

23   felt that, okay, we've got a guy here who knows just as much

24   we know and can train the guy, but why pay him if we're

25   going to get it for free.  That's the attitude they had.

1    Why pay him if you can get it for free.

2         Q.   Okay.  So in other words, you feel like because

3    you were willing to do it without paying you, they just went

4    ahead and let you do it for free?

5         A.   No, sir.  I wasn't willing to do it without me.  I

6    just didn't want to make waves.  Once again, I had a family

7    I wanted to take care of, too.

8         Q.   Well, you could have stopped providing the

9    training anytime you wanted to, right?

10        A.   Excuse me, sir?

11        Q.   You could have stopped providing the training

12   anytime you wanted to, right?

13        A.   No, not really because, remember, I was told to be

14   there.

15        Q.   Right.  But no one -- there's a difference between

16   being there and being required to train people while you're

17   there.

18        A.   Correct.  If I was told to be in the ring or if I

19   was told to be here on such and such date, you've got to

20   remember, WCW is a traveling company.  Their Nitros was on

21   Monday night, their Thunders was on Thursdays, and the house

22   shows between Fridays and Sundays.

23             You've got to understand, they didn't have eight

24   different ring crews.  They had only two, and when they had

25   the third backup and everything, that took every instructor

1  out of that Power Plant.  Guess who had to instruct then?

2  Hardbody.  I didn't get paid for it.

3      Q.   Who told you to instruct?

4      A.   The instructors and Mr. Hamilton.

5      Q.   And you could have stopped doing that, but you

6  chose to continue doing it?

7      A.   Sir, if I stopped doing that as far as instructing

8  and helping the new recruits and the younger guys out, then

9  how are they going to get trained?  Who's going to train

10 them?

11     Q.   That's a good question, but that's not your

12 problem, is it?

13     A.   Excuse me, sir?

14     Q.   That's not your problem, is it?

15     A.   My problem was trying to get on contract.  My

16 problem is trying to get me paid without making waves.

17     Q.   Did you ever say to someone, hey, why don't you

18 put me on contract?

19     A.   All the time, sir.

20     Q.   Other than Mr. Taylor and Mr. Dillon, did you ever

21 talk to anybody else about that?

22     A.   Yes, I did.

23     Q.   The trainers?

24     A.   I talked to the trainers.

25     Q.   And Jody Hamilton?

Page 212

1      A.    They didn't have no absolute pull to get me on

2   contract as far as training pay.

3      Q.    Right.  Other than Mr. Taylor and Mr. Dillon,

4   anybody else that you talked to who you believe did have the

5   power to get you on to contract?

6      A.    I talked to, like I said, Mr. Hamilton.  I talked

7   to Dwayne Dwayne Bruce.  I talked to Mike Wenner.  I talked

8   to Mr. Whatley.

9      Q.    And those were guys who you believe didn't have

10  the power to get you under contract?

11     A.    Well, I didn't know they didn't have the power.

12  Remember, I'm just a trainee.  I'm just a student that's

13  supposed to have been graduated and had a certificate and

14  gone on to the next level.

15          My next level was me getting locked in training

16  everybody else who came behind me watching them get

17  contracts before me.

18     Q.    Well, you had moved on to the next level because

19  you were wrestling for WCW, right?  We went through records

20  that showed, and you agreed with me --

21     A.    Yes, sir.

22     Q.    -- you were wrestling?

23     A.    Yes, sir.

24     Q.    And that certainly was the next level, right?

25     A.    Well, that's part of the next level.

Page 213

1    Q.   Okay.  It wasn't as far as you wanted to go, but

2    it was part of the next level?

3    A.   No, no, not as far as I wanted to go.  Part of any

4    next level is to learn all you can and pass it on to the

5    next generation.  That's any level.

6         Remember, I have ten and a half years in military

7    service.  That's the way we train.  You train not only to

8    fight but win, but that next NCO come up underneath me, he's

9    got to be able to train his squad as well as I train mine.

10   Q.   It's your ethic and your belief that people should

11   pass on what they've learned to people who come after them?

12   A.   My ethic and belief, yes, sir, it is.

13   Q.   And that's admirable, but no one ever -- you

14   didn't see other people from WCW doing that, did you?  Other

15   wrestlers passing everything on and spending their time

16   doing that?

17   A.   No, because we've got a lot of selfish people in

18   the world.

19   Q.   Not illegal to be selfish, is it?

20   A.   Excuse me, sir?

21        MR. ICHTER:  I object to that.

22   BY MR. PONTZ:

23   Q.   It's not illegal to be selfish -- are you aware

24   that it's illegal to be selfish, Mr. Norris?

25   A.   No, it is not illegal, sir.

1      Q.   All right.  We've talked about a number of things

2   having to do with your pay claims, claims that you're

3   discriminated against on the basis of your pay.

4      A.   Yes, sir.

5      Q.   Is there anything else that you can think of that

6   we haven't talked about yet that supports your claim that

7   you were discriminated against in pay by WCW, or is that

8   everything that you can think of?

9      A.   Well, certain shows.  I mean, what you've got time

10  as far as matching up evenly matched matches, things of that

11  nature.  Because, think about it, if you're doing house

12  shows and you're inviting guys out, I mean, how hard is it,

13  you've got a house show, say, within 40 miles of Atlanta, to

14  get you two or three guys from the training center.

15           I help training them all anyway, so how hard is it

16  to get one or two of them guys that I'm training and see how

17  it is, give him recognition, you know, the guy who actually

18  helped train them and do a match.  Whether it was a win that

19  never went on television, at least it was something.  It's

20  like giving a dog a bone every now and then instead of

21  kicking him all the time.

22     Q.   But that's not a claim that you were discriminated

23  the amount you were paid, that's a claim that you didn't get

24  that opportunity to wrestle, right?

25     A.   No, no, not the opportunity.  It's the same thing

Page 215

1   as far as the discrimination.

2       Q.   I understand.  What I'm trying to focus you on for

3   a minute is --

4       A.   Yes, sir.

5       Q.   -- any claims of discrimination specifically

6   relating to pay that you received at WCW.  We talked about

7   what you were paid when you weren't on contract and you told

8   me about that.  We talked about what you paid -- were paid

9   when you were under contract.

10      A.   Correct.

11      Q.   And you told me about that.  And what I'm asking

12  you, is there anything else that you believe is specific to

13  your claims that you weren't paid the same as other people

14  because of your race, or have we talked about everything you

15  can think about on that topic?

16      A.   Well, it's the same thing.  I mean, I went to

17  arenas and stuff.  I mean, they didn't like say, well, we're

18  going to reimburse you for your travel or your time, or, you

19  know, you did this.  I mean, that's the same -- back to the

20  same, you know, racist discrimination.

21           What I'm saying, when you're wrestling a guy and

22  say okay, then, we want you to go over tonight or we want

23  you to lose tonight.  It's the same claim what we were

24  stating earlier.

25      Q.   Mr. Norris, are you aware that there were white

1    wrestlers who weren't reimbursed for their expenses, their

2    travel expenses and their meals?

3         A.    Yes.   Yes, sir.

4         Q.    Anything else other than what we've already talked

5    about that you believe supports your claim that you were

6    discriminated against on the basis of your pay?

7         A.    Talent-wise, that's about it.

8         Q.    What other ways do you believe you were

9    discriminated against on the basis of your pay?  I want to

10   make sure that you and I have talked about --

11        A.    Yes, sir.

12        Q.    -- everything that you believe supports your claim

13   that you were discriminated against on the basis of your

14   pay, and you've told me a number of things.

15        A.    Yes, sir.

16        Q.    And I'm trying to make sure there's nothing I'm

17   missing.

18        A.    Right.

19        Q.    If there's any facts or evidence or reasons you

20   believe you were discriminated against on the basis of your

21   pay --

22        A.    Just, like I say, just per talent-wise, that's,

23   you know --

24        Q.    You believe there were less talented guys who were

25   paid more than you?

Page 217

1      A.   Correct.

2      Q.   Who were some of those guys?

3      A.   Well, I gave you a list of them earlier.  You can

4  use that same list.

5      Q.   Is it the same list?

6      A.   Yeah.

7      Q.   Is there anybody you can think of who's not on

8  that list that you gave me earlier?

9      A.   I can get a list tomorrow.

10     Q.   Well, we need to talk about it now.  If there's

11 somebody you remember afterwards, you can certainly tell

12 your lawyer and he can let us know, and we may want to ask

13 you more questions about those folks, but if you can tell me

14 everybody and anybody you can think of now --

15     A.   Okay.

16     Q.   -- who you believe you were more talented than who

17 received more pay than you.

18     A.   Right.

19     Q.   Is there anybody besides that group of folks you

20 already mentioned?

21     A.   Well, I mean, there's other guys.  I mean, I'm

22 sure, pretty sure they had like 150 guys on contract, and

23 like I said, I don't know all them guys' salaries.

24     Q.   You think you're more talented than all of them?

25     A.   No, no.  I didn't say that, sir.

1     Q.   Okay.

2     A.   I didn't say that.

3     Q.   Which one of those guys or ones of those guys do

4  you think you were more talented than?

5          MR. ICHTER:  Can you give him a list?

6          MR. PONTZ:  I'm asking him who he believes he was

7  more talented than and was paid less than.

8          MR. ICHTER:  Well, it sounds like you want a

9  comprehensive answer.

10         MR. PONTZ:  Right.

11         MR. ICHTER:  Okay.  I'll go get him a list.

12         MR. PONTZ:  No, Cary.  This is my deposition.  I'd

13  like to ask Mr. Norris --

14         MR. ICHTER:  No, no, no, no, no, no, no.  You're

15  asking him to tell you who he was more talented than, who

16  got paid more than him, and I think it's unfair for you to

17  suggest later on that this person wasn't on his list.  We've

18  got a list right down the hall.  I'll go get it.

19         MR. PONTZ:  Mr. Ichter, I've made no such

20  suggestion whatsoever.

21         MR. ICHTER:  No, but I'm waiting for --

22         MR. PONTZ:  I'm simply asking Mr. Norris --

23         MR. ICHTER:  I am talking about your motion papers

24  that are coming down the pike.  If you want to ask him that

25  question, why don't we get him a list?

Page 219

1        MR. PONTZ:  If you'd like to do that in your

2   questioning, you're more than happy to do that.

3        MR. ICHTER:  I'm not asking him any questions.

4        MR. PONTZ:  Then that's fine.  I'm conducting the

5   deposition.  I'm going to ask Mr. Norris the questions.

6        MR. ICHTER:  Okay.  I just want to make sure that

7   we're not going to hear that argument later on then, because

8   I can go get him a list right now.  If that's what you

9   really want is to know who he thinks he was more talented

10  than that got paid more than him, I've got a list right down

11  the hall.

12  BY MR. PONTZ:

13     Q.   Mr. Norris.

14     A.   Yes, sir.

15     Q.   Is there anybody else you can think of as we sit

16  here right now that you believe you were more talented than

17  and got paid less than?

18     A.   Well, WCW had at least, sir, 150 to -- 100 to 150

19  wrestlers on contract, guys and girls, et cetera, Nitro

20  girl, once again, you know, things of that, making a lot

21  more money than me.

22        I know I'm more talented than Nitro girls.  For

23  crying out loud, they shake their rump and got tons and tons

24  of money more than I did.

25     Q.   Who -- what Nitro girls do you believe made more

1    money than you did?

2         A.    All of them.

3         Q.    You believe that?

4         A.    Yes, sir.

5         Q.    Okay.  Anybody else besides the Nitro girls?

6         A.    I would say the referees.  I mean, you know, I

7    mean, a lot of people.  I mean, I know everybody got jobs to

8    do and I know everybody go with longevity, but my only thing

9    is, just like when I came to WCW, I came in good faith that

10   good things were going to happen for me.  Everything they

11   asked me to do, I had done, which is the American dream.

12   Okay.

13         And in return, you know, I got kicked.  And I'm

14   not whining about the kick.  I just want to know why.  And I

15   would definitely want to keep it happening from the next

16   guy, you know, from getting kicked as bad as I got kicked,

17   because I devoted my time and my effort.

18         Even when I was getting kicked, I still, as you

19   see that box over there, there's a big box.  I helped tons

20   and tons of guys to get to where they're at right now.

21         Q.   Mr. Norris, you say you want to make sure this

22   doesn't happen to anybody else, right?

23         A.    Well, you get taken advantage of.

24         Q.    Okay.  You know WCW is not operating anymore,

25   right?

Page 221

1       A.    Yes, sir.

2       Q.    So obviously if what you say is true, it's not

3    going to happen to anybody else in WCW because it's not

4    operating anymore, right?

5       A.    Well, it's my work and body name to bring it back,

6    sir.  You know how that goes.  The company go under and they

7    come back, we change the name and it would be the same, you

8    know, guys in charge running it.  It would be the same thing

9    all over again.

10      Q.    So that's why you think you're doing this?

11      A.    No, sir.  I'm doing this because this is the right

12   thing to do.  I mean, I was brutalized, discriminated

13   against, and my talents say otherwise.

14            And like I say, I mean, when WCW say, well, Mr.

15   Norris, Hardbody, you ain't good enough, the day that I got

16   released when my wife called me, I still was at the training

17   school.  I still trained three people in the ring.  I didn't

18   walk away from the ring.  I didn't even tell them I got

19   released.  I trained them.  I didn't want to bring them

20   down.

21            And after that day, no problem.  I talked to the

22   office and, you know, told him thank you for what they have

23   done.  They need me, they know how to reach me, and I went

24   on with my life.

25            And the next day, like I said, I got in touch with

1    Tough Man.  I turned it up two or three notches when I won a

2    couple more titles and went on, did more boxing shows and

3    wrestling shows, because I still had to supplement my income

4    to take care of and feed my family.

5         Q.   Other than the things we've talked about already,

6    we've obviously talked about a lot, but is there anything

7    else you think specifically supports your claims that you

8    were paid less because of your race other than things we've

9    talked about?

10        A.   My race?

11        Q.   You think we've talked about them all?

12        A.   Yes, sir, I think so, sir.

13        Q.   Okay.  Now, you have a claim in your complaint

14   that says you were subjected to a racially hostile work

15   environment.  Are you aware of that?

16        A.   Yes, I am, sir.

17        Q.   Okay.  What do you believe about your environment

18   at WCW was racially hostile?

19        A.   Well, once again, you know, the guys that served

20   that's been there for a while, you know, they, you know,

21   they made comments and stuff.  I tried to overlook a lot of

22   stuff.

23        Q.   What kind of comments?

24        A.   Well, you know, like, you know, derogatory things

25   like, you know, like with the pimp idea and so forth, and

Page 223

1    the guys say, he already did that.  You know, all the white

2    guys, sure, I'll do that, but you're a white guy.

3              You've got to look at me, too.  I mean, you want

4    me to go out there and act like something on television, and

5    you want all the blacks to look at me like, man, this guy's

6    an idiot.  I still have to live with myself tomorrow

7    morning.  I still got to look myself in the mirror.  Still

8    kids got to look up to me, you know.

9              And so for a guy that we want to kind of etch that

10   on, you know, that's not the type of environment.  Say,

11   well, okay, then, that's the only way you're going to get in

12   to do this, then it's not fair to me.  Once again, I'm being

13   discriminated against.  It's like, well, if you don't do

14   this, then we won't do this for you.  It's like being a

15   carrot dangled over my head.  It's not fair to me.

16        Q.   Okay.  Other than the incident you talked about

17   with Jimmy Hart and the idea of coming out as a character as

18   a pimp, and you just testified about people saying things to

19   you about I would have done it or that kind of thing, are

20   there other things that you believe were said to you that

21   you found racially derogatory?

22        A.   Well, you know, sometime we might be doing

23   training and we might be working out, like for a trial.  And

24   guys might really be giving their all and can't make it.

25              I mean, you know, I mean, sometimes we call guys

1    names and stuff like that, but it's a limit.  You know what

2    I'm saying?  It's a limit what you can say to a guy without

3    pushing him over the edge or that kind of stuff.

4           And sometimes they think some of the white guys

5    when we was down there, they really went out of their way on

6    some of the new recruits to do that, just to, I don't know,

7    to get them to quit or go home or whatever and everything.

8           I mean, even squatted the guy to death.  The guy

9    can't do not one more squat, and you can call him everything

10   from sad, you know, this to that, to that --

11      Q.   Mr. Norris, I appreciate that.  I need you to tell

12   me, though, what things you believe were said to you that

13   you found racially discriminatory, very specifically.  If

14   you believe that something was specifically said to you, go

15   ahead and tell me about that.  You may have been getting

16   there.

17           MR. ICHTER:  Just said to him?

18           MR. PONTZ:  Excuse me?

19           MR. ICHTER:  Just said to him?

20   BY MR. PONTZ:

21      Q.   Let's start with things that were said to you that

22   you believe were derogatory and racially discriminatory.

23      A.   Well, it's like I thought was derogatory like when

24   Terry Taylor came to me with the issues with Diana Myers,

25   you know.

Page 225

1           First of all, I didn't like the way Diana Myers is

2    on the telephone yelling.  I didn't know who she was.  I'm

3    getting fresh out of the ring and I'm listening on the phone

4    like this, and I'm trying to get her to calm down so I can

5    say what's going on, first of all.

6        Q.   Okay.

7        A.   To me, she really don't know me.  I never met her

8    before, and for us to meet like that over the telephone, to

9    me, that's discriminatory against me because I'm at a place

10   in environment, in the training environment.

11          There's a right way and wrong way to do things.

12   And just like I told Mr. Hamilton, I said, if that would

13   have been the issue, then what should happen was they should

14   have Mr. Hamilton or somebody brung me up to the office and

15   we sit down and figure out what was going on.

16          That didn't happen.  She's screaming and yelling

17   at me through the telephone, you're doing this -- because of

18   what she heard or what she think was going on.  Ask me.

19       Q.   Is there anything else that you heard that you

20   believe was said to you that was racially discriminatory or

21   derogatory?

22       A.   Well, you know, Terry Taylor, a lot of times he

23   would say things.  I mean, a lot of times he stay stuff

24   under his breath, or like one incident -- I'm trying to

25   remember.  I don't know how he got into it, like with

1    Jacqueline.  You remember Jacqueline?  There was something

2    said about her about her ring and this and that and all.  He

3    made a couple comments about all black females' behinds or

4    something like that.  I thought that was like --

5         Q.   Do you remember what he said?

6         A.   I can't remember exact word, but I just remember,

7    you know, he said some stuff, you know, like that and stuff

8    like that.  And then I tell people, I said, that's kind of

9    offensive.  You know, you're really on that thin line of,

10   you know, of really hurting people feelings when you say

11   stuff like that.

12        Q.   Did you tell Mr. Taylor you --

13        A.   Yes, I did.

14        Q.   -- found that offensive?

15        A.   Yes, I did.

16        Q.   What did he say?

17        A.   Well, you know, he just turned his nose up like it

18   didn't happen.

19        Q.   Did you tell anybody else that Mr. Taylor said

20   that?

21        A.   Well, you know, I had talked to the instructors

22   about it, you know, but once again, they're under him so

23   what can they do?

24        Q.   Did you tell anybody else besides the instructors

25   about it?

Page 227

1      A.   Well, if they take me through the chain of

2   command, so like I say, push up the issue, but not long too

3   much after that she didn't stay around long.  She just left.

4      Q.   Okay.  Any other incidents where something was

5   said to you that you believed was racially discriminatory or

6   derogatory?

7      A.   Well, you know, I mean, not directly to me, but

8   people come back and say, well, you know, this guy don't

9   like you because who you are, you're black, you're this or

10   that.  I didn't have no proof.

11      Q.   Who told you that, Mr. Norris?

12      A.   Some of the trainees.

13      Q.   What trainees?

14      A.   Like Luther Biggs.

15      Q.   What did Luther Biggs tell you?

16      A.   Well, he told me like, well, this guy --

17      Q.   What guy?

18      A.   Terry Taylor.  We're talking about Terry Taylor

19   again.

20      Q.   Okay.  So you believe Mr. Biggs told you that

21   Terry Taylor didn't like you?

22      A.   Yes.

23      Q.   And what did Mr. Biggs say about that?

24      A.   Well, he just told me, he said, well, you know,

25   Hardbody, you know, they should be doing something with you,

Page 228

1    but evidently, you know, you know, you know, he tell me

2    like, well, this guy really don't like you, Terry Taylor.

3    That's why I don't know why.  I never did anything to him.

4    I'm just here to do like anybody else, help the company.

5         Q.    That's what Mr. Biggs told you?

6         A.    Uh-huh.

7         Q.    Did he tell you anything else?

8         A.    Well, that I should have left a long time ago and

9    went WWF.  Stuff like that, sir.  That's about it.

10        Q.    Anybody besides Mr. Biggs tell you something that

11   you believe had to do with your race or racial

12   discrimination?

13        A.    Not really, sir.  And the reason why is because,

14   you've got to understand, these guys are looking out for

15   their own career and their own necks, and I mean, you know,

16   it's like you set your own bed on fire and then lay in it.

17   It's not going to happen.

18        Q.    Okay.  So other than the things we've talked

19   about, was there anything else that was either said to you

20   or you heard or you witnessed around the Power Plant or any

21   of your other experiences with WCW that you believe was

22   racially derogatory or discriminatory?

23        A.    Well, as far as racial discriminatory, like I

24   said, the whole cleanup procedure thing.  I mean, to me,

25   that was discriminatory because when they got ready to do

Page 229

1    the work and push the brooms, and you look around and

2    everything, I'm seeing the white guys have skated out.

3        Q.    Some of the white guys didn't participate?

4        A.    Some?  The same guy who was getting the money

5    didn't want to do it.  And once you give them the money,

6    man, their head really just ballooned up and they really

7    wasn't around then.  Some of them took two-hour lunches.

8        Q.    Okay.  But there were some white guys who hadn't

9    gotten contracts yet who helped?

10       A.    The newbies, yeah, because they didn't know the

11   ropes yet, but as soon as they learn the ropes, man, like

12   the old guys teach the new guys the ropes, and man, they was

13   out of there, too.

14       Q.    Other than things we've already talked about, is

15   there anything else you can think of that you witnessed, you

16   heard, said to you or said that you heard, someone told you

17   about that you believe was racially derogatory or

18   discriminatory?

19       A.    Well, there came a time one time, you know, and I

20   felt really wrong was Doug Dillinger.  They had an event,

21   and I had some friends wanting to go to the event, and I

22   tried to get ticket for it.

23            Well, he told me, well, he didn't have no tickets

24   or he couldn't get none, or this and that.  I was, okay,

25   fine, no problem.  Come turn around, or I don't know where

1   the name, female came up, asked him for a ticket, he gave

2   her like six tickets.  Same thing all over again.

3   Discrimination.

4       Q.   Okay.  Any other instance you can think of that

5   you believe was derogatory or racially discriminatory other

6   than all the things you've already talked about?

7       A.   Not that I can recall right now, sir.

8       Q.   Okay.  Anything you can think of that would help

9   refresh your recollection of incidents of -- that you

10  believe were discriminatory or derogatory?

11      A.   Like I said, I can review them tapes, but that's

12  going to take --

13      Q.   Okay.  Other than what's on those tapes?

14      A.   Like I said, I can call up certain guys and, I

15  mean, everybody had different incidents and so forth.

16      Q.   Okay.

17      A.   But the average guy ain't going to walk up to me

18  and call me the "N" word because they're looking at me that

19  way, this guy can really, you know, break my face here.

20      Q.   Did you ever hear the "N" word at the Power Plant?

21      A.   Well, some guy pushed it around, but, you know --

22      Q.   Who did that?

23      A.   Well, some of the local trainees pushed it around

24  and every now and then Mr. Whatley might have got on

25  somebody about doing it.  Pez Whatley, he was one of the

Page 231

1   black instructors down there.

2        Q.   He'd use the word or he --

3        A.   No, no, he would get on -- if he found that

4   somebody did, he would get on them for doing it and pull

5   them aside, chew them out, that kind of stuff.

6        Q.   Tell him to stop it?

7        A.   Yeah.

8        Q.   Was it your experience that usually stopped it?

9        A.   Yes, it did, with the trainees.  Now, Buff, his

10  level, like I said, it's a whole different another monster.

11       Q.   Did you ever hear anybody above his level use that

12  word?

13       A.   I heard about a lot of guys using it and throwing

14  it around, but like I said, a lot of times just I wasn't

15  there in those spots.

16       Q.   You never heard it yourself?

17       A.   I didn't hear nobody call me one, no.

18       Q.   Did you ever hear anybody call anybody else one?

19       A.   I heard Mr. Dillinger call Rocky King one before.

20       Q.   Okay.  Tell me about that incident.

21       A.   I really don't know.  All I know is the "N" word

22  got exchanged and things got heated up between Doug and

23  Rocky and --

24       Q.   You heard about this incident or were you there at

25  the time?

1      A.    Well, I was there, but like I say, I wasn't right

2    there in the open.  I kind of like -- when stuff like that

3    happened, I just kind of go away from it because I don't

4    want to get caught up in the middle of it.  I mean, to me,

5    I'm bigger than that, and I ain't the type of guy that sit

6    there and egged on a fight.  I figure I'm going to fight,

7    I'm going to get in the ring and fight for money.  I'm not

8    going to do the rest of the side show stuff.

9      Q.    So you didn't hear exactly what went on between

10   Mr. Dillinger and Mr. King?

11     A.    Well, the only thing I heard that Mr. King was

12   being really loud and saying that he said this.  I mean,

13   they were going, you know, like that.  Well, he called me

14   this and this, and he really was ready to go put the blows

15   to this guy, and they were trying to get him calmed down,

16   this and that and --

17     Q.    And you left the area because you didn't want any

18   part of that mess?

19     A.    No, I didn't want no part of it.

20     Q.    Who did you hear was using the "N" word?  Who did

21   people tell you was using the "N" word?

22     A.    Well, it's not a rumor, it's for a fact.  And like

23   I said, depended on who was around, Terry Taylor, you know,

24   I think he was, you know, one of the thing.  I think Mr. Pez

25   had some altercation with Mr. Flair before with the "N"

Page 233

1    word.

2         Q.   I mean, I don't want to cut you off.  I'll let you

3    get back to that, but let me -- who told you that they

4    believed Terry Taylor was using the "N" word?

5         A.   Excuse me?

6         Q.   Who told you that Terry Taylor was --

7         A.   Pez Whatley.

8         Q.   Okay.  Anybody else besides Mr. Whatley tell you

9    that Terry Taylor used the "N" word?

10        A.   Well, some of the, like I said, the other guys,

11   you know, would come back and say, wait, this guy right here

12   using the "N" word.  You need to go, you know, make sure you

13   talk to him and get him settled down.

14        Q.   You mean some of the other trainees or --

15        A.   No, no, no, no, not the trainee.  I'm just talking

16   about that's when they would come to Mr. Whatley.

17        Q.   Oh, so they'd come to Mr. Whatley upset?

18        A.   Yeah.  Well, he's the instructor.  He's kind of

19   like a mediator between the two, so forth.

20        Q.   Okay.  And then you mentioned Mr. Whatley and Mr.

21   Flair.

22        A.   Well, you know, I heard before they had some

23   altercation between the "N" words and stuff like that.

24        Q.   Do you know when that supposedly occurred?

25        A.   No, sir.  That's way before my time, sir.

1    Q.   Anybody else that you heard was using the "N"

2    word?

3    A.   Not so much the "N" word.  I heard Ms. -- the

4    thing went around real strong for a couple weeks that

5    Miss Myers uses "geek", "gook" towards some of the Asian

6    wrestlers, Sonny Onoo and towards some of the Japanese

7    wrestlers.

8    Q.   Who told you that?

9    A.   Excuse me?

10   Q.   Who told you that?

11   A.   Who told me that?  It was all over the Power

12   Plant.

13   Q.   Where -- do you remember anybody in particular

14   hearing that from anybody?

15   A.   Where I heard it from Sonny himself.

16   Q.   Mr. Onoo told you that?

17   A.   Yes, he did.

18   Q.   You don't know whether that happened; that's just

19   what people told you?

20   A.   Well, I heard it from Mr. Onoo, and then I talked

21   to another guy, pretty much kind of mentioned it.  I'm

22   trying to think of his wrestling name.  I think his name's

23   Saturn, you know.

24   Q.   Okay.  Any other incident or time that you heard

25   about racially derogatory terms being used at WCW?

Page 235

1        A.    Well, you know, guys sit around, I call them old

2    wives' tales, some of the older, you know, white guys sit

3    around and tell how it used to be.

4        Q.    Back before you got there?

5        A.    Back before I got there, but like I said, I wasn't

6    involved in that and I really don't get caught up in that

7    because to me, that's -- it's not the fact that it's

8    hearsay.  It's not none of my business, nor it's not

9    happening now because, you know, it's not right and it is

10   offensive.

11          We're all trying to do two things, make a living

12   and feed our families.  So the only thing happening now, so

13   a lot of it they camouflage it really well, and probably

14   which is good because it really could stir up a lot of

15   racial tension within the company.

16       Q.    So can you think of any other times when you heard

17   about racially derogatory language or anything like that

18   either being used or supposedly being used while you were at

19   WCW other than what we've already talked about?

20       A.    That's about it as far as I can remember, sir.

21       Q.    Okay.  Great.  You were never directed by anyone

22   to wear something you would consider stereotypical ethnic

23   clothing, were you?

24       A.    Just with the pimp thing.  That's about it.

25       Q.    Other than that incident?

1      A.   No, sir, that's it.

2      Q.   And you don't think your character Hardbody

3  personified racial or ethnic slurs, do you?

4      A.   No, sir.

5      Q.   It was the opposite, right?  You thought it was a

6  positive image?

7      A.   Yes, sir.

8      Q.   And I think other than what you said, did you

9  complain to anybody else at WCW other than the folks you

10  talked about about any incident of racially derogatory

11  language or racially derogatory conduct or anything like

12  that?

13      A.   Well, the main thing, sir, what I did was I

14  informed the instructor, which is our first level chain of

15  command, and which is the head -- over that was Mr.

16  Hamilton, and it was his job to make sure that if we had to

17  go see somebody, they don't want us in the office running

18  around.  His job to notify the next for us to get in and get

19  an appointment and so forth.

20          If something didn't happen really soon, then I'd

21  check back with at the time was his secretary, which was

22  Miss Brenda Wood.  Brenda Smith is her name.

23      Q.   Okay.  And what would you check in with Miss Smith

24  for?

25      A.   I'd say, well, you know, such and such happened on

Page 237

1   such and such day.  Did we hear a comment back about when I

2   got an appointment or things of that nature.

3       Q.   And she helped you facilitate getting to talk to

4   somebody if you needed to talk to somebody else?

5       A.   She helped me -- she make sure that Jody got the

6   appointments for whoever we need to go see to talk to them

7   about contract or the incidents or things of that nature.

8       Q.   Anything else you can think of that we haven't

9   already talked about that deals with derogatory comments or

10  racially derogatory comments or actions or things like that

11  other than all the things we've already talked about?

12      A.   No, sir, not that I can remember.

13      Q.   Mr. Norris, you've got a claim in your complaint

14  for what's called intentional infliction of emotional

15  distress.  Now, your lawyer can tell if he disagrees with

16  it, but my understanding of what your claim is is that you

17  believe WCW took intentional actions to emotionally harm

18  you, to cause harm to you emotionally.  Not physically but

19  emotionally.  Is that your understanding of that claim?

20      A.   Yes, sir.

21      Q.   Okay.  Are you basing that claim on all the things

22  we've already talked about, all the discrimination that you

23  believe happened to you at WCW and the opportunities that

24  you didn't get and the contracts that you didn't get?  Is

25  that what you're basing that claim on?

1     A.    Well, those things, sir, and well, like I say,

2  once again, my family.  You know, you just don't know how

3  hard it is to go home and tell a wife every night, well,

4  it's not going to happen yet, it's not going to happen.

5            So they're waiting for things to happen.  They put

6  their life on hold.  They move away.  You pull your kids out

7  of school.  You relocate.  I mean, just, you know, they lose

8  their friends and everything, communication, and they're

9  trying to still commute back and forth to their friends long

10 distance and, you know, the bill get outrageous if you ain't

11 making money to take care of it.

12           So, I mean, it is that type of deal.  She's

13 shifting new jobs, and I mean, just, really, just it was

14 really stressful time for me.  It really was.

15    Q.    Okay.  Anything other than that stress and all the

16 allegations of discrimination that we've already talked

17 about that go to that claim of intentional infliction of

18 emotional distress, or is it all based on all the things

19 that happened to you at WCW we've already talked about?

20    A.    Yeah, based on all the things at WCW and just not,

21 like I said, not with my family thing.  You've got to look

22 at also, too, I mean, when things like that happen, it puts

23 you in really in a financial rut.

24           And like I said, I mean, because, once again, once

25 you relocated, things happen, you know.  You're putting the

Page 239

1   mileage on your car, back and forth, things tear up.

2          And like I said behind that, I lost my sponsor and

3   everything.  Everybody just got tired of waiting.  The only

4   person that didn't get tired of waiting was me.  I was the

5   same little puppy going down the same trail every day.

6       Q.   Is there any other actions other than the things

7   we've talked about that you believe WCW did that were done

8   to intentionally inflict emotional distress on you, as you

9   understand that?

10      A.   Yes, sir, I understand that.  It's just the fact

11  that I felt out of their discrimination and, you know, and

12  their bias opinion, I felt they did it deliberately because,

13  first of all, they didn't know me or they didn't get a

14  chance to get to know me, which I think we could have did

15  wonderful things for the company together, working together,

16  but that really never had the growth spurt to take off, sir,

17  and the reason why it didn't, they never gave me the

18  opportunity to.

19      Q.   Okay.  Anything else besides that do you think

20  goes to that claim?

21      A.   No, sir.

22      Q.   Now, you also have some claims in your complaint

23  for what you claim is failing to be paid a minimum wage and

24  failing to be paid overtime.

25      A.   Yes, sir.

1       Q.   Okay.  What work is it that you believe you

2   weren't paid for that you should have been paid for?

3       A.   Sir, I was there longer than anybody else other

4   than Tony Carr, and my thing of it was, I don't mind, like I

5   say, I don't know mind cleaning up.  When you mess up, you

6   should clean up.  But a lot of times I wasn't the one who

7   mess up.

8            I know how to keep a clean house.  Military

9   background taught me that, but I was the one that helped

10  clean up.  I wasn't the one to mess up.  So the overtime I'm

11  talking about is, like I say, I was the first one there and

12  the last one to go home.  And all the footage over there is

13  going to show you that.

14      Q.   And usually there, you said, around 9:00 o'clock?

15      A.   Yes, sir.

16      Q.   And usually gone before 5:00 o'clock?

17      A.   Usually go home between 4:30, 5:00.  It depended

18  on how long the day.  If the day went longer, then I stayed

19  longer.

20      Q.   Okay.  And how often did you stay longer than

21  5:00, do you believe?

22      A.   Oh, a lot of times, because they had a

23  pay-per-view and they had special matches, a lot of times

24  they would keep a couple guys from the school there to what

25  you call tape bumps, do extra matches and that kind of

Page 241

1    stuff.

2        Q.    How often did that occur?

3        A.    At least three times a week, at least.

4        Q.    Every week?

5        A.    Yes, sir.

6        Q.    Okay.  So what time do you really think on average

7    you left the Power Plant then?

8        A.    I'd say between 6:30 and 6:55, sir.

9        Q.    Okay.  And a lot of the time during a normal day

10   you were training and working out and wrestling, right?

11       A.    Yes, sir.

12       Q.    Okay.  And some of the time you said you were

13   helping with rings and things like that?

14       A.    Yes, sir.

15       Q.    And some of the time you were helping cleaning up

16   and things like that?

17       A.    Well, all this was combined, sir.  It's not one

18   day we clean up and one day we --

19       Q.    I understand.  Each day you did different -- all

20   those different things on most days, right?

21       A.    Yes, sir.

22       Q.    Do you believe you're entitled to pay for all of

23   that work?

24       A.    Yes, sir.

25       Q.    Why do you believe that?

1      A.   Because --

2           MR. ICHTER:  Well, first of all, let me object.

3  Whether he believes it or not, the law is what the law is,

4  and the law is going to decide whether or not he's entitled

5  to be paid, so --

6           MR. PONTZ:  That's fine, but I'm entitled to ask

7  him why he believes he's entitled to that pay.

8           MR. ICHTER:  Sure.  Go ahead.

9           THE WITNESS:  Well, first of all, like I say, I

10 was told to me the school is going to be this price.  I paid

11 them their price.  I was told that school was going to be

12 six months.

13          After six months, ain't like somebody brung us all

14 in and counseled us, say, well, okay, then you're good,

15 you're going to stay, you're going to go.

16          I was totally accepted in that school as a member

17 of WCW wrestling, and so on that notion I felt anything else

18 from that point on after that, you know, that six months,

19 okay, then, you're no longer a trainee.  Then we need to put

20 you either on a salary or a contract and do one of two

21 things, which is either pay you or let you go.

22          We never was told that.  The only thing we was

23 told, you need to be here tomorrow, you'd better be here

24 tomorrow, you're going to clean this up, you're going to do

25 this, you're going to help with the ring.  Sir, we wasn't

Page 243

1  given the option, well, you don't have to do this.

2  BY MR. PONTZ:

3      Q.   I understand.  Did you ever ask to be paid for the

4  days you were spending at the Power Plant?

5      A.   Yes, we did, sir.

6      Q.   Who did you ask?

7      A.   Once again, I went through my chain of command.

8  Every instructor, went through Jody, went all the way up to

9  Terry Taylor and, I mean --

10     Q.   And what did they tell you?

11     A.   It was like a joke.  I mean, after you say it so

12 many time, then it become like, I mean, it got to the point,

13 sir, in the -- really sad to say was sometimes, you know,

14 when Jody told me to get on the phone, call Terry Taylor, to

15 the point I just physically I know he was dodging me.

16 That's how much I called.

17     Q.   When did you first ask in your recollection to be

18 paid for the time you were spending at the Power Plant?

19     A.   It's that first week after my six months'

20 training.

21     Q.   So you believe sometime in August or September of

22 1996?

23     A.   Yes, sir.  Yes, sir.

24     Q.   Is that right?  And I take it on a regular day is

25 it fair to say you spent an hour or two on things like ring

Page 244

1    work and cleanup work, and you spent the rest of the day on

2    wrestling activities, training, learning about wrestling,

3    teaching about wrestling, things like that?  Is that a fair

4    breakdown of your day on a normal day?

5        A.   I would say between 30 minutes to an hour, all

6    depending on what had to get done.

7        Q.   Thirty minutes to an hour on the other stuff and

8    then the rest of the day was spent on wrestling type

9    activities?

10       A.   Yes, sir.

11       Q.   Okay.  And you, until at least '97 or so, were

12   still paying off the amount of money you agreed to pay to

13   train at WCW, right?

14       A.   Yes, sir.

15       Q.   And when you wrestled, WCW told you the outcome

16   that they wanted for the match, right?

17       A.   Yes, sir.

18       Q.   And they told you basically that's the story line

19   that we're trying to carry out here, right?  So-and-so is

20   going to win and so-and-so is going to lose and maybe this

21   is how we want it to end or a couple key points in the

22   match, right?

23       A.   Actually, sir, what the bookers told us is to

24   finish.

25       Q.   Okay.

Page 245

1      A.   It's up to the guy who you're wrestling or how

2   much of the match he's going to give you.  If the booker

3   say, okay, then, I want you to go over strong, then you went

4   over strong.  That means you ain't going to get no more than

5   ten, 15 percent of the match.

6      Q.   Okay.  And you'd sit down or talk to the other

7   wrestler before the match and figure out how you were going

8   to make the match go so it met the criteria that had been

9   set for how the match needs to turn out?

10      A.   Actually, you listen to the other guy.  Really,

11   there's no talking.  You shut up and do what he tells you.

12      Q.   So the other wrestler would say here's how it's

13   going to go?

14      A.   Yes, sir.

15      Q.   Okay.  And if you had any concerns or thoughts or

16   specific ideas, you could have offered them and sometimes

17   you chose not to?

18      A.   Well, you could offer them, but if he don't want

19   to do it, then he's shooting straight back to the booker or,

20   hey, this guy don't want to listen.  He's a hard head.  So

21   it's best to listen and go along with the flow and not make

22   waves.

23      Q.   And that was coming from the other wrestler that

24   you were wrestling?

25      A.   Yes, sir.

1      Q.    And as a wrestler, obviously some of your success

2  would have to do with the character that you create, right?

3      A.    Yes, sir.

4      Q.    And the talent that you bring to the ring?

5      A.    Yes, sir.

6      Q.    And the invention or imagination or uniqueness of

7  some of the things you do, right?

8      A.    Yes, sir.

9      Q.    And you paid for your own wrestling equipment?

10     A.    Yes, sir.

11     Q.    And I think you said in your complaint that

12  sometimes it cost you more to go wrestle to travel and pay

13  for your expenses than you believe you were paid for the

14  wrestling match, right?

15     A.    Yes, sir.

16     Q.    And you understood that was a risk when you agreed

17  to go wrestle sometimes, right?

18     A.    Yes, sir.

19     Q.    And you never signed anything that promised you

20  wouldn't wrestle with other companies until you got your

21  contract with WCW, right?

22     A.    Correct, sir.

23     Q.    And in fact, you worked with SCWA to try to

24  develop wrestling promotions?

25     A.    Yes, sir.

Page 247

```
 1        Q.    Did you wrestle with SCWA?

 2        A.    Yes, I did, sir.

 3        Q.    And until you got your contract, you were paid per

 4   the time that you wrestled, right?

 5        A.    Are you talking from WCW, sir?

 6        Q.    Yeah.

 7        A.    Yes, sir.

 8        Q.    When you went to a wrestling match and appeared,

 9   you got paid?

10        A.    Two weeks later, you know, that's the way they did

11   it.  I mean, come in --

12        Q.    You got a check?

13        A.    Yes, sir.

14        Q.    And if you didn't wrestle in a match, you didn't

15   get paid?

16        A.    Yes, sir.

17        Q.    So your pay and overtime claims, as you understand

18   them, are based on the time that you spent at the Power

19   Plant before you got your contract; is that what you're

20   believing they're based on?

21        A.    Yes, sir.  Before I got on contract, all the

22   things I did at the Power Plant as far as helping train

23   other guys, all the cleanup detail and be there on a -- I

24   mean, I was there, like I said, 9:00 to 5:00 or longer.

25        Q.    And once you got the contract and were getting
```

Page 248

1   paid, then you think those claims stopped; is that your

2   understanding of it?

3       A.   No, that's not my --

4            MR. ICHTER:  Let me object to the extent that that

5   calls for a legal conclusion.  But you can answer.

6   BY MR. PONTZ:

7       Q.   That's fine.  But go ahead.  What's your

8   understanding of --

9       A.   My understanding it's not a fact.  WCW was paying

10  me to wrestle, to be an independent contractor.  Not to

11  break down rings, not to lower rings and so forth.  That

12  should be totally separate.

13           I don't mind doing it.  I'm not lazy.  I don't

14  mind doing it, but it should have been totally separate from

15  everything else.

16      Q.   So you believe you should have gotten additional

17  money anytime you helped out?

18      A.   Correct.

19      Q.   Okay.  How -- was it the same kind of time frame

20  that you spent a half hour to an hour or so each day on

21  those other activities?

22      A.   Yes.

23      Q.   After you were under contract?

24      A.   Yes.  I mean, every day what we did when we get

25  in, we stretched out.  Once they move from the old location

Page 249

1   to the new location, the place was immaculate, you know.

2             Like I said, I think we got some paperwork

3   actually where I submitted ideas for a new training center

4   ideas, that got put in effect, but once again, I feel that

5   it took advantage of my ideas without, once again,

6   compensating me for it.

7        Q.   Who did you submit that idea to?

8        A.   Terry Taylor, JJ Dillon.

9        Q.   When did you do that?

10       A.   It should be the date on there, sir.

11       Q.   You believe it was sometime in 1997?

12       A.   Well, the date on it, I'm not sure on the date,

13  sir.

14       Q.   And that's the document your lawyer produced to me

15  earlier today?

16       A.   Yes, sir.

17       Q.   Okay.

18             VIDEOGRAPHER:  Sorry to interrupt.  I need to

19  change the tape.

20             (Whereupon, a brief recess was taken.)

21  BY MR. PONTZ:

22       Q.   Mr. Norris, before we took a break we were talking

23  about a document that your lawyer provided to me about an

24  idea you had for the training session and training programs

25  at WCW.  Remember that?

1    A.   Yes, sir.

2    Q.   Okay.  And you said you gave that document to JJ

3    Dillon and Terry Taylor?

4    A.   Yes, sir.

5    Q.   Do you know what if anything they did with that

6    document?

7    A.   Actually, sir, I really don't know what they did

8    with the document.  The only thing I do know is I know when

9    we moved from the old Power Plant to the new Power Plant, I

10   seen a lot of these things that I gave them for the idea,

11   they did put them into works at the new -- at the training

12   center.

13   Q.   You don't know if other people had come up with

14   similar ideas over the years, do you?

15   A.   I don't know, sir.

16   Q.   And you don't know whose idea it was to set up the

17   training facility the way it was set up other than the fact

18   that you had some similar ideas, right?

19   A.   Correct, sir.

20   Q.   Okay.  Let me ask you, you brought with you today

21   a whole large box of tapes, videotapes, right?

22   A.   Yes, sir.

23   Q.   Do you have any idea how many videotapes are in

24   there, roughly?

25   A.   I've got them written down at the house, sir.

Page 251

1       Q.   Can you give me a rough estimate on the number?

2       A.   I don't know right off the top of my head, sir.

3       Q.   Okay.  These are tapes you've had in your

4   possession for a while?

5       A.   Ever since I've been at the Power Plant, sir.

6       Q.   Okay.  So these are all tapes you've had before

7   you started this lawsuit, right?

8       A.   Yes, sir.

9       Q.   Have you reviewed these tapes at various times?

10      A.   Yes, sir, I watch a couple of them every other

11  night, sir.

12      Q.   Okay.  Is there anything specific on any of the

13  tapes that you believe involves racially discriminatory

14  language or conduct?

15      A.   I don't know, sir.  There's a lot of stuff on them

16  tapes and it just call it right off.

17      Q.   Do you remember anything right now based on your

18  review of those tapes of anything that you believe is

19  racially derogatory, any language or actions that are

20  racially derogatory on those tapes?

21      A.   I'm pretty sure it is, sir.

22      Q.   What would that be that you recall?

23      A.   Well, you know, probably some of the training

24  sessions, maybe at the training center, the training

25  sessions or maybe a couple of guys getting hot in the ring.

1   You know, every now and then guys lose their cools, things

2   of that nature, sir.

3       Q.   What do you think you remember about any of those

4   hot sessions that would be racially derogatory?

5       A.   Other than guys losing their cool, that's about

6   all I can remember off the top of my head, sir.  I'd have to

7   really review the tape to --

8       Q.   So you think based on your recollection now of

9   reviewing the tapes, you think the only thing on there that

10  might be racially derogatory is wrestlers getting after each

11  other?

12      A.   Not just so much wrestlers getting after each

13  other.  New guys coming in.  When I say trainees coming in,

14  I felt it was trainees' abuse, like I told you earlier, with

15  some of the discrimination, the fact a higher black guy come

16  in and get treated totally different from a white guy, and

17  the tapes will prove that.

18      Q.   So you'd have to compare one training tape to

19  another training tape?

20      A.   Each tape is different.  I mean, every month

21  you've got different guys come in for training.  I mean, you

22  come in, a guy, you know, rough you up or rough your

23  feathers up, you're not going to come back the next month.

24  You might think he might go a little further the next time,

25  so --

Page 253

1       Q.    Do you remember answering some questions

2   regarding -- and I don't want to know what you spoke to your

3   lawyers about, but do you remember answering some questions

4   regarding discovery and things in this case?

5       A.    I don't remember at this time, sir.

6       Q.    Do you remember being asked about documents or

7   things that you had that might be relevant to your case to

8   provide those?

9       A.    From my lawyer or from you, sir?

10      Q.    Well, from anybody.

11      A.    Yes, sir, I remember something to the fact of

12  discovery.  I remember discovery about being told what it

13  was, sir, about discovery.

14      Q.    Why is it that you're just providing these tapes

15  today?

16      A.    Nobody was willing to sign for them, sir.

17      Q.    Excuse me?

18      A.    Somebody got to be willing to sign for them.

19  There's a lot of tapes there.  That's my library.  That's my

20  history.

21      Q.    Okay.  Did you ever try to provide them at any

22  time before today?

23      A.    Provide them to who, sir?

24      Q.    Anybody.  Since you started this lawsuit, did you

25  ever try to provide those tapes to anybody?

Page 254

1      A.   You know, I turned several tapes in to my lawyers

2   and it's for them to review and see what, you know, might be

3   on, so forth.  It's their job to make sure that I'm not

4   wasting your time and their time.  That's a lot of tapes to

5   go through.

6      Q.   But this is the first time you decided to bring in

7   all of the tapes that you had?

8      A.   Well, I figured, you know, I mean, if you need to

9   know, I'd rather for you to know now than not know at all,

10  sir.

11     Q.   And the only thing you can think of as we sit here

12  today, the only thing you can think of that might be

13  racially derogatory on those tapes is how different trainees

14  were treated when they first came in or when they trained at

15  the Power Plant?

16     A.   No, sir, I won't say there's more than just racial

17  derogatory things on the tapes.  Unfair treatment, unjust

18  treatment, discrimination, all that stuff is on the tapes.

19     Q.   What is it that pops in your mind that makes you

20  think that --

21     A.   Sir, like I say, I can't remember right now.

22  There's a lot of tapes, and right now, I mean, when I watch

23  a tape, I look at two or three things.  I look at from a

24  wrestler perspective.  I look at the wrestler and the holds

25  maneuver.  I'm not looking to see who's calling who names or

Page 255

1  who's trying to kick somebody because they don't like them

2  or because they're getting a dollar more in their contract.

3     Q.   But nothing sticks out in your mind that there's

4  something on any particular tape that's racially derogatory

5  or racially discriminatory?

6     A.   Sir, I've got tapes in there from when Paul White

7  was here, The Giant.  This is WWF.  He was here to -- when

8  Goldberg first did his initial training, to tapes to where

9  instructors fell asleep in the ring.

10        I mean, you'd be surprised with the video camera

11  on, it picks up different things.  So it depends on what you

12  want to see.  I mean, you know, you've got time to watch

13  tapes, but like I say, everything is on tape.  The eye in

14  the sky don't lie, like they say.

15     Q.   Well, we're going to have to reserve the right on

16  the record to ask you more questions if we need to once

17  we've had a chance to look at any and all of these tapes

18  that we need to look at.

19     A.   Yes, sir.

20     Q.   Okay.  Appreciate that.  Were you aware of any WWF

21  wrestlers who had a history as Tough Man or Ultimate

22  Fighting Champions or that kind of thing?

23     A.   Yes, sir.

24     Q.   Who would that be?

25     A.   Butter Bean.

1      Q.   Okay.  Anybody besides Butter Bean?

2      A.   Yes, I want to say his name, Billy Gunn and Mark

3   Mero.

4      Q.   Anybody else besides those guys?

5      A.   The only three guys I can recall, sir.

6           MR. PONTZ:  Okay.  Go ahead and mark this as

7   Defendants' Exhibit 12.

8           (Marked Defendants' Exhibit No. 12.)

9   BY MR. PONTZ:

10     Q.   Let me hand you what's been marked Defendants'

11   Exhibit 12.  This is a charge of discrimination.  Is that

12   your signature down at bottom left corner?

13     A.   Yes, sir.

14     Q.   And it's dated February 24th, 2000?  Or 24 Feb,

15   '00, right under your signature?

16     A.   Yeah, that's my signature, sir.

17     Q.   And is that the date that it appears to be under

18   your signature, Feb -- 24 Feb '00?

19     A.   Yes, sir.

20     Q.   And this is a charge of discrimination you filed

21   against WCW?

22     A.   Yes, sir.

23     Q.   Okay.  And you understood when you made this

24   charge you made it under oath?

25     A.   Yes, sir, I did, sir.

Page 257

1            MR. PONTZ:  And let me hand you another document.

2    This will be Defendants' Exhibit 13.

3            (Marked Defendants' Exhibit No. 13.)

4    BY MR. PONTZ:

5        Q.   And this is an additional charge of discrimination

6    that indicates that you're adding Turner Sports to this

7    matter; is that correct?

8        A.   Yes, sir.

9        Q.   And that's your signature at the bottom?

10       A.   Yes, sir, it is.

11       Q.   You're not aware of ever having worked with anyone

12   who worked for Turner Sports, are you?

13       A.   Yes, sir, I have.

14       Q.   Who is that?

15       A.   Rocky King, sir.

16       Q.   Okay.  Other than Mr. King, are you aware of

17   anyone else that you believe worked for Turner Sports?

18       A.   All four instructors were the employees of Turner

19   Sports.

20       Q.   Why do you say that?

21       A.   Because they wore their "Turner" badges.

22       Q.   Do you know who paid their salaries?

23       A.   Not really, sir.

24       Q.   Do you know who their employer was other than what

25   you saw on a badge?

1      A.    Ted Turner, sir.

2      Q.    That's your belief?

3      A.    Yes, sir.

4      Q.    Okay.  But do you base that simply on the badge

5   that they wore?

6      A.    Well, they walk around in open with a badge with

7   the pitch on it and say, you know, Turner Sports and, you

8   know, Turner, I would think it would be something out of

9   Turner, sir.

10     Q.    When did they start wearing those badges?

11     A.    I don't know, sir.

12     Q.    Was that at the new Power Plant?

13     A.    I can't recall, sir.

14     Q.    Do you ever remember seeing those badges at the

15   old Power Plant on Log Cabin Drive?

16     A.    I can't remember, sir.

17     Q.    Okay.  Did you ever work with anyone, to your

18   knowledge, who worked for Turner Broadcasting System?

19     A.    Is that a different branch, sir, or --

20     Q.    Do you know what Turner Broadcasting System even

21   is?

22     A.    TBS, sir.

23     Q.    Are you aware of anyone who worked with TBS that

24   you worked with?

25     A.    That I worked with or that I worked for, sir?

Page 259

1       Q.    Either one.

2       A.    WCW, sir.

3       Q.    What about WCW?

4       A.    It's the same company.  I mean, TBS and WCW is the

5  parent company is Turner, sir.

6       Q.    Why do you say that?

7       A.    Because WCW is just a branch off of Turner, sir.

8       Q.    How do you know that?

9       A.    Excuse me, sir?

10      Q.    How do you know that?

11      A.    Because it's a Turner based company.  It's a

12 Turner owned company, sir.

13      Q.    Okay.  Do you understand the corporate structure

14 of how WCW relates to Turner Broadcasting System?

15      A.    Yes, sir.

16      Q.    What is that?

17      A.    It's the parent company, sir.

18      Q.    You believe Turner Broadcasting is a parent

19 company of WCW?

20      A.    Turner is the big company.  WCW is the branch off

21 of Turner, sir.

22      Q.    Okay.  Other than what you stated about the

23 relationship of these companies, do you believe you ever

24 worked with anyone who was employed by TBS who wasn't with

25 WCW?

1      A.    Do I believe?  I don't know, sir.

2      Q.    Are you aware of anybody who worked for Turner

3  Sports or TBS, as you understood it, who wasn't a WCW

4  person?

5      A.    I'm not sure, sir.  It's confusing, but I'm not

6  sure on it.

7      Q.    Okay.  Do you have any evidence that WCW acted as

8  an agent of Turner Sports or Turner Broadcasting?

9      A.    Do I have any -- excuse me?

10     Q.    Do you have any evidence that WCW acted as an

11  agent of Turner Sports or Turner Broadcasting?

12           MR. ICHTER:  Object to the extent that it calls

13  for a legal conclusion, but you can answer.

14           THE WITNESS:  Okay.

15           MR. ICHTER:  If you know what that means.

16           THE WITNESS:  No, sir, I don't understand your

17  question.

18  BY MR. PONTZ:

19     Q.    Okay.  Do you know what it means to be someone's

20  agent?

21     A.    Yes, sir.

22     Q.    Okay.  Do you have any evidence that WCW acted as

23  an agent for Turner Sports or Turner Broadcasting?

24     A.    It would have to be if it's a part of the parent

25  company, sir.

Page 261

1        Q.    So you believe all parts of the parent company act

2    as an agent for the parent company?

3        A.    Well, at some time in point you've got to be

4    evaluated and got to give them what you call a test to make

5    sure that things are being run at the proper procedure, sir.

6        Q.    What do you base that on, Mr. Norris?

7        A.    The army, sir.

8        Q.    That's the way things ran in the army?

9        A.    No, not just the army.  Just the way the

10   government run things, sir.

11       Q.    Okay.  This isn't government, right?  This is a

12   private company?

13       A.    Yes, sir.  What I'm saying about companies, big

14   parent companies usually check on their little kids, pretty

15   much what I'm saying, sir.  If Turner is the big company,

16   usually somebody has got to say, okay, then, let's go down

17   and see, make sure they're doing this right, and especially,

18   so to speak, sir, is what I'm --

19       Q.    Do you know whether they actually did that or not?

20       A.    I don't know, sir.  I have no clue, sir.

21       Q.    Do you know what it means to be someone's alter

22   ego?

23       A.    No, sir, I don't.

24       Q.    Okay.  Do you know what a joint venturer is?

25       A.    Joint venturer?  I'm not sure, sir.

1      Q.   What is your understanding of what a joint

2   venturer is?

3      A.   I'm not sure, sir.

4      Q.   You don't have any understanding of what it is?

5   What do you think it might be?

6      A.   I'm not sure, sir.

7      Q.   Okay.  So if I asked you if you had any evidence

8   that WCW and Turner Sports were joint venturers, would you

9   understand that question?

10      A.   If you use both of them in the same paragraph,

11   yes, I would, sir.

12      Q.   What would you think it meant if I asked you

13   whether WCW and Turner Sports were joint venturers?

14      A.   I'd put the two words together, "joint" and

15   "venturer" and I'd say they got something to do with each

16   other, sir.

17      Q.   Okay.  Is that your understanding of joint

18   venturer, they'd have something to do with each other?

19      A.   Yes, sir.

20      Q.   Can you name anyone who you interacted with other

21   than Mr. King and your statement about the trainers, can you

22   name anyone else who you interacted with that you believe

23   was employed with Turner Sports who wasn't a WCW person?

24      A.   Sir, I really didn't really interact with Mr.

25   King.  I just knew Mr. King through the wrestling circuit.

Page 263

1      Q.   Okay.

2      A.   And same thing with instructors, I just knew them

3   because they were instructors.   I'm not really interact with

4   anybody as far as Turner Sports or WCW.   I was there to

5   train and learn and try to become a professional wrestler.

6      Q.   I understand, but you had interactions with WCW

7   people at the Power Plant, right?   You'd talk to them and --

8      A.   No, sir.   I only wrestled with them and trained

9   with them.   After I went home, I went home.

10     Q.   Okay.   Is there anybody else you had any contact

11   with who wasn't a WCW person who you believe was a Turner

12   Sports person?

13     A.   No, sir.

14     Q.   Is there anybody else who we haven't talked to

15   today that you believe you complained to or brought to their

16   attention your allegations of discriminatory conduct, or is

17   it just the people we talked about today?

18     A.   I'm trying to understand the question.   You said

19   that we talked to here, sir?

20     Q.   No, no.   You mentioned today some people who you

21   believe you talked to or you recall talking to about things

22   that you thought were discriminatory.

23     A.   Yes, sir.

24     Q.   And you mentioned Terry Taylor and JJ Dillon and

25   Eric Bischoff, you tried to talk to him and you mentioned

1    Jody Hamilton and the trainers.

2         Is there anybody else you can think of that you

3    believe you talked to to raise concerns about discrimination

4    or anything like that?

5         A.   Other than the ones we talked about right now,

6    sir, I can't recall any others, sir.

7         Q.   Okay.  Other than your lawyers, is there anybody

8    you've spoken to about the claims involved in your

9    lawsuits -- in your lawsuit?

10        A.   My spouse, sir.

11        Q.   Other than your wife and your lawyers, have you

12   talked to anybody else about your claims?

13        A.   My mother.

14        Q.   Okay.  Anybody outside your immediate family?

15        A.   No, sir.

16        Q.   What damages do you understand you're seeking to

17   try to recover in this lawsuit against WCW and Turner

18   Sports?  What is it that you're looking for?

19        A.   Well, sir, I could never go back and recuperate

20   the time that I lost, the things that me and my family have

21   forfeit, you know, things I put on hold for my family to

22   come down here.  I probably never could recuperate, recover

23   them things as far as --

24        Q.   Do you have some idea of -- I don't mean to

25   interrupt you, but do you have some idea of an amount of

Page 265

1    money that you believe that you were -- that you lost

2    because of that?

3        A.   If I had to put a dollar sign on it, sir, the best

4    way I could do it is I would have to actually put myself

5    among guys who I think my caliber wrestler in the WCW, or

6    like we said earlier, my namesake or my credentials.

7        Q.   Okay.

8        A.   And I'd have to match it with that, because I

9    really don't know the market as far as wrestling, as far as

10   the dollar amount who makes what or who make the decision on

11   what.

12       Q.   Who would be the guys that you would compare

13   yourself to as far as dollar amount?

14       A.   Tank Abbott.  Why not?  I'm better than he is.

15       Q.   Anybody else besides Mr. Abbott?

16       A.   Well, let me see who all actually legitimate shoot

17   fighter in WCW.  You have guys like Kevin Nash used to be a

18   bouncer.  I used to be a bouncer.

19            Power lifter.  Who used to be a power -- Scott

20   Steiner used to be a power lifter.  I used to be a power

21   lifter.  Lex Luger used to be a body builder.  I used to be

22   a body builder.

23            You notice all these things that one guy used to

24   be, I did like ten of these things.  I've got probably --

25   maybe probably eight to ten different events that I went

1   through high school and other things that I majored over 207

2   some trophies in.

3        Q.   So you think you should have been paid similar to

4   Tank Abbott or Kevin Nash or Scott Steiner or Lex Luger?

5        A.   Talent-wise.

6        Q.   Well, there's more than -- we already talked about

7   there's certainly more than just being a power lifter or

8   being a shoot fighter to be being a successful --

9        A.   You're correct.

10       Q.   -- wrestler, right?

11       A.   What's more remarkable, you take one power lifter

12  or you can take one guy who can do ten things?

13       Q.   But you agree with me that each of those people

14  brought more than just that skill to them to the ring,

15  right?

16       A.   Each one of the people had opportunity to bring it

17  to the ring and show what they had.  I never had the

18  opportunity and the thing to showcase, and the only way I

19  had afforded an opportunity to showcase is what I'm doing

20  now currently with Tough Man.

21       Q.   And you believe that if you'd been given that

22  opportunity, you would have been as successful as those

23  people?

24       A.   Numbers speak for itself.  I'm the Tough Man

25  champion right now, reigning champion right now.

Page 267

1      Q.   Do you have videos of your Tough Man

2   championships?

3      A.   I sure do.

4      Q.   Are they in that box?

5      A.   No, they're not.  I have them, though.

6      Q.   How many do you have?

7      A.   Quite a few.  I've got some in the box, yes, sir,

8   I do have some in that box.

9      Q.   How many do you think you have that aren't in that

10   box?

11      A.   I don't know, sir.

12      Q.   And are these videos of actual Tough Man episodes?

13      A.   Fights, yes, sir.

14      Q.   Are they championships as well as non-championship

15   fights?

16      A.   Yes, sir, championship fights.

17      Q.   If we ask you, will you provide a copy of those to

18   your attorney, would you be willing to do that?

19          MR. ICHTER:  Well, wait a minute.  Usually there's

20   a pay-per-view charge associated with that, so --

21   BY MR. PONTZ:

22      Q.   Are these things you taped off of --

23      A.   Yes, sir.

24      Q.   -- cable TV or pay-per-view?

25      A.   Well, both.  They had some on pay-per-view and

1     some on cable television.

2              MR. ICHTER:  We'll get you a copy, Evan.  I'm just

3     pulling your leg.

4              MR. PONTZ:  I appreciate that.

5     BY MR. PONTZ:

6         Q.   We'd appreciate it if you'd provide it to your

7     attorney, copies of those tapes or just the tapes for him to

8     make copies.

9         A.   It really doesn't show how good I really am.

10        Q.   That's fine.  In the sport of the fighting?

11        A.   No, not just the sport of fighting.  Tough Man is

12    just like wrestling in a way, but it's real.  The difference

13    is they still look at somebody charismatic, somebody can

14    draw and put behinds in seats, and somebody that fans will

15    pay 20, 30, 40, $50 to sit ringside and cheer at or boo at.

16        Q.   But you've got to win or be --

17        A.   Excuse me?

18        Q.   You've got to be a credible fighter, right?

19        A.   I'm a credible fighter.  I'm the champion.  I had

20    to be credible.  I'm the champion.  I'm not champion because

21    they said, okay, we want you to have the belt, Hardbody.

22        Q.   You don't have to be a credible fighter to be a

23    wrestler, though, right?

24        A.   No, you don't.

25        Q.   Can you provide me any other specific damages that

Page 269

1   you think you've suffered because of the discrimination in

2   this case?

3       A.   Yes, I mean, I can get you a list of things that,

4   like bills and stuff that got behind on that I had to play

5   catch up.  I definitely, you know, go to all my bills and

6   say, hey, I need that when I was behind, you're talking

7   about cutting this off or cutting that off or you did cut

8   this off or you did want to repossess this or you did want

9   to take this from because of income.

10      Q.   Why do you believe that was discrimination by WCW

11  that caused you to get behind on your bills?

12      A.   Well, think about it, I got released in October.

13  Two months before Christmas.  I have family, too.

14      Q.   Right.  What efforts did you make to find a job

15  after you got released from WCW?

16      A.   The next day I went out and, like I say, I turned

17  up the volume on my Tough Man.  I turned up the volume on my

18  wrestling.

19      Q.   Did you make more money in 2000 with your Tough

20  Man than you had in the previous year of wrestling?

21      A.   In 2000, is it 2000 or 2001, yes, I did.

22      Q.   Not the year before?

23      A.   I'm not sure what year.  I mean, I get confused.

24      Q.   What other efforts did you make to earn money

25  after you were let go from WCW?

1     A.    That's what I did, the Tough Man, did my

2     wrestling, my boxing.   That was it, sir.

3     Q.    Okay.   Did you ever go out to look for a regular

4     9:00 to 5:00 job?

5     A.    No, I didn't, sir.

6     Q.    Any reason you couldn't have done that?

7     A.    Excuse me, sir?

8     Q.    Any reason you could not have done that?

9     A.    Yes, sir.

10    Q.    Why couldn't you have done that?

11    A.    Because Tough Man had me on a schedule.

12    Q.    They had a set schedule for you?

13    A.    Yes, sir.

14    Q.    What was that?

15    A.    Well, they had me doing appearances and they were

16    paying me to show up to appearances, just like WCW, and then

17    I was scheduled to do so many fights a year.

18    Q.    Okay.   And there was no time in between

19    those events --

20    A.    I had to train.   If you want to be the best, you

21    have to train like the best.

22    Q.    So you made the decision to focus on the Tough Man

23    stuff --

24    A.    I made more money.   I tripled -- I almost tripled

25    what I made practically, you know.

Page 271

1        Q.    And you believe your tax returns will show what

2     you made in Tough Man competitions in 2000, 2001?

3        A.    Sure.

4        Q.    Okay.  Other than the damages you talked about

5     about the time that you were training at WCW and the time

6     lost and what you just talked about about getting behind in

7     bills, not earning money after you were let go from WCW, are

8     there any other damages you can think of you believe you

9     suffered because of the discrimination by WCW?

10       A.    Yes.  I mean, I lost vehicles and stuff like that.

11    I mean, I blew up one engine, you know, in a van because I

12    put the miles on it driving from show to show.  I mean, the

13    shows that were surrounding.

14       Q.    Why do you believe that that was because of

15    discrimination?

16       A.    Well, it's not a case why I believe it's

17    discrimination is.  I had to be at the event, okay.  If they

18    said they ain't going to fly me there, if I've got to drive,

19    then I've got to drive.

20       Q.    And there were other white wrestlers who had to

21    drive places, didn't they?

22       A.    Most the time them guys doubled up and rode with

23    each other if they did have to drive, but you didn't hear

24    about it and --

25       Q.    I'm sorry.  Go ahead.

1      A.    I mean, I got time to go somewhere and everything,

2  you're going to ask for a ride, but you get left.

3      Q.    Who did you ask for a ride?

4      A.    Well, just some of the white wrestlers.

5      Q.    And they said no?

6      A.    They wouldn't wait at all, yes.

7      Q.    Did you ask any of the wrestlers to ride with you,

8  chip in for expenses and things like that?

9      A.    I sure did.

10     Q.    Did they say yes?

11     A.    Well, I wasn't a name guy, so I didn't -- I was a

12  nobody, remember, so they didn't want to ride with me.  They

13  only want to ride with the name guys.

14     Q.    How about any of the other African-American talent

15  that was going to matches with WCW?

16     A.    Most of the time, 90 percent of the time we all

17  weren't booked at the same time, and they might use me this

18  week and next week not use me for the next four weeks, use a

19  different black guy, you know.

20            I mean, we all watch the show on Nitro, sir.  The

21  show wasn't fulfilled with a lot of blacks, you know.  Very

22  sparingly.  You might have one on the card that night, maybe

23  two.

24     Q.    Any other things you believe you suffered as

25  damages because of discrimination by WCW?

Page 273

```
 1       A.   Well, my emotional state.  I mean, my emotional

 2   state was because I came down here, me knowing what I know

 3   and who I am, with thinking this good praise about the

 4   company WCW, and then when I get inside of it, it's totally

 5   shock.

 6       Q.   Okay.  Did you ever see any psychiatrist or

 7   psychologist about the emotional stress you were under?

 8       A.   No, I didn't, sir.

 9       Q.   A counselor or anybody like that?

10       A.   No.  The only thing I did, I prayed and talked to

11   my mom about it.  She supported me through the whole thing.

12       Q.   Okay.  And you'd agree with me that once -- are

13   you aware that WCW shut down in March of 2001?

14       A.   I know they shut down.  I wasn't aware of the

15   date, sir.  I stopped watching it.  After I was released, I

16   stopped watching it, sir.

17       Q.   Well, assuming with me, and if I'm wrong, I'm

18   wrong, but assuming with me that WCW shut down in March of

19   2001, you'd agree with me that after WCW shut down, had you

20   still been with them, you would have had to go find other

21   opportunities to make money, right?

22       A.   Yes, sir.

23       Q.   So whatever you were receiving from WCW would have

24   ended when WCW shut down, as far as you know, right?

25            MR. ICHTER:  I'm going to object to that to the
```

1    extent that it calls for facts not in evidence, and is, as a

2    matter of fact, contrary to the facts.

3    BY MR. PONTZ:

4        Q.    Okay.  Mr. Norris, what's your understanding?  You

5    think you would have still gotten paid from WCW after it

6    shut down?

7        A.    No, sir, I won't think I still got paid, but I

8    think if I were given a fair opportunity to excel myself, I

9    could have very easily gotten into WWF or very easily got,

10   you know, triple time for in Tough Man with a good positive

11   push with the WCW market.

12       Q.    And I take it that the only efforts you've made to

13   earn money since you left WCW was what you talked about with

14   the Tough Man, and what efforts did you make?  You mentioned

15   wrestling, too.  What efforts have you made to earn money

16   through wrestling since you left WCW?

17       A.    Well, I run my own wrestling shows also, sir.

18       Q.    This is SCWA or --

19       A.    Yes, sir.

20       Q.    Okay.  How many shows have you run since you left

21   WCW?

22       A.    I can't count on my hand.  I've got them on tapes.

23   I have most of them on tapes, sir.

24       Q.    How often are these shows?

25       A.    Well, practically we run a couple a month, at

Page 275

1    least two to three a month, sir.

2        Q.   Okay.  And how much were you earning doing that?

3        A.   It varies.  I mean, it all depends on the crowd.

4    If you catch people at the right time, you know, you might

5    get a hundred people, maybe 200 people.  It wasn't no 30,

6    40,000.

7        Q.   If you got 200 people to show, let's say, how much

8    roughly do you think you'd make from that kind of show?

9        A.   It all depends, sir, because you still had to pay

10   your talent on the car, your referees, you've got to pay

11   your security.  I mean, you know.

12       Q.   Were you making a few hundred dollars per each

13   show?

14       A.   Yeah, a couple hundred dollars.

15       Q.   Did you ever make a few thousand dollars per each

16   show?

17       A.   I think a couple times maybe a couple thousand,

18   but once again, that was a prepaid show or something like

19   that.

20       Q.   Who were you running SCWA with?  Who were the

21   other people involved in running that?

22       A.   I was the owner of it.  Dory Bravard.

23       Q.   Dory Bravard?

24       A.   Right.

25       Q.   Who else besides --

1    A.   Well, like I say, I was the owner.  She was the

2    president and then usually what we did is just bring

3    different guys in to wrestle and we rotated the guys.

4    Q.   Where did you find wrestling talent for SCWA?

5    A.   They call us up, guys that wanted to wrestle off

6    the independent circuit, guys at the Power Plant that never

7    did matches.  They were, hey, Hardbody, you got a show going

8    on, can I go on a car.  If I get three or four belts and

9    some on tape, they'll use me.

10   Q.   And you have copies of these shows on tape?

11   A.   Yes, sir.

12   Q.   Have you provided them in that box?

13   A.   Yes, sir.

14   Q.   All of them?

15   A.   (Indicated in the affirmative.)

16   Q.   And you wrestle in those shows?

17   A.   Yes, sir.

18   Q.   Did you get paid as a wrestler as well as the

19   owner of this company?

20   A.   I never paid myself as the owner.  Only paid

21   myself as a wrestler, sir.

22   Q.   How much do you pay yourself as a wrestler in

23   these shows?

24   A.   Most the time anywhere between 25, 50 bucks.

25   Q.   Less than you were making in WCW appearances?

Page 277

Page 277

1      A.    Excuse me, sir?

2      Q.    Less than you were making for your WCW

3  appearances?

4      A.    Yes, sir.

5      Q.    And you haven't seen any doctors or anything due

6  to anything that happened at WCW, other than some injuries

7  during the course of things, you haven't seen a psychiatrist

8  or a psychologist or anything like that?

9      A.    No, sir.

10     Q.    Have you seen any doctor for any physical injury

11  that happened at WCW since you left WCW?

12     A.    Only once, sir.

13     Q.    What was that?

14     A.    When the -- I can't remember the guy that sued me

15  and WCW.  Remember, when I broke his nose type deal, he cut

16  my finger open.  I got -- I went in and got another AIDS

17  test -- I do that every six months -- because his teeth had

18  cut this thing open, you know, and they didn't sew it up,

19  but I get a check every six months, you know, usually.

20     Q.    Okay.  But other than that, no other medical

21  expenses that you can think of?

22     A.    Yes, the one down in Florida in Orlando, the deal

23  with me and Mr. Wright.

24     Q.    The stitches that you got?

25     A.    They're still billing me for that thing.  They're

1    still billing me for that thing.

2         Q.   How much are they billing you?

3         A.   Oh, sir, I don't know.  It's probably between 253,

4    or $353, sir.  They're still billing me.  Why, I don't know.

5         Q.   Any other medical expenses that you can think of?

6         A.   That's it, sir.

7         Q.   Do you know what kind of arrangement you have with

8    your attorneys as far as how you're paying for the

9    representation of you in this lawsuit?

10        A.   Excuse me, sir?

11        Q.   Do you understand how you're paying your attorneys

12   for representing you in this lawsuit?

13        A.   I pay like everybody else, sir.  If I don't, he

14   don't represent me, sir.

15        Q.   Have you paid some money already to the law firm

16   to represent you?

17        A.   Yes, I've got to, sir.

18        Q.   How much have you paid; do you know?

19        A.   I'd rather not say, sir.

20        Q.   Excuse me?

21        A.   I'd rather not say, sir.

22        Q.   I know, but I need to ask you.  I need to know.

23             MR. ICHTER:  You can tell him.

24             THE WITNESS:  I don't have a record of it.  I

25   would have to have him pull the records on it.

Page 279

1

2    BY MR. PONTZ:

3        Q.    You have records at home of how much you paid?

4        A.    No, I don't, sir.

5        Q.    You don't have any records at all?

6        A.    No.

7        Q.    Can you give me an estimate of what you think you

8    paid?

9        A.    I don't know right off the top of my head, sir.

10       Q.    More than $5,000?

11       A.    I don't know, sir.

12       Q.    You don't have any idea?

13       A.    (Indicated in the negative.)

14       Q.    Did you pay the lawyers money to start the lawsuit

15   for you?

16       A.    Yes, sir.

17       Q.    Do you remember how much you paid them up front to

18   start?

19       A.    (Indicated in the negative.)

20       Q.    You don't have any --

21       A.    No, sir.

22       Q.    -- recollection at all?

23       A.    No, sir.

24       Q.    Okay.  Do you have an agreement with them to share

25   in the percentage if you recover any money in the lawsuit?

1    Is that your understanding?

2         A.   Explain?  Sorry, sir.

3         Q.   Are you paying them for every hour that they

4    represent you?

5         A.   My bills, though, when I get them in the mail,

6    hey.  Yes, sir.

7         Q.   You're paying them by the hour?

8         A.   I'm paying them hour also, sir.  Hour and job as

9    well, sir.

10        Q.   Okay.  Are you paying them -- do you understand

11   that you have an agreement with them to pay them some

12   percentage of anything you recover with WCW --

13        A.   Yes, sir.

14        Q.   -- in your lawsuit?

15        A.   I understand that, sir.

16        Q.   Do you know what that percentage is?

17        A.   I'm not sure, sir.

18        Q.   You don't -- do you remember signing a written

19   agreement?

20        A.   Yes, I did, sir.

21        Q.   And that laid out the percentage?

22        A.   I'm pretty sure it did, sir, yes, sir.

23        Q.   Okay.  So you think you're paying some money up

24   front and some money during the representation and then also

25   a percentage of any recovery; is that your understanding of

Page 281

1    the relationship?

2        A.    Yes, sir.

3        Q.    Mr. Norris, what did you do to prepare for the

4    deposition today?

5        A.    Actually, stayed up all night, you know, just

6    worked, you know, work on my wrestling, my boxing, looked at

7    a couple tapes trying to see what would be, you know, been a

8    factor, but then again, I love watching the matches, so I

9    get into the matches more than so looking for the other

10   stuff.

11       Q.    Do you remember which of the tapes you looked at

12   in particular?

13       A.    Tough Man.  I looked at a couple Tough Man tape.

14   I looked at a couple of matches that I wrestled with

15   Glacier, what is his name? -- Disco Inferno, Prince Iaekea,

16   a couple of matches like that.

17       Q.    And you don't remember from watching last night

18   anything that stood out to you or stuck out in your mind as

19   discrimination?

20       A.    No, sir.

21       Q.    Okay.  Other than looking at the tapes last night

22   and other than talking to your lawyers, did you talk to

23   anybody else to prepare for the deposition today?

24       A.    My mother.

25       Q.    Anybody besides your mom?

1       A.    My wife.

2       Q.    Did you look over any documents or notes to

3    prepare for the deposition today?

4       A.    Only notes I got is just my notes.  I mean, notes

5    that I, you know, from the time I came to the Power Plant

6    until like up until the time frame now, sir.

7       Q.    Are those notes you produced to your attorney?

8       A.    Yes.

9             MR. PONTZ:  Cary, we haven't seen any notes in

10   anything produced to us.

11            MR. ICHTER:  Okay.  I'll look into it.

12            MR. PONTZ:  If you'll find out about Mr. Norris'

13   notes.

14            MR. ICHTER:  Sure.

15            MR. PONTZ:  Obviously if there's some privilege

16   issues we can discuss that, but if there were notes that he

17   was taking while he was out at the Power Plant before the

18   lawsuit started, obviously we'd like to see those.

19            MR. ICHTER:  Right.

20   BY MR. PONTZ:

21      Q.    You provided, you believe, all your notes to your

22   attorneys?

23      A.    Yes.

24      Q.    Did you look at them last night?

25      A.    Mostly to, you know, most of it is stuff I

Page 283

1    scribble down, like, say, for instance, if I wrestle a guy

2    on the 17th of March, I know who I wrestled and where we

3    wrestled at and things of that nature.  It wasn't nothing

4    fancy or nothing like that.

5         Q.   Were any of these notes things that were prepared

6    at the instruction of your attorneys?

7         A.   No, sir.

8         Q.   Okay.  If you'll make sure you provided those to

9    your attorneys, that would be great.

10        A.   Yes, sir.

11        Q.   Did you keep a journal or a diary or anything like

12   that while you were at WCW?

13        A.   Right there, sir.

14        Q.   The videotapes?

15        A.   Yes, sir.

16        Q.   Anything besides the videotapes?

17        A.   No, sir.

18        Q.   Did you keep a daily planner or a calendar or

19   anything like that?

20        A.   No, sir.

21        Q.   Any other notes or documents you believe you have

22   from WCW?

23        A.   No, sir.

24             MR. PONTZ:  Well, subject to the areas that we

25   might have to go into based on the tapes and other

1    documents, I think we're done.

2              MR. ICHTER:  Okay.

3              THE WITNESS:  Okay.

4              MR. ICHTER:  I have no questions.

5              (Deposition concluded at 3:54 p.m.)

6

7

8                                _____

9                                HARRISON NORRIS, JR., Deponent

10   Sworn to and subscribed before me this 3ʳᵈ day of

11   June              , 2002; Fulton           County,

12   Georgia.  Deborah Landers          Notary Public)

13   My Commission Expires:  _Notary Public, Cobb County, Georgia._
                              My Commission Expires March 27 2003.

14

15

16

17

18

19

20

21

22

23

24

25

Page 285

1              C E R T I F I C A T E

2                     -oOo-

3

4    STATE OF GEORGIA:

5    FULTON COUNTY:

6              I hereby certify that the foregoing transcript

7    was taken down, as stated in the caption, and the question

8    and answers thereto were reduced to typewriting under my

9    direction; that the foregoing pages represent a true and

10   correct transcription of the evidence given upon said

11   hearing, and I further certify that I am not of kin or

12   counsel to the parties in the case; am not in the regular

13   employ of counsel for any of said parties; nor am I in any

14   way interested in the result of said case.

15             This, the 11th day of March, 2002.

16

17

18   _____
                   Kristine A. Bokelmann, CCR B-2148
19

20

21

22

23

24

25

## ERRATA SHEET

| PAGE | LINE | CORRECTION | REASON |
|------|------|------------|--------|
| 8 | 9 | 6 | Six Kids |
| 10 | 1 | Douglas was born in 1970 | |
| 15 | 9 | Ratcliff | Ray is Andrews Middle Name |
| 8 | 24 | Fredericko | Spelling |
| 12 | 24 | 678 721-1677 | Change |
| 14 | 14 | 96 Feb | Year |
| 15 | 28 | Bettina | Misspelled |

Page 284

1    documents, I think we're done.

2            MR. ICHTER:  Okay.

3            THE WITNESS:  Okay.

4            MR. ICHTER:  I have no questions.

5            (Deposition concluded at 3:54 p.m.)

6

7

8    _____

9            HARRISON NORRIS, JR., Deponent

10   Sworn to and subscribed before me this _____ day of

11   _____, 2002; _____ County,

12   Georgia.  _____Notary Public)

13   My Commission Expires: _____

14

15

16

17

18

19

20

21

22

23

24

25

Page 285

1                C E R T I F I C A T E

2                        -oOo-

3

4    STATE OF GEORGIA:

5    FULTON COUNTY:

6          I hereby certify that the foregoing transcript

7    was taken down, as stated in the caption, and the question

8    and answers thereto were reduced to typewriting under my

9    direction; that the foregoing pages represent a true and

10   correct transcription of the evidence given upon said

11   hearing, and I further certify that I am not of kin or

12   counsel to the parties in the case; am not in the regular

13   employ of counsel for any of said parties; nor am I in any

14   way interested in the result of said case.

15         This, the 11th day of March, 2002.

16

17

18                        Kristine A. Bokelmann, CCR B-2148

19

20

21

22

23

24

25