

DEFENDANT'S
EXHIBIT
1
Norris

## READ CAREFULLY
## THIS IS A WAIVER AND RELEASE OF LIABILITY

1.   Whereas, __HARRISON NORRIS, JR.__ (herein after known as the   Undersigned),   who is not an employee of WORLD CHAMPIONSHIP WRESTLING, INC.   ("hereinafter "WCW") has a desire to participate in various exercises and workouts at a WCW Tryout/Workout Camp (hereinafter "Camp"), and;

2.   Whereas, the Undersigned fully understands the risk involved in that it is possible to sustain serious injury during  the course of said exercises and workouts, and;

3.   Now therefore, in consideration of the opportunity to  participate in the aforementioned exercises and workouts, I, the Undersigned, fully covenant not to sue and forever discharge the WCW its officers, trainers, physicians, players and coaches  (herein after known as Releases) from any and all liability to the Undersigned, my personal representatives, assigns, heirs, and next of kin for any and all loss or damage, and any claim or demands thereof, on account of injury to the person or property or resulting in the death of the Undersigned whether caused by negligence of Releasees or otherwise.

4.   The Undersigned further represents and warrants:

A.   That all logistics, costs and expenses associated with my participation   in   the   Camp,   including   but   not   limited   to, arrangements and expenses for travel, room and board, are my sole responsibility.

B.   That my participation in the Camp does not create any obligation on the part of WCW, including with respect to future wrestling opportunities or services.

C.   That I will be on the date of my participation in the Camp, between the ages of eighteen (18) and thirty (30) years of age; and

D.   That I am in excellent physical health with no limitations that would prohibit or impair my participation in the Camp, and have obtained a letter or certification from a licensed physician verifying this.

I HAVE READ THE ABOVE WAIVER AND RELEASE AND FULLY UNDERSTAND ITS CONTENT.

NAME: __HARRISON NORRIS, JR.__   ADDRESS: __4360 LASHELLE AVE__
       (print name)   __COLORADO SPRINGS__

SIGNATURE: _____   __COLORADO   80913__

WITNESS: __Cherie L. Bean__   DATED: __8/23/95__
    __Joe Hamilton__   __8/23/95__

0040072.01   **CONFIDENTIAL**

**WCW 000265**

## APPLICATION

## WCW TRYOUT/WORKOUT CAMP

**NAME:** HARRISON NORRIS, JR.

**ADDRESS:** 4360 LASHELLE AVE

COLORADO SPRINGS

COLORADO   80913

**SOCIAL SECURITY NUMBER:** 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

**DATE OF BIRTH:** 2/5/66

**HEIGHT:** 5' 10½"

**WEIGHT:** approx 205

**PRIOR WRESTLING TRAINING:** NONE

**PRIOR WRESTLING EXPERIENCE:** NONE

**NAME/ADDRESS OF PHYSICIAN** EVANS MEDICAL CENTER

FT. CARSON

COLORADO 80913

CONFIDENTIAL

0040072.01

WCW 000266



**Trust Company Bank**

P.O. Box 4418
Atlanta, Georgia 30302

**CASHIER'S CHECK**

64-10/610

077987

AUG 23 1995

PURCHASER ****Harrison Norris Jr.***   DATE

VOID SIX MONTHS AFTER DATE

PAY   ***250 dollars 00 cents   $ ***250.00***

TO THE
ORDER
OF   ***World Championship Wrestling Inc.***

AUTHORIZED SIGNATURE

⑈077987⑈ ⑆061000104⑆ 8895030805⑈

**CONFIDENTIAL**

**WCW 000267**

CONFIDENTIAL

**WORLD CHAMPIONSHIP WRESTLING**
**DEPOSITS TO OPERATING ACCOUNT**
**ACCOUNT # 12506597**
**FOR THE MONTH OF FEBRUARY 1997**
**AS OF 03/31/97** *March*

| DEPOSIT DATE | CHECK # | CHECK DATE | NAME ON CHECK | AMOUNT | EXPLANATION (IF ANY) |
|---|---|---|---|---|---|
| 03/07/97 | 0510 | 02/27/97 | HARRISON NORRIS | 500.00 | TRAINING PROGRAM |
| | | | REDACTED | REDACTED | |
| | | | DARON EASTERLING | 700.00 300.00 | POWER PLANT PAYMENT POWER PLANT PAYMENT |
| 03/21/97 | 00310358 | 03/19/97 | DARON EASTERLING | $250.00 | POWER PLANT PAYMENT |

REDACTED

DEFENDANT'S EXHIBIT

PENGAD-Bayonne, N. J.

**WCW WORLD CHAMPIONSHIP WRESTLING** sm

**A SUBSIDIARY OF TURNER BROADCASTING SYSTEM, INC.**
ONE CNN CENTER, Box 105366, Atlanta, GA 30348-5366
(404) 827-2066   Fax: (404) 827-2931

TO:     DON EDWARDS

FROM:   JOE HAMILTON

RE:     PAYMENTS TO POWER PLANT

DATE:   5/28/97


                    DON:

                        LUTHER WILSON HAS PAID $1100.00

        ON HIS BALANCE AND IS NOW "PAID IN FULL"

                        HARRISON NORRIS PAID $400.00

        AND THAT GIVES HIM A BALANCE OF $800.00.


                        THANK YOU:

                        JOE HAMILTON

WCW 009404
CONFIDENTIAL



**HARRISON NORRIS JR**
3006 DELMAR LANE
ATLANTA, GA 30311
770 429-5579

0520

64-1/610

23 May 19 97

PAY TO THE ORDER OF *WCW Power PLANT INC.*           $ 400.00

*four hundred dollars* 00/00 ——— DOLLARS

**WACHOVIA**
Wachovia Bank of Georgia, N.A.
Atlanta, GA 30303

FOR *PAYMENT*

⑈061000010⑈ 28 705 483 ⑈ 0520

WCW 009405
CONFIDENTIAL

SOURCE CODE CR-4
JOURNAL ENTRY AT X49

| DESCRIPTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORT DATE: 2-Jun-97 | 059 614200 | 059 464200 | 122 613600 S00099900 | 001 123800 | 183 442492 | 245 470800 | | |
| | BANK CHARGES | RETAIL SALES RETAIL | TELEPHONE | A/R MERCH | MERCH US-L&M | MISC REVENUE | DEPOSIT | DEPOSIT DATE |
| 1  STEVE WILSON TRAINING FEES | | | | | | (1,100.00) | 1,100.00 | 5/31/97  1 |
| 2  HARRISON NORRIS JR TRAING FEES | | | | | | (400.00) | 400.00 | 5/31/97  2 |
| | . | . | . | . | . | (1,500.00) | 1,500.00 | |
| | | | | | | | (1,500.00) | |

WCW 009403
CONFIDENTIAL

10/24/97

1,000.⁰⁰   w/o 2 Check Total to Acct.

10/24/87

**HARRISON NORRIS JR**
3006 DELMAR LANE
ATLANTA, GA 30311
770 423-4856

0576

64-1/610

24 Oct 19 97

PAY TO THE
ORDER OF   WCW Power Plant                    $ 200.00

two hundred dollars ⁰⁰/₁₀₀                     DOLLARS

**WACHOVIA**
Wachovia Bank of Georgia, N.A.
Atlanta, GA 30303

FOR   Payment                        Harrison Norris Jr   NP

⑈061000010⑈ 28 705 483 ⑈ 0576

Trainee Pymt for School

200.⁰⁰

Harrison Norris JR
3006 Delmar Lane.
Atl. Ga. 30311

WCW 018749
CONFIDENTIAL

PAGE - 80 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 09/30/96 - 10/13/96
I/C & CONTRACTUAL PAY2296

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/16/96 | ASHEVILLE | NC | PRIOR PERIOD ADJUSTMENTS | 150.00 |
| | | | TOTAL PRIOR PERIOD ADJUSTMENTS  $ | 150.00 |
| 10/08/96 | GREENWOOD | SC | TALENT EVENT FEE | 150.00 |
| | | | TOTAL TALENT EVENT FEE  $ | 150.00 |
| | | | TOTAL PAYCHECK $ | 300.00 |

*adjustment included* (YC)

CONFIDENTIAL



DEFENDANT'S EXHIBIT
3
Norris

WCW 000330

PAGE - 99 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 11/11/96 - 11/24/96
I/C & CONTRACTUAL PAY2596

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/18/96 | FLORENCE | SC | TALENT EVENT FEE | 150.00 |
| | | | TOTAL TALENT EVENT FEE $ | 150.00 |
| | | | TOTAL PAYCHECK $ | 150.00 |

CONFIDENTIAL

WCW 000331

PAGE - 89 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 11/25/96 - 12/08/96
I/C & CONTRACTUAL PAY2696

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 12/02/96 | DAYTON | OH | TALENT EVENT FEE | | 150.00 |
| 12/04/96 | GAINESVILLE | GA | TALENT EVENT FEE | | 150.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 300.00 |
| 11/30/96 | ATLANTA | GA | TALENT TRAVEL-WRES. OPER. | | 56.00 |
| | | | TOTAL TALENT TRAVEL-WRES. OPER. | $ | 56.00 |
| | | | TOTAL PAYCHECK | $ | 356.00 |

CONFIDENTIAL

WCW 000332

PAGE - 83 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 12/23/96 - 01/05/97
I/C & CONTRACTUAL PAY0297

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12/30/96 | KNOXVILLE | TN | TALENT EVENT FEE | 150.00 |
| | | | TOTAL TALENT EVENT FEE $ | 150.00 |
| | | | TOTAL PAYCHECK $ | 150.00 |

CONFIDENTIAL

WCW 000333

PAGE - 83 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 01/06/97 - 01/19/97
I/C & CONTRACTUAL PAY0397

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 01/08/97 | GAINESVILLE | GA | TALENT EVENT FEE | | 150.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 150.00 |
| | | | TOTAL PAYCHECK | $ | 150.00 |

CONFIDENTIAL

WCW 000334

PAGE - 98 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 02/03/97 - 02/16/97
I/C & CONTRACTUAL PAY0597

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/06/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/07/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/08/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/09/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/11/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/12/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/13/97 | ORLANDO | FL | TALENT EVENT FEE | 150.00 |
| 02/14/97 | ORLANDO | FL | TALENT EVENT FEE | 225.00 |

TOTAL TALENT EVENT FEE        $        1,275.00

TOTAL PAYCHECK $        1,275.00

CONFIDENTIAL

WCW 000335

PAGE - 105 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 03/03/97 - 03/16/97
I/C & CONTRACTUAL PAY0797

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/04/97 | ROME | GA | TALENT EVENT FEE | 150.00 |
| 03/10/97 | PANAMA BEACH | FL | TALENT EVENT FEE | 350.00 |
| | | | TOTAL TALENT EVENT FEE      $ | 500.00 |
| | | | TOTAL PAYCHECK $ | 500.00 |

**CONFIDENTIAL**

**WCW 000337**

PAGE - 102 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 03/17/97 - 03/30/97
I/C & CONTRACTUAL PAY0897

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/19/97 | DALTON | GA | TALENT EVENT FEE | 150.00 |
| | | | TOTAL TALENT EVENT FEE $ | 150.00 |
| | | | TOTAL PAYCHECK $ | 150.00 |

**CONFIDENTIAL**

**WCW 000338**

PAGE - 101 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 03/31/97 - 04/13/97
I/C & CONTRACTUAL PAY0997

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/30/96 | CHARLESTON | WV | PRIOR PERIOD ADJUSTMENTS | 150.00 |
| 12/01/96 | WEELING | WV | PRIOR PERIOD ADJUSTMENTS | 150.00 |
| 03/03/97 | ATLANTA | GA | PRIOR PERIOD ADJUSTMENTS | 150.00 |
| | | | TOTAL PRIOR PERIOD ADJUSTMENTS   $ | 450.00 |
| 04/01/97 | JOHNSON CITY | TN | TALENT EVENT FEE | 150.00 |
| | | | TOTAL TALENT EVENT FEE           $ | 150.00 |
| | | | TOTAL PAYCHECK $ | 600.00 |

**CONFIDENTIAL**

**WCW 000339**

PAGE - 101 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 04/14/97 - 04/27/97
I/C & CONTRACTUAL PAY1097

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 04/16/97 | GAINESVILLE | GA | TALENT EVENT FEE | | 300.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 300.00 |
| | | | TOTAL PAYCHECK | $ | 300.00 |

**CONFIDENTIAL**

**WCW 000340**

PAGE - 118 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 04/28/97 - 05/11/97
I/C & CONTRACTUAL PAY1197

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/01/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/02/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/03/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/04/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/06/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/07/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/08/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 05/09/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |

TOTAL TALENT EVENT FEE          $     2,400.00

TOTAL PAYCHECK $     2,400.00

**CONFIDENTIAL**

**WCW 000341**

PAGE - 101 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 05/26/97 - 06/08/97
I/C & CONTRACTUAL PAY1397

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/27/97 | CHATTANOOGA | TN | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE $ | 300.00 |
| | | | TOTAL PAYCHECK $ | 300.00 |

CONFIDENTIAL

WCW 000336

PAGE - 109 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 06/09/97 - 06/22/97
I/C & CONTRACTUAL PAY1497

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/11/97 | BIRMINGHAM | AL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE  $ | 300.00 |
| | | | TOTAL PAYCHECK $ | 300.00 |

**CONFIDENTIAL**

WCW 000342

PAGE - 103 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 06/23/97 - 07/06/97
I/C & CONTRACTUAL PAY1597

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 06/24/97 | DALTON | GA | TALENT EVENT FEE | | 300.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 300.00 |
| | | | TOTAL PAYCHECK | $ | 300.00 |

CONFIDENTIAL

WCW 000343

PAGE - 136 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 07/07/97 - 07/20/97
I/C & CONTRACTUAL PAY1697

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/06/97 | ATLANTA | GA | OUTSIDE SERVICES - TV | 150.00 |
| | | | TOTAL OUTSIDE SERVICES - TV $ | 150.00 |
| 07/17/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/18/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/19/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/20/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE $ | 1,200.00 |
| | | | TOTAL PAYCHECK $ | 1,350.00 |

**CONFIDENTIAL**

**WCW 000344**

PAGE - 129 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 07/21/97 - 08/03/97
I/C & CONTRACTUAL PAY1797

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/23/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/24/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/25/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 07/26/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE $ | 1,200.00 |
| | | | TOTAL PAYCHECK $ | 1,200.00 |

**CONFIDENTIAL**

**WCW 000345**

PAGE - 133 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 09/29/97 - 10/12/97
I/C & CONTRACTUAL PAY2297

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/01/97 | DALTON | GA | TALENT EVENT FEE | 300.00 |
| 10/09/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/10/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/11/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/12/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |

TOTAL TALENT EVENT FEE          $        1,500.00

TOTAL PAYCHECK $        1,500.00

**CONFIDENTIAL**

**WCW 000347**

PAGE - 138 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 10/13/97 - 10/26/97
I/C & CONTRACTUAL PAY2397

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/08/97 | ATLANTA | GA | CONS ON-AIR PROD-MKT | 200.00 |
| | | | TOTAL CONS ON-AIR PROD-MKT  $ | 200.00 |
| 10/13/97 | TAMPA | FL | TALENT EVENT FEE | 300.00 |
| 10/14/97 | FT. MYERS | FL | TALENT EVENT FEE | 300.00 |
| 10/15/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/16/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/17/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 10/18/97 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE  $ | 1,800.00 |
| | | | TOTAL PAYCHECK  $ | 2,000.00 |

**CONFIDENTIAL**

**WCW 000346**

PAGE - 140 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 01/05/98 - 01/18/98
I/C & CONTRACTUALS PAY0398

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 01/06/98 | ROME | GA | TALENT EVENT FEE | 300.00 |
| 01/09/98 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 01/10/98 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| 01/11/98 | ORLANDO | FL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE $ | 1,200.00 |
| | | | TOTAL PAYCHECK $ | 1,200.00 |

CONFIDENTIAL

WCW 000349

PAGE - 119 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 01/19/98 - 02/01/98
I/C & CONTRACTUAL PAY0498

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/01/98 | ATLANTA | GA | CONS ON-AIR PROD - PPV | 450.00 |
| | | | TOTAL CONS ON-AIR PROD - PPV $ | 450.00 |
| | | | TOTAL PAYCHECK $ | 450.00 |

**CONFIDENTIAL**

**WCW 000348**

PAGE - 116 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 03/16/98 - 03/29/98
I/C & CONTRACTUAL PAY0898

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/17/98 | OZARK | AL | TALENT EVENT FEE | 300.00 |
| | | | TOTAL TALENT EVENT FEE $ | 300.00 |
| | | | TOTAL PAYCHECK $ | 300.00 |

CONFIDENTIAL

WCW 000315

PAGE – 135 –

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 03/30/98 – 04/12/98
I/C & CONTRACTUAL PAY0998

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/31/98 | MADISON | WI | TALENT EVENT FEE | 300.00 |
| 04/03/98 | ORLANDO | FL | TALENT EVENT FEE | 350.00 |
| 04/04/98 | ORLANDO | FL | TALENT EVENT FEE | 350.00 |
| 04/05/98 | ORLANDO | FL | TALENT EVENT FEE | 350.00 |

TOTAL TALENT EVENT FEE $ 1,350.00

TOTAL PAYCHECK $ 1,350.00

**CONFIDENTIAL**

**WCW 000350**

PAGE - 123 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 05/11/98 - 05/24/98
I/C & CONTRACTUAL PAY1298

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|------------|------|-------|-------------|---|--------|
| 05/13/98 | ATLANTA | GA | TALENT EVENT FEE | | 350.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 350.00 |
| | | | TOTAL PAYCHECK | $ | 350.00 |

**CONFIDENTIAL**

**WCW 000351**

PAGE - 118 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 06/08/98 - 06/21/98
I/C & CONTRACTUAL PAY1498

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 06/15/98 | ATLANTA | GA | CONTRACT LABOR WREST OPS | 75.00 |
| | | | TOTAL CONTRACT LABOR WREST OPS $ | 75.00 |
| 06/09/98 | SAGINAW | MI | TALENT EVENT FEE | 350.00 |
| | | | TOTAL TALENT EVENT FEE $ | 350.00 |
| | | | TOTAL PAYCHECK $ | 425.00 |

CONFIDENTIAL

WCW 000352

PAGE - 143 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 06/22/98 - 07/05/98
I/C & CONTACTUAL PAY1598

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 06/18/98 | ATLANTA | GA | CONTRACT LABOR WREST OPS | | 100.00 |
| | | | TOTAL CONTRACT LABOR WREST OPS | $ | 100.00 |
| 06/26/98 | ORLANDO | FL | TALENT EVENT FEE | | 350.00 |
| 06/27/98 | ORLANDO | FL | TALENT EVENT FEE | | 350.00 |
| 06/28/98 | ORLANDO | FL | TALENT EVENT FEE | | 350.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 1,050.00 |
| | | | TOTAL PAYCHECK | $ | 1,150.00 |

**CONFIDENTIAL**

**WCW 000353**

PAGE - 129 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 07/06/98 - 07/19/98
I/C & CONTRACTUAL PAY1698

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 07/07/98 | MACON | GA | TALENT EVENT FEE | | 350.00 |
| | | | TOTAL TALENT EVENT FEE | $ | 350.00 |
| | | | TOTAL PAYCHECK | $ | 350.00 |

CONFIDENTIAL

WCW 000354

PAGE - 129 -

WORLD CHAMPIONSHIP WRESTLING, INC.
INDEPENDENT CONTRACTOR (ALL)
REPORT PERIOD: 09/28/98 - 10/11/98
I/C & CONTRACTUAL PAY2298

NAME: NORRIS, HARRISON

| EVENT DATE | CITY | STATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 10/06/98 | GAINESVILLE | GA | TALENT EVENT FEE | 350.00 |
| | | | TOTAL TALENT EVENT FEE $ | 350.00 |
| | | | TOTAL PAYCHECK $ | 350.00 |

**CONFIDENTIAL**

**WCW 000355**

set up
a file

**FEDERAL EXPRESS**

September 17, 1998


Mr. Harrison Norris
1026 Plantation Way
Kennesaw, GA  30144

Re: Unauthorized use of the WCW trademark

Pursuant to our recent phone conversation, I would like to confirm that you **do not** have
the authorization of World Championship Wrestling, Inc. to utilize our name, trademarks
or logos (the "Marks") in connection with the advertising, promotion and production of
any wrestling or wrestling related events.

Your use of the Marks in this manner will be deceptive, unauthorized and is likely to lead
consumers to believe that WCW has authorized, sponsored or endorsed the events.  In the
event you proceed to utilize the Marks, we will be forced to take such actions as we deem
necessary to protect our proprietary rights in the Marks.

Nothing contained in this letter, nor any act or omission to act by WCW, is intended or
should be deemed to be a waiver, abridgment, alteration, modification or reduction of any
rights or remedies which WCW may have in regard to this matter and all such rights or
remedies, whether at law or in equity, are hereby expressly reserved.

Sincerely,



Diana L. Myers
Legal Affairs


**CONFIDENTIAL**

**DEFENDANT'S
EXHIBIT
4
Norris**

**WCW 002817**

**FedEx® USA Airbill**

FedEx Tracking Number **8052482784 96**

Form ID No.

**0210**

SNA21

**Sender's Copy**

**1 From** (please print and press hard)

Date **01/17/98**

Sender's Name **Diana Myers**   Sender's FedEx Account Number **2231-1177-7**

Company **WORLD CHAMPIONSHIP WRESTLING**

Address **2865 LOG CABIN DR SE**

City **SMYRNA**   State **GA**   ZIP **30080**   Phone ( ) **404 603-7010**

**2 Your Internal Billing Reference Information** (Optional) (First 24 characters will appear on invoice)

**3 To** (please print and press hard)

Recipient's Name **Harrison Morris**   Phone ( )

Company

Address **10216 Plantation WRD**
(To "HOLD" at FedEx Location, print FedEx address here)

**For HOLD at FedEx Location check here**

□ Hold Weekday    □ Hold Saturday

Address **Brasswell**   Dept/Floor/Suite/Room

City **State GA   ZIP 30144**   Dept/Floor/Suite/Room

**Questions?**
**Call 1-800-Go-FedEx**
(800)463-3339

**4a Express Package Service** *Packages under 150 lbs.*
□ FedEx Priority Overnight
□ FedEx Standard Overnight
□ FedEx First Overnight
□ FedEx 2Day
□ FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*
□ FedEx Overnight Freight   □ FedEx 2Day Freight   □ FedEx Express Saver Freight

**5 Packaging**
□ FedEx Letter   ☑ FedEx Pak   □ FedEx Box   □ FedEx Tube   □ Other Pkg.

**6 Special Handling**
Does this shipment contain dangerous goods?
□ No   □ Yes   □ Yes   □ Cargo Aircraft Only

**7 Payment**
☑ Sender
□ Recipient   □ Third Party   □ Credit Card   □ Cash/Check

FedEx Account No.   Credit Card No.

**8 Release Signature**  *Sign to authorize delivery without obtaining signature.*

Total Packages   Total Weight   Total Declared Value   Total Charges

321

RETAIN THIS COPY FOR YOUR RECORDS

CONFIDENTIAL

WCW 002818

*The World On Time*®

005319272  3

## A. PROPOSED EVENT INFORMATION

1. **NAME OF PROPOSED EVENT** SCWA PRO WRESTLING

2. **DATE(S) REQUESTED & EVENT TIME** January 2, 1999

3. **LENGTH OF EVENT** 7:00 a.m. until 12:00pm

4. **PROPOSED TICKET PRICE(S)** $8 Adults $6 Kids $4 seniors

5. **ESTIMATED DAILY ATTENDANCE** # 400 In Attendance

6. **NATURE OF EVENT INCLUDING NAME(S) OF PERFORMER(S)** To People Wrestling
Professional Wrestling

7. **BRIEF DESCRIPTION OF EVENT** SCWA WRESTLING

## B. LEASING ORGANIZATION INFORMATION:

1. **PARTY LEASING FACILITY AND RESPONSIBLE FOR ALL FINANCES:**

**NAME** Harrison Norris Jr.
**ADDRESS** 1028 Plantation Way

**CITY** Kennesaw  **STATE** GA  **ZIP** 30144
**PHONE** 770 429-5578  **FAX**

2. **APPLICANT IS A** _____ COPRORATION _____ PARTNERSHIP _____ INDIVIDUAL

3. **PRINCIPAL OWNERS/MANAGERS IN LEASING ORGANIZATION**
Harrison Norris Jr.  Owner  VP Chairman  **TITLE**

_____  **TITLE**

_____  **TITLE**

4. **LIST ANY OTHER INDIVIDUALS, COMPANIES, OR ORGANIZATIONS INVOLVEMENT WITH PRESENTATION OF THIS EVENT.**

5. **PROVIDE BANK AND CREDIT CARD REFERENCES**
Wachovia Bank
Summitt Bank

DEFENDANT'S
EXHIBIT
5
Norris

6. **COUNTY AND STATE IN WHICH APPLICANT IS REGISTERED OR INCORPORATED AND DATE OF INCORPORATION:**
GA  Cobb County

WCW 009412
CONFIDENTIAL

**REFERENCES AND EXPERIENCE:**

1. List previously used facilities, their locations, and the name or a brief description of the event. Please provide the information from the most recent date.

a. Event _SCWA PRO WRESTLING_   Date _Jan – Aug 1998_
   Facility _Rossville GA_   City /State _Rossville, GA_
   Contact _Pete_   Phone _706-937-5702_

b. Event _Scwa Pro Wrestling_   Date _Jan – Aug 1998_
   Facility _GRIFFEN GA National Guard Armory_ /State _Griffen, GA_
   Contact _SFC Jones_   Phone _770-358-2116_

c. Event _SCWA Pro Wrestling_   Date _JAN – Nov 1998_
   Facility _National Guard Armory_   City /State _Griffen, GA_
   Contact _SFC Jones_   Phone _770 229-3281_

2. List other references and contact telephone numbers in event promotion and presentation who can attest to the applicant's ability to provide Ogden Entertainment with a professionally produced and managed event. These references may include talent agents, artist managers, touring show managers, sports administrators, trade show or convention exhibitors or suppliers:

_Pez Whatley_   _404 603-8505_
_Dorrie Brevard_   _770 421-0200_

**PROPOSED EVENT INFORMATION:**

Facility/Area to be utilized: _By SCWA In Pro Wrestling_

Name of proposed Event: _8The South Championship Wrestling Alliance_

Date(s) / Time(s) of proposed Event: _January 3, 1999_

Length of Event: _5:00 A.m. until 12:00 p.m._

Proposed Admission Cost: _$8 Adults  $6 Kids  $4 seniors_

Estimated Attendance per day: _400_

Brief Description of Event: _Professional Wrestling_

WCW 009413
CONFIDENTIAL

This application must be completed and returned to the facility prior to estimating and contracting your event.

If Ogden Entertainment approves the applicant's event and agrees to lease the Saenger Theatre or Bayfront Auditorium for the event herein described, the applicant shall agree to follow all reasonable rules, regulations and policies, established by Ogden Entertainment and included in the building Lease Agreement for the operations of the facility.

It is hereby understood that this is only an application to obtain a Lease Agreement for the use of the Saenger Theatre / Bayfront Auditorium and is in no way a binding agreement between the applicant and Ogden Entertainment. Unless this application is approved and a Lease Agreement is issued, there shall be no legal and binding committment whatsoever between the applicant and Ogden Entertainment.

Ogden Entertainment shall maintain the sole right of approval of events, including the right to allow a reasonable period of separation between similar events in order to provide the opportunity for the success of each event.

The applicant hereby agrees that the information provided herein is true and factual, that the applicant is not acting on behalf of any undisclosed parties or principals and has provided full, complete and accurate disclosure of the information contained herein. The applicant also understands that providing false information could result in the immediate cancellation of the event and/or the implementation of default provisions of the Lease Agreement.

Applicant / Title:

VICE CHAIRMAN    HAIRSTON NORRIS JR

Signature / Date:

_[signature]_    31/OCT/98

Remarks / Miscellaneous Information:

Reviewed and approved for leasing by:_____

Date:_____    Estimate / Lease Agreement issued:_____

WCW 009414
CONFIDENTIAL

**WCW** WORLD
CHAMPIONSHIP
WRESTLING SM

A Time Warner Company

**A DIVISION OF TURNER SPORTS**
ONE CNN CENTER, Box 105366, Atlanta, GA 30348-5366
(404) 603-3123

FEDERAL EXPRESS

November 16, 1998

Mr. Harrison Norris
1026 Plantation Way
Kennesaw, GA  30144

Dear Mr. Norris:

We have recently been informed that you have attempted to book an arena for a wrestling
event by using the WCW name and intimating an affiliation between WCW, yourself and
the event.

As we have previously discussed, any representations of this nature are deceptive and
unauthorized.  If you make any representations in the future that you are in any way
affiliated with WCW in the booking of any events, WCW will take the action we deem
necessary to protect our interests.

Further, let me emphasize that you are **not** permitted to utilize any WCW wrestlers that
are under contract to WCW without the advance written permission of JJ Dillon.  These
wrestlers have exclusive contracts with WCW and any use on your part without our
written permission will be considered tortious interference with our contractual
relationship.

Nothing contained in this letter, nor any act or omission to act by WCW, is intended or should be
deemed to be a waiver, abridgment, alteration, modification or reduction of any rights or
remedies which WCW may have in regard to this matter and all such rights or remedies, whether
at law or in equity, are hereby expressly reserved.

Sincerely,

Diana L. Myers
Legal Affairs

cc:  Eric Bischoff
     JJ Dillon

**DEFENDANT'S
EXHIBIT
6
Norris**

**CONFIDENTIAL**

**WCW 002815**

**dEx.** USA Airbill   FedEx Tracking Number   808617568428

Form I.D. No.   **0210**   Ser

m (please print and press hard)

Ho·98   Sender's FedEx Account Number 2231-1177-7

Diana Myers   Phone ( )

WORLD CHAMPIONSHIP WRESTLING

2865 LOG CABIN DR SE

Dept./Floor/Suite/Room

SMYRNA   State GA   ZIP 30080

Internal Billing Reference Information
(nal) (First 24 characters will appear on invoice)

please print and press hard)

Mr Harrison Norris   Phone ( )

1026 Plantation Way

☐ Check here if residence
(Extra charge applies for FedEx Express Saver)

FedEx location, (We Cannot Deliver to P.O. Boxes or P.O. ZIP Codes)
ddress here)

Dept./Floor/Suite/Room

Kennesaw   State GA   ZIP 30144

or HOLD at FedEx Location check here   For WEEKEND Delivery check here (Extra Charge. Not available to all locations)

☐ Hold Weekday (Not available with FedEx First Overnight)   ☐ Hold Saturday (Not available at all locations) (Available for FedEx Priority Overnight and FedEx 2Day only)   ☐ Saturday Delivery (Available for FedEx Priority Overnight and FedEx 2Day only)   ☐ NEW Sunday Delivery (Available for FedEx Priority Overnight only)

**4a** **Express Package Service** *Packages unde*

[One box must be checked]

☑ FedEx Priority Overnight (Next business morning)   ☐ FedEx Standard (Next business after

☐ FedEx First Overnight (Earliest next business morning delivery to select location

☐ FedEx 2Day (Second business day)   ☐ FedEx Ex (Third bus   Savr
FedEx Letter Rate not available. Minimum charge: One pound rat.

**4b** **Express Freight Service** *Packages over 150 lbs.*

☐ FedEx Overnight Freight (Next business day)   ☐ FedEx 2Day Freight (Second business day)   ☐ FedEx Express Serv. (Up to 3 business day)

(Call for delivery schedule. See back for detailed descriptions of freight services.)

**5** **Packaging**   ☐ FedEx Letter   ☐ FedEx Pak (Declared value limit $500.)   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other Pkg.

**6** **Special Handling**
Does this shipment contain dangerous goods?   [One box must be checked]   ☐ No   ☐ Yes (Shipper's Declaration not required)   ☐ Yes (Shipper's Declaration)
☐ Dry Ice
Dry Ice, 9, UN 1845 _____ x _____ kg.
*Dangerous Goods cannot be shipped in FedEx packaging.

**7** **Payment**
Bill to:   ☑ Sender (Account No. in Section 1 will be billed)   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check
(Enter FedEx Account No. or Credit Card No. below)

FedEx Account No. _____   **CONFIDENTIAL**
Credit Card No. _____   Exp. Date _____

Total Packages   Total Weight   Total Declared Value*   Total Charges
$ _____   .00 $ _____

*When declaring a value higher than $100 per shipment, you pay an additional charge. See SERVICE CONDITIONS, DECLARED VALUE, and LIMIT OF LIABILITY section for further information.

**8** **Release Signature** *Sign to authorize delivery without obtaining signature.*

Your signature authorizes Federal Express to deliver this shipment without obtaining a signature and agrees to indemnify and hold harmless Federal Express from any resulting claims.

**WCW 002816**

321J

ditions, Declared Value, and Limit of Liability – By using this Airbill, o the service conditions in our current Service Guide or U.S. t Service Guide. Both are available on request. SEE BACK OF OPY OF THIS AIRBILL FOR INFORMATION AND ADDITIONAL TERMS. be responsible for any claim in excess of $100 per package whether loss, damage, or delay, non-delivery, misdelivery, or misinformation, eclare a higher value, pay an additional charge, and document your

actual loss in a timely manner. Your right to recover from us for any loss includes intrinsic value of the package, loss of sales, interest, profit, attorney's fees, costs, and other forms of damage, whether direct, incidental, consequential, or special, and is limited to the greater of $100 or the declared value but cannot exceed actual documented loss. The maximum declared value for any FedEx Letter and FedEx Pak is $500. Federal Express may, upon your request, and with some limitations, refund all transportation charges paid. See the FedEx Service Guide for further details.

ions?
800·Go·FedEx® (800)463-3339

*The World On Time*

007202193 6

WCSL 0796 Rev. Date 3/96 Part #153023 ©1994-96 FedEx PRINTED IN U.S.A.

RETAIN THIS COPY FOR YOUR RECORDS

# INDEPENDENT CONTRACTOR AGREEMENT

THIS INDEPENDENT CONTRACTOR AGREEMENT (the "Agreement") is made and entered into as of the ___19___ day of April, 1999 by and between **WORLD CHAMPIONSHIP WRESTLING, INC.**, a Georgia corporation located at One CNN Center, Box 105366, Atlanta, Georgia 30348 ("WCW"), and ___HARRISON NORRIS JR___ ("Trainee").

FOR AND IN CONSIDERATION of the mutual promises and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

1.  **Services**.

(a)    Subject to the terms and conditions set forth in this Agreement, Trainee agrees to provide the following services as requested by WCW (the "Services") (i) appear and perform as a professional wrestler at events, including without limitation, live and taped television shows, pay-per-view telecasts, live arena shows and other promotional events, as requested by WCW ("Events");  (ii) cooperate with and assist in activities intended to publicize, advertise and promote the Events, WCW and WCW merchandise, including, but not limited to, on-sale ticket appearances, media interviews and other publicity appearances; (iii) develop his own, individual wrestling style and persona, with advice from WCW, that will be attractive to wrestling fans; (iv) provide all wardrobe, props and make-up necessary for his performance at any Event; provided, however, all such items shall be subject to approval by WCW prior to their use in an Event; and (v) perform such other services as may be reasonably requested by WCW.  In addition to the foregoing, Trainee shall attend regular training sessions at the designated WCW work out

1



DEFENDANT'S
EXHIBIT
7
Norris

CONFIDENTIAL

WCW 000268

facility and follow the instructions of the WCW trainers.  Trainee agrees to use his best efforts to perform the Services in a professional manner consistent with the customs of the professional wrestling industry.

(b)     In connection with Trainee's performance of the Services, Trainee grants WCW the following exclusive, paid-up, worldwide rights: (i) to arrange Trainee's performance or appearance at Events; (ii) to sell or distribute admission tickets for all Events; (iii) to create, publish, distribute, broadcast, photograph, film, tape or otherwise record (or authorize others to do so), in any and all available media, any or all of the Events or animated programs (any such creation or recording shall be referred to as a "Program"); and (iv) to use, exhibit and distribute, and to license others to use, exhibit and distribute, in perpetuity, any Program, or any part or segment of any Program, in any and all media and by any and all methods, whether now known or coming into existence hereafter, and, in connection therewith, to utilize and exploit the name, image, likeness, character, costume, props, ring name, voice, logo, service marks, trademarks, trade names, signature, gimmicks, routines, themes and charicatures and any and all other distinctive and identifying indicia as used by or associated with Trainee.  The rights granted by this section shall be exclusive to WCW during the Term and for the period set forth in section 9(b), and shall be non-exclusive thereafter. Trainee expressly acknowledges and agrees that the rights granted to WCW in section 1(b)(iv) shall continue in effect after the expiration, nonrenewal or termination (for any reason) of this Agreement.  WCW and Trainee acknowledge and agree that they have entered into that certain Merchandising Agreement of even date herewith with respect to certain specified merchandising activities.

CONFIDENTIAL

WCW 000269

2.   **Independent Contractor.**  Trainee, in the performance of the Services

agreed to in this document, is an independent contractor.  In the performance of this

Agreement, both WCW and Trainee shall be acting in their own separate capacities and

not as agents, employees, partners, joint venturers or associates of one another.  It is

expressly understood and agreed that Trainee is not authorized to bind WCW to any

liability or obligation or to represent that it has any such authority.  Trainee is responsible

for all of his expenses, including without limitation, medical expenses, health and welfare

insurance, disability insurance, training expenses, props, wardrobe, make-up and other

expenses necessary to perform the Services under this Agreement.  Without limiting the

generality of the foregoing, Trainee acknowledges that, as between WCW and Trainee,

Trainee shall be solely responsible and liable for the payment of any and all withholding

or other taxes levied, assessed or due as a result of the services which are performed by

Trainee under this Agreement.  Any and all travel incurred by Trainee in the performance

of services hereunder shall be pursuant to WCW's Travel Policy, as amended by WCW

from time to time.

3.   **Compensation.**

(a)     As full and complete compensation for the Services, WCW shall

pay to Trainee, and Trainee shall accept, the payments described on Exhibit A, attached

hereto and incorporated herein by reference.

(b)     `For general payment purposes, Trainee's compensation shall be

payable in equal installments on a twice a month basis or based on such schedule as

WCW may implement from time to time.

**CONFIDENTIAL**

3

**WCW 000270**

4.    **Ownership of Work Product.** All work product, themes, routines,

characters, storylines, property, data, documentation or information or materials

conceived, discovered, developed or created by Trainee pursuant to this Agreement

including, without limitation, the Programs (collectively, the "Work Product") shall be

owned exclusively by WCW. To the greatest extent possible, any Work Product shall be

deemed to be a "work made for hire" (as defined in the Copyright Act, 17 U.S.C.A. §§

101 et seq., as amended) and owned exclusively by WCW. Trainee hereby

unconditionally and irrevocably transfers and assigns to WCW all right, title and interest

in or to any Work Product, including, without limitation, all patents, copyrights, trade

secrets, trademarks, service marks and other intellectual property rights therein. Trainee

agrees that any ring name, nickname, persona, logo or character developed by him and/or

WCW during the Term and used by him in connection with performance of the Services

shall be part of the "Work Product," and shall be the exclusive property of WCW. WCW

shall have the right to register any such name, nickname or logo as a trademark or service

mark of WCW, to the extent WCW considers such registration to be permitted and

appropriate under any applicable law. Without regard to any such registration, Trainee

hereby covenants that he shall not use any such ring name, nickname, persona, logo or

character developed during the Term for any purpose at any time, in perpetuity, without

the express consent of WCW. Trainee agrees to execute and deliver to WCW any

transfers, assignments, documents or other instruments which WCW may deem necessary

or appropriate, from time to time, to vest complete title and ownership of any Work

Product, and all associated intellectual property and other rights, exclusively in WCW. If

such Work Product is not considered to be a "work made for hire," Trainee hereby

**CONFIDENTIAL**

4

WCW 000271

assigns to WCW for One Dollar ($1.00) in hand and other good and valuable

consideration all rights, title and interest in and to the copyright thereof and all renewals

and extensions thereof that may be secured under the laws of any country now or

hereafter in force and effect. WCW shall have full, immediate and unrestricted access to

all Work Product during the Term of this Agreement.

     5.    **Compliance with Laws, Rules and Regulations.** (a) Trainee agrees to

comply with all applicable policies, rules, procedures and regulations adopted from time

to time by WCW (including without limitation the WCW Independent Contractor Rules

and Regulations and Travel Policy) and all other applicable federal, state and local laws,

rules, regulations, or ordinances; (b) Trainee further agrees to abide by the terms and

conditions of the WCW Substance Abuse Policy which Trainee agrees he has received

and reviewed.

     6.    **Representations and Warranties.** Trainee hereby represents and

warrants to WCW as follows: (a) Trainee has the full power, authority, ability and legal

right to execute and deliver this Agreement and to perform his obligations hereunder; (b)

Trainee has all legal rights, power, authority and ability to convey the Work Product to

WCW; (c) this Agreement constitutes the legal, valid and fully binding obligation of

Trainee and is enforceable in accordance with its terms; (d) the execution, delivery and

performance of this Agreement have been consented to and authorized by all individuals

or entities required to consent to and authorize the same, will not contravene any law,

regulation, judgment or decree applicable to Trainee, and will not cause or result in a

breach of or default under any other agreement, contract or understanding to which

Trainee is a party; (e) there are no pending claims or litigation which would or might

CONFIDENTIAL

WCW 000272

interfere with the performance of Trainee's obligations or the enjoyment of WCW's rights under this Agreement; and (f) Trainee is not currently using, and during the term of this Agreement, shall not use, any illegal drugs, steroids or other substances prohibited by WCW.

7.   **Indemnification.**  Trainee agrees to indemnify, defend and hold harmless WCW, its directors, officers, and shareholders, and their respective agents, officers and employees, against any and all suits, damages, expenses (including, without limitation, court costs, attorneys' fees and allocable costs of in-house counsel), losses, liabilities and claims of any kind, caused by or resulting from any breach of this Agreement or by any other act or omission of Trainee whether the same may be the result of negligence, willful act, responsibility under strict liability standards, any other substandard conduct or otherwise.

Trainee shall at all times be responsible for any loss or damage to any WCW property by Trainee or while in the possession of Trainee, unless said damage occurs at the direct instruction of WCW as part of a storyline.  The loss or damage thereto shall be restored at Trainee's expense.

8.   **Term, Termination and Incapacity.**

(a)   Unless sooner terminated in accordance with the provisions of this Agreement, the term of this Agreement shall be as described in Exhibit A attached hereto and incorporated herein by reference.

(b)   The term of this Agreement shall be divided into consecutive one (1) month periods.  During any such period, WCW may terminate this Agreement with or without cause after giving Trainee at least fourteen (14) days prior written notice of such

**CONFIDENTIAL**

6

**WCW 000273**

termination.  Any such termination shall be effective at the end of the then-current three (3) month period.

(c)    Trainee may terminate this Agreement upon the occurrence of any material breach of any provision hereof by WCW which remains uncured for a period of fifteen (15) consecutive days after Trainee has provided WCW with written notice of the breach.

(d)    WCW may immediately terminate this Agreement upon the occurrence or at any time during the continuation of any material breach of any provision hereof by Trainee.

(e)    WCW may terminate this Agreement or suspend Trainee without pay, for "Good Cause" by written notice setting forth the reason for such termination or suspension.  For the purposes of this Agreement, the WCW shall have "Good Cause" for termination of Trainee's Agreement or suspension without pay (i) if Trainee is convicted of or pleads guilty to any felony or a crime involving theft, fraud, or moral turpitude; (ii) if Trainee intentionally violates any law, rule, regulation or order of any governmental authority, thereby exposing WCW, its parent, subsidiaries or any affiliated entity of the WCW to potential civil or criminal penalties; (iii) if Trainee fails to adequately or completely perform any of his duties or obligations hereunder, whether express or implied; (iv) if Trainee fails to follow the direction of WCW's officers; (v) if Trainee engages in conduct or activities involving moral turpitude materially damaging to the business or reputation of WCW; (vi) if Trainee violates the WCW Substance Abuse Policy; (vii) if Trainee otherwise breaches any provision or representation of this agreement; or (viii) if Trainee intentionally misappropriates for his own purpose and

**CONFIDENTIAL**

7

**WCW 000274**

benefit any property of the WCW, its parent, subsidiaries or any affiliated entity of WCW

or appropriates any corporate opportunity of WCW, its parent, subsidiaries or any

affiliated entity of WCW.  Trainee acknowledges that a waiver by WCW of its rights

with respect to any provision of this paragraph in one instance will not be deemed to

constitute a waiver of its rights with respect to the same or a similar breach thereafter.

        (f)     This Agreement shall terminate automatically upon the death or

incapacity of Trainee.

        (g) Trainee acknowledges his present eligibility for workers'

compensation through WCW.  For so long as WCW maintains worker's compensation

coverage, Trainee agrees to accept the benefits provided by said workers' compensation

coverage as his sole and exclusive remedy against WCW, (including its parent, affiliates,

employees and agents), for any and all injuries sustained during the Term provided said

coverage is maintained by WCW and is in effect with respect to such injury.

Notwithstanding anything herein to the contrary, WCW shall not be obligated to maintain

workers' compensation coverage.

      9.    **Restrictive Covenants.**

        (a)     <u>Confidentiality</u>.  "Confidential Information" shall mean any

confidential, proprietary, business information or data belonging to or pertaining to

WCW that does not constitute a "Trade Secret" (as defined under applicable law) and that

is not generally known by or available through legal means to the public. In recognition

of WCW's need to protect its legitimate business interests, Trainee hereby covenants and

agrees that Trainee shall not, unless specifically directed by WCW, for any reason or in

any fashion, either directly or indirectly use, disclose, transfer, assign, disseminate,

**CONFIDENTIAL**

8

WCW 000275

reproduce, copy, or otherwise communicate any: Confidential Information, at all times during his contractual relationship with WCW and for a period of one (1) year following the termination thereof for any reason; and Trade Secrets, at all times such information remains a "trade secret" under applicable law. During the Term, Trainee shall: exercise his best efforts to ensure the continued confidentiality of all Trade Secrets and Confidential Information of WCW known by, disclosed to or made available to Trainee, whether in connection with this Agreement or any other past or present relationship with WCW; immediately notify WCW of any unauthorized disclosure or use of any Trade Secrets or Confidential Information of which Trainee becomes aware; and assist WCW, to the extent necessary, in the procurement of or any protection of WCW's rights to or in any of the Trade Secrets or Confidential Information.

(b)    Noncompetition. During the Term and within the Territory of this Agreement, Trainee shall perform the Services exclusively for WCW and shall not, directly or indirectly, be employed by, perform services for, or engage or be connected in any manner with any other business entity without the express written consent of WCW. Trainee expressly covenants and agrees that for a period of one hundred and twenty (120) days after any termination or expiration of this Agreement, for any reason (the "Non-Compete Period"), he shall not provide those Services specifically delineated in sections 1(a)(i) and (ii) to any other individual, company or business in the United States, Canada and Japan. In addition, during the Non-Compete Period, Trainee shall not appear or perform in any media (including but not limited to broadcast, pay-per-view and cable television, video replay, telephone hot-line, radio, magazine and internet) in any manner or capacity relating to wrestling or any other related professional, entertainment or

9

CONFIDENTIAL

WCW 000276

athletic event for or on behalf of Titan Sports, Inc. (WWF) or HHG Corporation (ECW) in the United States, Canada and Japan or for broadcast therein. Trainee acknowledges that the Non-Compete Period shall be increased to six (6) months in the event this Agreement is terminated for Good Cause pursuant to paragraph 8(d).

(c) <u>Acknowledgment of Reasonableness</u>. The parties expressly acknowledge the reasonableness and content of the covenants and agreements contained in this section.

10. <u>Notices</u>. All notices and statements provided for or required by this Agreement shall be in writing, and shall be delivered personally to the other designated party, or mailed by certified or registered mail, return receipt requested, or deposited with a recognized national overnight courier service. Notices shall be deemed effective on the earlier of when hand delivered, when deposited with a recognized national overnight courier service or when received by mail.

11. <u>**Miscellaneous.**</u>

(a) This Agreement, and the documents referenced herein, contain the entire agreement and understanding and shall supersede all prior agreements or understandings concerning the subject matter hereof between the parties hereto. No waiver, termination or discharge of this Agreement, or any of the terms or provisions hereof, shall be binding upon either party hereto unless confirmed in writing. This Agreement may not be modified or amended, except by a writing executed by both parties. No waiver by either party of any term or provision of this Agreement or of any default hereunder shall affect such party's rights thereafter to enforce such term or

CONFIDENTIAL

10

WCW 000277

provision or to exercise any right or remedy in the event of any other default, whether or not similar.

(b)   This Agreement is the product of arm's-length negotiations between Trainee and WCW.  Trainee expressly states that he has had the opportunity to seek and obtain consultation in connection with the negotiation and execution of this Agreement, and that he fully understands the rights and obligations set forth herein.  In the construction and interpretation of this Agreement, no account shall be taken of which party requested or drafted any particular provision or provisions of this Agreement.

(c)   Regardless of the place of execution hereof, this Agreement and all amendments hereto, shall be deemed to have been negotiated, made, entered into and fully performed in the State of Georgia, without regard to the actual location at which Trainee provides Services to WCW.  This Agreement shall be governed by and construed exclusively in accordance with the laws of the State of Georgia applicable to contracts made, entered into and performed entirely therein, without giving effect to its conflict of laws provisions. Trainee and WCW hereby (i) submit to the jurisdiction of the United States District Court for the Northern District of Georgia and of any Georgia state court sitting in Atlanta for the purposes of all legal proceedings arising out of or relating to this Agreement and (ii) irrevocably waive, to the fullest extent permitted by law, any objection which it may now or hereafter have to the venue of any such proceeding which is brought in such a court.  Additionally, the parties hereto agree that the State of Georgia shall be the exclusive forum and situs for the resolution of any and all disputes, controversies or matters arising herefrom or related hereto. Trainee's Home Base is

CONFIDENTIAL

WCW 000278

identified solely for travel purposes and shall not affect the choice of law, jurisdiction or venue hereunder.

(d)     The parties further agree, notwithstanding the consideration provided for herein, that because of the special, unique and extraordinary nature of the Services hereunder and of the rights and licenses which are the subject matter of this Agreement, WCW shall be entitled to injunctive and other equitable relief to prevent any breach or default by Trainee hereunder, and such relief shall be without prejudice to any other rights or remedies of WCW as may be provided by law.

(e)     WCW may hereby assign its rights and delegate its obligations under this Agreement, and if such assignee shall assume WCW's obligations in writing, WCW shall have no further obligations to Trainee.  Trainee may not assign this Agreement, in whole or in part, without the prior written consent of WCW, and any attempted assignment not in accordance herewith shall be null and void and of no force or effect.

(f)     This Agreement shall be binding on Trainee and his successors and permitted assigns.

(g)     Nothing herein shall be deemed to obligate WCW to use the services of Trainee and WCW shall have fully discharged its obligations hereunder by paying the amount specified herein.

(h)     With respect to WCW's rights hereunder, WCW shall have the sole right and discretion to bring any and all claims including but not limited to infringement or unfair competition claims.

**CONFIDENTIAL**

12

**WCW 000279**

(i)    The headings contained herein are for the convenience of the parties only and shall not be interpreted to limit or affect in any way the meaning of the language contained in this Agreement.

(j)    This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute the same Agreement.  Any signature page of any such counterpart, or any electronic facsimile thereof, may be attached or appended to any other counterpart to complete a fully executed counterpart of this Agreement, and any telecopy or other facsimile transmission of any signature shall be deemed an original and shall bind such party.

(k)    If any provision of this Agreement shall be held void, voidable, invalid or inoperative, no other provision of this Agreement shall be affected as a result thereof, and accordingly, the remaining provisions of this Agreement shall remain in full force and effect as though such void, voidable, invalid or inoperative provision had not been contained herein.

(l)    Upon the request of WCW, Trainee agrees to take any and all actions, including, without limitation, the execution of certificates, documents or instruments, necessary or appropriate to give effect to the terms and conditions set forth in this Agreement.

(m)    Notwithstanding any termination of this Agreement, all provisions which, by their terms or reasonable interpretation thereof, sets forth obligations that extend beyond the termination of this Agreement hereof shall survive and remain in full force and effect.

CONFIDENTIAL

WCW 000280

IN WITNESS WHEREOF, the parties hereto have executed or caused their duly authorized representatives to execute this Agreement to be effective as of the day and year first above written.

"TRAINEE"                                        "WCW"

Signature: _____            By: _____

Printed Name: _HARRISON  Norris Jr._     Title: _DIRECTOR OF TALENT RELATIONS_

**CONFIDENTIAL**

14

**WCW 000281**

# INDEPENDENT CONTRACTOR AGREEMENT

FOR: <u>HARRISON NORRIS JR</u>

## EXHIBIT "A"

**COMPENSATION:**   In consideration of Trainee's grant of the rights, licenses and services hereunder, and provided Trainee faithfully and fully performs all of his obligations hereunder, WCW shall pay Trainee $\$\underline{3,250.00}$   per month.

**TERM:**   This Agreement shall commence as of the date first written above and shall continue for a Term of one (1) year.  Thereafter, this Agreement shall automatically renew for two additional Terms of like duration at the same rate set out above, unless WCW shall serve written notice to Trainee at least thirty (30) days prior to the end of the Term of this Agreement of its decision to terminate this Agreement at the end of the Term. Reference herein to the Term hereof means the original term and any such renewal or extended term.

**HOME BASE:**  Atlanta, GA

**ADDRESS:** _1028 Plantation Way_

**SOCIAL SECURITY NUMBER:** _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_

_[signature]_      _[signature]_

TRAINEE          WORLD CHAMPIONSHIP WRESTLING, INC.

**CONFIDENTIAL**

15

**WCW 000282**



**JAMES J. DILLON**
Chairman, Executive Committee
jj.dillon@turner.com

*World Championship Wrestling*
*A Division of Turner Sports*
*One CNN Center*
*Box 105366*
*Atlanta, GA 30348-5366*

## FEDERAL EXPRESS

October 5, 1999

Mr. Harrison Norris
1028 Plantation Way
Kennesaw, GA  30144

Dear Harrison:

Pursuant to our recent phone conversation, this letter shall confirm that WCW is terminating your Independent Contractor Agreement effective, October 18, 1999.  You will be paid through October 31, 1999.

Upon termination, you will be released from any further obligation under your current Independent Contractor Agreement and Merchandising Agreement with the exception of those provisions which specifically survive termination.

I want to thank you for your past efforts on behalf of WCW and your hard work and dedication and we look forward to working together in the future.

Sincerely,

JJ Dillon

CONFIDENTIAL

DEFENDANT'S
EXHIBIT
8
Norris

WCW 002812

*A Time Warner Company*

**FedEx** · *USA Airbill*   FedEx Tracking Number **808917087667**

Form I.D. No. **0210**   SNA13   **Sender's Copy**

**1 From** (please print and press hard)

Date **9/29/99**   Sender's FedEx Account Number **2231-1177-7**

Sender's Name **Georgia Davidson**   Phone **(404) 603-3626**

Company **WORLD CHAMPIONSHIP WRESTLING**

Address **2865 LOG CABIN DR**   Dept/Floor/Suite/Room

City **SMYRNA**   State **GA**   ZIP **30080**

**2** Your Internal Billing Reference Information
(Optional) (First 24 characters will appear on invoice)

**3 To** (please print and press hard)

Recipient's Name **Harrison Norris**   Phone **(770) 429-5579**

Company

Address **1028 Plantation Way**   Dept/Floor/Suite/Room

☐ Check here if residence
(To "HOLD" at FedEx location, print FedEx address here) (We Cannot Deliver to P.O. Boxes or P.O. ZIP Codes)   for FedEx Express Saver

City **Kennesaw**   State **GA**   ZIP **30144**

**For HOLD at FedEx Location check here**
☐ **Hold Weekday**
(Not available with FedEx First Overnight)
☐ **Hold Saturday** (Not available at all locations)
(Available for FedEx Priority Overnight and FedEx 2Day only)

**For WEEKEND Delivery check here** (Extra Charge. Not available to all locations)
☐ **Saturday Delivery** (Available for FedEx Priority Overnight and FedEx 2Day only)
☐ **NEW Sunday Delivery** (Available for FedEx Priority Overnight only)

**4a Express Package Service**   *Packages under 150 lbs.*   Delivery commitment may be later in some areas.
☑ FedEx Priority Overnight (Next business morning)
☐ FedEx Standard Overnight (Next business afternoon)
☐ FedEx First Overnight (Earliest next business morning delivery to select locations) (Higher rates apply.)
☐ FedEx 2Day (Second business day)
☐ FedEx Express Saver (Third business day)
FedEx Letter Rate not available. Minimum charge: One pound rate.

**4b Express Freight Service**   *Packages over 150 lbs.*   Delivery commitment may be later in some areas.
☐ FedEx Overnight Freight (Next business day)
☐ FedEx 2Day Freight (Second business day)
☐ FedEx Express Saver Freight (Up to 3 business days)
(Call for delivery schedule. See back for detailed descriptions of freight services.)

**5 Packaging**
☑ FedEx Letter   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other Pkg.
*Declared value limit $500.*

**6 Special Handling**   (One box must be checked)
Does this shipment contain dangerous goods?
☑ No
☐ Yes As per attached Shipper's Declaration
☐ Yes Shipper's Declaration not required
☐ Dry Ice   Dry Ice, 9, UN 1845 _____ x _____ kg.
☐ Cargo Aircraft Only
*Dangerous Goods cannot be shipped in FedEx packaging.

**7 Payment**   Bill to:
☑ Sender Account No. in Section 1 will be billed
☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check
(Enter FedEx Account No. or Credit Card No. below)

FedEx Account No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value*   Total Charges
$   .00   $

* When declaring a value higher than $100 per shipment, you pay an extra charge. See SERVICE CONDITIONS, DECLARED VALUE, AND LIMIT OF LIABILITY section for further information.

**8 Release Signature**   Sign to authorize delivery without obtaining signature.

Your signature authorizes Federal Express to deliver this shipment without obtaining a signature and agrees to indemnify and hold harmless Federal Express from any resulting claims.

321

WCSI, 0999
Rev. Date 7/99
Part #153923FS
©1994-99 FedEx
PRINTED IN U.S.A.

**Questions?**
**Call 1·800·Go·FedEx** (800)463-3339

*The World On Time.*

0077060097

**WCW 002814**

**CONFIDENTIAL**

**Service Conditions, Declared Value, and Limit of Liability** – By using this Airbill, you agree to the service conditions in our current Service Guide or U.S. Government Service Guide. Both are available on request. SEE BACK OF SENDER'S COPY OF THIS AIRBILL FOR INFORMATION AND ADDITIONAL TERMS. We will not be responsible for any claim in excess of $100 per package whether the result of loss, damage, or delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, and document your actual loss in a timely manner. Your right to recover from us for any loss includes intrinsic value of the package, loss of sales, interest, profit, attorney's fees, costs, and other forms of damage, whether direct, incidental, consequential, or special, and is limited to the greater of $100 or the declared value but cannot exceed actual documented loss. The maximum declared value for any FedEx Letter and FedEx Pak is $500. Federal Express may, upon your request, and with some limitations, refund all transportation charges paid. See the FedEx Service Guide for further details.

04/06/00  15:18 FAX 404 827 3488     TBS TAX DEPT.     ☑004

Form 1099-MISC

☐ VOID  ☐ CORRECTED

Do NOT Cut or Separate Forms on This Page

**9595**

PAYER'S name, street address, city, state, ZIP code, and telephone no.

WORLD CHAMPIONSHIP WRESTLING
CNN CENTER
ATLANTA        GA
30348     PH: 404-827-1142

| OMB No. 1545-0115 | Miscellaneous Income |
|---|---|

**19 97**

Form 1099-MISC

PAYER'S Federal identification number | RECIPIENT'S identification number
58-1811414 | 265570393

RECIPIENT'S name

NORRIS, HARRISON MAY

Street address (including apt. no.)
1026 PLANTATION WAY

City, state, and ZIP code
KENNESAW        GA 30144

Account number (optional)
96857

| 1 Rents $ | |
| 2 Royalties $ | |
| 3 Other income $ | |
| 4 Federal income tax withheld $ | 5 Fishing boat proceeds $ |
| 6 Medical and health care payments $ | 7 Nonemployee compensation 13375.00 |
| 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 State income tax withheld $ |
| 12 State/Payer's state number | 13 $ |

2nd TIN Not. ☐

41-852411

Copy A
For
Internal Revenue
Service Center

File with Form 1096.

For Paperwork
Reduction Act
Notice and
instructions for
completing this form,
see Instructions for
Forms 1099, 1098,
5498, and W-2G.

Department of the Treasury - Internal Revenue Service

Form 1099-MISC

Do NOT Cut or Separate Forms on This Page



DEFENDANT'S
EXHIBIT
9
Norris

CONFIDENTIAL

WCW 000294

04/06/00 15:18 FAX 404 827 3488 TBS TAX DEPT. ☑006

9595 ☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| WORLD CHAMPIONSHIP WRESTLING<br>CNN CENTER<br>ATLANTA GA<br>30348 PH: 404-827-1142 | $<br>2 Royalties<br>$<br>3 Other Income<br>$ | 1998<br>Form 1099-MISC | |
| PAYER'S Federal Identification number | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds | Copy A |
| 58-1811414 | 265520393 | $ | $ | For |
| RECIPIENT'S name | | 6 Medical and health care payments | 7 Nonemployee compensation | Internal Revenue Service Center |
| NORRIS, HARRISON | | $ | 5925.00 | File with Form 1096. |
| Street address (including apt. no.) | | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | For Paperwork Reduction Act Notice and instructions for completing this form, see the |
| 1028 PLANTATION WAY | | $ | | |
| City, state, and ZIP code | | 10 Crop insurance proceeds | 11 State income tax withheld | 1998 Instructions for Forms 1099, 1098, 5498, and W-2G. |
| KENNESAW GA 30144 | | $ | $ | |
| Account number (optional) | 2nd TIN Not. | 12 State/Payer's state number | 13 | |
| 96857 | ☐ | | $ | |

41-1026681

Form 1099-MISC Do NOT Cut or Separate Forms on This Page Department of the Treasury - Internal Revenue Service

9595 ☐ VOID ☐ CORRECTED

CONFIDENTIAL

WCW 000297

**1999**
Form 1099-MISC
Miscellaneous Income
Copy B for recipient

**OMB NO. 1545-0115**

## PAYER

WORLD CHAMPIONSHIP WRESTLING

ONE CNN CENTER
ATLANTA, GA  303485366
Federal ID Number:  581811414
Phone Number:  404/827-0522

## RECIPIENT

NORRIS, HARRISON   JR

1026 PLANTATION WAY
KENNESAW, GA  30144
Taxpayer ID Number: 265570393
☐ 2nd TIN Notification

## Miscellaneous Income Boxes

| | | |
|---|---|---|
| 1: | Rents | $ 0.00 |
| 2: | Royalties | $ 0.00 |
| 3: | Prizes, awards, etc. | $ 0.00 |
| 4: | Federal income tax withheld | $ 0.00 |
| 5: | Fishing boat proceeds | $ 0.00 |
| 6: | Medical and health care payments | $ 0.00 |
| 7: | Nonemployee compensation | $ 20,942.47 |
| 8: | Substitute payments in lieu of dividends or interest | $ 0.00 |
| 9: | Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | |
| 10: | Crop insurance proceeds | $ 0.00 |
| 11: | State income tax withheld | $ 0.00 |
| 12: | State/Payer's number | GA/581811414 |

This is important tax information and is being furnished to the Internal Revenue Service.  If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

CONFIDENTIAL

WCW 000298

| Entity | Invoice No | Invoice Date | Invoice Amount | Vendor Name | Vendor | Vendor Type | Invoice Total | Check Number | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 6010 | PE101396 | 10/13/96 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 347465 | 10/23/1996 |
| 6010 | PE111096A | 11/10/96 | 150.00 | NORRIS, HARRISON | 96857 | T | 150.00 | 356267 | 11/20/1996 |
| 6010 | PE111096A | 11/10/96 | 200.00 | NORRIS, HARRISON | 96857 | T | 200.00 | 356267 | 11/20/1996 |
| 6010 | PE112496 | 11/24/96 | 150.00 | NORRIS, HARRISON | 96857 | T | 150.00 | 360917 | 12/04/1996 |

CONFIDENTIAL

WCW 000288

| Entity | Invoice No | Invoice Date | Invoice Amount | Vendor Name | Vendor | Vendor Type | Invoice Total | Check Number | Payment Date |
|--------|-----------|--------------|----------------|-------------|--------|-------------|---------------|--------------|--------------|
| 6010 | PE122296 | 12/22/1996 | 358.76 | NORRIS, HARRISON | 96857 | T | 358.76 | 371501 | 01/02/1997 |
| 6010 | PE010597 | 01/05/1997 | 150.00 | NORRIS, HARRISON | 96857 | T | 150.00 | 376317 | 01/15/1997 |
| 6010 | PE011997 | 01/19/1997 | 150.00 | NORRIS, HARRISON | 96857 | T | 150.00 | 381689 | 01/27/1997 |
| 6010 | PE021697 | 02/16/1997 | 1275.00 | NORRIS, HARRISON | 96857 | T | 1275.00 | 390196 | 02/24/1997 |
| 6010 | PE031697 | 03/16/1997 | 500.00 | NORRIS, HARRISON | 96857 | T | 500.00 | 398475 | 03/25/1997 |
| 6010 | PE033097 | 03/30/1997 | 150.00 | NORRIS, HARRISON | 96857 | T | 150.00 | 402553 | 04/09/1997 |
| 6010 | PE041397 | 04/13/1997 | 600.00 | NORRIS, HARRISON | 96857 | T | 600.00 | 404805 | 04/23/1997 |
| 6010 | PE042797 | 04/27/1997 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 407647 | 05/06/1997 |
| 6010 | PE051197 | 05/11/1997 | 2400.00 | NORRIS, HARRISON | 96857 | T | 2400.00 | 410398 | 05/20/1997 |
| 6010 | PE060897 | 06/08/1997 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 415560 | 06/17/1997 |
| 6010 | PE062297 | 06/22/1997 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 417751 | 07/01/1997 |
| 6010 | PE070697 | 07/06/1997 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 420259 | 07/15/1997 |
| 6010 | PE072097 | 07/20/1997 | 1350.00 | NORRIS, HARRISON | 96857 | T | 1350.00 | 422804 | 08/01/1997 |
| 6010 | PE080397 | 08/03/1997 | 1200.00 | NORRIS, HARRISON | 96857 | T | 1200.00 | 425235 | 08/12/1997 |
| 6010 | PE083197 | 08/31/1997 | 600.00 | NORRIS, HARRISON | 96857 | T | 600.00 | 431428 | 09/17/1997 |
| 6010 | PE101297 | 10/12/1997 | 1500.00 | NORRIS, HARRISON | 96857 | T | 1500.00 | 437079 | 10/22/1997 |
| 6010 | PE102697 | 10/26/1997 | 2000.00 | NORRIS, HARRISON | 96857 | T | 2000.00 | 439053 | 11/05/1997 |

**CONFIDENTIAL**

WCW 000289

| Entity | Invoice No | Invoice Date | Invoice Amount | Vendor Name | Vendor | Vendor Type | Invoice Total | Check Number | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 6010 | PE011898 | 01/18/1998 | 1200.00 | NORRIS, HARRISON | 96857 | T | 1200.00 | 452820 | 01/28/1998 |
| 6010 | PE020198 | 02/01/1998 | 450.00 | NORRIS, HARRISON | 96857 | T | 450.00 | 455005 | 02/11/1998 |
| 6010 | PE032998 | 03/29/1998 | 300.00 | NORRIS, HARRISON | 96857 | T | 300.00 | 465472 | 04/08/1998 |
| 6010 | PE041298 | 04/12/1998 | 1350.00 | NORRIS, HARRISON | 96857 | T | 1350.00 | 467504 | 04/22/1998 |
| 6010 | PE052498 | 05/24/1998 | 350.00 | NORRIS, HARRISON | 96857 | T | 350.00 | 474779 | 06/03/1998 |
| 6010 | PE062198 | 06/21/1998 | 425.00 | NORRIS, HARRISON | 96857 | T | 425.00 | 480657 | 06/25/1998 |
| 6010 | PE070598 | 07/05/1998 | 1150.00 | NORRIS, HARRISON | 96857 | T | 1150.00 | 483503 | 07/14/1998 |
| 6010 | PE071998 | 07/19/1998 | 350.00 | NORRIS, HARRISON | 96857 | T | 350.00 | 486309 | 07/24/1998 |

CONFIDENTIAL

WCW 000290



AP Vendor History Report

From: 01/01/1990   To: 02/16/2000

Print Date: 02/16/2000
Print Time: 1:11:01 PM

Vendor SetID PSATL

APBU:   6010   WORLD CHAMPIONSHIP WRESTLING

## 0000032736   NORRIS, HARRISON  JR

| Date Paid | Voucher ID | Invoice ID | Invoice Date | | Amount Paid | Pymnt Status | Method | Post Status |
|---|---|---|---|---|---|---|---|---|
| 20 Oct 98 | 00001354 | PE101198 | 11 Oct 98 | USD | 350.00 | Paid | Check | Posted |
| | | Subtotal for Month: | October 1998 | USD | 350.00 | | | |
| 13 May 99 | 00016922 | PE043099 | 30 Apr 99 | USD | 1,282.19 | Paid | Check | Posted |
| 26 May 99 | 00018858 | PE051599 | 15 May 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | May 1999 | USD | 2,884.93 | | | |
| 15 Jun 99 | 00020449 | PE053199 | 31 May 99 | USD | 1,709.59 | Paid | Check | Posted |
| 29 Jun 99 | 00022011 | PE061599 | 15 Jun 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | June 1999 | USD | 3,312.33 | | | |
| 15 Jul 99 | 00023257 | PE063099 | 30 Jun 99 | USD | 1,602.74 | Paid | Check | Posted |
| 29 Jul 99 | 00024628 | PE071599 | 15 Jul 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | July 1999 | USD | 3,205.48 | | | |
| 12 Aug 99 | 00026094 | PE073199 | 31 Jul 99 | USD | 1,709.59 | Paid | Check | Posted |
| 26 Aug 99 | 00027118 | PE081599 | 15 Aug 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | August 1999 | USD | 3,312.33 | | | |
| 15 Sep 99 | 00028317 | PE083199 | 31 Aug 99 | USD | 1,709.59 | Paid | Check | Posted |
| 29 Sep 99 | 00029441 | PE091599 | 15 Sep 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | September 1999 | USD | 3,312.33 | | | |
| 14 Oct 99 | 00031325 | PAY1999 | 30 Sep 99 | USD | 1,602.74 | Paid | Check | Posted |
| 27 Oct 99 | 00032226 | PE101599 | 15 Oct 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | October 1999 | USD | 3,205.48 | | | |
| 11 Nov 99 | 00033223 | PE103199 | 31 Oct 99 | USD | 1,709.59 | Paid | Check | Posted |
| | | Subtotal for Month: | November 1999 | USD | 1,709.59 | | | |
| | | Ending Balance for | 6010 | | 21,292.47 | | | |

CONFIDENTIAL

WCW 000291



AP Vendor History Report

From: 01/01/1990  To: 02/16/2000

Print Date: 02/16/2000
Print Time: 1:11:01 PM

Vendor SetID PSATL

APBU:   WCW1   World Championship Wrestling

## 0000032736  NORRIS, HARRISON  JR

| Date Paid | Voucher ID | Invoice ID | Invoice Date | | Amount Paid | Pymnt Status | Method | Post Status |
|---|---|---|---|---|---|---|---|---|
| 29 Nov 99 | 00000078 | PE111599 | 15 Nov 99 | USD | 1,602.74 | Paid | Check | Posted |
| | | Subtotal for Month: | November 1999 | USD | 1,602.74 | | | |
| | | Ending Balance for | WCW1 | | 1,602.74 | | | |

| Grand Total for Vendor | 0000032736 | 22,895.21 |
|---|---|---|

CONFIDENTIAL

P00328   **CONFIDENTIAL**

Department of the Treasury -- Internal Revenue Service

Form **1040**   **U.S. Individual Income Tax Return**   **1996**

IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1996, or other tax year beginning _____ , 1996, ending _____ , 19 ___   |   OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

Harrison Norris
Audrey K. Norris
1028 Plantation Way
Kennesaw              GA 30144

**Your social security number**
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

**Spouse's social security no.**
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

**Presidential Election Campaign** ▶   Do you want $3 to go to this fund? .......................   Yes [ ] No [X]
If a joint return, does your spouse want $3 to go to this fund? ...............   Yes [ ] No [X]

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19 ___ ). (See instructions.)

For help finding line instructions, see pages 2 and 3 in the booklet.

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. .................................
b [X] Spouse .................................

No. of boxes checked on lines 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number. If born in Dec. 1996, see inst. | (3) Dependent's relationship to you | (4) No. of mos. lived in home in 1996. |
|---|---|---|---|
| Anna Norris | 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 | Daughter | 12 |

No. of your children on line 6c who:
● lived with you  **1**
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than six dependents, see the instructions for line 6c.

d Total number of exemptions claimed .................................
Add numbers entered on lines above ▶ **3**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V (see the instructions for line 62).

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 11,937. |
| 8a | Taxable interest. Attach Schedule B if over $400. .................................... | 8a | 22. |
| b | Tax-exempt interest. DO NOT include on line 8a ........ | 8b | |
| 9 | Dividend income. Attach Schedule B if over $400 .................... | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ...... | 10 | |
| 11 | Alimony received ............................................. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ. .................... | 12 | -5,579. |
| 13 | Capital gain or (loss). If required, attach Schedule D. ..................... | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ..................... | 14 | |
| 15a | Total IRA distributions .. 15a ____ | b Taxable amount (see inst.) .. | 15b | |
| 16a | Total pensions and annuities. 16a ____ | b Taxable amount (see inst.) .. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............. | 18 | |
| 19 | Unemployment compensation ............................. | 19 | |
| 20a | Social security benefits . 20a ____ | b Taxable amount (see inst.) .. | 20b | |
| 21 | Other income. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**. ▶ | 22 | 6,380. |

**Adjusted Gross Income**

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| | | | |
|---|---|---|---|
| 23a | Your IRA deduction (see instructions) ................. | 23a | |
| b | Spouse's IRA deduction (see instructions)............. | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903–F........ | 24 | |
| 25 | One-half of self-employment tax. Attach Schedule SE .... | 25 | |
| 26 | Self-employed health insurance deduction (see inst.) ..... | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check... ▶ [ ] | 27 | |
| 28 | Penalty on early withdrawal of savings. ................ | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29. ................................. | 30 | 0. |
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income** ................ ▶ | 31 | 6,380. |

DEFENDANT'S EXHIBIT
10
Norris

For Privacy Act and Paperwork Reduction Act Notice, see page 7.

Preparers Edition   Form **1040** (1996)

CAA   104012   NTF 5326

Copyright Forms Software Only, 1996 Nelco, Inc.   N9610401

'Harrison      Norris          SSN: 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

**P00329**
CONFIDENTIAL

Form 1040 (1996)

## Tax Computation

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 6,380. |
| 33a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b | | |
| 34 | Enter the larger of your: Itemized deductions from Schedule A, line 28, OR Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 33a or b or someone can claim you as a dependent. ● Single -- $4,000 ● Married filing jointly or Qualifying widow(er) -- $6,700 ● Head of household -- $5,900 ● Married filing separately -- $3,350 | 34 | 6,700. |
| 35 | Subtract line 34 from line 32 | 35 | -320. |
| 36 | If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the inst. for the amount to enter | 36 | 7,650. |
| 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0. |
| 38 | Tax. See instructions. Check if total includes any tax from a ☐ Forms(s) 8814 b ☐ Form 4972 | 38 | 0. |

*If you want the IRS to figure your tax, see the instructions for line 37.*

## Credits

| 39 | Credit for child & dependent care exp. Attach Form 2441 | 39 | |
| 40 | Credit for the elderly or the disabled. Attach Schedule R | 40 | |
| 41 | Foreign tax credit. Attach Form 1116 | 41 | |
| 42 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form _____ | 42 | |
| 43 | Add lines 39 through 42 | 43 | |
| 44 | Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- ▶ | 44 | 0. |

## Other Taxes

| 45 | Self-employment tax. Attach Schedule SE | 45 | |
| 46 | Alternative minimum tax. Attach Form 6251 | 46 | |
| 47 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 47 | |
| 48 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 48 | |
| 49 | Advance earned income credit payments from Form(s) W-2 | 49 | |
| 50 | Household employment taxes. Attach Schedule H | 50 | |
| 51 | Add lines 44 through 50. This is your total tax ▶ | 51 | 0. |

## Payments

*Attach Forms W-2, W-2G, and 1099-R on page 1.*

| 52 | Federal income tax withheld from Form(s) W-2 and 1099 | 52 | 448. | |
| 53 | 1996 estimated tax payments & amt. applied from 1995 return | 53 | | |
| 54 | Earned Income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amt. ▶ _____ and type ▶ | 54 | 2,152. | |
| 55 | Amount paid with Form 4868 (request for extension) | 55 | | |
| 56 | Excess social security and RRTA tax withheld (see inst.) | 56 | | |
| 57 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 57 | | |
| 58 | Add lines 52 through 57. These are your total payments ▶ | | 58 | 2,600. |

## Refund

*Have it sent directly to your bank account! See inst. and fill in 60b, c, and d.*

| 59 | If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you OVERPAID | 59 | 2,600. |
| 60a | Amount of line 59 you want REFUNDED TO YOU | 60a | 2,600. |
| b | Routing no. _____ c Type: ☐ Checking ☐ Savings | | |
| d | Account no. _____ | | |
| 61 | Amount of line 59 you want APPLIED TO 1997 EST. TAX ▶ 61 | 0. | |

## Amount You Owe

| 62 | If line 51 is more than line 58, subtract line 58 from line 51. This is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, see instructions ▶ | 62 | 0. |
| 63 | Estimated tax penalty. Also include on line 62 | 63 | 0. |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Keep a copy of this return for your records.*

Your signature _____ Date _____ Your occupation Wrestler/Boxer

Spouse's signature. If a joint return, BOTH must sign. _____ Date 4/3/99 Spouse's occupation Clerk

## Paid Preparer's Use Only

Preparer's signature Cherie L. Bean   Date 4/4/99   Check if self-employed ☒   Preparer's social security no. 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

Firm's name (or yours if self-employed) and address
Cherie L. Bean
3729 Red Canon Place
Colorado Springs          CO
EIN _____
ZIP code 80904

Preparers Edition

CAA   104012   NTF 5329
Copyright Forms Software Only, 1996 Nelco, Inc.   N9610402

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| Department of Treasury Internal Rev. Service (99) | (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065. ▶ Attach to Form 1040 or Form 1041.    ▶ See Instructions for Schedule C (Form 1040). | **1996** Attachment Sequence No. **09** |

| Name of proprietor  Harrison          Norris | Social security number (SSN) 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 |
|---|---|

| **A** Principal business or profession, including product or service (see page C-1)  Entertainment          Wrestling & Boxing | **B** Enter principal busn. code ▶ 9696 |
|---|---|

| **C** Business name. If no separate business name, leave blank.  HardBody  Harrison | **D** Employer ID no. (EIN), if any |
|---|---|

**E** Business address, ▶
City, State, ZIP

**F** Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 1996? If "No," see page C-2 for limit on losses . . . . . . ☒ Yes   ☐ No

**H** If you started or acquired this business during 1996, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here . . . . . . . . . . . . . . . . . . . . ▶ ☐   **1** | 900. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **3** | 900. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **5** | 900. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) . . . . . . . . . .   **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   **7** | 900. |

## Part II   Expenses.  Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . . . . . . . . . . | **8** | | 19 Pension & profit-sharing plans . | **19** | |
| 9 | Bad debts from sales or services (see page C-3) . . . . . | **9** | | 20 Rent or lease (see page C-4): | | |
| | | | | **a** Vehicles, machinery, & equip. . . | **20a** | |
| 10 | Car and truck expenses (see page C-3) . . . . . . . . . . . | **10** | 4,650. | **b** Other business property . . . . . . | **20b** | |
| | | | | 21 Repairs and maintenance . . . . . | **21** | |
| 11 | Commissions and fees. . . . . . . | **11** | | 22 Supplies (not included in Part III) . | **22** | |
| 12 | Depletion . . . . . . . . . . . . . | **12** | | 23 Taxes and licenses . . . . . . . . . | **23** | |
| 13 | Depreciation and section 179 expense deduction (not includ– ed in Part III) (see page C-3). . | **13** | 429. | 24 Travel, meals, & entertainment: | | |
| | | | | **a** Travel . . . . . . . . . . . . . . . | **24a** | 1,400. |
| 14 | Employee benefit programs (other than on line 19) . . . . . . | **14** | | **b** Meals and entertainment | | |
| 15 | Insurance (other than health) . . | **15** | | **c** Enter 50% of line 24b subject to limitations (see pg. C-4) | | |
| 16 | Interest: | | | **d** Subtract line 24c from line 24b . | **24d** | |
| **a** | Mortgage (paid to banks, etc.) . | **16a** | | 25 Utilities . . . . . . . . . . . . . . . | **25** | |
| **b** | Other . . . . . . . . . . . . . . . . . | **16b** | | 26 Wages (less employment credits) | **26** | |
| 17 | Legal and professional services . . . . . . . . . . . . . . . | **17** | | 27 Other expenses (from line 48 on page 2) . . . . . . . . . . . . . . . | **27** | |
| 18 | Office expense . . . . . . . . . . . . | **18** | | | | |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . ▶ | **28** | 6,479. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | -5,579. |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | **31** | -5,579. |
| | • If a loss, you MUST go on to line 32. | | |

| | | |
|---|---|---|
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-5). | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. |
| | • If you checked 32b, you MUST attach Form 6198. | |

CONFIDENTIAL

For Paperwork Reduction Act Notice, see Form 1040 Instructions.          Schedule C (Form 1040) 1996

Harrison          Norris                    SSN: 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

Schedule C (Form 1040) 1996                                                          Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-5) | | |

**33** Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................ ☐ Yes    ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation ........ | **35** | |
| **36** Purchases less cost of items withdrawn for personal use ..................................... | **36** | |
| **37** Cost of labor. Do not include salary paid to yourself ....................................... | **37** | |
| **38** Materials and supplies .............................................................. | **38** | |
| **39** Other costs ....................................................................... | **39** | |
| **40** Add lines 35 through 39 ............................................................ | **40** | |
| **41** Inventory at end of year ........................................................... | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ........ | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file. |

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

**44** Of the total number of miles you drove your vehicle during 1996, enter the number of miles you used your vehicle for:

**a** Business _____    **b** Commuting _____    **c** Other _____

**45** Do you (or your spouse) have another vehicle available for personal use? ................................. ☐ Yes    ☐ No

**46** Was your vehicle available for use during off-duty hours? ............................................ ☐ Yes    ☐ No

**47a** Do you have evidence to support your deduction? .................................................. ☐ Yes    ☐ No

   **b** If "Yes," is the evidence written? ................................................................ ☐ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |

_____

_____

_____

_____

_____

CONFIDENTIAL
P00331

_____

_____

| **48** Total other expenses. Enter here and on page 1, line 27 .......................................... | **48** | |

CAA    **C12**    NTF 5475
Copyright Forms Software Only, 1996 Nelco, Inc.  N96SCHC2

| SCHEDULE EIC<br>(Form 1040A or 1040)<br><br>Department of Treasury<br>Internal Rev. Service (99) | **Earned Income Credit**<br>**(Qualifying Child Information)**<br>▶ Attach to Form 1040A or 1040.<br>▶ See instructions on page 2. | OMB No. 1545-0074<br><br>**1996**<br>Attachment<br>Sequence No. **43** |

| Name(s) shown on return: First and initial(s) | Last | Your social security no. |
| --- | --- | --- |
| Harrison<br>Audrey  K. | Norris<br>Norris | 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 |

**Before You Begin . . .**

- See the instructions for Form 1040A, line 29c, or Form 1040, line 54, to find out if you can take this credit.

- If you can take the credit, fill in the Earned Income Credit Worksheet in the Form 1040A or Form 1040 instructions to figure your credit. **But if you want the IRS to figure it for you, see instructions on page 2.**

**Then,** you must complete and attach Schedule EIC only if you have a qualifying child (see boxes on page 2).

### Information About Your Qualifying Child or Children

If you have more than two qualifying children, you only have to list two to get the maximum credit.

| **Caution:** If you do not attach Schedule EIC and fill in all the lines that apply, it will take us longer to process your return and issue your refund. | **(a) Child 1** | | **(b) Child 2** | |
| --- | --- | --- | --- | --- |
| | First name | Last name | First name | Last name |
| **1** Child's name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Anna | Norris | | |
| **2** Child's year of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 92 | | 19 | |
| **3** If the child was born **before 1978** AND -- | | | | |
| **a** was **under age 24** at the end of 1996 **and** a student, check the "Yes" box, **OR** . . . . . . . . . . . . . . . . . . | ☐ Yes | | ☐ Yes | |
| **b** was permanently and totally disabled (see page 2), check the "Yes" box . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | | ☐ Yes | |
| **4** Enter the child's social security number. If born in December 1996, see instructions on page 2 . . . . . . . . . . . . . . . . . | 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 | | | |
| **5** Child's relationship to you (for example, son, grandchild, etc.) . . . . . . . . . . . . . . . . . . . . . . . | Daughter | | | |
| **6** Number of months child lived with you in the United States in 1996 . . . . . . . . . . . . . . . . . . . . . | 12 **months** | | **months** | |

**TIP** Do you want the earned income credit added to your take-home pay in 1997? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

For Paperwork Reduction Act Notice, see Form 1040A or 1040 Instructions.

Schedule EIC (Form 1040A or 1040) 1996

CAA   **EIC1**   NTF 5558

Copyright Forms Software Only, 1996 Nelco, Inc.   N96EIC1

CONFIDENTIAL

P00332

CONFIDENTIAL
P00333

# Depreciation and Amortization
## (Including Information on Listed Property)

Form **4562**

Department of the Treasury
Internal Rev. Service  (99)

▶ See separate instructions.   ▶ Attach this form to your return.

OMB No. 1545-0172

**1996**

Attachment
Sequence No. **67**

Name(s) shown on return **Harrison Norris**

Business or activity to which this form relates **Entertainment - Schedule C**

Identifying number **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**

**Part I  Election To Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $17,500 |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | 3,005. |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 1. If zero or less, enter –0– | 4 | 0. |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter –0–. If married filing separately, see page 2 of the instructions | 5 | 17,500. |

| 6 | (a) Description of property | (b) Cost (busn. use only) | (c) Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 0. |
| 10 Carryover of disallowed deduction from 1995. See page 2 of the instructions | 10 | |
| 11 Business income limitation. Enter the smaller of busn. income (not less than zero) or line 5 (see instructions) | 11 | 6,358. |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 0. |
| 13 Carryover of disallowed deduction to 1997. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II  MACRS Depreciation For Assets Placed in Service ONLY During Your 1996 Tax Year (Do Not Include Listed Property.)**

### Section A -- General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 2 of the instructions. ▶ ☐

### Section B -- General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (busn./investment use only -- see inst.) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 3,005. | 7.0 | HY | 200% DB | 429. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C -- Alternative Depreciation System (ADS) (See page 4 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part III  Other Depreciation (Do Not Include Listed Property.)** (See page 4 of the instructions.)

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1996 | 17 | |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | |

**Part IV  Summary** (See page 4 of the instructions.)

| | | |
|---|---|---|
| 20 Listed property. Enter amount from line 26 | 20 | |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations -- see instructions | 21 | 429. |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

Form **4562** (1996)

CAA   456212   NTF 5301

Copyright Forms Software Only, 1996 Nelco, Inc.  N9645821

Norris        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 Entertainment - Schedu

Form 4562 (1996)        **Page 2**

**Part V**   **Listed Property — Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A -- Depreciation and Other Information (Caution:** See page 5 of the instructions for limitations for automobiles.)

**23a** Do you have evidence to support business/investment use claimed? [X] Yes [ ] No    **23b** If "Yes," is the evidence written? [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Busn./ investment use percentage | (d) Cost or other basis | (e) Basis for depr. (busn./investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24** Property used more than 50% in a qualified business use (See page 5 of the instructions.): | | | | | | | | |
| Vehicle | 08/15/96 | 71% | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **25** Property used 50% or less in a qualified business use (See page 5 of the instructions.): | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |

**26** Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . . . **26**

**27** Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**

**Section B -- Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **28** | Total business/investment miles driven during year (DO NOT include commuting miles) . . | 15,000 | | | | | | | | | | | |
| **29** | Total commuting miles driven during year . | 3,000 | | | | | | | | | | | |
| **30** | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . . . | 3,000 | | | | | | | | | | | |
| **31** | Total miles driven during the year. Add lines 28 through 30. . . . . . . . . . . . . . . | 21,000 | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **32** | Was the vehicle available for personal use during off–duty hours? . . . . . . . . . . . . . . | X | | | | | | | | | | | |
| **33** | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | X | | | | | | | | | | | |
| **34** | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . | | X | | | | | | | | | | |

**Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| **35** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **36** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 6 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . . . . | | |
| **37** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **39** | Do you meet the requirements concerning qualified automobile demonstration use? See page 6 of the instructions. . . . . . . | | |

**Note:** If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40** Amortization of costs that begins during your 1996 tax year: | | | | | |
| | | | | | |
| **41** Amortization of costs that began before 1996. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| **42** **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . . . . . . . . . . . . | | | | | |

CONFIDENTIAL

P00334

CAA   456212   NTF 5302

Copyright Forms Software Only, 1996 Nelco, Inc. N9645622

Harrison        Norris                    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

## EARNED INCOME CREDIT WORKSHEET (FOR SCHEDULE EIC)

1  Wages from Form 1040, line 7 ................ _____11,937._
2  If Form 1040, line 7 includes a taxable
   scholarship/fellowship grant that was
   not reported on a W-2, enter the taxable
   scholarship/fellowship grant that was
   not reported on a W-2 here ................ _____
3  Line 1 less line 2 ......................... _____11,937._
4  Enter amt of any nontaxable earned income ... _____
5  If you were self-employed or reported
   income/expenses on Schedule C as a
   statutory employee, the amount from
   line 3 of the worksheet for line 5
   will be transferred here ................. _____-5,579._
6  Total of lines 3, 4, and 5 ................. _____6,358._
7  Credit from EIC Table based on line 6 _____2,152._
8  Modified adjusted gross income ............. _____9,170._
9  If line 8 is $11,650 or more ($5,300
   or more if no qualifying children),
   credit from EIC Table based on
   line 8 ............................ _____0._
10 Earned Income Credit:
   If line 8 is less than $11,650 ($5,300 if
   no qualifying children), enter the amount
   from line 7.  Otherwise, the smaller of
   line 7 or line 9 ......................... _____2,152._


## REQUIRED CREDIT REDUCTION

a  AMT amount from Form 1040, Line 46 .......... _____0._

b  Line 10 reduced by the AMT amount ........... _____2,152._


CONFIDENTIAL
P00335

NTF
**1996**

**FORM 104 — LONG FORM**
**COLORADO INDIVIDUAL INCOME TAX RETURN**

**1996–104**

| RESIDENCY STATUS (CHECK ONE) | (13) ☐ **FULL–YEAR RESIDENT(S)** |
| | (53) ☒ **PART–YEAR RESIDENT(S) OR NONRESIDENT(S)** (or resident, part-year, nonresident combinations) |

For calendar year **1996**
or other tax year beginning _____ , 1996, ending _____ , 199___

Use the Colorado mailing label or please print or type.

CONFIDENTIAL
P00336

| | FIRST NAME AND INITIAL | LAST NAME | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| **NAME AND ADDRESS** | Yourself<br>Harrison | Norris | 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 |
| | Spouse, if joint<br>Audrey  K. | Norris | 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 |
| | Address<br>1028 Plantation Way | | Your telephone number |
| | City, State and ZIP Code<br>Kennesaw          GA | | 30144 |

If you use a tax preparer and do not want this booklet mailed to you next year, please check here . . . . . . . . . . . . . . . . . ● ☐

**REPORT YOUR INCOME**

**ATTACH WITH-HOLDING FORMS HERE**

**ATTACH CHECK OR MONEY ORDER HERE**

**ROUND TO THE NEAREST DOLLAR**

| | | | |
|---|---|---|---|
| 1 | ENTER AMOUNT from federal Form 1040, line 37; **or** from federal Form 1040A, line 22; **or** from federal Form 1040EZ, line 6; **or** from the federal Telefile worksheet, line J **(FEDERAL TAXABLE INCOME)** . . . . . . . . . . . . . . . . ■ 1 | | -7,970 .00 |

**ADDITIONS TO FEDERAL INCOME**

| | | | |
|---|---|---|---|
| 2 | STATE INCOME TAX ADDBACK. Enter the amount, if any, you claimed as a **state income tax deduction** on Schedule A of your federal Form 1040 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 2 | | .00 |
| 3 | Non-Colorado state and local bond interest. . . . . . . . . . . . . . . . . . ● 3 | | .00 |
| 4 | Lump-sum distributions from a pension or profit sharing plan. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 4 | | .00 |
| 5 | Other additions, explain:_____ | ● 5 | .00 |
| 6 | Total of lines 2, 3, 4 and 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 | | .00 |
| 7 | Total of lines 1 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 | | -7,970 .00 |

**SUBTRACTIONS FROM FEDERAL INCOME**

| | | | |
|---|---|---|---|
| 8 | If you reported a **state income tax refund** on line 10 of your federal Form 1040, enter the amount of such refund on this line . . . . . ● 8 | | .00 |
| 9 | United States government interest . . . . . . . . . . . . . . . . . . . . . . . ● 9 | | .00 |
| 10 | Pension–annuity exclusion, taxpayer . . . . . . . . . . . . . . . . . . . . . ● 10 | | .00 |
| 11 | Pension–annuity exclusion, spouse . . . . . . . . . . . . . . . . . . . . . . ● 11 | | .00 |
| 12 | Other subtractions such as medical savings account contributions, explain:_____ | ● 12 | .00 |
| 13 | Total of lines 8 through 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | | .00 |
| 14 | **COLORADO TAXABLE INCOME**, line 7 minus line 13. . . . . . . . . . . . . . . . ■ 14 | | 0 .00 |

GO TO THE TAX TABLE ON PAGES 9 AND 10 WITH YOUR TAXABLE INCOME FROM LINE 14 TO FIND YOUR TAX.
**FULL–YEAR RESIDENTS ENTER YOUR TAX ON LINE 15 ON PAGE 2 OF THIS RETURN.**
**PART–YEAR RESIDENTS AND NONRESIDENTS GO TO FORM 104PN.**

Copyright Forms Software Only, 1996 Nelco, Inc.  N96CO1

NTF
CO Form 104 (1996)

Harrison        Norris              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

Page 2

| | | | | |
|---|---|---|---|---|
| **TAX AND CREDITS** | 15 | **COLORADO TAX** from the tax table. Part-year residents and nonresidents enter tax on line Q, Form 104PN . . . . . . . . ■ 15 | 0 | .00 |
| | 16 | Alternative minimum tax from Form 104AMT . . . . . . . . . . . . . . . . ● 16 | | .00 |
| | 17 | Total of lines 15 and 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17 | 0 | .00 |
| | 18 | Personal Credits from line 4, Part I, Form 104 CR . . . . . . . . . . . . ● 18 | | .00 |
| | 19 | Enterprise Zone Credits from line 12, Part II, Form 104 CR . . . . . . ● 19 | | .00 |
| | 20 | Total of lines 18 and 19, but not more than line 17 . . . . . . . . . . . . . . . . . . . . 20 | 0 | .00 |
| | 21 | Net tax, line 17 minus line 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21 | 0 | .00 |

| | | | | |
|---|---|---|---|---|
| **PRE-PAYMENTS** | 22 | **COLORADO INCOME TAX WITHHELD** from wages and winnings . . . . . . . . . . . . . . . . . . . . . . . ● 22 | 242 | .00 |
| | 23 | **ESTIMATED TAX** payments and credits; extension payments; and amounts withheld on nonresident real estate sales . . . . . . . . . ● 23 | | .00 |
| | 24 | Total of 22 and 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24 | 242 | .00 |
| | 25 | If line 24 exceeds line 21, enter your overpayment . . . . . . . . . . . . . . . . . . . . . . 25 | 242 | .00 |
| | 26 | Amount on line 25 to be credited to 1997 estimated tax . . . . . . . . ● 26 | | |

CONFIDENTIAL
P00337

| | | | | |
|---|---|---|---|---|
| **VOLUNTARY CONTRIBU-TIONS** | | ENTER THE AMOUNT, IF ANY, YOU WISH TO CONTRIBUTE TO: | | |
| | 27 | The Colorado Nongame and Endangered Wildlife Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 27 | | .00 |
| | 28 | The Colorado Domestic Abuse Fund . . . . . . . . . . . . . . . . . . . . . . . ● 28 | | .00 |
| | 29 | The Colorado Homeless Prevention Activities Fund . . . . . . . . . . . . ● 29 | | .00 |
| | 30 | The United States Olympic Committee Fund . . . . . . . . . . . . . . . . . ● 30 | | .00 |
| | 31 | Action Older American Volunteer Program . . . . . . . . . . . . . . . . . . ● 31 | | .00 |
| | 32 | The Colorado Child Care Improvement Program . . . . . . . . . . . . . . . ● 32 | | .00 |
| | 33 | The Drug Abuse Resistance Education Fund . . . . . . . . . . . . . . . . . ● 33 | | .00 |

| | | | | |
|---|---|---|---|---|
| **REFUND OR AMOUNT OWED** | 34 | **Total of lines 26, 27, 28, 29, 30, 31, 32 and 33.** . . . . . . . . . . . . . . . . . . . . . . . . . . . 34 | | .00 |
| | 35 | Line 25 minus line 34. This is your **REFUND** . . . . . . . . . . . . . . . . . . . . . . . ● 35 | 242 | .00 |
| | 36 | If amount on line 21 exceeds amount on line 24, enter amount you owe. Include amounts entered as voluntary contributions on lines 27 through 33, if any. Include penalty . . . . . (96)  $ ●_____ and interest (97)  $ ●_____ if applicable. . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 36 | 0 | .00 |

**MAKE CHECK PAYABLE TO COLORADO DEPARTMENT OF REVENUE. TO INSURE YOU RECEIVE CREDIT FOR YOUR PAYMENT, WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR CHECK. PLEASE DO NOT SEND CASH.**

| | |
|---|---|
| **SIGN YOUR RETURN** | Under penalties of perjury, I declare that to the best of my knowledge and belief, this return is true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. |

Your Signature                Date          Paid preparer's name, address, telephone # and signature

Cherie L. Bean
3729 Red Canon Place
Colorado Springs              CO 80904
PHONE:  719-632-2366

Spouse's Signature. If joint return, BOTH must sign.   Date

*Curly K Niro*  4/7/95    *Cherie L. Bean*  4/4/99

**MAIL YOUR RETURN TO:** COLORADO DEPARTMENT OF REVENUE 1375 SHERMAN STREET DENVER, CO 80261

CO12    NTF 6542    Copyright Forms Software Only, 1996 Nelco, Inc.  N96CO2

Jackson Hewitt Tax Service
2555 Bolton Rd. #11
Atlanta, GA 30318
                (770)435-6195
                03/28/98

Dear HARRISON & AUDREY K NORRIS JR,

Thank you for choosing Jackson Hewitt to transmit your income tax
return to the IRS.  We are happy to be of service.

Your refund is $2319 for your federal return.  Your return has been
electronically filed with the Internal Revenue Service Memphis Service
Center.  The following forms and schedules are part of your federal
return:

        1 1040
        1 C
        1 EIC
        1 W-2


We have furnished you with a copy of the transmitted information. The
above forms were included in the return you gave us for electronic
filing. IRS advises that you should keep these copies in a safe place
in case you need to refer to them, along with your copy of Form 8453.

If you have any questions about a tax return, filing procedure or
anything related to our service, please ask.  If you need to contact us
after tax season, an office will be open on M from 10-6 at:
                3260-E SOUTH COBB DR SE
                SMYRNA, GA  30080-4182

It was our pleasure serving you and we'll see you again next year!

                                Sincerely,


                                Jackson Hewitt Tax Service


CONFIDENTIAL

P00317

C

| CONDENSED FORM 1040 | 1997*00 |
| | OMB NO. 1545-0074 |

```
NAME: HARRISON & AUDREY K NORRIS JR        SSN: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
1028 PLANTATION WAY                        SSN: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
KENNESAW GA 30144
$3 TO PRES FUND: NO  $3 TO PRES FUND FOR SPOUSE: NO
FILING STATUS: MARRIED FILING JOINT RETURN
EXEMPTIONS:  YOURSELF SPOUSE
LINE 6C:DEPENDENTS
         NAME            SSN      REL.     MONTHS
 ANASTASIA    NORRIS     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  DAUGHTER    12
```

CONFIDENTIAL

**P00318**

```
NUMBER OF CHILDREN IN 6C WHO:
   LIVED WITH YOU = 1
   DIDN'T LIVE WITH YOU DUE TO DIVORCE OR SEPARATION = 0
NUMBER OF OTHER DEPENDENTS ON 6C = 0
   6D. TOTAL NUMBER OF EXEMPTIONS    3
```

| LINE  DESCRIPTION | AMOUNT | LINE  DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7. WAGES,TIPS,ETC. | 14293. | 34: A.  0  B:( ) | |
| 8A. INTEREST | 22. | 35. STANDARD DEDUCTION | 6900. |
| 8B. TAX-EXEMPT INTEREST | 0. | 36. AGI - DED. | 1649. |
| 9. DIVIDENDS | 0. | 37. EXEMPTIONS | 7950. |
| 10. STATE REFUNDS | 0. | 38. TAXABLE INCOME | 0. |
| 11. ALIMONY RECEIVED | 0. | 39. TAX (INC 8814/4972) | 0. |
| 12. SCHEDULE C INCOME | -5766. | 40. FORM 2441 | 0. |
| 13. CAPITAL GAIN/LOSS | 0. | 41. SCHEDULE R | 0. |
| 14. OTHER GAIN/LOSS | 0. | 42. FORM 8839 | 0. |
| 15A. IRA DISTRIBUTION | 0. | 43. FORM 1116 | 0. |
| 15B. TAXABLE AMOUNT | 0. | 44. OTHER CREDITS | 0. |
| 16A. PENSIONS | 0. | 45. TOTAL CREDITS | 0. |
| 16B. TAXABLE AMOUNT | 0. | 46. SUB TOTAL | 0. |
| 17. SCHEDULE E INCOME | 0. | 47. SELF EMPLOYMENT TAX | 0. |
| 18. SCHEDULE F INCOME | 0. | 48. AMT | 0. |
| 19. UNEMPLOYMENT | 0. | 49. FORM 4137 | 0. |
| 20A. SOCIAL SECURITY | 0. | 50. PENS. TAX FROM 5329 | 0. |
| 20B. TAXABLE AMOUNT | 0. | 51. AEIC | 0. |
| 21. OTHER INCOME | 0. | 52. HOUSEHOLD EMPL TAX | 0. |
| 22. TOTAL INCOME | 8549. | 53. TOTAL TAX | 0. |
| 23. IRA DEDUCTION | 0. | 54. FITW | 109. |
| 24. MSA | 0. | 55. EST/PRIOR YR PAYMENT | 0. |
| 25. MOVING EXPENSES. | 0. | 56. EARNED INCOME CREDIT | 2210. |
| 26. HALF SE TAX. | 0. | 57. FORM 4868 | 0. |
| 27. SE HEALTH INSURANCE | 0. | 58. EXCESS WITHHELD | 0. |
| 28. KEOGH-SEP DEDUCTION | 0. | 59. FORM 4136/2439 | 0. |
| 29. PENALTY ON SAVINGS | 0. | 60. TOTAL PAID | 2319. |
| 30. ALIMONY PAID | 0. | 61. OVERPAID | 2319. |
| 31. TOTAL ADJUSTMENTS | 0. | 62A. REFUND TO YOU | 2319. |
| 32. AGI | 8549. | 62B. RTN: 122220593 | |
| 33. AGI | 8549. | 62C. ACCT TYPE: CHECKING | |
| FILE: EMW16594.ACR | | 62D. ACCT# 9820265570393 | |
| PREPARER ID.: 11 | | 63. APPLY NEXT YEAR | 0. |
| I: 1998.02.26  P: 1998.03.24 | | 64. AMOUNT OWED | 0. |
| | | 65. ESTIMATED PENALTY | 0. |

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **1997** |
| Department of the Treasury | ► Partnerships, joint ventures, etc., must file Form 1065. | Attachment |
| Internal Revenue Service (99) | ► Attach to Form 1040 or Form 1041.   ► See Instructions for Schedule C (Form 1040). | Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| HARRISON NORRIS JR | 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 |

**A** Principal business or profession, including product or service (see page C-1)
WRESTLING AND BOXING

**B** Enter principal busn. code ►
9696

**C** Business name. If no separate business name, leave blank.

**D** Employer ID no. (EIN), if any

**E** Business address,
City, state, ZIP

**F** Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 1997? If "No," see page C-2 for limit on losses . . . . . . . ☒ Yes  ☐ No

**H** If you started or acquired this business during 1997, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here . . . . . . . . . . . ► ☐ | **1** | 14500. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 0. |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 14500. |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 0. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 14500. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) . . . . . . . . . | **6** | 0. |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **7** | 14500. |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . . . . . | **8** | 1600. | 19 Pension & profit-sharing plans . | **19** | 0. |
| 9 | Bad debts from sales or services (see page C-3) . . . . . | **9** | 0. | 20 Rent or lease (see page C-4):<br>a Vehicles, machinery, & equip . . . | **20a** | 0. |
| 10 | Car and truck expenses (see page C-3) . . . . . . | **10** | 8820. | b Other business property . . . . . . | **20b** | 1180. |
| 11 | Commissions and fees . . . . . . | **11** | 75. | 21 Repairs and maintenance . . . . . | **21** | 320. |
| 12 | Depletion . . . . . . . . . . . . . . . | **12** | 0. | 22 Supplies (not included in Part III) . . . | **22** | 1020. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) . . . . . . . | **13** | 736. | 23 Taxes and licenses . . . . . . . . .<br>24 Travel, meals, & entertainment: | **23** | 0. |
| 14 | Employee benefit programs (other than on line 19) . . . . . . | **14** | 0. | a Travel . . . . . . . . . . . . . . . . . . | **24a** | 1500. |
| 15 | Insurance (other than health) . . | **15** | 0. | b Meals and entertainment | | |
| 16 | Interest: | | | entertainment  1300. | | |
| a | Mortgage (paid to banks, etc.) . | **16a** | 0. | c Enter 50% of line 24b subject to limitations (see pg. C-4)  650. | | |
| b | Other . . . . . . . . . . . . . . . . . | **16b** | 0. | d Subtract line 24c from line 24b | **24d** | 650. |
| 17 | Legal and professional services . . . . . . . . . . . . . . . | **17** | 0. | 25 Utilities . . . . . . . . . . . . . . . . . | **25** | 1405. |
| | | | | 26 Wages (less employment credits) . . . | **26** | 0. |
| 18 | Office expense . . . . . . . . . . . | **18** | 0. | 27 Other expenses (from line 48 on page 2) . . . . . . . . . . . . . . . . | **27** | 2960. |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns . . . . . . ► | | | | **28** | 20266. |

| | | | |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **29** | -5766. |
| 30 | Expenses for business use of your home. Attach **Form 8829** . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | 0. |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. | **31** | -5766. |
| | • If a loss, you MUST go on to line 32. | | |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-5).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you MUST attach **Form 6198.**

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**  Schedule C (Form 1040) 1997

CAA   7 C12   NTF 11030

Copyright Forms Software Only. 1997 Nelco, Inc.

CONFIDENTIAL
P00319

C

HARRISON & AUDREY K NORRIS JR                                        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

Schedule C (Form 1040) 1997                                                  Page **2**

**Part III** · **Cost of Goods Sold** (see page C-5)

**33** Method(s) used to
value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ................................................................................   ☐ Yes   ☒ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation ........ | **35** | 0. |
| **36** | Purchases less cost of items withdrawn for personal use .................................... | **36** | 0. |
| **37** | Cost of labor. Do not include salary paid to yourself ...................................... | **37** | 0. |
| **38** | Materials and supplies ................................................................ | **38** | 0. |
| **39** | Other costs ......................................................................... | **39** | 0. |
| **40** | Add lines 35 through 39 ............................................................. | **40** | 0. |
| **41** | Inventory at end of year ............................................................. | **41** | 0. |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ........ | **42** | 0. |

**Part IV**   **Information on Your Vehicle.**   Complete this part **ONLY** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶  8/15/96 .

**44** Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

   **a** Business    28000.    **b** Commuting    0.    **c** Other    20000.

**45** Do you (or your spouse) have another vehicle available for personal use? ...............................   ☒ Yes   ☐ No

**46** Was your vehicle available for use during off-duty hours? ............................................   ☒ Yes   ☐ No

**47a** Do you have evidence to support your deduction? ...................................................   ☒ Yes   ☐ No

   **b** If "Yes," is the evidence written? ...............................................................   ☒ Yes   ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| SPECIAL WARDROBE | 1610. |
| TAPES | 250. |
| SPECIAL SERVICES | 1100. |

CONFIDENTIAL

**P00320**

| | | |
|---|---|---|
| **48** | **Total other expenses.** Enter here and on page 1, line 27 ................................... **48** | 2960. |

CAA      7  C12      NTF 11031
Copyright Forms Software Only, 1997 Nelco, Inc.

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

# Earned Income Credit
## (Qualifying Child Information)
▶ Attach to Form 1040A or 1040.
▶ See instructions on page 2.

OMB No. 1545-0074

**1997**

Attachment
Sequence No. **43**

| Name(s) shown on return: First and initial(s) | Last | Your social security no. |
|---|---|---|
| HARRISON & AUDREY K NORRIS JR | | 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 |

## Before you begin . . .

- See the instructions for Form 1040A, lines 29c and 29d, or Form 1040, lines 56a and 56b, to find out if you can take this credit.

- If you can take the credit, fill in the Earned Income Credit Worksheet in the Form 1040A or Form 1040 instructions to figure your credit. **But if you want the IRS to figure it for you, see instructions on page 2.**

**Then,** you **must** complete and attach Schedule EIC only if you have a qualifying child (see boxes on page 2).

### Information About Your Qualifying Child or Children

If you have more than two qualifying children, you only have to list two to get the maximum credit.

| **Caution:** If you do not attach Schedule EIC and fill in all the lines that apply, it will take us longer to process your return and issue your refund. | **Child 1** | | **Child 2** | |
|---|---|---|---|---|
| | First name | Last name | First name | Last name |
| **1** Child's name . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ANASTASIA | NORRIS | | |
| **2** Child's year of birth . . . . . . . . . . . . . . . . . . . . . . . | 19 92 | | 19 | |
| **3** If the child was born **before 1979** AND -- | | | | |
| **a** was **under age 24** at the end of 1997 **and** a student, check the "Yes" box, **OR**. . . . . . . . . . . . . . . . . . . | ☐ Yes | | ☐ Yes | |
| **b** was permanently and totally disabled (see page 2), check the "Yes" box . . . . . . . . . . . . . . . . . . | ☐ Yes | | ☐ Yes | |
| **4** Enter the child's social security number . . . . . . . . . | 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 | | | |
| **5** Child's relationship to you (for example, son, grandchild, etc.) . . . . . . . . . . . . . . . . . . . . . . . | DAUGHTER | | | |
| **6** Number of months child lived with you in the United States in 1997 . . . . . . . . . . . . . . . . . . . . | 12 months | | months | |

**TIP** Do you want the earned income credit added to your take-home pay in 1998? To see if you qualify, get **Form W-5** from your employer or by calling the IRS at 1-800-TAX-FORM (1-800-829-3676).

**For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**

Schedule EIC (Form 1040A or 1040) 1997

CAA   **7 EIC1**   NTF 11034
Copyright Forms Software Only, 1997 Nelco, Inc.

CONFIDENTIAL

P00321

DEPRECIATION SUMMARY   PAGE   1   OF   1

HARRISON NORRIS JR                                              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

| | A | B | C | D | E |
|---|---|---|---|---|---|
| SCHEDULE: | SCH C#1 WRE | SCH C#1 WRE | SCH C#1 WRE | | |
| DESCRIPTION | HONDA ACCOR | WEIGHTS | TV AND VCR | | |
| DATE PLACED IN SERVICE | 8/15/1996 | 8/1/1996 | 8/1/1996 | | |
| COST/BASIS | 0. | 2100. | 905. | | |
| LAND BASIS (IF ANY) | 0. | 0. | 0. | | |
| %BUSINESS | 58.33% | 100.00% | 100.00% | | |
| 179 EXPENSE | 0. | 0. | 0. | | |
| DEPR BASIS | 0. | 2100. | 905. | | |
| CLASS | 5 | 7 | 7 | | |
| METHOD | HY | 200DBHY | 200DBHY | | |
| PRIOR YR TOTAL | 0. | 300. | 129. | | |
| 1997 DEPR% | 0.000% | 24.490% | 24.490% | | |
| 1997 DEPRECIATION | 0. | 514. | 222. | | |

CONFIDENTIAL

P00322

**JACKSON HEWITT**
TAX SERVICE

No: **16594**

2555 Bolton Rd. #11
Atlanta, GA 30318

03/26/1998

9:00-1:00 ( )
1:00-5:00 (X)    PRIOR ( )
5:00-9:00 ( )    NEW   (X)

Primary: NORRIS JR        HARRISON          SSN: 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
 Spouse: NORRIS           AUDREY K          SSN: 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
     FS:   MFJ
Address: 1028 PLANTATION WAY               Phone Day: (770)429-5579
         KENNESAW          GA 30144         Eve: (770)429-5579

Tax Preparation ...........      0.00

Transmit Only .............     75.00

JH ACR Application ........      0.00


Miscellaneous .............      0.00

School ....................      0.00

                            --------

Total Jackson Hewitt Fee ..     75.00


Bank Fee ..................     24.00

Total Withheld Fee ........     99.00

[ ] SFRAL   [X] ACR   [ ] ETR   [ ] PAP


Employee # ................       11

Office # ..................     10773

Federal Refund ............    2319.00

State Refund ..............      0.00
State Refund ..............      0.00
State Refund ..............      0.00
State Refund ..............      0.00

Other .....................      0.00

CONFIDENTIAL

P00323

1991

16594 NORRIS JR, HARRISON & NORRIS, AUDREY K

Declaration Control Number (DCN)

CONFIDENTIAL   **P00342**

IRS Use Only -- Do not write or staple in this space.

**0 0 – 5 8 5 7 9 2 – 1 5 5 0 8 – 9**

Form **8453**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration
### for Electronic Filing
For the year January 1 – December 31, 1998
▶ See instructions on page 2.

OMB No. 1545-0936

**1998**

| | | |
|---|---|---|
| **Use the IRS label.** Otherwise, please print or type. | L A B E L — H E R E | Your first name and initial<br>HARRISON — Last name<br>NORRIS JR |
| | | If a joint return, spouse's first name and initial<br>AUDREY K — Last name<br>NORRIS |
| | | Home address (number and street). If you have a P.O. box, see instructions.<br>1028 PLANATION WAY — Apt. no. |
| | | City, town or post office, state, and ZIP code.<br>KENNESAW GA  30144 |

Your social security number
**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**

Spouse's social security no.
**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**

▲ **IMPORTANT!** ▲
You **must** enter
your SSN(s) above.

Telephone number (optional)
**(770) 429-5579**

---

**Part I    Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) . . . . . . . . . . . . . . . . . . . . . . . | **1** | 10312. |
| 2 | Total tax (Form 1040, line 56; Form 1040A, line 34; Form 1040EZ, line 10) . . . . . . . . . . . . . . . . . . . . . . . | **2** | 0. |
| 3 | Federal income tax withheld (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 7) . . . . . . . . . . . . | **3** | 896. |
| 4 | Refund (Form 1040, line 66a; Form 1040A, line 41a; Form 1040EZ, line 11a) . . . . . . . . . . . . . . . . . . . . . | **4** | 2110. |
| 5 | Amount you owe (Form 1040, line 68; Form 1040A, line 43; Form 1040EZ, line 12) . . . . . . . . . . . . . . . . . | **5** | 0. |

---

**Part II    Declaration of Taxpayer** (Sign only after Part I is completed.)

**6a** ☒ I consent that my refund be directly deposited as designated in the electronic portion of my 1998 Federal income tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**b** ☐ I do not want direct deposit of my refund **or** I am not receiving a refund.

**c** ☐ I authorize **(1)** the U.S. Treasury and its designated Financial Agents to initiate an ACH debit (automatic withdrawal) entry to my financial institution account designated in the electronic portion of my 1998 Federal income tax return for payment of my Federal taxes owed, and **(2)** my financial institution to debit the entry to my account. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

Attach Copy B of Forms W-2, W-2G, and 1099-R here.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1998 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

CAA    8  84531    NTF 17826    **GLD 2909**    Copyright Forms Software Only, 1998 Nelco

**Sign Here** ▶

| Your signature | Date | Spouse's signature. If a joint return, BOTH must sign. | Date |
|---|---|---|---|

---

**Part III    Declaration of Electronic Return Originator (ERO) and Paid Preparer** (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 1345,** Handbook for Electronic Return Originators of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

| **ERO's Use Only** | ERO's signature ▶ | Date | Check if also paid preparer ☐ | Check if self-employed ☐ | Your social security number<br>XXX-XX-XXXX |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | Jackson Hewitt Tax Service<br>2555 Bolton Rd. #11<br>Atlanta, GA | | EIN 58-2018858<br>ZIP code<br>30318-0000 | |

| **Paid Preparer's Use Only** | Preparer's signature ▶ | | Date | Check if self-employed ☒ | Preparer's social security no.<br>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 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | CHERIE L BEAN<br>3729 RED CANON PLACE<br>COLORADO SPRINGS CO | | EIN 52-1705528<br>ZIP code 80904 | |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

For Paperwork Reduction Act Notice, see page 2.

Form **8453** (1998)

Memphis

# TAXPAYER INFORMATION FORM

Jackson Hewitt Tax Service transmits your tax return electronically to the IRS.  Jackson Hewitt has no control over your refund after the IRS accepts your return.

Primary Social Security Number: __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__          Receipt # __15508__

Your filing status is:

|  |  |  |  |  |
|---|---|---|---|---|
| 1. Single _____ | 2. Married Filing Jointly _X_ | 3. Married Filing Separately _____ | 4. Head of Household _____ | 5. Qualifying Widow(er) _____ |

The expected amount of your refund is _____2110._____.  The IRS may examine your return and cause your tax refund to be delayed.  In particular. the Earned Income Credit portion of your refund may cause the IRS to delay depositing all or part of your refund in the bank.  Jackson Hewitt does not have any control over these IRS decisions. nor does Jackson Hewitt have any way to determine which refunds might be delayed or for how long.

**CONTACT INFORMATION:   Your federal return will be filed electronically with the** __Memphis__ **Service Center.  To check the status of your federal return, you should call the IRS at 1–800–829–1040 or the IRS TELE–TAX number at 1–800–829–4477.**

**If you need to contact Jackson Hewitt, you may call our office at** __(770)435-5344__   .

__X__ **You selected an SFRAL – SuperFast Refund Anticipation Loan:**
The bank may deny your request for the SuperFast Refund Anticipation Loan on all or part of the requested loan amount.  If this happens. your check will be delayed by 9–16 days or until the IRS deposits your refund into the bank.  It is possible that the IRS may not deposit your refund and will instead contact you directly or send you a refund check in the mail.  Please call the Jackson Hewitt office where your return was prepared if this happens. If you have a delinquent loan from any RAL–participating bank or owe a delinquent government debt. such as individual or business taxes. child support. student loans. etc.. your refund may be reduced or eliminated by the delinquent amount.  **The expected amount of your check is** _____591._____.  **The remaining balance will be sent as an ACR check for** _____1360._____.

_____ **You selected an ACR/ADD – Accelerated Check Refund:**
The bank will not release your Accelerated Check Refund to Jackson Hewitt until it has received your refund as a direct deposit by the IRS, usually 9–16 days.  If you have a delinquent loan from any RAL–participating bank or owe a delinquent government debt. such as individual or business taxes. child support. student loans, etc.. your refund may be reduced or eliminated by the delinquent amount.

**If there are no IRS delays, your check/deposit is expected _____ or _____ as long as it is accepted by the IRS by _____.  The expected amount of your check/deposit is _____. This does not include any state refund amount.**

You understand and agree to the following:

- Your return has been prepared by Jackson Hewitt based solely on the information provided by you, and you will be responsible for any misinformation provided therein.
- If you are claiming the Earned Income Credit. you understand that the EIC portion of your refund may cause the IRS to delay depositing all or part of your refund into the bank.
- You have been given a copy of the bank's application and a summary of your tax return.
- In the event that you are not approved for either a SuperFast Refund Anticipation Loan or an Accelerated Check Refund. Jackson Hewitt will notify you.  **You will still be responsible for $__80.__ in tax preparation fees not paid by the deposit of your refund plus any applicable collection costs actually incurred.**

Taxpayer Signature _____   Date _____

Joint Taxpayer Signature _____   Date _____

CONFIDENTIAL

```
Return Recap              Page 1
Primary:  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  HARRISON NORRIS JR
Spouse :  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  AUDREY K NORRIS
```

| | | |
|---|---|---|
| Address:1028 PLANATION WA | 24b: | 1000 |
| :Y | 24c: | 500 |
| City:KENNESAW | 24d: | 500 |
| State:GA | 27: | 6425 |
| ZIP code:30144 | 28: | 24329 |
| 2:(MFJ) | 29: | -11404 |
| 6a:(YES) | 31: | -11404 |
| 6b1:(YES) | 32a:(YES) | |
| 6b2: 2 | 48:ONLINE SERVICES | |
| 6b3: 1 | 48: | 350 |
| 6c1:ANASTASIA NORRIS | 48:SPECIAL WARDROBE | |
| 6c2: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 | 48: | 1800 |
| 6c3:DAUGHTER | 48:ADVERTISING AIDS -TSHI | |
| 6c4:(YES) | :RTS | |
| 6d: 3 | 48: | 2000 |
| 7: 21716 | 48:800 NUMBER VOICE MAIL | |
| 12: -11404 | 48: | 825 |
| 22: 10312 | 48:TAPES | |
| 33: 10312 | 48: | 300 |
| 34: 10312 | 48:COMMISSIONS | |
| 35a:(NO) | 48: | 400 |
| 35a:(NO) | 48:SPECIAL SERVICES | |
| 35s:(NO) | 48: | 750 |
| 35a:(NO) | 48(total): | 6425 |
| 35b:(NO) | *** Schedule EIC | |
| 36: 7100 | 1(a):ANASTASIA | |
| 37: 3212 | 2(a): | 1992 |
| 38: 8100 | 4(a):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 | |
| 40a: 1 | 5(a):DAUGHTER | |
| 57: 896 | 6(a): | 12 |
| 59a: 1214 | *** Form 4562: | |
| 63a:(NO) | Activity:SCH C#1 WRESTLIN | |
| 63b:(NO) | :G AND BOXING | |
| 64: 2110 | 1: | 18500 |
| 65: 2110 | 2: | 13600 |
| 66a: 2110 | 3: | 200000 |
| ETR DIRECT DEPOSIT: (NO) | 6:(list) | |
| ACR DIRECT DEPOSIT: (NO) | 6a:WRESTLN RING | |
| *** Schedule C(T) | 6b: | 13600 |
| A:WRESTLING AND BOXING | 6c: | 2000 |
| B:711210 | 8: | 2000 |
| C:HARDBODY HARRISON | 9: | 2000 |
| D:58-1811414 | 11: | 12312 |
| E:1028 PLANTATION WAY | 12: | 2000 |
| E:KENNESAW GA 30144 | 15c(list) | |
| F:(cash) | 15c(c): | 11600 |
| G:(YES) | 15c(d): | 7 |
| 1: 12925 | 15c(e):MQ | |
| 3: 12925 | 15c(f):200 DB | |
| 5: 12925 | 15c(g): | 414 |
| 7: 12925 | 21: | 2939 |
| 8: 1260 | 23a:(YES) | |
| 10: 8450 | 23b:(YES) | |
| 13: 2939 | 24(list) | |
| 20a: 1200 | 24a:HONDA ACCORD | |
| 21: 120 | 24b:08/15/1996 | |
| 22: 1135 | 24c: 57.778% | |
| 24a: 2300 | 24a:VEHICLE | |

| | |
|---|---|
| 24b:08/08/1996 | |
| 24c: 58.000% | |
| Vehicles(list) | |
| 28: | 26000 |
| 29: | 19000 |
| 31: | 45000 |
| 32:(YES) | |
| 32:(YES) | |
| 34:(NO) | |

CONFIDENTIAL

P00347

GA-8453 (REV 11-98)

C

**IRS DCN** | 0 | 0 | — | 5 8 5 7 9 2 | | 1 5 5 0 8 | — | 9

**GA-8453**
**1998**

## GEORGIA INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING

| Use Label Otherwise Please Print or Type | L A B E L H E R E | Your First Name And Initial HARRISON | Last Name NORRIS JR | Your Social Security No. 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 |
|---|---|---|---|---|
| | | If A Joint Return, Spouse First Name And Initial AUDREY K | Last Name NORRIS | Spouse's SSN 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 |
| | | Home Address (number and street). 1028 PLANATION WAY | Apt. No. | Daytime Telephone (770) 429-5579 |
| | | City, Town or Post Office. State and Zip Code KENNESAW, GA  30144 | | |

### PART I   TAX RETURN INFORMATION (Whole dollars only.)

| | | |
|---|---|---|
| 1. Federal Adjusted Gross Income (Form 500, Line 8; Form 500 EZ, Line 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1. | 10312 |
| 2. Georgia Taxable Income (Form 500, Line 15; Form 500 EZ, Line 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2. | 0 |
| 3. Net Georgia Tax (Form 500, Line 18; Form 500 EZ, Line 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3. | 0 |
| 4. Refund (Form 500, Line 31; Form 500 EZ, Line 10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4. | 250 |

### PART II   DIRECT DEPOSIT OF REFUND

5. Routing Transit Number (RTN)

First two numbers of the RTN must be 01 through 12 or 21 through 32

6. Depositor Account Number (DAN)

7. Type of Account:   ☐ Savings   ☐ Checking

8. Proof of Account:   ☐ Check   ☐ Other

CONFIDENTIAL

**P00348**

### PART III   DECLARATION OF TAXPAYER(S)

ATTACH GEORGIA COPY OF FORMS W-2, W-2G, & 1099-R HERE. ATTACH OTHER STATE RETURN, SCHEDULES & STATEMENTS ON BACK.

9. ☐ I consent that my refund be directly deposited as designated in Part II, and declare that the information shown on lines 5 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

☒ I do not want direct deposit of my refund.

Under penalty of perjury, I declare that the information I have provided to my electronic return originator (ERO) and the amounts shown in Part I agree with the amounts shown on the corresponding lines of my 1998 Georgia tax return. I declare that I have examined my tax return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete.

| Sign Here | Your Signature | Date | Spouse's Signature | Date |
|---|---|---|---|---|

### PART IV   DECLARATION OF ELECTRONIC FILING ORIGINATOR AND PAID PREPARER

I declare that I have reviewed the above taxpayer's return and that the entries on GA-8453 are complete and correct to the best of my knowledge.

| ERO's Use Only | ERO's Signature | Date | Check if also paid preparer ☒ | Your Social Security Number XXX-XX-XXXX |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | Jackson Hewitt Tax Service 2555 Bolton Rd. #11 Atlanta, GA  30318-0000 | | ERO SSN XXX-XX-XXXX FID 58-2018858 |

If prepared by a person other than the taxpayer, this declaration is based on all information which the taxpayer has knowledge.

| Paid Preparer's Use Only | Preparer's Signature | Date | FID | Preparer's Social Security No. |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | | | |

8  GA84531   NTF 19610
Copyright Forms Software Only, 1998 Nelco

**DO NOT MAIL!   RETAIN IN YOUR FILE**

EQUAL EMPLOYMENT OPPORTUNITY

**DEFENDANT'S EXHIBIT 11 Norris**

## EQUAL EMPLOYMENT OPPORTUNITY

In order to ensure equal employment opportunity for every employee and applicant, all decisions relating to employment and personnel will be made without regard to race, religion, sex, sexual orientation, age, national origin, citizenship status, veteran status, or disability. *The Company is firmly committed to a policy and practice of non-discrimination in all areas of employment, and the Company will fully comply with all applicable federal, state and local statutes pertaining to employment.* Company policy and guidelines for handling situations involving harassment and disabilities are set forth below:

### 1. *Harassment*

*Harassment, which includes harassment on the basis of race, religion, sex, sexual orientation, age, national origin, or disability, against employees or applicants in any form will not be tolerated.*

For purposes of this policy, sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, visual, or physical conduct of a sexual nature. Harassing conduct is that type of conduct which creates a hostile or intimidating work environment, which interferes with an individual's work performance, or which otherwise adversely affects an individual's employment opportunities. *Employees who have engaged in such conduct will be disciplined up to, and including, discharge.* It is the responsibility of all supervisors and managers to strictly enforce the terms of this policy.

Any employee who feels that he/she has been a victim of, or has witnessed, harassment prohibited by this policy should report the improper conduct to his/her immediate supervisor who will be responsible for reporting it to Human Resources for further investigation and action where appropriate. An employee may bring the matter directly to Human Resources at his/her option. *In no case should an employee allow the charge of improper conduct to go unreported. Retaliation against any employee for reporting harassment will not be tolerated, and will be treated with the same strict discipline.* Any and all reports of harassment received by Human Resources will be *immediately* and *thoroughly* investigated, and action will be taken.

All employees have an obligation to cooperate in such investigations. The employee will be advised by Human Resources that he/she will not be retaliated against, and that any information given will be restricted as much as possible. *However, no guarantee of absolute confidentiality can be provided.*

The employee who submitted the charge of harassment to his/her supervisor or the Human Resources Department will be advised of the outcome of the investigation when appropriate, but will be advised in *all* cases when an investigation has been completed.

### 2. *Disability (Americans with Disabilities Act of 1990)*

Discrimination against any qualified individual with a disability in any aspect of employment is prohibited. *Employment decisions shall be based on the ability of the individual to perform the job, without reliance on presumptions, generalizations, or assumptions about what the person can or cannot do.* Individuals with disabilities shall be reasonably accommodated, if necessary.

### Guidelines For Handling ADA Accommodation Requests

*The Application Process:*

WCW 007050
CONFIDENTIAL

An individual with a need for accommodation in the application process, including assistance in filling out an application form, help with a job interview or any other need, should bring this to the attention of Human Resources. Reasonable accommodations will be made if they do not constitute an undue hardship.

### *Employment:*

An employee who needs an accommodation in his or her position should bring this to the attention of his or her supervisor. In doing so, the employee may complete a *Job Accommodation Request* form available in Human Resources and provide it to his/her supervisor.

The supervisor will discuss the needed accommodation with the employee, and the supervisor and the employee should then discuss with Human Resources what accommodations might be provided. Human Resources will either approve an accommodation, or work further with the supervisor and the employee on an alternative. The supervisor and Human Resources should complete the *Job Accommodation Request* form as appropriate.

The employee is free at any time to go directly to Human Resources in order to discuss any problems or concerns, and in order to establish a potential accommodation.

Reasonable accommodations will be made if they do not constitute an undue hardship, and if the employee does not constitute a direct threat to safety at the Company.

In all situations, the Company encourages individuals with disabilities to develop to their fullest potential and grants them every opportunity to advance in employment.

*The items listed in this policy are intended as guidelines and, while every effort will be made to adhere to them, some circumstances may call for a different approach.*

<u>**current as of:**</u> 07/24/96

**WCW 007051**
**CONFIDENTIAL**

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy act of 1974; See Privacy Act Statement before completing this form.

**AGENCY**

○ FEPA

☒ EEOC

**CHARGE NUMBER**

110 AO 1773

_____ and EEOC

State or Local Agency, if any

RECEIVED

FEB 2 5 2000

EEOC-ATDO

**COPY**

**NAME** (Indicate Mr., Ms., Mrs.)

Mr. Harrison Norris

**HOME TELEPHONE** (Include Area Code)

(770) 429-5579

**STREET ADDRESS      CITY, STATE AND ZIP CODE**

1028 Plantation Way, Kennesaw, Georgia  30144

**DATE OF BIRTH**

Feb. 5, 1966

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below).

**NAME**

World Championship Wrestling, Inc. ("WCW")

**NUMBER OF EMPLOYEES,**

over 100

**TELEPHONE** (Include Area Code)

(404) 603-1010

**STREET ADDRESS                 CITY, STATE AND ZIP CODE**

ONE CNN Center, Box 105366, Atlanta, Georgia  30348

**COUNTY**

Fulton

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE   ○ COLOR   ○ SEX   ○ RELIGION   ○ NATIONAL ORIGIN

○ RETALIATION   ○ AGE   ○ DISABILITY   ○ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)   LATEST (ALL)**

Oct. 18, 1999

○ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)

1. From the period August, 1996, to April, 1999, I worked for WCW without a contract. I customarily worked at least eight (8) hour days and forty (40) hour weeks. During this time, WCW booked me to wrestle on less than two dozen occasions, of which I was directed to lose each and every match. For each match, I was paid only $150.00 to $300.00, and had to pay for my own travel expenses, which most often would exceed my income. I received no benefits and received no IRS W-2 forms. Specifically, I did not receive minimum wage or overtime pay.

2. On or about April 19, 1999, I entered into a contract with WCW, nominally as an independent contractor. From April, 1999, through October, 1999, I was permitted to wrestle sparingly, and was directed to lose all but one match.

3. In a letter dated October 5, 1999, WCW informed me that my Contract was terminated effective October 18, 1999. WCW never indicated to me that they were displeased with any of the work I had performed.

4. To advance within WCW, a wrestler must be "promoted" by WCW and receive exposure to the public. WCW has complete control over how much (if any) exposure each wrestler receives. If WCW, for whatever reason, does not push or otherwise provide exposure to the wrestler, the wrestler cannot develop a fan base and will not be able to advance within the WCW.

**(SECOND PAGE ATTACHED)**

Notary Public, Cobb County, Georgia.
My Commission Expires March 27, 2003.

○ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary for State and Local Requirements)

Deborah Landers

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 24 Feb 00   Charging Party (Signature)

**SIGNATURE OF COMPLAIN**

P00127

**SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE** (Day, Month, and year)

DEFENDANT'S EXHIBIT

12

Norris

Out of the over 100 wrestlers it has under contract, no more than 5 or 6 are African-American. When WCW does "promote" African-American wrestlers, it does so in a blatantly derogatory and racist manner. Other African-American wrestlers are told to act as pimps, savages, "Uncle Toms," or otherwise cast in negative stereotypes.

Because of WCW's refusal to "push" me, I have been unable to advance in WCW. I was also being precluded from earning Merchandising Royalties, pay-per-view revenues, and the realistic opportunity to renew my Contract for an increased salary at the end of its term.

I believe that I was discriminated against based upon my race by being paid substantially less money than similarly situated white employees and by the termination of my employment while similarly situated white employees and independent contractors were retained in violation of 42 U.S.C. § 1981 Title VII of the Civil Rights Act.

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☒ EEOC | 110A01773 |

_____ and EEOC

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Harrison Norris | 770-429-5579 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1028 Plantation Way, Kennesaw, Georgia 30144 | | 02/05/66 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Turner Sports | Over 500 | 404-603-1010 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One CNN Center, Box 105366, Atlanta, Georgia 30348 | | Fulton |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| World Championship Wrestling ("WCW") | 404-603-1010 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One CNN Center, Box 105366, Atlanta, Georgia 30348 | | Fulton |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify)*

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST          LATEST |
| ☒☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

1. Charging Party amends his previously filed Charge of Discrimination to include Turner Sports as a Respondent in this matter.

2. Respondent Turner Sports is Charging Party's employer for purposes of Title VII, and has full knowledge of these claims and the factual circumstances giving rise to these claims.

3. See Attached Affidavit and Exhibit.

DEFENDANT'S EXHIBIT
13
Norris

P00151

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY ~ (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |

Date          Charging Party *(Signature)*

EEOC FORM 5 (Rev. 07/99)