IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WALKER** | |
| Plaintiff/Petitioner, | CIVIL ACTION FILE |
| v. | NO. **1:00-cv-367-CC** |
| **WCW, et al** | **MINUTES** |
| Defendant/Respondent. | |

The proceeding(s) indicated below was/were held in the above action on

**January 6, 2003**.

The following were present:

**Janet F. King**
Magistrate Judge                                   Plaintiff/Petitioner

**Lavonia Wade-Childs**                             **Cary Ichter**
Deputy Clerk                                        Counsel for Plaintiff/Petitioner

                                                    **Evan Pontz and Eric Richardson**
Court Reporter/TEAC #                               Counsel for Defendant/Respondent

_____ Matter continued to _____ at _____ at the request
       of the (__) Plaintiff/Petitioner  (__) Defendant/Respondent
       (__) Court Order.

_____ Evidentiary hearing held. Transcript due _____.

_____ Oral argument/motion heard.

_____ Oral argument waived–submitted on pleading/briefs.

_____ Plaintiff/Petitioner supplemental brief due_____.

_____ Defendant/Respondent supplemental brief due _____.

_____ All pleadings/briefs have been filed.

__X__ Other: **Telephone Conference held. The motion for summary judgment is extended to Monday, January 11, 2003; response due 1/31/03; the response brief is extended to (50) fifty pages and the reply brief is extended to (10) ten pages.**

_____ Clerk submit to Magistrate Judge King (__) upon filing of all
       supplemental pleadings/briefs (__) See reverse for additional matters.

108