

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 08 2003

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Walker v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0367-CC

<u>Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0368-CC

<u>Norris v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0369-CC

<u>Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1715-CC

<u>Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1716-CC

<u>Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1717-CC

<u>Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1718-CC

<u>Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1719-CC

<u>Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1720-CC

<u>Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:01-CV-1152-CC

**DEFENDANTS' NOTICE OF FILING ORIGINAL DEPOSITIONS**

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") hereby

109

serve notice that they are filing herewith in the above-captioned cases, consolidated for discovery, the original transcript of the following depositions in support of Defendants' Motions for Summary Judgment filed with this Court:

1. Deposition of William Worthen;

2. Deposition of Rick Reeves; and

This 8th day of January, 2003.

*[signature]*

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1084832_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Walker v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0367-CC
<u>Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0368-CC
<u>Norris v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0369-CC
<u>Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1715-CC
<u>Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1716-CC
<u>Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1717-CC
<u>Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1718-CC
<u>Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1719-CC
<u>Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1720-CC
<u>Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:01-CV-1152-CC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of

*DEFENDANTS' NOTICE OF FILING ORIGINAL DEPOSITIONS* upon the

interested parties by hand delivery to:

1084832_1.DOC

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

This 8th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577


TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1084832_1.DOC

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN -8 2003

LUTHER D. THOMAS, Clerk
By: /s/ C. Fleucher
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Walker v. World Championship Wrestling, Inc., Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-0367-CC
<u>Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc.
   and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-
   CV-0368-CC
<u>Norris v. World Championship Wrestling, Inc., Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-0369-CC
<u>Easterling v. World Championship Wrestling, Inc. and Turner
   Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ.
   File No. 1:00-CV-1715-CC
<u>Davis v. World Championship Wrestling, Inc. and Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-1716-CC
<u>Worthen v. World Championship Wrestling, Inc. and Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-1717-CC
<u>Speight v. World Championship Wrestling, Inc. and Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-1718-CC
<u>Saengsiphan v. World Championship Wrestling, Inc. and Turner
   Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ.
   File No. 1:00-CV-1719-CC
<u>Reeves v. World Championship Wrestling, Inc. and Turner Sports,
   Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No.
   1:00-CV-1720-CC
<u>Patterson v. World Championship Wrestling, Inc., Turner Sports,
   Inc., Turner Entertainment Group, Inc. and Turner
   Broadcasting System, Inc.</u>, Civ. File No. 1:01-CV-1152-CC

**DEFENDANTS' REQUEST FOR FILING ORIGINAL DEPOSITIONS**

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") request that Plaintiffs in the above-captioned cases, consolidated for

discovery, file the following original deposition transcripts used in support of Defendants' Motions for Summary Judgment, which was filed this day with this Court:

1. Deposition of Dewayne E. Bruce; and

2. Deposition of Gary M. Juster.

3. Deposition of Marcial Roberto Davis Archibold.

This 8th day of January, 2003.

*Evan H. Pontz*

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Walker v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0367-CC

<u>Onoo v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0368-CC

<u>Norris v. World Championship Wrestling, Inc., Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-0369-CC

<u>Easterling v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1715-CC

<u>Davis v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1716-CC

<u>Worthen v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1717-CC

<u>Speight v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1718-CC

<u>Saengsiphan v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1719-CC

<u>Reeves v. World Championship Wrestling, Inc. and Turner Sports, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:00-CV-1720-CC

<u>Patterson v. World Championship Wrestling, Inc., Turner Sports, Inc., Turner Entertainment Group, Inc. and Turner Broadcasting System, Inc.</u>, Civ. File No. 1:01-CV-1152-CC

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of *DEFENDANTS' REQUEST FOR FILING ORIGINAL DEPOSITIONS* upon the interested parties by hand delivery to:

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

This 8th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577


TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1097274_1.DOC