```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
          TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
            SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13        CIV. FILE NO. 1:00-CV-1152-CC;

14

15                                        ORIGINAL

16   _____

17             DEPOSITION OF RICK M. REEVES
                      MARCH 27, 2002          FILED IN CLERK'S OFFICE
18                      9:55 A.M.                U.S.D.C. Atlanta

                                              JAN 0 8 2003
19   _____

                                        LUTHER D. THOMAS, Clerk
20                                      By:
                                                   Deputy Clerk
21

22

23

24

25              CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                          404-237-1990
                         800-317-5773
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
         TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13       CIV. FILE NO. 1:00-CV-1152-CC;

14

15                                          ORIGINAL

16
     _____
17          VIDEO DEPOSITION OF WILLIE J. WORTHEN
                      MARCH 18, 2002
18                     10:10 A.M.
     _____
19

20

21                                    FILED IN CLERK'S OFFICE
                                           U.S.D.C. Atlanta
22                                         JAN 0 8 2003
                                      LUTHER D. THOMAS, Clerk
23                                    By _____ Deputy Clerk

24                                                      110

25              CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
                         404-237-1990
                         800-317-5773
```