ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File No. |
| v. | ) 1:00-CV-0367-CC |
| | ) |
| WORLD CHAMPIONSHIP | ) |
| WRESTLING, INC., and TURNER | ) |
| SPORTS, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Charles J. Gernazian of the law firm of Meadows, Ichter & Bowers, P.C. and enters his appearance in this matter as co-counsel of record for Plaintiff Bobby Walker. Notices or other materials may be sent to:

>Cary Ichter
>Kelly Jean Beard
>Charles J. Gernazian
>Michelle M. Rothenberg-Williams
>Meadows, Ichter & Bowers, P.C.
>14 Piedmont Center
>3535 Piedmont Road, Suite 1100
>Atlanta, Georgia 30305

This 13th day of January, 2003.

_Charles Gernazian_
Cary Ichter
Georgia Bar No. 382515
Kelly Jean Beard
Georgia Bar No. 044380
Charles J. Gernazian
Georgia Bar No. 291703
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
14 Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305
(404) 261-6020                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served opposing parties to this action with the foregoing **Notice of Appearance** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto as follows:

> John J. Dalton
> James Lamberth
> Evan Pontz
> Troutman Sanders LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia   30308-22165

This 13th day of January, 2003.

Charles J. Gernazian
Georgia Bar No. 291703