FILED IN CLERK'S OFFICE
U.S.D.

Page 1

JAN 1 4 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF GEORGIA
2                ATLANTA DIVISION

3   Walker v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0367-CC
4   Onoo v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0368-CC
5   Norris v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-0369-CC
6   Easterling v. World Championship Wrestling, Inc., Turner
    Sports, Inc., Civ. File No. 1:00-CV-1715-CC
7   Davis v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1716-CC
8   Worthen v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1717-C
9   Speight v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1718-CC
10  Saengsiphan v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
11  Reeves v. World Championship Wrestling, Inc. and Turner
    Sports, Inc., Civ. File No. 1:00-CV-1720-CC
12  Patterson v. World Championship Wrestling, Inc., Turner
    Sports, Inc. and Turner Entertainment Group, Inc.,
13  Civ. File No. 1:01-CV-1152-CC

**ORIGINAL**

14  _____
            DEPOSITION OF VINCENT J. RUSSO
15              JANUARY 7, 2002
                   10:15 A.M.
16  _____

17

18

19

20

21

22

23

24                                                          115

25          CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
                        404-237-1990
                        800-317-5773