FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 4 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;

SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;

SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;

WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;

REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;

EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;

ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;

NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;

WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;

PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC., CIV. FILE NO. 1:00-CV-1152-CC;

DEPOSITION OF LORETTA WALKER
OCTOBER 24, 2002
1:05 P.M.

ORIGINAL

Premier

133

CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia 30326 • www.premierrptg.com
404-237-1990
800-317-5773

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 14 2003

LUTHER D. THOMAS, Clerk
By: /s/ _____ Deputy Clerk

Page 1

```
1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                   ATLANTA DIVISION
3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10  NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11  WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12  PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
    SPORTS, INC. and TURNER ENTERTAINMENT GROUP, INC.,
13  CIV. FILE NO. 1:01-CV-1152-CC;
14  _____

              DEPOSITION OF LORETTA Y. WALKER
15                   MAY 31, 2002                ORIGINAL
                     10:00 A.M.
```



133

CERTIFIED COURT REPORTERS
The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

subsidiaries

*[signature]*
LORETTA WALKER

Sworn to and subscribed before me this __16th__ day of __December__, 2002.
*[signature: Lynouia L. Sharpe]*
Notary Public
My commission expires __11/20/2005__

## Loretta Walker

| Page | Line | | Reason For Change |
|---|---|---|---|
| 3 | 18 | Add-I was employed by Turner Entertainment Networks, Inc. | Clarification upon review |
| 4 | 1 | Add-of Turner Entertainment Networks, Inc. | Clarification upon review |
| 9 | 10 | Delete-No. Add-The benefits are generally the same, although I believe that there may be at least some differences in the benefits provided to Turner Broadcasting System, Inc. and some of its subsidiaries | Clarification upon review |
| 14 | 6 | Add-, not in relation to WCW | Clarification upon review |
| 14 | 10 | Add-, not in relation to WCW | Clarification upon review |
| 15 | 18 | Add-in relation to WCW | Clarification upon review |
| 15 | 23 | Add-in relation to WCW | Clarification upon review |
| 17 | 12 | Add-on an Intranet site | Clarification upon review |
| 17 | 14 | Add-, it is on the Turner Broadcasting System, Inc. Intranet site | Clarification upon review |
| 18 | 5 | Add-the policy would have been posted on Turner Broadcasting System, Inc.'s Intranet site and accessible to WCW representatives | Clarification upon review |
| 18 | 8 | Add-not during WCW's period of operation | Clarification upon review |
| 20 | 11 | Add-and some of its subsidiaries | Clarification upon review |
| 25 | 17 | Delete-No. Add-Yes | Clarification upon review |
| 25 | 19 | Delete-Turner Entertainment Group. Add-Turner Broadcasting System, Inc. | Clarification upon review |
| 26 | 15 | Delete-No. Add-Yes | Clarification upon review |
| 30 | 8 | Add-I know where the employment records are located for the employees of many of Turner Entertainment Group Inc.'s subsidiaries | Clarification upon review |
| 30 | 13 | Delete-No. Add-Several subsidiaries of Turner Entertainment Group, Inc. are also located at that location | Clarification upon review |
| 30 | 15 | Add-and many of its subsidiaries | Clarification upon review |
| 38 | 22 | Add-I believe that, at one point, Turner Entertainment Networks, Inc. employed certain attorneys. There are still attorneys designated to work with Turner Entertainment Group, Inc., Turner Entertainment Networks, Inc. and each of their various subsidiaries | Clarification upon review |
| 38 | 24 | Add-There are attorneys designated to work with Turner Entertainment Group, Inc., Turner Entertainment Networks, Inc. and each of their various | Clarification upon review |

Doc. 170111 v2