ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB -4 2003

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WALKER,

    Plaintiff,

v.

WORLD CHAMPIONSHIP
WRESTLING, INC., et al.,

    Defendants.

CIVIL ACTION NO.

1:00-CV-0367-CC

### ORDER

Pending before this court is Plaintiff's second motion [Doc. 138-1] to remove confidentiality designation and Defendants' response [Doc. 140-1] thereto. In accordance with this court's determinations as stated during the telephonic conference held on February 3, 2003, the court **DIRECTS** the Clerk of Court to **STRIKE** Plaintiff's motion [Doc. 138-1] and Defendants' response [Doc. 140-1] and to return said pleadings to the party submitting same for filing.

**SO ORDERED**, this 4th day of FEBRUARY, 2003.

/s/ Janet F. King
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)