ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 29 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Davis v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and
        Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc. and Turner
        Sports, Inc.,  Civ. File No. 1-00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Onoo v. World Championship Wrestling, Inc., and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc., and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Walker v. World Championship Wrestling, Inc., and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0367-CC
Patterson v. World Championship Wrestling, Inc., Turner
        Sports, Inc. and Turner Entertainment Group, Inc.,
        Civ. File No. 1:01-CV-1152-CC

**NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT**

Plaintiffs in the above-styled matters hereby file the

original deposition transcript of Dewayne E. Bruce taken on

November 21, 2002.

This 28th day of April, 2003.

Cary Ichter
Georgia Bar No.: 382515
Charles Gernazian
Georgia Bar No.: 291703
Michelle M. Rothenberg
Georgia Bar No. 615680

151

- 2 -

MEADOWS, ICHTER & BOWERS, P.C.
3535 Piedmont Road
14 Piedmont Center, Suite 1100
Atlanta, Georgia 30305
404-261-6020

                              Attorneys for Plaintiffs

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing

counsel to this action with the foregoing **NOTICE OF FILING**

**ORIGINAL DEPOSITION TRANSCRIPT** by causing a copy of same to be

deposited in the United States Mail in a properly addressed

envelope with postage affixed thereon and addressed as follows:

> Eric Richardson, Esq.
> Evan Pontz, Esq.
> Troutman Sanders LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia   30308-22165

This 28th day of April, 2003.

Charles J. Gernaziaf

- 3 -