FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
2                ATLANTA DIVISION        APR 2 9 2003

LUTHER D. THOMAS, CLERK

3    Davis v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1716-CC;   BY: (signature) Deputy Clerk

4    Saengsiphan v. World Championship Wrestling, Inc. and
        Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;

5    Speight v. World Championship Wrestling, Inc. and
     Turner
6        Sports, Inc., Civ. File No. 1-00-CV-1718-CC;

     Worthen v. World Championship Wrestling, Inc. and
7    Turner
        Sports, Inc., Civ. File No. 1-00-CV-1717-CC;

8    Reeves v. World Championship Wrestling, Inc. and Turner
        Sports, Inc., Civ. File No. 1-00-CV-1720-CC;

9    Easterling v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;

10   Onoo v. World Championship Wrestling, Inc., and Turner
        Sports, Inc., Civ. File No. 1:00-CV-0368-CC;

11   Norris v. World Championship Wrestling, Inc., and
     Turner
12       Sports, Inc., Civ. File No. 1:00-CV-0369-CC;

     Walker v. World Championship Wrestling, Inc., and
13   Turner
        Sports, Inc., Civ. File No. 1:00-CV-0367-CC;

14   Patterson v. World Championship Wrestling, Inc., Turner
        Sports, Inc. and Turner Entertainment Group, Inc.,
15   Civ. File No. 1:01-CV-1152-CC

16   _____

17            DEPOSITION OF DEWAYNE E. BRUCE
                                    , 2002
18

19
20                          ORIGINAL
21
22
23
24
25          CERTIFIED COURT REPORTERS              152

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                        404-237-1990
                        800-317-5773